UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 20-cv-07956-VKD<br><br>**JUDGMENT** |

On September 30, 2022, the Court granted defendant's motion to dismiss the first amended complaint, without leave to amend. Dkt. No. 74. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment of dismissal of this action in favor of defendant and against plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 30, 2022

                                              VIRGINIA K. DEMARCHI<br>
                                              United States Magistrate Judge