COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ELIZABETH SANCHEZ SANTIAGO (333789)
(lsanchezsantiago@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

*[Additional Counsel Appear on Signature Page]*

IT IS SO ORDERED
Judge Virginia K. DeMarchi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE MEDIATION**<br><br>Judge:   Hon. Virginia K. DeMarchi<br><br>Re: Dkt. No. 108 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT REQUEST FOR EXTENSION OF TIME TO
COMPLETE MEDIATION
CASE NO. 5:20-CV-07956-VKD

**JOINT REQUEST FOR EXTENSION OF TIME TO COMPLETE MEDIATION**

The court-ordered schedule in this case directs the parties to engage in private mediation and provides that the parties should "complete the mediation" by today, October 1, 2024. Opening expert reports in the parallel *Csupo* state litigation are due on October 15, 2024. The parties believe that holding the mediation in *Taylor* after opening expert reports have been served in *Csupo* will facilitate a more meaningful mediation, due to the interplay between the two cases. The parties have agreed to hold the mediation in early November, for that reason, and also due to complex scheduling logistics. Accordingly, the parties respectfully request an extension of time to December 1 to complete private mediation.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT REQUEST FOR EXTENSION OF TIME TO
COMPLETE MEDIATION
CASE NO. 5:20-CV-07956-VKD

| | |
|---|---|
| Dated: October 1, 2024 | Respectfully submitted, |
| COOLEY LLP | KOREIN TILLERY LLC |
| /s/ *Whitty Somvichian* | /s/ *Marc A. Wallenstein* |
| Whitty Somvichian (194463)<br>Max A. Bernstein (305722)<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Attorneys for Defendant*<br>GOOGLE LLC | Marc A. Wallenstein (*pro hac vice*)<br>George A. Zelcs (*pro hac vice*)<br>Ryan Z. Cortazar (*pro hac vice*)<br>Chad E. Bell (*pro hac vice*)<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>Michael E. Klenov (277028)<br>Carol L. O'Keefe (*pro hac vice*)<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525<br><br>Glen E. Summers (176402)<br>Alison G. Wheeler (180748)<br>Karma M. Giulianelli (184175)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br><br>Elizabeth M. Pipkin (243611)<br>Ann M. Ravel (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br><br>*Attorneys for Plaintiffs*<br>*Joseph Taylor, Edward Mlakar, Mick Cleary,*<br>*Eugene Alvis, and Jennifer Nelson* |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT REQUEST FOR EXTENSION OF TIME TO
COMPLETE MEDIATION
CASE NO. 5:20-CV-07956-VKD

**ATTESTATION OF SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: October 1, 2024            /s/ *Whitty Somvichian*
                                  Whitty Somvichian

308860419

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT REQUEST FOR EXTENSION OF TIME TO
COMPLETE MEDIATION
CASE NO. 5:20-CV-07956-VKD