UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No.  20-cv-07956-VKD<br><br>**ORDER RE PLAINTIFFS' MOTION TO SEAL**<br><br>Re: Dkt. Nos. 114, 119 |

　　　　In connection with a discovery dispute, plaintiffs moved to seal related Exhibits A-C, in their entirety, on the ground that they contain information that defendant Google LLC ("Google") designated "Confidential" or "Confidential—Attorneys' Eyes Only."[1]  Dkt. No. 114.  Google has filed a response and a declaration of its counsel, stating that only a portion of the exhibits should remain under seal.  According to Google, the subject information contains confidential and proprietary non-public information about its internal systems and operations (including system features, internal strategies, system designs, and business practices), the disclosure of which would cause Google competitive injury.  Google also requests that its internal employee email addresses remain sealed, noting that those employees are not parties to the present action and the addresses in question are not material to the underlying discovery dispute.  Dkt. Nos. 119, 121.

　　　　The good cause standard applies to the present motion to seal matters submitted in connection with the September 4, 2024 discovery dispute.  *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1098-99 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto*

---

[1] Plaintiffs did not move to seal the related discovery letter brief, and Google confirms that nothing in that letter brief needs to be sealed.  *See* Dkt. No. 114; Dkt. No. 119-1.

1  *Safety*, 137 S. Ct. 38 (2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th
2  Cir. 2006).
3      Good cause appearing, the Court grants the motion to seal portions of Exhibits A-C, as
4  narrowed by Google:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit A | Portions highlighted at pages 3, 4, 5, 6, 7, 8, 9 ,10, 11, 13, 17, 19, and 20 |
| Exhibit B | Portions highlighted at pages 3, 4, 6, 10, 12, and 13 |
| Exhibit C | Portions highlighted at page 1 |

**IT IS SO ORDERED.**

Dated: October 28, 2024

Virginia K. DeMarchi
United States Magistrate Judge