| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | KOREIN TILLERY LLC |
| Telephone: (408) 279-8700 | 205 North Michigan Avenue, Suite 1950 |
| Facsimile: (408) 279-3244 | Chicago, IL 60601 |
| epipkin@mcmanislaw.com | Telephone: (312) 641-9750 |
| aravel@mcmanislaw.com | Facsimile: (312) 641-9751 |
| | |
| GLEN E. SUMMERS (176402) | CAROL L. O'KEEFE (*pro hac vice*) |
| KARMA M. GIULIANELLI (184175) | MICHAEL E. KLENOV (277028) |
| ALISON G. WHEELER (180748) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs Joseph Taylor,*
*Edward Mlakar, Mick Cleary,*
*Eugene Alvis, and Jennifer Nelson*

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Virginia K. DeMarchi |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs submit this administrative motion to consider whether another party's material should be sealed with respect to the Joint Discovery Dispute Letter and supporting attachments submitted herewith. The documents and/or portions of documents that have been designated by Defendant Google LLC as "Confidential" or "Confidential-Attorney's Eyes Only" pursuant to the Stipulated Protective Order entered on August 6, 2024 (ECF 107) in this matter, or which incorporate or rely upon documents so marked, and which Plaintiffs seek to provisionally file under seal, are listed below:

| Document | Portions to be Sealed |
|---|---|
| Joint Discovery Dispute Letter | Document in its entirety |
| Attachment A [Excerpt of Plaintiffs' 1st RFPs] | Document in its entirety |
| Attachment B [Excerpt of Google Responses to Plaintiffs' 1st RFPs] | Document in its entirety |

Pursuant to Civil Local Rule 79-5(d), Plaintiffs provisionally file under seal unredacted copies of these materials. Plaintiffs provide notice to Google that these materials will be placed in the public court file unless Google timely files its statement and/or declaration in support of sealing. *See* Civil Local Rules 79-5(f)(3); 79-5(c)(1). Plaintiffs reserve the right to oppose any submission Google makes under Civil Local Rule 79-5(f)(3). *See* Civil Local Rule 79-5(f)(4).

| | | |
|---|---|---|
| 1 | Dated: November 14, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | KOREIN TILLERY LLC |
| 4 | | */s/ Chad E. Bell* |
| | | Marc A. Wallenstein (*pro hac vice*) |
| 5 | | George A. Zelcs (*pro hac vice*) |
| | | Ryan Z. Cortazar (*pro hac vice*) |
| 6 | | Chad E. Bell (*pro hac vice*) |
| | | KOREIN TILLERY LLC |
| 7 | | 205 North Michigan Avenue, Suite 1950 |
| | | Chicago, IL 60601 |
| 8 | | Telephone: (312) 641-9750 |
| | | Facsimile:  (312) 641-9751 |
| 9 | | |
| 10 | | Carol L. O'Keefe (*pro hac vice*) |
| | | Michael E. Klenov (277028) |
| 11 | | KOREIN TILLERY LLC |
| | | 505 North Seventh Street, Suite 3600 |
| 12 | | St. Louis, MO 63101 |
| | | Telephone: (314) 241-4844 |
| 13 | | Facsimile:  (314) 241-3525 |
| 14 | | |
| | | Glen E. Summers (176402) |
| 15 | | Alison G. Wheeler (180748) |
| | | Karma M. Giulianelli (184175) |
| 16 | | BARTLIT BECK LLP |
| | | 1801 Wewatta Street, Suite 1200 |
| 17 | | Denver, CO 80202 |
| | | Telephone: (303) 592-3100 |
| 18 | | |
| 19 | | Elizabeth M. Pipkin (243611) |
| | | Ann M. Ravel (62139) |
| 20 | | McMANIS FAULKNER |
| | | 50 West San Fernando Street, 10th Floor |
| 21 | | San Jose, CA 95113 |
| | | Telephone: (408) 279-8700 |
| 22 | | Facsimile:  (408) 279-3244 |
| 23 | | |
| | | *Attorneys for Plaintiffs* |
| 24 | | *Joseph Taylor, Edward Mlakar, Mick Cleary,* |
| | | *Eugene Alvis, and Jennifer Nelson* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; Case No. 5:20-CV-07956-VKD