UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No.  20-cv-07956-VKD<br><br>**ORDER RE PLAINTIFFS' MOTION TO SEAL**<br><br>Re: Dkt. No. 135 |

In connection with a November 14, 2024 discovery dispute letter, plaintiffs moved to seal the parties' letter brief and Exhibits A and B, in their entirety, on the ground that they contain information that defendant Google LLC ("Google") designated "Confidential" or "Confidential— Attorneys' Eyes Only."  Dkt. No. 135.  Google has filed a response and a declaration of its counsel, stating that only a portion of the exhibits should remain under seal.  Dkt. No. 143. According to Google, the subject information contains confidential and proprietary non-public information about its internal systems and operations, strategies, system designs, and business practices, the disclosure of which would cause Google competitive injury.  Google does not seek sealing for any portion of the underlying discovery letter brief.  Google has publicly filed redacted versions of Exhibits A and B.  Dkt. Nos. 143-2, 143-3.

The good cause standard applies to the present motion to seal matters submitted in connection with the November 14, 2024 discovery dispute.  *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1098-99 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

Good cause appearing, the Court grants the motion to seal portions of Exhibits A & B, as narrowed by Google:

| Document | Portions to be Filed Under Seal |
|---|---|
| Exhibit A (Attachment A) | Portions highlighted at pages 5-6 |
| Exhibit B (Attachment B) | Portions highlighted at pages 29, 32 |

The Clerk of Court shall unseal the November 14, 2024 discovery letter (Dkt. No. 135-3), which was provisionally filed under seal.  The unredacted versions of Exhibits A and B shall remain under seal.

**IT IS SO ORDERED.**

Dated: November 22, 2024



Virginia K. DeMarchi
United States Magistrate Judge