UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No.  20-cv-07956-VKD<br><br>**ORDER RE PLAINTIFFS' MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 127, 131 |

Plaintiffs previously moved to seal certain portions of a November 5, 2024 discovery letter brief and appended documents.  *See* Dkt. Nos. 127, 131.  The sealing motions were based on Google's assertions that the subject information is confidential.  *See id*; *see also* Dkt. No. 133.  Before the Court issued any ruling on the sealing motions or the underlying discovery dispute, plaintiffs filed a notice withdrawing the discovery dispute from consideration.  Dkt. No. 139.

As the underlying discovery dispute has been withdrawn, the Court denies as moot the associated motions to seal.  All matters provisionally filed under seal in connection with the now withdrawn discovery dispute shall remain under seal.  *See* Civil L.R. 79-5(g)(2).

**IT IS SO ORDERED.**

Dated: November 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge