UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-07956-VKD<br><br>**ORDER RE PLAINTIFFS' MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 138, 150 |

In connection with a discovery dispute letter (Dkt. No. 122), plaintiffs move to seal (1) portions of an August 29, 2024 order issued in *Csupo v. Google LLC*, No. 19CV352557, pending in the Santa Clara County Superior Court and (2) excerpts of the October 8, 2024 deposition testimony of Garry Boyer. Dkt. Nos. 138, 150. The sealing motions are based on Google's assertions that the subject information is confidential. With respect to the *Csupo* order, Google requests sealing for highlighted portions of three pages of the order, which Google says reveal confidential and proprietary information about its internal systems and operations, as well as technical details related to Google's products, internal data logs, and data systems. Dkt. No. 149. Google further states that the state court has sealed the designated portions of the *Csupo* order from the public docket in that action. *Id*. With respect to Mr. Boyer's deposition testimony, Google requests sealing for a narrowed portion of the excerpts submitted by plaintiffs that Google says contain confidential and proprietary information about its internal organizational structure, as well as the names of current and former employees who are not parties to this action. Dkt. No. 157. Google has publicly filed a revised redacted version of those excerpts of Mr. Boyer's deposition testimony. Dkt. No. 157-2.

The good cause standard applies to the present motion to seal matters submitted in connection with the underlying discovery dispute. *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1098-99 (9th Cir.), *cert. denied sub nom FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S. Ct. 38 (2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

Good cause appearing, the Court grants plaintiffs' motions to seal as follows:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| *Csupo* August 29, 2024 order (Dkt. No. 138-4) | Portions highlighted at pages 8, 16-17 |
| Boyer Deposition Transcript Excerpts (Dkt. No. 150-3) | Portions highlighted at pages 17, 23 |

**IT IS SO ORDERED.**

Dated: December 3, 2024

Virginia K. DeMarchi
United States Magistrate Judge

2