ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Virginia K. DeMarchi |

1

WALLENSTEIN DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Case No. 5:20-CV-07956)

I, Marc A. Wallenstein, declare as follows:

1.    I am a partner at Korein Tillery LLC, counsel to Plaintiffs and putative class representatives Joseph Taylor, Mick Cleary, and Jennifer Nelson. I am admitted to appear before this Court *pro hac vice*.

2.    I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3.    Certain documents and/or portions of documents with respect to (1) Plaintiffs' Motion to Exclude Expert Testimony and supporting materials, and (2) Plaintiffs' Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) and supporting materials have been designated by Defendant Google LLC as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on August 6, 2024 (ECF 107) in this matter. The following table lists the documents and/or portions of documents which contain, incorporate, and/or rely upon documents so marked:

| Document | Portions to be Sealed |
|---|---|
| Attachment 3 [Plaintiffs' Motion to Exclude Expert Testimony] | Document in its entirety |
| Attachment 4 [Ex. A to Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion to Exclude Expert Testimony, Expert Report of Anindya Ghose] | Document in its entirety |
| Attachment 5 [Ex. B to Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion to Exclude Expert Testimony, Expert Report of Dr. Kevin Jeffay] | Document in its entirety |
| Attachment 6 [Plaintiffs' Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3)] | Document in its entirety |
| Attachment 7 [Declaration of Christopher Thompson in Support of Plaintiffs' Motion to Certify Class, with Exhibits 1-2] | Document in its entirety |

WALLENSTEIN DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Case No. 5:20-CV-07956)

| Document | Portions to be Sealed |
|---|---|
| Attachment 8 [Ex. 5 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Expert Report of Dr. Jeffery A. Stec] | Document in its entirety |
| Attachment 9 [Ex. 6 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Expert Report of Dr. Roger Entner and Supporting Materials] | Document in its entirety |
| Attachment 10 [Ex. 7 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Expert Report of Dr. Christopher Jules White] | Document in its entirety |
| Attachment 11 [Ex. 8 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00011375] | Document in its entirety |
| Attachment 12 [Ex. 9 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Expert Report of Christopher Thompson] | Document in its entirety |
| Attachment 13 [Ex. 10 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00039092] | Document in its entirety |
| Attachment 14 [Ex. 11 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00024260] | Document in its entirety |
| Attachment 15 [Ex. 12 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00026178] | Document in its entirety |
| Attachment 16 [ Ex. 13 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00040081] | Document in its entirety |
| Attachment 17 [Ex. 14 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Expert Report of Dr. Douglas Schmidt] | Document in its entirety |
| Attachment 18 [Ex. 16 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00008253] | Document in its entirety |
| Attachment 19 [Ex. 17 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00026970] | Document in its entirety |

WALLENSTEIN DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Case No. 5:20-CV-07956)

| Document | Portions to be Sealed |
|---|---|
| Attachment 20 [Ex. 18 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00006929] | Document in its entirety |
| Attachment 21 [Ex. 19 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00010614] | Document in its entirety |
| Attachment 22 [Ex. 20 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00008277] | Document in its entirety |
| Attachment 23 [Ex. 21 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Source Code Review Appendix of Christopher Thompson] | Document in its entirety |
| Attachment 24 [Ex. 22 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00020323] | Document in its entirety |
| Attachment 25 [Ex. 23 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00043314] | Document in its entirety |
| Attachment 26 [Ex. 25 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00017131] | Document in its entirety |
| Attachment 27 [Ex. 26 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, GOOG-CSUPO-00062727] | Document in its entirety |
| Attachment 28 [Ex. 27 to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Summary of Damages by Dr. Jeffery A. Stec] | Document in its entirety |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2025.

/s/ Marc A. Wallenstein
Marc A. Wallenstein

WALLENSTEIN DECLARATION IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Case No. 5:20-CV-07956)