| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA I. YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile:  (314) 241-3525 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br>Date:   July 1, 2025<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

**PUBLIC VERSION**

**REDACTED IN ITS ENTIRETY**

---

**PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY (CASE NO. 5:20-CV-07956)**