ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br>Date:   July 1, 2025<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

I, Marc A. Wallenstein, declare as follows:

1. I am an attorney at Korein Tillery LLC, counsel to Plaintiffs and putative class representatives Joseph Taylor, Mick Cleary, and Jennifer Nelson. I make this declaration in support of Plaintiffs' Motion to Exclude Expert Testimony. I have personal knowledge of the facts stated in the declaration and, if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of the Expert Rebuttal Report of Anindya Ghose, dated January 15, 2025.

3. Attached as Exhibit B is a true and correct copy of the Expert Report of Dr. Kevin Jeffay, dated January 15, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2025.

Dated: March 11, 2025               */s/ Marc A. Wallenstein*
                                    Marc A. Wallenstein

# PUBLIC VERSION
# REDACTED IN ITS ENTIRETY

# Exhibit A

to the Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion to Exclude Expert Testimony

**PUBLIC VERSION
REDACTED IN ITS ENTIRETY**

# Exhibit B

to the Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion to Exclude Expert Testimony