| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) <br> ANN M. RAVEL (62139) <br> McMANIS FAULKNER <br> 50 West San Fernando Street, 10th Floor <br> San Jose, CA 95113 <br> Telephone: (408) 279-8700 <br> Facsimile: (408) 279-3244 <br> epipkin@mcmanislaw.com <br> aravel@mcmanislaw.com <br><br> GLEN E. SUMMERS (176402) <br> KARMA M. GIULIANELLI (184175) <br> LINDLEY J. BRENZA (*pro hac vice*) <br> JONATHAN JACOB MARSH (*pro hac vice*) <br> BARTLIT BECK LLP <br> 1801 Wewatta Street, Suite 1200 <br> Denver, CO 80202 <br> Telephone: (303) 592-3100 | MARC A. WALLENSTEIN (*pro hac vice*) <br> GEORGE A. ZELCS (*pro hac vice*) <br> RYAN Z. CORTAZAR (*pro hac vice*) <br> CHAD E. BELL (*pro hac vice*) <br> PAMELA I. YAACOUB (*pro hac vice*) <br> KOREIN TILLERY LLC <br> 205 North Michigan Avenue, Suite 1950 <br> Chicago, IL 60601 <br> Telephone: (312) 641-9750 <br> Facsimile: (312) 641-9751 <br><br> CAROL L. O'KEEFE (*pro hac vice*) <br> MICHAEL E. KLENOV (277028) <br> KOREIN TILLERY LLC <br> 505 North Seventh Street, Suite 3600 <br> St. Louis, MO 63101 <br> Telephone: (314) 241-4844 <br> Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-CV-07956-VKD <br><br> **PLAINTIFFS' MOTION TO CERTIFY CLASS UNDER FED. R. CIV. P. 23(b)(2) AND 23(b)(3)** <br><br> Date:  July 1, 2025 <br> Time:  10:00 a.m. <br> Judge: Hon. Virginia K. DeMarchi |

# PUBLIC VERSION
# REDACTED IN ITS ENTIRETY