ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MICK CLEARY IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS UNDER FED. R. CIV. P. 23(b)(2) AND 23(b)(3)**<br><br>Date:  July 1, 2025<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

I, Mick Cleary, declare:

1. I make this declaration in support of Plaintiffs' Motion to Certify Class Under Fed. R. Civ. P. 23(b)(2) and 23(b)(3), to be filed on March 11, 2025. I have personal knowledge of each fact stated in the declaration and, if called as a witness, I could and would competently testify thereto.

2. I lived in the United States—and specifically, in the state of Wisconsin—during the proposed class period, which I understand is from November 12, 2017 to the present.

3. I bought and used Android devices—including but not limited to, a Samsung Galaxy Z Flip5, a Samsung Galaxy Z Flip3, and a Samsung Note 9—during the proposed class period.

4. My phones ran a Google-licensed version of the Android operating system, with Google Play Services installed, and were associated with a Google account.

5. I purchased cellular data from Verizon during the proposed class period. Attached as Exhibit A is an example of my monthly bill from Verizon.

6. I regularly used the cellular data that I purchased from Verizon by using my Android devices to connect to the cellular networks provided by that carrier.

7. I did not know that Google was using my cellular data for its own purposes and benefit. I had no knowledge that such transfers were occurring.

8. I did not give Google permission to use my cellular data for its own purposes and benefit, and I would have expected Google to notify me and obtain my permission before doing so.

9. If I had known that Google was using my cellular data for its own purposes and benefit, and that it was doing so without my permission, I would have expected Google to compensate me for the cellular data that it used.

10. I am seeking to be appointed a representative of the proposed class of United States residents who used mobile phones running Google's Android operating system with a cellular data plan during the proposed class period.

11. To the best of my knowledge, I do not have any interests relevant to this case that conflict with the class members I seek to represent. I am seeking the relief provided under United States and California law for myself and for all class members during the proposed class period. I have not been promised any personal financial benefit for participating in this lawsuit. I am serving as a class representative in order to further the interests of Android device users and to remedy Google's misconduct. I have acted and will continue to act in the interests of those class members and place their interests on par with my own.

12. I have been actively involved in the prosecution of the litigation to date and have worked closely with my attorneys throughout the course of these proceedings in order to adequately represent the interests of the class members. My participation has included conferring with attorneys regarding the status of the case, reviewing complaints and other pleadings, responding to discovery requests, searching for and producing documents, and preparing and sitting for my deposition.

13. The attorneys representing me in this case from the law firms Korein Tillery, LLC and Bartlit Beck LLP have done so in a professional and competent manner, and they have kept me informed about the progress of this case throughout this litigation.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed this __4__ th day of __March__, 2025 in Milwaukee, Wisconsin.

/s/ Mick Cleary
Mick Cleary

**Attorney Attestation**
I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

/s/ Marc A. Wallenstein

# Exhibit A

**verizon**
PO BOX 489
NEWARK, NJ 07101-0489

Account: FRCP 5.2 PII Redaction
Invoice: 4541751557
Billing period: Jul 17 - Aug 16, 2023

KEYLINE

MICK CLEARY
FRCP 5.2 PII Redaction
DELAFIELD, WI 53018-1609

Questions about your bill?
verizon.com/support
800-922-0204

## Ways to pay

**My Verizon app**
You can check your bill easily with the My Verizon app available in App Store or Google Play.

**Online**
Go to go.vzw.com/bill and sign in to review your bill.

**By phone**
Simply dial #PMT (#768) on your phone and follow the instructions to pay.

**Cash**
Go to www.verizon.com/stores to find a Verizon Wireless store near you or find a Check Free Pay or Western Union near you to make a cash payment.

## Snapshot of your bill
(details on page 3)

| | |
|---|---|
| Balance from last bill | -$69.84 |
| This month's charges | $179.52 |
| **Total due on Sep 8** | **$109.68** |

You'll be charged up to 1.5% per month (18% per year) on the unpaid balance, or a flat $7 per month, whichever is greater, if allowed by law in the state of your billing address.

---

**verizon**

MICK CLEARY
FRCP 5.2 PII Redaction
DELAFIELD, WI 53018-1609

Bill date: August 16, 2023
Account number: FRCP 5.2 PII Redaction
Invoice number: 4541751557

**Total Amount Due by September 08, 2023**

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$109.68**

$ ☐☐☐ . ☐☐

Please see back for instructions on writing to us.

PO BOX 16810
NEWARK, NJ 07101-6810

FRCP 5.2 PII Redaction

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1.866.544.0401.



## Questions about paying your bill?

Go to go.vzw.com/support/pay-bill-faqs to learn more.

## Address change:

Change your address at go.vzw.com/changeaddress.

## Important Information:

Many billing questions can be resolved easily online or with the My Verizon App. Customer service can also assist you by phone, chat or in a retail store for billing questions or disputes.

All written communication related to billing disputes and checks tendered as payment in full to a billing dispute must be sent to this below address:

Verizon
Attn: Correspondence Team
PO Box 15069
Albany, NY 12212

Select a checkbox that describes how we can help you along with any additional information and include it with your written correspondence.

**Account:** FRCP 5.2 PII Redaction
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

Questions about your bill?
verizon.com/support
800-922-0204

---

**Automatic Payment Enrollment for Account:** _____ MICK CLEARY

By signing below, you authorize Verizon to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. You agree to receive all Auto Pay related communications electronically. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon. Check with your bank for any charges.

1. Check this box.    2. Sign name in box below, as shown on the bill and date.    3. Return this slip with your payment. Do not send a voided check.

Please select a checkbox that best describes how we can help you and include details in the box below with any written correspondence.

| Payment Verification | Address Change | Name Change | Billing Dispute | Service Change | Other |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Additional information (for example new address or details on your request)

# verizon

**Account:** FRCP 5.2 PII Redaction
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Your August bill is $109.68
Due Sep 8

**Questions about your bill?**
verizon.com/support
800-922-0204

### Since your last bill

- You paid $0.00.
- You received $69.84 in one-time credits.
- Your bill increased by $179.52.

### Review your bill online

An itemized bill breakdown of all charges and credits is available on the My Verizon app and online.

Scan the QR code with your camera app or go to go.vzw.com/bill.



### Bill summary by line

| | |
|---|---|
| Account-wide charges & credits | -$72.50 |
| **Mick Cleary** Smartphone FRCP 5.2 PII Redaction | $155.34 |
| **Mick Cleary** Smartwatch FRCP 5.2 PII Redaction | $26.84 |
| **Total:** | **$109.68** |

### Surcharges, taxes and gov fees

The total amount due for this month includes surcharges of $8.25 and taxes and gov fees of $3.68. For an itemized list of taxes, fees and surcharges visit go.vzw.com/bill.

### Save up to $10.00/month when you enroll in Auto Pay & paper-free billing.

The discount will be effective beginning your next billing cycle after the enrollment.

# verizon

**Account:** FRCP 5.2 PII Redaction
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Charges by line details

| Account-wide charges & credits | -$72.50 |
|---|---|

| One-time charges & credits | -$69.84 |
|---|---|
| Overpaid balance (Jun 17 - Jul 16) (previous bill) | -$69.84 |

| Plan | -$10.00 |
|---|---|
| 55+ LOYALTY $10 DISC 1 PHONE<br>Aug 17 - Sep 16 | -$10.00 |

| Services & perks | $6.99 |
|---|---|
| Disney Bundle Included<br>Included with your plan<br>Jul 21 - Aug 19 | $14.99 |
| discovery+ (Ad-Free) Monthly<br>Aug 15 - Sep 14 | $6.99 |

| Taxes & gov fees | $0.35 |
|---|---|
| State Tax | $0.35 |

### Mick Cleary — $155.34
Smartphone
FRCP 5.2 PII Redaction

| Plan | $90.00 |
|---|---|
| 5G Play More<br>Aug 17 - Sep 16 | $90.00 |

| Devices | $41.66 |
|---|---|
| GALAXY Z FLIP3 5G 128 GB BLACK<br>Payment 22 of 24 ($83.32 remaining)<br>Agreement 2036320166 | $41.66 |

| Services & perks | $17.00 |
|---|---|
| Verizon Mobile Protect | $17.00 |

**Plan**

Plans are billed a month in advance.

Save $10 on your 5G PLAY MORE plan each month when you enroll in Auto Pay (using bank account or debit card) and paper-free billing. Enroll using the My Verizon app, or at vzw.com/myverizon.

**Services & Perks**

Taxes for Services & Perks purchases and "Purchases from other vendors" are billed in "Taxes and gov fees." For a breakout of tax details visit go.vzw.com/mybill.

Confidential                                           TAYLOR_0002675

# verizon

**Account:** <span style="background:black;color:red">FRCP 5.2 PII Redaction</span>
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Charges by line details (continued)

Aug 17 - Sep 16

| Surcharges | $4.32 |
|---|---|
| Fed Universal Service Charge | $0.74 |
| Regulatory Charge | $0.09 |
| Admin & Telco Recovery Charge | $3.30 |
| WI Universal Service Fund | $0.19 |

| Taxes & gov fees | $2.36 |
|---|---|
| WI Police&Fire Protection Fee | $0.75 |
| WI State Sales Tax-Telec | $0.49 |
| WI State Sales Tax | $1.12 |

### Mick Cleary — $26.84
Smartwatch
<span style="background:black;color:red">FRCP 5.2 PII Redaction</span> (Number Share)

| Plan | $10.00 |
|---|---|
| Unlimited plan  Aug 17 - Sep 16 | $10.00 |

> **Plan**
> Plans are billed a month in advance.

| Devices | $11.94 |
|---|---|
| GALAXY WATCH4 CLASSIC 46MM BLK  Payment 3 of 36 ($394.02 remaining)  Agreement 1784381838 | $11.94 |

| Surcharges | $3.93 |
|---|---|
| Fed Universal Service Charge | $0.35 |
| Regulatory Charge | $0.09 |
| Admin & Telco Recovery Charge | $3.30 |
| WI Universal Service Fund | $0.19 |

| Taxes & gov fees | $0.97 |
|---|---|
| WI Police&Fire Protection Fee | $0.75 |

# verizon

Account: FRCP 5.2 PII Redaction
Invoice: 4541751557
Billing period: Jul 17 - Aug 16, 2023

## Charges by line details (continued)

| | |
|---|---|
| WI State Sales Tax-Telec | $0.22 |

# verizon

**Account:** [FRCP 5.2 PII Redaction]
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Talk activity

### Mick Cleary
[FRCP 5.2 PII Redaction]

#### GALAXY Z FLIP3 5G

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 17 | 10:16 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 17 | 3:53 PM | | San Diego, CA | Incoming, CL | 1 | -- | -- | -- |
| Jul 18 | 2:38 AM | | Saint Geor, UT | Incoming, CL | 1 | -- | -- | -- |
| Jul 18 | 6:55 AM | | ST George, UT | Milwaukee, WI | 5 | -- | -- | -- |
| Jul 18 | 9:46 AM | | ST George, UT | Incoming, CL | 1 | -- | -- | -- |
| Jul 18 | 10:27 AM | | Cedar City, UT | Incoming, CL | 1 | -- | -- | -- |
| Jul 18 | 10:37 AM | | Cedar City, UT | Incoming, CL | 1 | -- | -- | -- |
| Jul 18 | 1:33 PM | | Salina, UT | Incoming, CL | 24 | -- | -- | -- |
| Jul 18 | 4:11 PM | | Mack, CO | Incoming, CL | 24 | -- | -- | -- |
| Jul 18 | 4:17 PM | | Mack, CO | Incoming, CL | 1 | -- | -- | -- |
| Jul 19 | 6:02 AM | | Denver, CO | Waukesha, WI | 1 | -- | -- | -- |
| Jul 19 | 10:22 AM | | Ogallala, NE | Incoming, CL | 2 | -- | -- | -- |
| Jul 19 | 10:39 AM | | Paxton, NE | Incoming, CL | 2 | -- | -- | -- |
| Jul 19 | 10:40 AM | | Paxton, NE | Incoming, CL | 1 | -- | -- | -- |
| Jul 19 | 1:37 PM | | Aurora, NE | Incoming, CL | 1 | -- | -- | -- |
| Jul 19 | 2:06 PM | | Beaver Cro, NE | Incoming, CL | 24 | -- | -- | -- |
| Jul 19 | 2:18 PM | | Pleasant D, NE | Incoming, CL | 1 | -- | -- | -- |
| Jul 19 | 2:44 PM | | Ashland, NE | Incoming, CL | 2 | -- | -- | -- |
| Jul 19 | 4:43 PM | | Menlo, IA | Incoming, CL | 24 | -- | -- | -- |
| Jul 19 | 7:45 PM | | Davenport, IA | Snmn Mrvs, CA | 1 | -- | -- | -- |
| Jul 19 | 7:46 PM | | Davenport, IA | Incoming, CL | 1 | -- | -- | -- |
| Jul 20 | 9:23 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 20 | 10:22 AM | | Milwaukee, WI | Incoming, CL | 2 | -- | -- | -- |
| Jul 20 | 12:18 PM | | Milwaukee, WI | Milwaukzn1, WI | 10 | -- | -- | -- |
| Jul 20 | 12:43 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 20 | 12:50 PM | | Milwaukee, WI | Milwaukee, WI | 2 | -- | -- | -- |
| Jul 20 | 2:52 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 20 | 5:00 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 20 | 5:21 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 21 | 11:35 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 21 | 1:10 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 22 | 11:02 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 22 | 4:04 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 8:36 AM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 9:39 AM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 10:48 AM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 10:50 AM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 10:56 AM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 1:05 PM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 4:48 PM | | Waukesha, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 24 | 5:45 PM | | Waukesha, WI | Incoming, CL | 2 | -- | -- | -- |
| Jul 24 | 6:50 PM | | Milwaukee, WI | Milwaukzn1, WI | 1 | -- | -- | -- |
| Jul 24 | 7:01 PM | | Milwaukee, WI | VM Deposit, CL | 1 | -- | -- | -- |
| Jul 25 | 8:17 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 8:58 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 10:36 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 10:45 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 11:32 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |

*(Number column: FRCP 5.2 PII Redaction)*

Confidential

TAYLOR_0002678

verizon✓

**Account:** FRCP 5.2 PII Redaction
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Talk activity (cont.)

**Mick Cleary**
FRCP 5.2 PII Redaction
**GALAXY Z FLIP3 5G**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Jul 25 | 12:02 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 2:14 PM | | Milwaukee, WI | Incoming, CL | 2 | -- | -- | -- |
| Jul 25 | 2:36 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 4:41 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 5:58 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 5:59 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 25 | 6:51 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 26 | 9:02 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 26 | 9:32 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 26 | 11:57 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 26 | 12:16 PM | | Milwaukee, WI | Incoming, CL | 2 | -- | -- | -- |
| Jul 26 | 2:11 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 26 | 2:55 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 27 | 9:37 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 27 | 9:51 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 27 | 4:18 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 27 | 4:33 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 28 | 9:15 AM | | Milwaukee, WI | Milwaukzn1, WI | 2 | -- | -- | -- |
| Jul 28 | 1:52 PM | | Oak Creek, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 29 | 9:10 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 29 | 9:28 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 29 | 3:10 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 31 | 10:58 AM | | Milwaukee, WI | Incoming, CL | 3 | -- | -- | -- |
| Jul 31 | 12:25 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Jul 31 | 1:32 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 1 | 8:17 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 1 | 10:53 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 1 | 11:11 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 1 | 2:37 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 1 | 4:41 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 1 | 4:46 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 2 | 10:18 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 2 | 11:43 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 2 | 12:21 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 2 | 12:35 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 9:37 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 9:40 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 10:52 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 11:10 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 12:54 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 12:57 PM | | Milwaukee, WI | Incoming, CL | 2 | -- | -- | -- |
| Aug 3 | 4:20 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 3 | 6:53 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 4 | 9:38 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 4 | 11:00 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |

Confidential

TAYLOR_0002679

# verizon

**Account:** FRCP 5.2 PII Redaction
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Talk activity (cont.)

### Mick Cleary
FRCP 5.2 PII Redaction
**GALAXY Z FLIP3 5G**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 4 | 11:58 AM | FRCP 5.2 PII Redaction | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 4 | 1:17 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 5 | 3:37 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 6 | 9:40 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 6 | 10:48 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 6 | 11:57 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 6 | 1:12 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 6 | 2:18 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 6 | 3:25 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 9:09 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 10:07 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 10:46 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 10:50 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 11:31 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 11:40 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 12:19 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 12:25 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 2:11 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 2:16 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 2:52 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 3:25 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 3:51 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 4:33 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 7 | 5:52 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 8:50 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 9:41 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 9:41 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 9:58 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 10:38 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 12:32 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 12:40 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 1:15 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 2:17 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 2:40 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 8 | 3:02 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 8:44 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 9:43 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 11:27 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 12:22 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 1:03 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 3:38 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 5:00 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 9 | 5:03 PM | | Milwaukee, WI | Incoming, CL | 2 | -- | -- | -- |
| Aug 10 | 8:31 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 10 | 8:34 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |

Confidential

TAYLOR_0002680

# verizon

**Account:** FRCP 5.2 PII Redaction
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Talk activity (cont.)

### Mick Cleary
FRCP 5.2 PII Redaction
**GALAXY Z FLIP3 5G**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 10 | 9:13 AM | FRCP 5.2 PII Redaction | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 10 | 10:59 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 10 | 1:10 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 10 | 1:42 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 10 | 3:47 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 10 | 4:36 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 8:14 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 9:29 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 9:36 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 10:51 AM | | Greendale, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 11:24 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 11:53 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 1:05 PM | | Milwaukee, WI | Incoming, CL | 7 | -- | -- | -- |
| Aug 11 | 1:10 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 11 | 1:55 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 8:07 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 9:10 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 9:32 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 10:20 AM | | Greendale, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 11:25 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 12:39 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 12 | 8:05 PM | | Milwaukee, WI | Milwaukzn1, WI | 1 | -- | -- | -- |
| Aug 13 | 9:48 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 14 | 8:13 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 14 | 10:11 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 14 | 10:36 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 14 | 12:40 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 8:28 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 10:43 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 11:22 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 11:23 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 11:30 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 11:52 AM | | Milwaukee, WI | Toll-Free, CL | 2 | -- | -- | -- |
| Aug 15 | 12:44 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 1:15 PM | | Milwaukee, WI | Mukwonago, WI | 17 | -- | -- | -- |
| Aug 15 | 1:48 PM | | Milwaukee, WI | Incoming, CL | 6 | -- | -- | -- |
| Aug 15 | 2:10 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 2:50 PM | | Milwaukee, WI | Incoming, CL | 3 | -- | -- | -- |
| Aug 15 | 3:28 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 3:51 PM | | Milwaukee, WI | Incoming, CL | 15 | -- | -- | -- |
| Aug 15 | 4:21 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 6:28 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 15 | 6:46 PM | | Milwaukee, WI | Incoming, CL | 6 | -- | -- | -- |
| Aug 15 | 7:39 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 8:17 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |

Confidential

TAYLOR_0002681

**verizon**

Account: FRCP 5.2 PII Redaction
Invoice: 4541751557
Billing period: Jul 17 - Aug 16, 2023

## Talk activity (cont.)

### Mick Cleary
FRCP 5.2 PII Redaction
**GALAXY Z FLIP3 5G**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 16 | 8:30 AM | FRCP 5.2 PII Redaction | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 9:13 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 9:13 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 9:28 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 11:05 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 11:44 AM | | Greendale, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 11:50 AM | | Greendale, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 11:54 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 11:54 AM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:17 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:17 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:26 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:26 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:43 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:45 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 12:49 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 1:36 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 1:42 PM | | Milwaukee, WI | Milwaukzn1, WI | 1 | -- | -- | -- |
| Aug 16 | 1:56 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 2:27 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 2:28 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 2:29 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 2:43 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 2:48 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 2:49 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 3:50 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 4:43 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 4:44 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 5:47 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 5:47 PM | | Milwaukee, WI | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 6:47 PM | | Milwaukee, WI | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 16 | 7:04 PM | | Milwaukee, WI | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 16 | 7:42 PM | | Milwaukee, WI | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 16 | 7:57 PM | | Milwaukee, WI | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 16 | 9:39 PM | | Milwaukee, WI | VM Deposit, CL | 1 | -- | -- | -- |

Confidential

TAYLOR_0002682


**Account:** [FRCP 5.2 PII Redaction]
**Invoice:** 4541751557
**Billing period:** Jul 17 - Aug 16, 2023

## Additional information

### Customer Proprietary Network Information (CPNI)

CPNI is information made available to us solely by virtue of our relationship with you that relates to the type, quantity, destination, technical configuration, location, and amount of use of the telecommunications and interconnected VoIP services you purchase from us, as well as related billing information. The protection of your information is important to us, and you have a right, and we have a duty, under federal law, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services, such as television, telematics, high-speed Internet, video, and local and long distance services. Visit Verizon.com for more information on our services and companies.

If you don't want your CPNI used for the marketing purposes described above, please notify us by phone any time at 800.333.9956 or online at vzw.com/myprivacy.

Unless you notify us in one of these ways, we may use your CPNI as described above beginning 30 days after the first time we notify you of this CPNI policy. Your choice will remain valid until you notify us that you wish to change your selection. Your decision about use of your CPNI will not affect the provision of any services you currently have with us.

Note: This CPNI notice does not apply to residents of the state of Arizona.

### Explanation of Surcharges

Verizon wireless surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative and Telco Recovery Charge, which helps defray and recover certain direct and indirect costs we or our agents incur, including:
(a) costs of complying with regulatory and industry obligations and programs, such as E911, wireless local number portability and wireless tower mandate costs;
(b) property taxes; and
(c) costs associated with our network, including facilities (e.g. leases), operations, maintenance and protection, and costs paid to other companies for network services.
**Please note that these are Verizon wireless charges, not taxes or government imposed fees. These charges, and what's included, are subject to change from time to time.**

### Service Plan Features & Services

If your service plan has optional features or services that are included as part of your monthly subscription, electing to activate these subscriptions may affect your surcharges, taxes and governmental fees, even though your plan monthly service price does not change. Examples of these features are Apple Music or the Disney bundle.

### Taxes and Other Governmental Charges

We are required by law to collect these charges, which are based on your service address. You can update your service address on go.vzw.com/changeaddress.

### More On Wireless Taxes And Surcharges

Your total charges for this month's bill cycle are $109.68.

This includes charges for one or more bundled Verizon service plans that include voice, messaging, data, or other services for which you pay a monthly plan charge.

This bill cycle, your fixed monthly plan charges were $100.00 (before applying any discounts or credits, and excluding other charges such as overage, late payment, taxes, Verizon surcharges, and equipment).

To accurately bill taxes and Verizon surcharges, we regularly look at past network usage by you and other customers with similar plans to allocate this fixed monthly plan charge among the services included in the bundle.

In this bill cycle, we have allocated this amount as follows: $4.56 for voice, $0.94 for messaging, $79.51 for data, and $14.99 for other services.

For more information, please go to vzw.com/taxesandsurcharges.

### Bankruptcy Information

If you are or were in bankruptcy, this bill may include amounts for pre-bankruptcy charges. You should not pay pre-bankruptcy amounts; they are for your information only. In the event Verizon receives notice of a bankruptcy filing, pre-bankruptcy charges will be adjusted in future invoices. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

### Regulatory Charge Increase

"Effective September 1, 2023, the monthly Verizon Wireless Regulatory Charge for voice-capable devices will increase from $0.09 to $0.16 per line. The charge for data-only devices remains at $0.02 per line. Please note that this is a Verizon Wireless charge, not a tax. This charge, and what's included, are subject to change from time to time. For further information regarding this charge, review the "Explanation of Surcharges" section of this bill."