ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF JENNIFER NELSON IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS UNDER FED. R. CIV. P. 23(b)(2) AND 23(b)(3)**<br><br>Date: July 1, 2025<br>Time: 10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

1
DECLARATION OF JENNIFER NELSON IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS
Case No. 5:20-CV-07956-VKD

I, Jennifer Nelson, declare:

1. I make this declaration in support of Plaintiffs' Motion to Certify Class Under Fed. R. Civ. P. 23(b)(2) and 23(b)(3), to be filed on March 11, 2025. I have personal knowledge of each fact stated in the declaration and, if called as a witness, I could and would competently testify thereto.

2. I lived in the United States—specifically, in the states of Pennsylvania, Massachusetts, Wisconsin, and Illinois—during the proposed class period, which I understand is from November 12, 2017 to the present.

3. I bought and used Android devices—including but not limited to, a Google Pixel 7a, a Google Pixel 4a 5G, and a Google Pixel 2—during the proposed class period.

4. My phones ran a Google-licensed version of the Android operating system, with Google Play Services installed, and were associated with a Google account.

5. I purchased cellular data from carriers Spectrum and Verizon during the proposed class period. Attached as Exhibit A is an example of my monthly bill from Spectrum, and attached as Exhibit B is a copy of a June 2018 Verizon service summary.

6. I regularly used the cellular data that I purchased from Spectrum and Verizon by using my Android devices to connect to the cellular networks provided by those carriers.

7. I did not know that Google was using my cellular data for its own purposes and benefit. I had no knowledge that such transfers were occurring.

8. I did not give Google permission to use my cellular data for its own purposes and benefit, and I would have expected Google to notify me and obtain my permission before doing so.

9. If I had known that Google was using my cellular data for its own purposes and benefit, and that it was doing so without my permission, I would have expected Google to compensate me for the cellular data that it used.

10. I am seeking to be appointed a representative of the proposed class of United States residents who used mobile phones running Google's Android operating system with a cellular data plan during the proposed class period.

11. To the best of my knowledge, I do not have any interests relevant to this case that conflict with the class members I seek to represent. I am seeking the relief provided under United States and California law for myself and for all class members during the proposed class period. I have not been promised any personal financial benefit for participating in this lawsuit. I am serving as a class representative in order to further the interests of Android device users and to remedy Google's misconduct. I have acted and will continue to act in the interests of those class members and place their interests on par with my own.

12. I have been actively involved in the prosecution of the litigation to date and have worked closely with my attorneys throughout the course of these proceedings in order to adequately represent the interests of the class members. My participation has included conferring with attorneys regarding the status of the case, reviewing complaints and other pleadings, responding to discovery requests, searching for and producing documents, and preparing and sitting for my deposition.

13. The attorneys representing me in this case from the law firms Korein Tillery, LLC and Bartlit Beck LLP have done so in a professional and competent manner, and they have kept me informed about the progress of this case throughout this litigation.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of March, 2025 in Philadelphia, Pennsylvania.

Jennifer Nelson

DECLARATION OF JENNIFER NELSON IN SUPPORT OF PLAINTIFFS' MOTION TO CERTIFY CLASS
Case No. 5:20-CV-07956-VKD

# Exhibit A

## OCTOBER 1 – OCTOBER 31
Mobile

### AMOUNT DUE
## $42.00

Your Auto Pay is scheduled for **November 21.**

Account Holder Information ⌄

### Previous Account Activity

| | |
|---|---|
| Previous Balance | $28.00 ⌃ |
| Credits and Payments | -$28.00 ⌃ |
|     Auto Pay Payment – Visa ending in [REDACTED]<br>    Paid on October 21 | -$28.00 |
| Remaining Balance | $0.00 ⌃ |

### Services — $42.00

| | |
|---|---|
| **By the Gig Line** | $14.00 ⌃ |
| ⓘ Your By the Gig plan includes 1 GB of shared data. Additional shared data is $0 for each partial or full GB used. | |
| jennifer – Phone [REDACTED] | $14.00 |
|     By The Gig<br>    November 1 – November 30 | $14.00 |
| **Additional By the Gig Data: 2 GB** | $28.00 ⌃ |
| ⓘ Your data usage of **3 GB** exceeds your included **1 GB**. | |
| jennifer – Phone [REDACTED] | 2.33 GB |
|     By the Gig Data Usage<br>    Total data usage for October 1 – October 31. | 3.00 GB |

### Devices — $0.00

| | |
|---|---|
| jennifer – Phone [REDACTED] | $0.00 |

### Additional Charges — $0.00

### Credits — $0.00

### Amount Due — $42.00

Your Auto Pay is scheduled for **November 21.**

**Included Taxes, Fees & Charges** ⌃

Taxes, fees, and other charges are paid by Spectrum.

| | |
|---|---|
| Federal Universal Service Fund | $0.0[?] |
| Police And Fire Protection Fee | $0.7[?] |
| State And Local Sales Tax | $0.0[?] |

State Universal Service Fund $0.0:



Confidential                                                                                                                                TAYLOR_0005358

Confidential                                                                                                                                                       TAYLOR_0005359

# Exhibit B

# SERVICE SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| Order Status: | C   Appl. ID No.: [FRCP 5.2 PII Redaction] | Order Date: | Wed Jun 06 00:00:00 EDT 2018 | Bill Acct. No.: | [FRCP 5.2 PII Redaction] |

**Agent Name:** Mobile Generation Andersonvill
**Agent Address:** 5314 N CLARK ST, CHICAGO, IL 60640-2381
**Billing Outlet ID:** 000112006
**POS Location Code:** N3897-01
**Activation type:** Individual Order    New    **X** Upgrade    Feature Change    Calling Plan Change    **X** Add-on    **X** MultiLine

[FRCP 5.2 PII Redaction]
POS Location Code

[FRCP 5.2 PII Redaction]
Appl. ID No.

## CUSTOMER INFORMATION

JENNIFER NELSON
[FRCP 5.2 PII Redaction]
CHICAGO IL 60640-3551
USA
Home Phone: [FRCP 5.2 PII Redaction]

No. of Lines Approved: 2
Total Security Deposit: $0.00

## Account Information

## Account Level Service Product Offers (SPOs)

Included SPOs:

### Line 1

| | | | |
|---|---|---|---|
| Account No.: | [FRCP 5.2 PII Redaction] | | |
| **Wireless No.:** | | Wireless No. Barcode: | [FRCP 5.2 PII Redaction] |
| Device Id: | | Device Barcode: | |
| Make: | GGL | Model: | Google Pixel 2 64 GB in Just Black |
| ICCID: | [FRCP 5.2 PII Redaction] | 4G SIM Barcode: | [FRCP 5.2 PII Redaction] |
| IP Address: | | | |
| Effective Date: | 06/06/2018 | | |
| Bill Cycle: | 5 | | |
| Plan: | The new Verizon Plan Single Smartphone 5 GB $40.00 97928 | | |
| Monthly Line Access: | $20.00 | | |
| Upgrade Fee: | $30.00 | | |
| Service Contract Term: | Monthly | | |

### Features

85915 - Total Mobile Protection $13.00 monthly

### Line 1

| | | | |
|---|---|---|---|
| Account No.: | [FRCP 5.2 PII Redaction] | | [FRCP 5.2 PII Redaction] |
| **Wireless No.:** | | Wireless No. Barcode: | |
| Device Id: | | Device Barcode: | |
| Make: | FWC | Model: | Ellipsis® Jetpack® MHS900L in Dark Navy |

| | | | |
|---|---|---|---|
| ICCID: | [FRCP 5.2 PII Redaction] | 4G SIM Barcode: | [FRCP 5.2 PII Redaction] |
| IP Address: | | | |
| Effective Date: | 06/06/2018 | | |
| Bill Cycle: | 5 | | |
| Plan: | The new Verizon Plan Single Smartphone 5 GB $40.00 97928 | | |
| Monthly Line Access: | $10.00 | | |
| Activation Fee: | $40.00 | | |
| Service Contract Term: | 24 MONTHS | | |
| Contract End Date: | 06/06/2020 | EARLY TERMINATION FEE: | UP TO $175.00 |

**Service Product Offers**

Included SPOs:

1087 - HD Video Optimization - $0.00

**Features**

85914 - Total Mobile Protection $10.00 monthly

Activation Fee will be credited if service is cancelled within 3 days. Taxes & surcharges can add 7% to 46% to your monthly access and usage charges, including these Verizon Wireless monthly surcharges: Monthly Federal Universal Service Charge on interstate & international telecom charges (varies quarterly based on FCC rate) 19.50% per line; Regulatory ($0.21 per voice line; $0.02 per data-only line); Administrative ($1.23 per voice line; $0.06 per data-only line).

I agree to the VZW Customer Agreement (CA), including settlement of disputes by arbitration instead of jury trial, the terms of the plan and optional services I have chosen, and an early termination fee of up to $350 for each line subject to a 24 month service term. I am aware that I can view the CA anytime at verizonwireless.com.

_____

                                          **Customer Signature**
                                          Account Owner Name - JENNIFER NELSON
                                          Account Owner Signature
                                          **X**

_____

**Customer Agreement**

I agree to the Verizon Customer Agreement (CA), including the Verizon Privacy Policy, and settlement of disputes by arbitration instead of jury trial, as well as the terms of the plan and optional services I have chosen.

**Device Payment Agreement**

I acknowledge that I was provided an opportunity to review my completed Installment Loan Agreement (ILA), including 24 monthly payments and my right to cancel within 14 days. I understand that no one can make any changes to the ILA and that no handwritten markings or strikeouts are binding on Verizon.

I am aware that I can view the CA and the ILA anytime at verizonwireless.com.

By signing below, I agree to the ILA and the CA

_____          06/06/2018
Signature                                 (Date)

Confidential                                                      TAYLOR_0007296