| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA I. YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**L.R. 6-2 STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY AND [PROPOSED] ORDER**<br><br>Judge: Hon. Virginia K. DeMarchi |

**STIPULATION**

Plaintiffs Joseph Taylor, Edward Mlakar, Mick Cleary, Eugene Alvis, and Jennifer Nelson ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, the close of expert discovery in this matter is currently scheduled for March 27, 2025 (ECF No. 162);

WHEREAS, by operation of Local Rule 37-3, the current deadline for any Party to file a non-*Daubert* motion related to expert discovery is April 3, 2025 (ECF No. 162);

WHEREAS, under the Court's January 27, 2025 Order (ECF No. 164), separate briefing deadlines were set for *Daubert* motions;

WHEREAS, the Parties have agreed to extend the deadline to hold expert depositions by 12 days, from March 27, 2025 to April 8, 2025; and

WHEREAS, for the reasons set forth in the attached Wallenstein Declaration, the parties jointly agree that good cause exists to grant the extension of time to hold expert depositions, including because: (1) the schedules of the expert witness deponents and responsible attorneys required finding additional dates beyond the deadline when all necessary parties would be available; (2) the parties have been engaged in briefing of class certification in this case, as well as briefing in the related *Csupo* case in state court, that created additional conflicts with scheduling these depositions; and (3) the technical nature of these experts' opinions necessarily requires additional time to analyze their reports and prepare for deposition questioning.

**NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and agree that:

- The deadline to complete expert depositions shall be extended from March 27, 2025 to April 8, 2025; and

- By operation of Local Rule 37-3, the deadline for any Party to file a motion related to expert discovery shall be April 15, 2025 (this does not include *Daubert* motions,

which have separate deadlines set by this Court's January 27, 2025 Order, ECF No. 164).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | |
|---|---|
| Dated: March 28, 2025 | Dated: March 28, 2025 |
| COOLEY LLP | KOREIN TILLERY LLC |
| */s/ Whitty Somvichian* | */s/ Marc A. Wallenstein* |
| Whitty Somvichian (194463) | Marc A. Wallenstein (*pro hac vice*) |
| COOLEY LLP | KOREIN TILLERY LLC |
| 3 Embarcadero Center, 20th Floor | 205 North Michigan Avenue, Suite 1950 |
| San Francisco, CA 94111 | Chicago, IL 60601 |
| Telephone: (415) 693-2000 | Telephone: (312) 641-9750 |
| Facsimile: (415) 693-2222 | Facsimile: (312) 641-9751 |
| *Attorney for Defendant Google LLC* | *Attorney for Plaintiffs* |

**ATTESTATION IN CONCURRENCE OF FILING**

I, Chad E. Bell, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated:  March 28, 2025

/s/ *Chad E. Bell*
Chad E. Bell (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751
cbell@koreintillery.com

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Virginia K. DeMarchi
United States Magistrate Judge