| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222<br><br>*Attorneys for Defendant*<br>*GOOGLE LLC*<br><br>Additional Counsel on next page | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**L.R. 6-2 STIPULATED REQUEST TO EXTEND CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Virginia K. DeMarchi<br><br>Re:  Dkt. No. 188 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE CASE SCHEDULE AND
PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION RE CASE SCHEDULE
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

1. Pursuant to this Court's Case Management Order (ECF No. 99) and Civil L.R. 6-2, Plaintiffs Joseph Taylor, Edward Mlakar, Mick Cleary, Eugene Alvis, and Jennifer Nelson ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, the close of expert discovery in this matter was scheduled for April 8, 2025 (ECF No. 187);

**WHEREAS**, the current deadline for any Party to file a non-*Daubert* motion related to expert discovery is April 15, 2025 (ECF No. 187);

**WHEREAS**, the current deadline for Class Certification and Expert Challenges Oppositions is April 17, 2025 (ECF No. 164);

**WHEREAS**, the current deadline for Class Certification and Expert Challenges Replies is May 13, 2025 (ECF No. 164);

**WHEREAS**, the current date for the Class Certification and Expert Challenges Hearing is July 1, 2025 (ECF No. 164);

**WHEREAS**, the current deadline for Motions for Summary Judgment is September 9, 2025 (ECF No. 164);

**WHEREAS**, the current deadline for Motions for Summary Judgment Oppositions is October 7, 2025 (ECF No. 164);

**WHEREAS**, the current deadline for Motions for Summary Judgment Replies is October 28, 2025 (ECF No. 164);

**WHEREAS**, the current date for the hearing on Motions for Summary Judgment is November 18, 2025 (ECF No. 164);

**WHEREAS**, the Parties have agreed to extend the deadline to hold expert depositions by 14 days, from April 8, 2025 to April 22, 2025;

**WHEREAS**, the Parties have agreed to extend the deadline to file any non-*Daubert* motions related to discovery by 14 days, from April 15, 2025 to April 29, 2025;

**WHEREAS**, the Parties have agreed to extend the deadline for Class Certification and Expert Challenges Oppositions by 20 days, from April 17, 2025 to May 7, 2025;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION RE CASE SCHEDULE
AND ~~PROPOSED~~ ORDER
CASE NO. 5:20-CV-07956-VKD

**WHEREAS**, the Parties have agreed to extend the deadline for Class Certification and Expert Challenges Replies by 56 days, from May 13, 2025 to July 8, 2025;

**WHEREAS**, the Parties have agreed to continue the Class Certification and Expert Challenges Hearing by 21 days, from July 1, 2025 to July 22, 2025 (subject to the Court's availability);

**WHEREAS**, the Parties have agreed to extend the deadline for Motions for Summary Judgment by 21 days, from September 9, 2025 to September 30, 2025;

**WHEREAS**, the Parties have agreed to extend the deadline for Motions for Summary Judgment Oppositions by 21 days, from October 7, 2025 to October 28, 2025;

**WHEREAS**, the Parties have agreed to extend the deadline for Motions for Summary Judgment Replies by 21 days, from October 28, 2025 to November 18, 2025;

**WHEREAS**, the Parties have agreed to continue the hearing on Motions for Summary Judgment by 21 days, from November 18, 2025 to December 9, 2025 (subject to the Court's availability); and

**WHEREAS**, for the reasons set forth in the Declaration of Whitty Somvichian in Support of the L.R. 6.2 Stipulated Request for Order Extending Case Deadlines (attached hereto as Exhibit A), the Parties jointly agree that good cause exists to grant the extension of time, including because: (1) the Parties have exercised diligence in attempting to hold expert depositions by the existing deadlines; (2) the Parties are actively litigating both this matter and the concurrent *Csupo v. Google LLC* matter in Superior Court in Santa Clara County, which raises materially the same claims at issue in this litigation, and which is set for trial on June 2, 2025; (3) the Parties have negotiated extensively regarding the issues driving this request and have made every effort to resolve any underlying disputes without Court intervention; (4) the requested extensions will not impact the trial date set in this case; and (5) the requested extensions are in the interests of both Parties, their experts, and the just and efficient progress of this matter, and are critical to the Parties' ability to present the most helpful briefing and presentations to this Court.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION RE CASE SCHEDULE
AND ~~PROPOSED~~ ORDER
CASE NO. 5:20-CV-07956-VKD

**NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Completion of Expert Depositions | April 8, 2025 | April 22, 2025 |
| Motions Related to Expert Discovery | April 15, 2025 | April 29, 2025 |
| Class Certification and Expert Challenges Oppositions | April 17, 2025 | May 7, 2025 |
| Class Certification and Expert Challenges Replies | May 13, 2025 | July 8, 2025 |
| Class Certification and Expert Challenges Hearing | July 1, 2025 | July 22, 2025 |
| Motions for Summary Judgment | September 9, 2025 | September 30, 2025 |
| Motions for Summary Judgment Oppositions | October 7, 2025 | October 28, 2025 |
| Motions for Summary Judgment Replies | October 28, 2025 | November 18, 2025 |
| Motions for Summary Judgment Hearing | November 18, 2025 | December 9, 2025 |

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION RE CASE SCHEDULE
AND ~~PROPOSED~~ ORDER
CASE NO. 5:20-CV-07956-VKD

Dated: April 9, 2025                                Respectfully submitted,

                                                         COOLEY LLP

By: */s/ Whitty Somvichian*
     Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

Dated: April 9, 2025                                KOREIN TILLERY LLC

By: */s/ Chad E. Bell*
     Chad E. Bell

Attorney for Plaintiffs

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: April 9, 2025                                COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian

Attorneys for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIPULATION RE CASE SCHEDULE
AND ~~PROPOSED~~ ORDER
CASE NO. 5:20-CV-07956-VKD

## ~~PROPOSED~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: April 10, 2025

_____
The Honorable Virginia K. DeMarchi
United States ~~District~~ Judge
Magistrate

317493572 v2

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

JOINT STIPULATION RE CASE SCHEDULE
AND ~~PROPOSED~~ ORDER
CASE NO. 5:20-CV-07956-VKD