COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

COOLEY LLP
ARIANA E. BUSTOS (345918)
(ABustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:     (213) 561-3250
Facsimile:     (213) 561-3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL**<br><br>Date:     July 22, 2025<br>Time:    10:00 a.m.<br>Dept:    Ctrm 2, 5th Floor<br>Judge:   Hon. Virginia K. DeMarchi |

**PROOF OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. On the date set forth below I served the documents described below in the manner described below:

**GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**DECLARATION OF BORBALA BENKO IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**DECLARATION OF ERIC GUSTAFSON IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**DECLARATION OF SUNDEEP SANCHETI IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**DECLARATION OF AARON STACY IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 1 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 4 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 5 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 6 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 7 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 8 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 9 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 12 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 13 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 16 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 17 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 20 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 43 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 44 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 46 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL];**

**EXHIBIT 47 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL]; AND**

**EXHIBIT 48 TO DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [FILED UNDER SEAL].**

[X] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

///

///

///

///

///

///

///

///

///

///

///

///

| | |
|---|---|
| William Faulkner<br>Elizabeth Pipkin<br>Ann Ravel<br>MCMANIS FAULKNER LLP<br>50 West San Fernando St, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Emails: wfaulkner@mcmanislaw.com<br>   epipkin@mcmanislaw.com<br>   aravel@mcmanislaw.com<br><br>Glen E. Summers<br>Karma M. Giulianelli<br>Lindley J. Brenza<br>J. Jacob Marsh<br>BARTLIT BECK LLP<br>1801 Wewatta St, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>Emails: glen.summers@bartlitbeck.com<br>   karma.giulianelli@bartlitbeck.com<br>   bbgoogleconversion@bartlitbeck.com<br>   lindley.brenza@bartlitbeck.com<br>   jacob.marsh@bartlitbeck.com<br><br>**Attorneys for Plaintiffs**<br>**JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON** | Marc A. Wallenstein<br>George A. Zelcs<br>Ryan Z. Cortazar<br>Chad E. Bell<br>Pamela I. Yaacoub<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Emails: mwallenstein@koreintillery.com<br>   gzelcs@koreintillery.com<br>   rcortazar@koreintillery.com<br>   cbell@koreintillery.com<br>   pyaacoub@koreintillery.com<br>   KTGoogle@koreintillery.com<br><br>Carol O'Keefe<br>Michael E. Klenov<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101-1625<br>Telephone: (314) 241-4844<br>Emails: cokeefe@koreintillery.com<br>   mklenov@koreintillery.com |

Executed on May 7, 2025, at Antioch, California.

*Sandra Warren*
Sandra Warren