| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:   +1 415 693 2222<br><br>*Attorneys for Defendant*<br>*GOOGLE LLC*<br><br>Additional Counsel on next page | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**L.R. 6-2 STIPULATED REQUEST TO EXTEND CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:     Hon. Virginia K. DeMarchi |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE CASE SCHEDULE AND
PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

| | | |
|---|---|---|
| 1 | GLEN E. SUMMERS (176402) | MARC A. WALLENSTEIN (*pro hac vice*) |
| 2 | KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*) | GEORGE A. ZELCS (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*) |
| 3 | JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP | CHAD E. BELL (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*) |
| 4 | 1801 Wewatta Street, Suite 1200<br>Denver, CO 80202 | KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950 |
| 5 | Telephone: (303) 592-3100 | Chicago, IL 60601<br>Telephone: (312) 641-9750 |
| 6 | | Facsimile: (312) 641-9751 |
| 7 | | CAROL L. O'KEEFE (*pro hac vice*)<br>MICHAEL E. KLENOV (277028) |
| 8 | | KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600 |
| 9 | | St. Louis, MO 63101<br>Telephone: (314) 241-4844 |
| 10 | | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION RE CASE SCHEDULE
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

Pursuant to this Court's Case Management Order (ECF No. 99) and Civil L.R. 6-2, Plaintiffs Joseph Taylor, Edward Mlakar, Mick Cleary, Eugene Alvis, and Jennifer Nelson ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, counsel for the Parties are also litigating the *Csupo, et al. v. Google LLC* matter in the Superior Court of Santa Clara County (Complex Division) before Judge Charles F. Adams, which raises materially the same claims at issue here;

**WHEREAS**, on April 9, 2025, the Parties previously stipulated to the following deadlines, which were approved in the Court's April 10, 2025 scheduling order (ECF 189): (1) July 8, 2022 for the Parties' reply briefs for their respective expert challenge motions and for Plaintiffs' reply brief for their class certification motion, and (2) July 22, 2025 for the hearing on the foregoing motions;

**WHEREAS**, when the above dates were set, the jury trial in *Csupo* was scheduled to begin June 2, 2025 and expected to end no later than June 20, 2025, which would have allowed counsel for the Parties sufficient time to prepare and file the above briefing by the July 8, 2025 deadline;

**WHEREAS**, due to the Superior Court's availability in the week of June 9, 2025 and other scheduling issues that were unanticipated at the time of the Parties' April 9, 2025 stipulation, closing arguments in the *Csupo* trial did not occur until June 30, 2025;

**WHEREAS**, the Parties jointly request an extension, as set forth below, of the briefing deadlines and the hearing date for their pending motions, and agree that good cause exists to grant the requested extensions for the following reasons;

**WHEREAS**, given the unexpected length of jury trial proceedings in the parallel *Csupo* action, in which all counsel for the Parties here are involved, the requested extensions are necessary so that the Parties can prepare and present the most helpful briefing to this Court on their pending motions;

**WHEREAS**, the requested extensions will not impact other deadlines or the trial date in this case

**NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION RE CASE SCHEDULE
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Date |
|---|---|---|
| Class Certification and Expert Challenges Replies | July 8, 2025 | July 22, 2025 |
| Class Certification and Expert Challenges Hearing | July 22, 2025 | Either August 11 or 12, 2025 (subject to the Court's availability) |

**IT IS SO STIPULATED.**

Dated: July 1, 2025

Respectfully submitted,

COOLEY LLP

By: /s/ Whitty Somvichian
Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

Dated: July 1, 2025

KOREIN TILLERY LLC

By: /s/ Marc A. Wallenstein
Marc A. Wallenstein

Attorney for Plaintiffs

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION RE CASE SCHEDULE
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

Dated: July 1, 2025                                COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian

Attorneys for Defendant
GOOGLE LLC

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____    _____
The Honorable Virginia K. DeMarchi
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION RE CASE SCHEDULE
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD