COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant*
*GOOGLE LLC*

*Additional Counsel on next page*

ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, and EUGENE ALVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF L.R. 6-2 STIPULATED REQUEST TO EXTEND CASE DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Virginia K. DeMarchi |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

1  GLEN E. SUMMERS (176402)              MARC A. WALLENSTEIN (*pro hac vice*)
   KARMA M. GIULIANELLI (184175)        GEORGE A. ZELCS (*pro hac vice*)
2  LINDLEY J. BRENZA (*pro hac vice*)   RYAN Z. CORTAZAR (*pro hac vice*)
   JONATHAN JACOB MARSH (*pro hac vice*) CHAD E. BELL (*pro hac vice*)
3  BARTLIT BECK LLP                     PAMELA I. YAACOUB (*pro hac vice*)
   1801 Wewatta Street, Suite 1200      KOREIN TILLERY LLC
4  Denver, CO 80202                     205 North Michigan Avenue, Suite 1950
   Telephone: (303) 592-3100            Chicago, IL 60601
5                                       Telephone: (312) 641-9750
                                        Facsimile: (312) 641-9751
6

7                                       CAROL L. O'KEEFE (*pro hac vice*)
                                        MICHAEL E. KLENOV (277028)
8                                       KOREIN TILLERY LLC
                                        505 North Seventh Street, Suite 3600
9                                       St. Louis, MO 63101
                                        Telephone: (314) 241-4844
10                                      Facsimile: (314) 241-3525

11

12  *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

I, Whitty Somvichian, declare and state as follows:

1.    I am an attorney licensed to practice law in the State of California and am a partner at Cooley LLP. I am counsel for Defendant Google LLC ("Google") in this matter. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2.    Counsel for Plaintiffs and Google in this matter are concurrently handling the *Csupo v. Google LLC* matter in Superior Court in Santa Clara County, which raises materially the same claims at issue in this litigation but on behalf of a California class ("*Csupo*").

3.    Over the course of this case, the Parties have had to negotiate extensions to the schedule to ensure that it interlocks fairly and efficiently with relevant deadlines in *Csupo*, so that neither side is prejudiced by deadlines in the other case, and both cases could proceed efficiently.

4.    The Parties have since continued to actively litigate both the *Csupo* case and this case, and have continued to make significant progress on multiple fronts, including (1) filing *Daubert* motions and opening class certification briefing and completing mediation in this matter, and (2) in the *Csupo* matter, completing briefing on summary judgment, supplemental class certification, decertification, and expert challenge motions, while also litigating trial.

5.    The Parties have endeavored to act with diligence and to keep existing deadlines in this case, and pursuant to those deadlines, have exchanged expert reports, filed briefing on class certification issues, filed *Daubert* motions, and conducted expert depositions.

6.    On April 9, 2025, the Parties previously stipulated to the following deadlines, which were approved in the Court's April 10, 2025 scheduling order (ECF 189): (1) July 8, 2022 for the Parties' reply briefs for their respective expert challenge motions and for Plaintiffs' reply brief for their class certification motion, and (2) July 22, 2025 for the hearing on the foregoing motions.

7.    Due to the Superior Court's availability in the week of June 9, 2025 and other scheduling issues that were unanticipated at the time of the Parties' April 9, 2025 stipulation, closing arguments in the *Csupo* trial did not occur until June 30, 2025.

8.    The Parties jointly agree that good cause exists to modify the case schedule as set forth in the chart below, including because: (1) the Parties have endeavored to exercise diligence

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

in adhering to case deadlines, including in holding expert depositions within the current schedule; (2) given the unexpected length of jury trial proceedings in the parallel *Csupo* action, in which all counsel for the Parties here are involved, the requested extensions are necessary so that the Parties can prepare and present the most helpful briefing to this Court on their pending motions; (4) the Parties have negotiated extensively regarding the issues driving this request and have made every effort to resolve any underlying disputes without Court intervention; (5) the requested extensions will not impact other deadlines or the trial date in this case; and (6) the requested extensions are in the interests of both Parties, and the just and efficient progress of this matter, and are critical to the Parties' ability to present the most helpful briefing and presentations to this Court.

9.      The Parties stipulate and agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Date |
|---|---|---|
| Class Certification and Expert Challenges Replies | July 8, 2025 | July 22, 2025 |
| Class Certification and Expert Challenges Hearing | July 22, 2025 | Either August 11 or 12, 2025 (subject to the Court's availability) |

10.      The Parties in this dispute have requested the following time modifications in this case: on May 14, 2024 and June 13, 2024, the Parties stipulated to continue a case management conference due to scheduling conflicts of lead counsel, which the Court granted (ECF Nos. 85, 86, 90, 91); on June 11, 2024, the Parties stipulated to extend the deadline to submit the Joint Case Management Statement, which the Court granted (ECF Nos. 87, 88); on July 30, 2024, the Parties stipulated to extend the deadline to submit an ESI and Protective Order, which the Court granted (ECF Nos. 100, 101); on October 1, 2024, the Parties stipulated to extend the mediation deadline, which the Court granted (ECF Nos. 108, 109); on November 1, 2024, the Parties stipulated to a new hearing date for the October 23, 2024 dispute letter due to a scheduling conflict, which the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

Court granted (ECF Nos. 125, 126); on November 5, 2024, the parties submitted a stipulation requesting an extension of the deadline to submit discovery disputes that was denied without prejudice (ECF Nos. 128, 130); on November 12, 2024, the parties submitted a request for an order changing the time to file a discovery dispute letter-brief concerning the Boyer Experiment, which the Court granted (ECF Nos. 132, 134); on January 10, 2025, the parties submitted a stipulation requesting an extension of the deadline to exchange rebuttal expert reports and to conduct expert depositions, which the Court granted (ECF Nos. 161, 162); on January 24, 2025, the parties submitted a request for an extension of the case schedule and trial, which the Court granted (ECF Nos. 163, 164); on March 7, 2025 the parties submitted a stipulation setting a briefing scheduling for sealing motion, which the Court granted (ECF No. 165, 166); on March 28, 2025, the parties submitted a request to extend the deadline for expert discovery, which the Court granted (ECF Nos. 186, 187); on April 9, 2025, the parties submitted a request to extend case deadlines, which the Court granted (ECF Nos. 188, 189); and on May 19, 2025, the parties submitted a request to extend sealing deadlines, which the Court granted (ECF 199, 200).

11.    The requested time modifications will affect the schedule in this case for the deadlines and dates referenced in Paragraph 9. *See* Civ. L.R. 6-2(a)(3). All other deadlines remain the same, including the date for the final pre-trial conference and the trial date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2025, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

Cooley LLP
Attorneys at Law
San Francisco

5

Somvichian Decl. ISO L.R. 6-2
Stipulated Request re Case Schedule
Case No. 5:20-cv-07956-VKD