| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>*Attorneys for Defendant*<br>GOOGLE LLC<br><br>*Additional Counsel on next page* | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, and EUGENE ALVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF L.R. 6-2 STIPULATED REQUEST TO EXTEND CASE OMNIBUS MOTION TO SEAL DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:   Hon. Virginia K. DeMarchi |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

| | |
|---|---|
| GLEN E. SUMMERS (176402)<br>KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*)<br>JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | MARC A. WALLENSTEIN (*pro hac vice*)<br>GEORGE A. ZELCS (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*)<br>CHAD E. BELL (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*)<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>CAROL L. O'KEEFE (*pro hac vice*)<br>MICHAEL E. KLENOV (277028)<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

I, Whitty Somvichian, declare and state as follows:

1.     I am an attorney licensed to practice law in the State of California and am a partner at Cooley LLP. I am counsel for Defendant Google LLC ("Google") in this matter. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2.     Counsel for Plaintiffs and Google in this matter are concurrently handling the *Csupo v. Google LLC* matter in Superior Court in Santa Clara County, which raises materially the same claims at issue in this litigation but on behalf of a California class ("*Csupo*").

3.     Over the course of this case, the Parties have had to negotiate extensions to the schedule to ensure that it interlocks fairly and efficiently with relevant deadlines in *Csupo*, so that neither side is prejudiced by deadlines in the other case, and both cases could proceed efficiently.

4.     The Parties have since continued to actively litigate both the *Csupo* case and this case, and have continued to make significant progress on multiple fronts, including (1) filing *Daubert* motions and opening class certification briefing and completing mediation in this matter, and (2) in the *Csupo* matter, completing briefing on summary judgment, supplemental class certification, decertification, and expert challenge motions, while also litigating trial.

5.     The Parties have endeavored to act with diligence and to keep existing deadlines in this case, and pursuant to those deadlines, have exchanged expert reports, filed briefing on class certification issues, filed *Daubert* motions, and conducted expert depositions.

6.     The current deadline for Class Certification and Expert Challenges Replies is July 22, 2025 (ECF No. 203).

7.     The current deadline for Google's Omnibus Motion to Seal materials filed in connection with Plaintiffs' motion for class certification (including any opposition, reply, or other filings related to that motion) and any expert challenge motions filed on March 11, 2025 by either party (including any oppositions, replies, or other filings related to those motions) (collectively, the "Materials") is July 16, 2025 (ECF No. 200).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

8. Due to the changes in schedule for the Class Certification and Expert Challenges briefing, the current deadline for Google's Omnibus Motion to Seal does not cover the Materials as ordered by the Court;

9. The Parties jointly agree that good cause exists to modify the case schedule as set forth in the chart below, including because: (1) Google's Omnibus Motion to Seal should cover the at issue Materials; (2) the Parties are actively litigating both this matter and the concurrent Csupo v. Google LLC matter in Superior Court in Santa Clara County, which raises materially the same claims at issue in this litigation, and which was litigated at trial between June 1, 2025 and July 1, 2025 and; (3) the Parties have negotiated extensively regarding the issues driving this request and have made every effort to resolve any underlying disputes without Court intervention; (4) the requested extensions will not impact the trial date set in this case; and (5) the requested extensions are in the interests of both Parties and the just and efficient progress of this matter, and are critical to the Parties' ability to present the most helpful briefing and presentations to this Court.

10. The Parties stipulate and agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Omnibus Motion to Seal | July 16, 2025 | August 6, 2025 |
| Opposition to Omnibus Motion to Seal, if any | July 30, 2025 | August 20, 2025 |
| Any reply in support of Omnibus Motion to Seal | August 20, 2024 | September 10, 2025 |

11. The Parties in this dispute have requested the following time modifications in this case: on May 14, 2024 and June 13, 2024, the Parties stipulated to continue a case management conference due to scheduling conflicts of lead counsel, which the Court granted (ECF Nos. 85, 86, 90, 91); on June 11, 2024, the Parties stipulated to extend the deadline to submit the Joint Case

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

Management Statement, which the Court granted (ECF Nos. 87, 88); on July 30, 2024, the Parties stipulated to extend the deadline to submit an ESI and Protective Order, which the Court granted (ECF Nos. 100, 101); on October 1, 2024, the Parties stipulated to extend the mediation deadline, which the Court granted (ECF Nos. 108, 109); on November 1, 2024, the Parties stipulated to a new hearing date for the October 23, 2024 dispute letter due to a scheduling conflict, which the Court granted (ECF Nos. 125, 126); on November 5, 2024, the parties submitted a stipulation requesting an extension of the deadline to submit discovery disputes that was denied without prejudice (ECF Nos. 128, 130); on November 12, 2024, the parties submitted a request for an order changing the time to file a discovery dispute letter-brief concerning the Boyer Experiment, which the Court granted (ECF Nos. 132, 134); on January 10, 2025, the parties submitted a stipulation requesting an extension of the deadline to exchange rebuttal expert reports and to conduct expert depositions, which the Court granted (ECF Nos. 161, 162); on January 24, 2025, the parties submitted a request for an extension of the case schedule and trial, which the Court granted (ECF Nos. 163, 164); on March 7, 2025 the parties submitted a stipulation setting a briefing scheduling for sealing motion, which the Court granted (ECF No. 165, 166); on March 28, 2025, the parties submitted a request to extend the deadline for expert discovery, which the Court granted (ECF Nos. 186, 187); on April 9, 2025, the parties submitted a request to extend case deadlines, which the Court granted (ECF Nos. 188, 189); on May 19, 2025, the parties submitted a request to extend sealing deadlines, which the Court granted (ECF 199, 200); on July 1, 2025 the parties submitted a request to extend deadlines associated with expert reply briefing, which the Court granted (ECF 202, 203).

12. The requested time modifications will affect the schedule in this case for the deadlines and dates referenced in Paragraph 10. *See* Civ. L.R. 6-2(a)(3). All other deadlines remain the same, including the date for the final pre-trial conference and the trial date.

///

///

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

SOMVICHIAN DECL. ISO L.R. 6-2
STIPULATED REQUEST RE CASE SCHEDULE
CASE NO. 5:20-CV-07956-VKD

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2025, in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

Cooley LLP
Attorneys at Law
San Francisco

6

Somvichian Decl. ISO L.R. 6-2
Stipulated Request re Case Schedule
Case No. 5:20-cv-07956-VKD