| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | CAROL L. O'KEEFE (*pro hac vice*) |
| KARMA M. GIULIANELLI (184175) | MICHAEL E. KLENOV (277028) |
| LINDLEY J. BRENZA (*pro hac vice*) | KOREIN TILLERY LLC |
| JONATHAN JACOB MARSH (*pro hac vice*) | 505 North Seventh Street, Suite 3600 |
| BARTLIT BECK LLP | St. Louis, MO 63101 |
| 1801 Wewatta Street, Suite 1200 | Telephone: (314) 241-4844 |
| Denver, CO 80202 | Facsimile: (314) 241-3525 |
| Telephone: (303) 592-3100 | |

*Attorneys for Plaintiffs Joseph Taylor, Edward Mlakar, Mick Cleary, Eugene Alvis, and Jennifer Nelson*

COOLEY LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
CAROLINE A. LEBEL (340067) (clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

*Attorneys for Defendant GOOGLE LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-CV-07956-VKD <br><br> **JOINT STIPULATION TO EXTEND CASE DEADLINES AND [PROPOSED] ORDER** <br><br> Judge: Hon. Virginia K. DeMarchi |

**JOINT STIPULATION RE CASE SCHEDULE AND PROPOSED ORDER (CASE NO. 5:20-CV-07956)**

Pursuant to this Court's Case Management Order (ECF No. 99) and Civil L.R. 6-2, Plaintiffs Joseph Taylor, Edward Mlakar, Mick Cleary, and Eugene Alvis ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, counsel for Plaintiffs and Google in this matter are also concurrently handling the *Csupo v. Google LLC* matter in the Complex Litigation Division of Santa Clara County, which raises materially the same claims at issue in this litigation but on behalf of a California class ("*Csupo*");

**WHEREAS**, on April 9, 2025, the Parties previously stipulated to the following deadlines, which were approved in the Court's April 10, 2025 scheduling order (ECF No. 189): (1) July 8, 2022 for the Parties' reply briefs for their respective expert challenge motions and for Plaintiffs' reply brief for their class certification motion, and (2) July 22, 2025 for the hearing on the foregoing motions;

**WHEREAS**, given the unexpected length of jury trial proceedings in the parallel *Csupo* action, in which all counsel for the Parties here are involved, the Parties previously stipulated to an extension of the briefing deadlines to July 22, 2025, and requested the hearing on the foregoing motions be set for August 11 or 12, 2025 (ECF No. 202);

**WHEREAS**, this Court entered the Parties' stipulation and set the hearing on the foregoing motions for August 12, 2025 (ECF No. 203);

**WHEREAS**, the Parties have been conferring regarding time-sensitive post-trial matters in *Csupo* that have arisen as a result of a jury verdict for the plaintiffs in that case, including appellate bond issues, post-trial briefing, and injunctive relief;

**WHEREAS**, the Parties have set an aggressive post-trial briefing schedule in *Csupo* to comply with state statutory deadlines;

**WHEREAS**, the Parties are also preparing for a post-trial hearing in *Csupo* on injunctive relief and other issues, set for July 25, 2025;

**WHEREAS**, the Parties jointly request an extension, as set forth below, of the briefing deadlines and the hearing date for their pending motions, and agree that good cause exists to grant

1

**JOINT STIPULATION RE CASE SCHEDULE AND PROPOSED ORDER (CASE NO. 5:20-CV-07956)**

the requested extensions for the following reasons;

**WHEREAS**, the Parties respectfully submit that good cause exists to modify the scheduling in this matter because of conflicts in schedules between the current matter and in *Csupo* as described above;

**WHEREAS**, additional time may allow the Parties to resolve this case by settlement, thereby conserving judicial resources;

**WHEREAS**, in order to avoid conflicting deadlines with the *Csupo* case and the risk of rushed efforts that could detract from the Parties' ability to present the most helpful briefing and presentations to this Court, the Parties believe that an adjustment to the current case schedule—while maintaining the current trial date—is necessary and would serve in the interests of judicial economy and efficiency,

**NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Class Certification and Expert Challenges Replies | July 22, 2025 | July 29, 2025 |
| Class Certification and Expert Challenges Hearing | August 12, 2025 | August 19, 2025 (pending Court's availability) |
| Motions for Summary Judgment | September 30, 2025 | October 3, 2025 |
| Motions for Summary Judgment Oppositions | October 28, 2025 | October 31, 2025 |
| Motions for Summary Judgment Replies | November 18, 2025 | November 21, 2025 |

| Motions for Summary Judgment Hearing | December 9, 2025 | December 16, 2025 (pending Court's availability) |

**IT IS SO STIPULATED.**

Dated: July 18, 2025                    Respectfully submitted,

                                        COOLEY LLP


                                        By: */s/ Whitty Somvichian*
                                            Whitty Somvichian

                                        Attorney for Defendant
                                        GOOGLE LLC


Dated: July 18, 2025                    KOREIN TILLERY LLC


                                        By: *Pamela Yaacoub*
                                            Pamela Yaacoub

                                        Attorney for Plaintiffs


## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

| | | |
|---|---|---|
| 1 | Dated: July 18, 2025 | Respectfully submitted, |
| 2 | | KOREIN TILLERY LLC |
| 3 | | */s/ Pamela Yaacoub* |
| 4 | | Marc A. Wallenstein (*pro hac vice*) |
| | | George A. Zelcs (*pro hac vice*) |
| 5 | | Ryan Z. Cortazar (*pro hac vice)* |
| | | Chad E. Bell (*pro hac vice)* |
| 6 | | Pamela Yaacoub (*pro hac vice*) |
| 7 | | KOREIN TILLERY LLC |
| | | 205 North Michigan Avenue, Suite 1950 |
| 8 | | Chicago, IL 60601 |
| | | Telephone: (312) 641-9750 |
| 9 | | |
| 10 | | Carol L. O'Keefe (*pro hac vice*) |
| | | Michael E. Klenov (277028) |
| 11 | | KOREIN TILLERY LLC |
| | | 505 North Seventh Street, Suite 3600 |
| 12 | | St. Louis, MO 63101 |
| | | Telephone: (314) 241-4844 |
| 13 | | |
| 14 | | Glen E. Summers (176402) |
| | | Karma M. Giulianelli (184175) |
| 15 | | Lindley J. Brenza (*pro hac vice*) |
| | | Jonathan Jacob Marsh (*pro hac vice*) |
| 16 | | BARTLIT BECK LLP |
| 17 | | 1801 Wewatta Street, Suite 1200 |
| | | Denver, CO 80202 |
| 18 | | Telephone: (303) 592-3100 |
| 19 | | Elizabeth M. Pipkin (243611) |
| | | Ann M. Ravel (62139) |
| 20 | | McMANIS FAULKNER |
| | | 50 West San Fernando Street, 10th Floor |
| 21 | | San Jose, CA 95113 |
| 22 | | Telephone: (408) 279-8700 |
| | | Facsimile: (408) 279-3244 |
| 23 | | *Attorneys for Plaintiffs* |

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____     _____

The Honorable Virginia K. DeMarchi
United States District Judge