| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA I. YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Virginia K. DeMarchi |

Pursuant to Civil Local Rule 79-5(f), Plaintiffs submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with respect to (1) Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony and supporting materials, and (2) Plaintiffs' Reply in Support of Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) and supporting materials. The documents and/or portions of documents that have been designated by Defendant Google LLC as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on August 6, 2024 (ECF 107) in this matter, and which Plaintiffs seek to provisionally file under seal, are listed below:

| Document | Portions to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony | Document in its entirety |
| Ex. C to Declaration of Pamela I. Yaacoub in Support of Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony, *Csupo v. Google* Trial Transcript excerpts | Document in its entirety |
| Plaintiffs' Reply in Support of Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) | Document in its entirety |
| Ex. A to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, *Csupo v. Google* Trial Transcript excerpts | Document in its entirety |
| Ex. B to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, *Csupo v. Google* Decert & Recert Order | Document in its entirety |
| Ex. E to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Bradley Nelson Deposition Transcript excerpts | Document in its entirety |

Pursuant to Civil Local Rule 79-5(d), Plaintiffs provisionally file under seal unredacted copies of these materials. Plaintiffs provide notice to Google that these materials will be placed in the public court file unless Google timely files its statement and/or declaration in support of sealing. *See* Civil Local Rules 79-5(f)(3); 79-5(c)(1). Plaintiffs reserve the right to oppose any submission Google makes under Civil Local Rule 79-5(f)(3). *See* Civil Local Rule 79-5(f)(4).

| | |
|---|---|
| Dated: July 29, 2025 | Respectfully submitted, |
| | BARTLIT BECK LLP |
| | */s/ Karma M. Giulianelli* |
| | Glen E. Summers (176402) |
| | Karma M. Giulianelli (184175) |
| | Lindley J. Brenza (*pro hac vice*) |
| | Jonathan Jacob Marsh (*pro hac vice*) |
| | BARTLIT BECK LLP |
| | 1801 Wewatta Street, Suite 1200 |
| | Denver, CO 80202 |
| | Telephone: (303) 592-3100 |
| | |
| | Marc A. Wallenstein (*pro hac vice*) |
| | George A. Zelcs (*pro hac vice*) |
| | Ryan Z. Cortazar (*pro hac vice*) |
| | Chad E. Bell (*pro hac vice*) |
| | Pamela I. Yaacoub (*pro hac vice*) |
| | KOREIN TILLERY LLC |
| | 205 North Michigan Avenue, Suite 1950 |
| | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| | |
| | Carol L. O'Keefe (*pro hac vice*) |
| | Michael E. Klenov (277028) |
| | KOREIN TILLERY LLC |
| | 505 North Seventh Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |
| | |
| | Elizabeth M. Pipkin (243611) |
| | Ann M. Ravel (62139) |
| | McMANIS FAULKNER |
| | 50 West San Fernando Street, 10th Floor |
| | San Jose, CA 95113 |
| | Telephone: (408) 279-8700 |
| | Facsimile: (408) 279-3244 |
| | |
| | *Attorneys for Plaintiffs* |