| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA I. YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF KARMA M. GIULIANELLI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Virginia K. DeMarchi |

I, Karma M. Giulianelli, declare as follows:

1. I am an attorney licensed to practice law in California and Colorado, and have entered an appearance in this matter. I am an attorney at Bartlit Beck LLP and represent Plaintiffs in this action.

2. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3. Certain documents and/or portions of documents with respect to (1) Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony and supporting materials, and (2) Plaintiffs' Reply in Support of Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) and supporting materials have been designated by Defendant Google LLC as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on August 6, 2024 (ECF 107) in this matter. The following table lists the documents and/or portions of documents which contain, incorporate, and/or rely upon documents so marked:

| Document | Portions to be Sealed |
|---|---|
| Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony | Document in its entirety |
| Ex. C to Declaration of Pamela I. Yaacoub in Support of Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony, *Csupo v. Google* Trial Transcript excerpts | Document in its entirety |
| Plaintiffs' Reply in Support of Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) | Document in its entirety |
| Ex. A to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, *Csupo v. Google* Trial Transcript excerpts | Document in its entirety |
| Ex. B to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, *Csupo v. Google* Decert & Recert Order | Document in its entirety |

| Document | Portions to be Sealed |
|---|---|
| Ex. E to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Bradley Nelson Deposition Transcript excerpts | Document in its entirety |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 29, 2025.

*/s/ Karma M. Giulianelli*
Karma M. Giulianelli