| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Virginia K. DeMarchi |

1

[PROPOSED] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (Case No. 5:20-CV-07956-VKD)

Upon consideration of Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, IT IS HEREBY ORDERED that the Clerk shall seal the following materials filed on July 29, 2025 in connection with Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony and Plaintiffs' Reply in Support of Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) until the resolution of any declaration submitted pursuant to Civil Local Rule 79-5(f)(3) and any response thereto submitted pursuant to Civil Local Rule 79-5(f)(4):

| Document | Portions to be Sealed |
| --- | --- |
| Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony | Document in its entirety |
| Ex. C to Declaration of Pamela I. Yaacoub in Support of Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony, *Csupo v. Google* Trial Transcript excerpts | Document in its entirety |
| Plaintiffs' Reply in Support of Motion to Certify Class Under Fed. R. Civ. 23(b)(2) and 23(b)(3) | Document in its entirety |
| Ex. A to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, *Csupo v. Google* Trial Transcript excerpts | Document in its entirety |
| Ex. B to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, *Csupo v. Google* Decert & Recert Order | Document in its entirety |
| Ex. E to Declaration of Karma M. Giulianelli in Support of Plaintiffs' Motion to Certify Class, Bradley Nelson Deposition Transcript excerpts | Document in its entirety |

Pursuant to Civil Local Rule 79-5(f)(3), no later than August 5, 2025, Defendant Google LLC, the Designating Party, shall submit a declaration in compliance with this Rule establishing that the foregoing materials or portions of materials should remain under seal.

**IT IS SO ORDERED.**

DATED: _____  _____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge