| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:     +1 415 693 2000<br>Facsimile:     +1 415 693 2222<br><br>COOLEY LLP<br>ARIANA E. BUSTOS (345918)<br>(ABustos@cooley.com)<br>355 South Grand Avenue, Suite 900<br>Los Angeles, California 90071<br>Telephone:     (213) 561-3250<br>Facsimile:     (213) 561-3244<br><br>*Attorneys for Defendant*<br>GOOGLE LLC<br><br>*Additional Counsel on next page* | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, and EUGENE ALVIS, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>GOOGLE LLC,<br><br>           Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**L.R. 6-2 STIPULATED REQUEST TO EXTEND OMNIBUS MOTION TO SEAL DEADLINES AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Virginia K. DeMarchi |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION RE MOTION TO SEAL
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

| | |
|---|---|
| GLEN E. SUMMERS (176402) | MARC A. WALLENSTEIN (*pro hac vice*) |
| KARMA M. GIULIANELLI (184175) | GEORGE A. ZELCS (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | RYAN Z. CORTAZAR (*pro hac vice*) |
| JONATHAN JACOB MARSH (*pro hac vice*) | CHAD E. BELL (*pro hac vice*) |
| BARTLIT BECK LLP | PAMELA I. YAACOUB (*pro hac vice*) |
| 1801 Wewatta Street, Suite 1200 | KOREIN TILLERY LLC |
| Denver, CO 80202 | 205 North Michigan Avenue, Suite 1950 |
| Telephone: (303) 592-3100 | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| | |
| | CAROL L. O'KEEFE (*pro hac vice*) |
| | MICHAEL E. KLENOV (277028) |
| | KOREIN TILLERY LLC |
| | 505 North Seventh Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION RE MOTION TO SEAL
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

1    Pursuant to this Court's Case Management Order (ECF No. 99) and Civil L.R. 6-2, Plaintiffs Joseph Taylor, Edward Mlakar, Mick Cleary, Eugene Alvis, and Jennifer Nelson ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, the current deadline for Google's Omnibus Motion to Seal materials filed in connection with Plaintiffs' motion for class certification (including any opposition, reply, or other filings related to that motion) and any expert challenge motions filed on March 11, 2025 by either party (including any oppositions, replies, or other filings related to those motions) (collectively, the "Materials") is August 6, 2025 (ECF No. 205);

**WHEREAS**, when this date was set, Class Certification and Expert Challenges Replies were due on July 22, 2025;

**WHEREAS**, due to changes in schedule, Class Certification and Expert Challenge Replies were filed a week later on July 29, 2025;

**WHEREAS**, in order to allow sufficient time for briefing, the Parties have agreed to extend the deadline for Google's Omnibus Motion to Seal from August 6, 2025 to August 13, 2025;

**WHEREAS**, the Parties have agreed to extend the deadline for Plaintiffs' opposition to Google's Omnibus Motion to Seal, if any, from August 20, 2025 to August 27, 2025;

**WHEREAS**, the Parties have agreed to extend a reply in support of Google's Omnibus Motion to Seal, if any, from September 10, 2025 to September 17, 2025

**WHEREAS**, for the reasons set forth in the Declaration of Whitty Somvichian in Support of the L.R. 6.2 Stipulated Request for Order Extending Omnibus Motion to Seal Deadlines, the Parties jointly agree that good cause exists to grant the extension of time, including because: (1) Google's Omnibus Motion to Seal should cover the at issue Materials and account for the changed reply briefing deadline; (2) the Parties are actively litigating both this matter and the concurrent *Csupo v. Google LLC* matter in Superior Court in Santa Clara County, which raises materially the same claims at issue in this litigation, and which was litigated at trial between June 1, 2025 and July 1, 2025 and; (3) the Parties have negotiated extensively regarding the issues driving this request and have made every effort to resolve any underlying disputes without Court intervention;

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION RE MOTION TO SEAL
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

1  (4) the requested extensions will not impact the trial date set in this case; and (5) the requested
2  extensions are in the interests of both Parties and the just and efficient progress of this matter, and
3  are critical to the Parties' ability to present the most helpful briefing and presentations to this Court.
4     **NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and
5  agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Omnibus Motion to Seal | August 6, 2025 | August 13, 2025 |
| Opposition to Omnibus Motion to Seal, if any | August 20, 2025 | August 27, 2025 |
| Any reply in support of Omnibus Motion to Seal | September 10, 2024 | September 17, 2025 |

**IT IS SO STIPULATED.**

Dated: August 1, 2025                              Respectfully submitted,

                                                   COOLEY LLP


                                                   By: /s/ Whitty Somvichian
                                                        Whitty Somvichian

                                                   Attorney for Defendant
                                                   GOOGLE LLC


Dated: August 1, 2025                              KOREIN TILLERY LLC


                                                   By: /s/ Chad E. Bell
                                                        Chad E. Bell

                                                   Attorney for Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION RE MOTION TO SEAL
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: August 1, 2025                COOLEY LLP


                                     */s/ Whitty Somvichian*
                                     Whitty Somvichian

                                     Attorneys for Defendant
                                     GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

JOINT STIPULATION RE MOTION TO SEAL
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____     _____
The Honorable Virginia K. DeMarchi
United States Magistrate Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

JOINT STIPULATION RE MOTION TO SEAL
AND PROPOSED ORDER
CASE NO. 5:20-CV-07956-VKD