UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH TAYLOR, et al.,

    Plaintiffs,

v.

GOOGLE LLC,

    Defendant.

Case No. 20-cv-07956-VKD

**ORDER FOR CHAMBERS COPIES RE DEFENDANT'S JULY 29, 2025 FILINGS**

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed." Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of defendant's July 29, 2025 filings. Dkt. Nos. 208-210. By **August 5, 2025, 4:00 p.m.**, defendant shall deliver chambers copies of those filings in accordance with this Court's Standing Order Re Civil Cases.

**IT IS SO ORDERED.**

Dated: August 4, 2025

Virginia K. DeMarchi
United States Magistrate Judge