ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' RESPONSE TO GOOGLE'S STATEMENT OF RECENT DECISIONS**<br><br>Date:  August 19, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

On August 8, 2025, Google filed a Local Rule 7-3(d) Statement of Recent Decisions (Dkt. 219), in which Google submitted *Calhoun et al. v. Google LLC*, No. 4:20-CV-05146-YGR, 2025 WL 1637574 (June 9, 2025) and *Turner et al. v. Apple, Inc.*, No. 5:20-CV-07495-EJD, 2025 WL 1953697 (July 16, 2025) as cases relevant to the Court's consideration of Plaintiffs' Motion for Class Certification (Dkt. 175) suggesting they provide "additional support for denying Plaintiffs' Motion for Class Certification." (Dkt. 219 at 1.)

Google is incorrect that the *Calhoun* and *Turner* cases are "support for denying" class certification. *Calhoun* and *Turner* are highly distinguishable from the present case. Both involve full disclosures of material facts related to the challenged conduct that all users were shown, which made consent an individualized issue. *Calhoun*, 2025 WL 163574 at *2 (identifying three agreements all Google Chrome users were required to agree to that disclosed Google's collection of the data at issue); *Turner*, 2025 WL 1953697 at *1, 4 (statements associated with the settings at issue clearly disclosed cellular data use for each specific application). By contrast, Plaintiffs in this action have common, classwide evidence that no setup screen, policy, or toggle discloses the Challenged Transfers at issue here or that they would use the user's cellular data, as discussed in Plaintiffs' briefing in support of class certification (Dkt. 175, 212-3).

| | |
|---|---|
| Dated: August 11, 2025 | Respectfully submitted, |
| | |
| | KOREIN TILLERY LLC |
| | |
| | */s/ Chad E. Bell* |
| | Marc A. Wallenstein (*pro hac vice*) |
| | George A. Zelcs (*pro hac vice*) |
| | Ryan Z. Cortazar (*pro hac vice*) |
| | Chad E. Bell (*pro hac vice*) |
| | Pamela I. Yaacoub (*pro hac vice*) |
| | KOREIN TILLERY LLC |
| | 205 North Michigan Avenue, Suite 1950 |
| | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile:  (312) 641-9751 |
| | |
| | Carol L. O'Keefe (*pro hac vice*) |
| | Michael E. Klenov (277028) |
| | KOREIN TILLERY LLC |
| | 505 North Seventh Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile:  (314) 241-3525 |
| | |
| | Glen E. Summers (176402) |
| | Karma M. Giulianelli (184175) |
| | Lindley J. Brenza (*pro hac vice*) |
| | Jonathan Jacob Marsh (*pro hac vice*) |
| | BARTLIT BECK LLP |
| | 1801 Wewatta Street, Suite 1200 |
| | Denver, CO 80202 |
| | Telephone:  (303) 592-3100 |
| | |
| | Elizabeth M. Pipkin (243611) |
| | Ann M. Ravel (62139) |
| | McMANIS FAULKNER |
| | 50 West San Fernando Street, 10th Floor |
| | San Jose, CA 95113 |
| | Telephone: (408) 279-8700 |
| | Facsimile:  (408) 279-3244 |
| | |
| | *Attorneys for Plaintiffs* |
| | *Joseph Taylor, Mick Cleary, and Jennifer Nelson* |