COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
EMILY J. BORN (360427)
(eborn@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ARIANA E. BUSTOS (345918)
(ABustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:   (213) 561-3250
Facsimile:   (213) 561-3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, and EUGENE ALVIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**ARIANA E. BUSTOS DECLARATION ISO GOOGLE LLC'S OMNIBUS MOTION TO SEAL MATERIALS FILED BETWEEN MARCH 11, 2025, AND JULY 29, 2025**<br><br>Judge:   Hon. Virginia K. DeMarchi |

BUSTOS DECL. ISO GOOGLE'S OMNIBUS
MOT. TO SEAL
CASE NO. 5:20-CV-07956-VKD

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Ariana E. Bustos, hereby declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in *Taylor et al. v. Google LLC*, Case No. 5:20-cv-07956-VKD. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of Google's Omnibus Motion to Seal Materials Filed Between March 11, 2025, and July 29, 2025 ("Omnibus Motion"). I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

2. Google has reviewed and narrowly tailored its sealing requests. The highlighting in the exhibits corresponds to the proposed sealing described by the declarations of Mr. Grant Baillie ("Baillie Decl."), Mr. Christof Klausecker ("Klausecker Decl."), Dr. Eric Gustafson ("Gustafson Decl."), Mr. Aaron Stacy ("Stacy Decl."), Mr. Sundeep Sancheti ("Sancheti Decl."), and Ms. Borbala Benko ("Benko Decl.") (collectively, "Google Employee Declarations").

3. The right-hand column in the chart in Paragraph 5 indicates the Google Employee Declaration(s) that support sealing of the corresponding document, the parenthetical indicates which page of the exhibit that declaration supports sealing for.

4. The Court in the parallel California state court case *Csupo v. Google LLC*, No. 19CV352557 ("*Csupo*") has already found that the materials warrant sealing. An asterisk ("*") after an Exhibit number in the chart in Paragraph 5 indicates this material was previously ordered sealed in *Csupo*. A dagger ("†") after an Exhibit number indicates substantially similar material was previously ordered sealed in *Csupo*.

5. I have reviewed the documents that Google seeks to file under seal. Based on my review and experience with other litigation involving Google, and in consultation with my client, I understand that there are compelling reasons to seal the following information:

| Attorney Exhibit | Document | Sealed Portion | Sealing Supported By |
|---|---|---|---|
| Plaintiffs' Motion to Certify Class (3/11/2025) | | | |
| 1† | Memorandum of Points and Authorities iso Plaintiffs' Motion to Certify Class | Highlighted portions at Pg. 4-9 | Klausecker Decl. (Pg. 4); Stacy Decl. (Pg. 5); Baillie Decl. (Pg. 6, 7, 8); Gustafson Decl. (Pg. 9) |

| | | Declaration of Karma M. Giulianelli ISO Motion to Certify Class (3/11/2025) | |
|---|---|---|---|
| 2† | Exhibit 5 Expert Report of Dr. Jeffrey A. Stec (11/12/24) | Highlighted portions at Pg. i, 4-7, 12-18, 20, 25-28, 35-38, 40, 42-56 | Sancheti Decl. |
| 3† | Exhibit 7 Expert Report of Dr. Christopher Jules White (11/12/24) | Highlighted portions at Pg. 10, 11, 14-25, 30, 33, 56-62, 64-70, 73-84, 86-88 | Sancheti Decl. (Pg. 10-11, 14-20); Baillie (Pg. 21); Klausecker (Pg. 22-25, 56-62, 64-70); Stacy Decl. (Pg. 33, 74-84, 86-88); Benko Decl. (Pg. 73-74) |
| 4* | Exhibit 8 GOOG-CSUPO-00011375 | Fully Under Seal | Stacy Decl. |
| 5† | Exhibit 9 Expert Report of Christopher Thompson | Highlighted portions at Pg. 10-46, 49-56, 60-69, 73, 75, 80, 88-90, 92-93 | Baillie Decl. (Pg. 10-30, 60); Do Decl. (Pg. 31-44); Sancheti Decl. (Pg. 45-46); Gustafson Decl. (Pg. 49-50, 54-56); Benko Decl. (Pg. 51-53); Klausecker (Pg. 61-69, 73, 75, 80); Sancheti Decl. (Pg. 88-90, 92-93) |
| 6* | Exhibit 10 GOOG-CSUPO-00039092 | Fully Under Seal | Klausecker Decl.; Sancheti Decl. |
| 7* | Exhibit 11 GOOG-CSUPO-00024260 | Fully Under Seal | Klausecker Decl. |
| 8† | Exhibit 12 GOOG-CSUPO-00026178 | Fully Under Seal | Klausecker Decl. |
| 9* | Exhibit 13 GOOG-CSUPO-00040081 | Fully Under Seal | Klausecker Decl. |
| 10 | Exhibit 14 Expert Report of Dr. Douglas Schmidt (1/9/23) | Highlighted portions at Pg. ii, iii, 7, 11, 17-35, 38-62, 64-74, 79-80, 82-84, 90-92, 101-108 | Sancheti Decl. (ii, iii, 7, 11, 17-18, 38-62, 64-65, 79-80, 90-92); Baillie Decl. (Pg. 19-28, 82-84, 101-108); Do Decl. (Pg. 28-35); Klausecker Decl. (Pg. 65-75) |
| 11* | Exhibit 16 GOOG-CSUPO-00008253 | Fully Under Seal | Baillie Decl. |
| 12* | Exhibit 17 GOOG-CSUPO-00026970 | Fully Under Seal | Klausecker Decl. |
| 13* | Exhibit 18 GOOG-CSUPO-00006929 | Fully Under Seal | Baillie Decl. |
| 14* | Exhibit 19 GOOG-CSUPO-00010614 | Fully Under Seal | Baillie Decl. |
| 15* | Exhibit 20 GOOG-CSUPO-00008277 | Fully Under Seal | Klausecker Decl.; Do Decl. |

| | | | |
|---|---|---|---|
| 16† | Exhibit 21 Source Code Review Appendix of Christopher Thompson | Fully Under Seal | Sancheti Decl. |
| 17* | Exhibit 22 GOOG-CSUPO-00020323 | Fully Under Seal | Sancheti Decl. |
| 18* | Exhibit 23 GOOG-CSUPO-00043314 | Fully Under Seal | Sancheti Decl. |
| 19* | Exhibit 25 GOOG-CSUPO-00017131 | Fully Under Seal | Sancheti Decl. |
| 20* | Exhibit 26 GOOG-CSUPO-00062727 | Fully Under Seal | Sancheti Decl. |
| **Google's Opposition to Plaintiffs' Motion for Class Cert (5/7/2025)** | | | |
| 21† | Memorandum of Points and Authorities iso Google's Opposition to Plaintiffs' Motion for Class Cert | Highlighted portions at Pg. 3-5, 21 | Benko Decl. (Pg. 3,4,21); Do Decl. (Pg. 4); Gustafson Decl. (Pg. 5) |
| 22† | Declaration of Borbala Benko ISO Google's Opp. to Class Cert | Highlighted portions at Pg. 3-6 | Benko Decl. |
| **Declaration of Whitty Somvichian ISO Google's Opp. to Class Cert** | | | |
| 23† | Exhibit 1 Expert Report of Dr. Kevin Jeffay (3/10/25) | Highlighted portions at Pg. 21-27, 34-38, 40, 42-45, 54-57, 61-65, 68, 70-71 | Benko Decl. (Pg. 21-27); Baillie Decl. (Pg. 34-38, 40, 61-65); Klausecker Decl. (Pg. 42-44); Sancheti Decl. (Pg. 45, 54-57, 70-71); Do Decl. (Pg. 68) |
| 24† | Exhibit 4 Expert Report of Dr. Kevin Jeffay (3/10/23) | Highlighted portions at Pg. 7-9, 11-13, 21-22, 24, 27-28, 76-41, 45-46, 53-56 | Klausecker Decl. (Pg. 7-9, 21-22, 37-41); Sancheti Decl. (Pg. 9, 11-13, 27-28); Baillie Decl. (Pg. 24, 45-46, 53-56) |
| 25† | Exhibit 5 Jeffay's Supplemental Analysis of Network Usage Data (3/10/25) | Highlighted portions at Pg. 8, 19, 21-22 | Baillie Decl. (Pg. 8); Klausecker Decl. (Pg. 19, 21-22) |
| 26† | Exhibit 6 Expert Report of Dr. Sandeep Chatterjee (1/15/25) | Highlighted portions at Pg. 43 | Gustafson Decl. |
| 10* | Exhibit 7 *Csupo* Expert Report of Dr. Douglas Schmidt (1/9/23) | Highlighted portions at Pg. ii, iii, 7, 11, 17-35, 38-62, 64-74, 80, 82-84, 90-92, 101-108 | Sancheti Decl. (ii, iii, 7, 11, 17-18, 38-62, 64-65, 79-80, 90-92); Baillie Decl. (Pg. 19-28, 82-84, 101-108); Do Decl. (Pg. 28-35); Klausecker Decl. (Pg. 65-75) |

Cooley LLP
Attorneys at Law
San Francisco

- 4 -

Bustos Decl. ISO Google LLC's Omnibus Mot. To Seal
Case No. 5:20-cv-07956-VKD

| | | | |
|---|---|---|---|
| 2† | Exhibit 8 Expert Report of Dr. Jeffrey A. Stec (11/12/24) | Highlighted portions at Pg. i, 4-7, 12-18, 20, 25-28, 30, 35-38, 40, 42-56 | Sancheti Decl. |
| 27* | Exhibit 16 GOOG-CSUPO-00007429 | Fully Under Seal | Sancheti Decl. |
| 28* | Exhibit 17 GOOG-CSUPO-00039998 | Fully Under Seal | Sancheti Decl. |
| **Google's Motion to Exclude Unreliable Technical Analyses (3/11/2025)** | | | |
| 29† | Memorandum of Points and Authorities iso Google's Motion to Exclude Unreliable Technical Analyses | Highlighted portions at Pg. 13-14, 16-17, 19-20, 21-23, 25 | Baillie Decl. (Pg. 19-20, 21-23, 25); Klausecker Decl. (Pg. 13-14, 16-17) |
| **Declaration of Max Bernstein ISO Motions to Exclude (3/11/2025)** | | | |
| 5† | Exhibit 1 Expert Report of Christopher Thompson (11/12/24) | Highlighted portions at Pg. 10-46, 49-56, 60-69, 73, 75, 80, 88-90, 92-93 | Baillie Decl. (Pg. 10-30, 60); Do Decl. (Pg. 31-44); Sancheti Decl. (Pg. 45-46); Gustafson Decl. (Pg. 49-50, 54-56); Benko Decl. (Pg. 51-53); Klausecker (Pg. 61-69, 73, 75, 80); Sancheti Decl. (Pg. 88-90, 92-93) |
| 10* | Exhibit 2 *Csupo* Expert Report of Dr. Douglas Schmidt (1/9/23) | Highlighted portions at Pg. ii, iii, 7, 11, 17-35, 38-62, 64-74, 80, 82-84, 90-92, 101-108 | Sancheti Decl. (ii, iii, 7, 11, 17-18, 38-62, 64-65, 79-80, 90-92); Baillie Decl. (Pg. 19-28, 82-84, 101-108); Do Decl. (Pg. 28-35); Klausecker Decl. (Pg. 65-75) |
| 2† | Exhibit 3 Expert Report of Dr. Jeffrey Stec (11/12/24) | Highlighted portions at Pg. i, 4-7, 12-18, 20, 25-28, 30, 35-38, 40, 42-56 | Sancheti Decl. |
| 30† | Exhibit 7 Supplemental Analysis of Network Usage Data of Dr. Kevin Jeffay (1/15/25) | Highlighted portions at Pg. 7-11, 15, 21-23, 26-27 | Do Decl. (7-11); Sancheti Decl. (Pg. 15); Klausecker Decl. (Pg. 21-22, 26-17); Baillie Decl. (Pg. 22-23); |
| 31† | Exhibit 8 Supplemental Expert Report of Dr. Jeffrey Stec (10/21/24) | Highlighted portions at Pg. i, 4, 9-14, 16, 21-24, 26-27, 29, 31-49 | Sancheti Decl. |
| 32† | Exhibit 10 Excerpts from deposition of Christopher Thompson (1/6/25) | Highlighted portions at Pg. 264:1-6; 269:5-9; 440:24-25 | Baillie Decl. |

| | | | |
|---|---|---|---|
| 23† | Exhibit 11 Expert Report of Dr. Kevin Jeffay (3/10/25) | Highlighted portions at Pg. 21-27, 34-38, 40, 42-45, 54-57, 61-65, 68, 70-71 | Benko Decl. (Pg. 21-27); Baillie Decl. (Pg. 34-38, 40, 61-65); Klausecker Decl. (Pg. 42-44); Sancheti Decl. (Pg. 45, 54-57, 70-71); Do Decl. (Pg. 68) |
| 25† | Exhibit 13 Supplemental Analysis of Network Usage Data of Dr. Kevin Jeffay (3/10/25) (Updated version of exhibit 7) | Highlighted portions at Pg. 8, 19, 21-22 | Baillie Decl. (Pg. 8); Klausecker Decl. (Pg. 19, 21-22) |
| 33* | Exhibit 14 GOOG-CSUPO-00023499 | Fully Under Seal | Klausecker Decl. |
| 34 | Exhibit 16 Updated Scripts and Data of Christopher Thompson (12/22/24) | Fully Under Seal | Sancheti Decl. |
| 35* | Exhibit 17 *Csupo* - Declaration of Borbala Benko ISO Google's Opp. to Second Class Cert (2/4/25) | Highlighted portions at Pg. 3-6 | Benko Decl. |
| 26† | Exhibit 18 Expert Report of Dr. Sandeep Chatterjee (1/15/25) | Highlighted portions at Pg. 43 | Gustafson Decl. |
| 3† | Exhibit 20 Expert Report of Dr. Christopher Jules White (11/12/24) | Highlighted portions at Pg. 10, 11, 14-25, 30, 33, 42, 56-62, 64-71, 73-84, 86-88 | Sancheti Decl. (Pg. 10-11, 14-20); Baillie (Pg. 21); Klausecker (Pg. 22-25, 56-62, 64-70); Stacy Decl. (Pg. 33, 74-84, 86-88); Benko Decl. (Pg. 73-74) |
| 36† | Exhibit 21 Excerpts from deposition of Noha Elarief (12/11/24) | Highlighted portions at Pg. 101:1-6 | Sancheti Decl. |
| **Declaration of Marc A. Wallenstein ISO Motion to Exclude Expert Testimony (3/11/25)** | | | |
| 37† | Exhibit B Expert Report of Dr. Kevin Jeffay (1/15/25) | Highlighted portions at Pg. 20-26, 33-37, 39, 41-44, 53-56, 60-64, 67, 69-70 | Benko Decl. (Pg. 20-26; Baillie Decl. (Pg. 33-37, 39, 60-64); Klausecker Decl. (Pg. 41-43); Sancheti Decl. (Pg. 44, 53-56, 69-70); Do Decl. (Pg. 67) |
| **Declaration of Chad E. Bell ISO Opp. to Motion to Exclude re Damages (5/7/25)** | | | |
| 2† | Exhibit 2 Expert Report of Dr. Jeffrey Stec (11/12/24) | Highlighted portions at Pg. i, 4-7, 12-18, 20, 25-28, 30, 35-38, 40, 42-56 | Sancheti Decl. |

| | | | |
|---|---|---|---|
| 38* | Exhibit 10 GOOG-CSUPO-00024114 | Fully Under Seal | Sancheti Decl. |
| 39* | Exhibit 11 GOOG-CSUPO-00027624 | Fully Under Seal | Sancheti Decl. |
| 40* | Exhibit 17 GOOG-CSUPO-00017089 | Fully Under Seal | Sancheti Decl. |
| 41* | Exhibit 18 GOOG-CSUPO-00039167 | Fully Under Seal | Sancheti Decl. |
|  | Plaintiffs' Opposition to Motion to Exclude re Technical Analyses (5/7/25) | | |
| 42† | Memorandum of Points and Authorities iso Plaintiffs' Opposition to Motion to Exclude re Technical Analyses | Highlighted portions at Pg. 9-10, 21-24 | Sancheti Decl. |
|  | Declaration of Karma Guilianelli ISO Plaintiffs' Opposition to Motion to Exclude re Technical Analyses (5/7/25) | | |
| 2† | Exhibit 1 Expert Report of Dr. Jeffrey Stec (11/12/24) | Highlighted portions at Pg. i, 4-7, 12-18, 20, 25-28, 30, 35-38, 40, 42-56 | Sancheti Decl. |
| 43† | Exhibit 2 GOOG-CSUPO-00010605 | Fully Under Seal | Sancheti Decl. |
| 34† | Exhibit 4 Updated Scripts and Data of Christopher Thompson (12/22/24) | Fully Under Seal | Sancheti Decl. |
| 44† | Exhibit 6 Excerpts from deposition of Christopher Thompson | Highlighted portions at Pg. 354:17-18; 356:6-20; 450:12-14; 456:14-457:3; 461:6-9; 461:17-20 | Sancheti Decl. |
| 45† | Exhibit 9 Updated Calculations of Dr. Jeffrey Stec (1/20/25) | Fully Under Seal | Sancheti Decl. |
| 46† | Exhibit 11 Expert Report of Christopher Thompson (10/16/24) | Highlighted portions at Pg. 7-8, 10-35, 37-52, 56 | Baillie Decl. (Pg. 7-8, 16-31); Do Decl. (Pg. 10-15); Sancheti Decl. (Pg. 32-35, 56); Gustafson Decl. (Pg. 37-39, 43-47); Benko Decl. (Pg. 39-42); Klausecker (Pg. 48-52); Sancheti Decl. (Pg. 88-90, 92-93) |
| 47* | Exhibit 12 GOOG-CSUPO-00010453 | Fully Under Seal | Klausecker Decl. |
| 48* | Exhibit 13 GOOG-CSUPO-00010448 | Fully Under Seal | Klausecker Decl. |
| 49† | Exhibit 15 Data Appendix of Dr. Douglas Schmidt (1/19/23) | Fully Under Seal | Sancheti Decl. |

| | | | |
|---|---|---|---|
| 50* | Exhibit 17 GOOG-CSUPO-00023499 | Fully Under Seal | Klausecker Decl. |
| 51* | Exhibit 18 GOOG-CSUPO-00008092 | Fully Under Seal | Baillie Decl. |
| 52† | Exhibit 19 Supplemental Expert Report of Dr. Kevin Jeffay (2/19/2025) | Highlighted portions at Pg. 8, 19, 21-22 | Baillie Decl. (Pg. 8); Klausecker Decl. (Pg. 19, 21-22) |
| 53* | Exhibit 20 GOOG-CSUPO-00008277 | Fully Under Seal | Do Decl. |
| 54* | Exhibit 24 GOOG-CSUPO-00013065 | Fully Under Seal | Sancheti Decl. |
| 55* | Exhibit 25 GOOG-CSUPO-00049286 | Fully Under Seal | Gustafson Decl. |
| 56* | Exhibit 26 GOOG-CSUPO-00026635 | Fully Under Seal | Gustafson Decl. |
| 57* | Exhibit 27 GOOG-CSUPO-00043524 | Fully Under Seal | Gustafson Decl. |
| 58* | Exhibit 28 GOOG-CSUPO-00026725 | Fully Under Seal | Baillie Decl. |
| 59† | Exhibit 29 GOOG-CSUPO-00024861 | Fully Under Seal | Baillie Decl. |
| 60† | Exhibit 30 GOOG-CSUPO-00049352 | Fully Under Seal | Gustafson Decl. |
| 61* | Exhibit 31 GOOG-CSUPO-00030368 | Fully Under Seal | Sancheti Decl. |
| 62† | Exhibit 32 GOOG-CSUPO-00024815 | Fully Under Seal | Klausecker Decl. |
| 63† | Exhibit 33 Expert Report of Dr. Kevin Jeffay (2/19/2025) | Highlighted portions at Pg. 20-26, 33-37, 39, 41-44, 53-56, 60-64, 67, 69-70 | Benko Decl. (Pg. 20-26; Baillie Decl. (Pg. 33-37, 39, 60-64); Klausecker Decl. (Pg. 41-43); Sancheti Decl. (Pg. 44, 53-56, 69-70); Do Decl. (Pg. 67) |
| 64† | Exhibit 35 GOOG-CSUPO-00029286 | Fully Under Seal | Sancheti Decl. |
| 65† | Exhibit 36 Excerpts from deposition of Noha Elarief (12/11/24) | Highlighted portions at Pg. 101:1-4 | Sancheti Decl. |

6. Each of the above are attached hereto as **Exhibits 1-65** to this declaration.

1  I declare under the penalty of perjury that the foregoing is true and correct.

2  Executed on August 13, 2025, at Los Angeles, California

> */s/ Ariana E. Bustos*
> Ariana E. Bustos