| | |
|---|---|
| ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com | MARC A. WALLENSTEIN (*pro hac vice*)<br>GEORGE A. ZELCS (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*)<br>CHAD E. BELL (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*)<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402)<br>KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*)<br>JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | CAROL L. O'KEEFE (*pro hac vice*)<br>MICHAEL E. KLENOV (277028)<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' LOCAL RULE 7-3(d)(2) STATEMENT OF RECENT DECISION IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOOGLE'S DAUBERT MOTIONS**<br><br>Date: August 19, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

Pursuant to Local Rule 7-3(d), Plaintiffs respectfully submit this Statement of Recent Decision in connection with Google's pending Motion to Exclude Expert Opinions Regarding Damages (Dkt. 171) and Motion to Exclude Unreliable Technical Analyses (Dkt. 172) ("Google's Pending *Daubert* Motions").

Attached at Exhibit A is a May 27, 2025 decision from the Honorable Charles F. Adams in *Csupo v. Google LLC*, No. 19CV352557 (California Superior Court, County of Santa Clara). In the decision, the court denied Google's motion to exclude the same experts challenged in Google's Pending *Daubert* Motions, and rejected the identical arguments Google has advanced here. Ex. A at 7-17.

The attached decision was issued after the May 7, 2025 filing of Plaintiffs' oppositions to Google's Pending *Daubert* Motions (Dkts. 196, 197).

Dated:  August 18, 2025	Respectfully submitted,

KOREIN TILLERY LLC

*/s/ Chad E. Bell*
Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice)*
Chad E. Bell (*pro hac vice*)
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  (303) 592-3100

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile:  (408) 279-3244

*Attorneys for Plaintiffs*
*Joseph Taylor, Mick Cleary, and Jennifer Nelson*