UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-07956-VKD<br><br>**ORDER REQUESTING CHAMBERS COPIES OF PLAINTIFFS' EXPERT REPORTS** |

In view of the manner in which documents were e-filed and submitted as chambers copies, the Court would appreciate plaintiffs' submission of chambers copies of their complete operative expert reports that pertain to this action and that are at issue in the parties' respective pending *Daubert* motions. The chambers copies must be double-sided, 3-hole punched along the left margin of the paper, and printed with the ECF header indicating the corresponding ECF docket number for each document. Plaintiffs need not submit multiple copies of any reports that may have been filed more than once in connection with the parties' respective class certification or *Daubert* motions, and the Court does not need copies of reports on which plaintiffs do not rely. The Court is requesting only one definitive set of plaintiffs' operative expert reports, <u>with the corresponding ECF docket number</u>. The Court requests that plaintiffs deliver the chambers copies by **5:00 p.m. on August 26, 2025**.

    **IT IS SO ORDERED.**

Dated: August 22, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge