| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | CHAD E. BELL (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | RYAN Z. CORTAZAR (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA I. YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, | Case No. 5:20-CV-07956-VKD |
| Plaintiffs, | **DECLARATION OF CHAD E. BELL IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY** |
| v. | |
| GOOGLE LLC, | Judge: Hon. Virginia K. DeMarchi |
| Defendant. | |

**DECLARATION OF CHAD E. BELL IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY
(CASE NO. 5:20-CV-07956)**

I, Chad E. Bell, declare as follows:

1. I am an attorney at Korein Tillery LLC, counsel to Plaintiffs in the above-captioned matter. I am admitted to appear before this Court *pro hac vice* in this matter. I submit this Declaration in support of Plaintiffs' Motion for Stay. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to these facts under oath.

2. Attached as **Exhibit 1** is a true and correct copy of the Complaint in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated August 9, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of the Order After Hearing on July 17, 2020 in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated August 21, 2020.

4. Attached as **Exhibit 3** is a true and correct copy of the Order Concerning: (1) the Parties' Expert Exclusion Motions; and (2) Plaintiffs' Class Certification Motion in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated October 26, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of the Order Concerning: (1) Defendant's Motion for Summary Judgment or, in the Alternative, Summary Adjudication; and (2) Defendant's Motion to Seal in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated May 2, 2025.

6. Attached as **Exhibit 5** is a true and correct copy of the Order Concerning: (1) Defendant's Motion to Decertify; and (2) Plaintiffs' Motion to Add Classwide Transfers in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated May 12, 2025.

7. Attached as **Exhibit 6** is a true and correct copy of the Order Concerning: (1) Plaintiffs' Motion to Exclude Expert Testimony; (2) Defendant's Motions to Exclude Expert Testimony; and (3) Plaintiffs' Motion to Exclude Surprise Witnesses in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated May 27, 2025.

8. Attached as **Exhibit 7** is a true and correct copy of the Jury Verdict in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated July 1, 2025.

1    9.    Attached as **Exhibit 8** is a true and correct copy of Google's Motion for Judgment Notwithstanding the Verdict or a New Trial in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated August 7, 2025.

10.    Attached as **Exhibit 9** is a true and correct copy of Plaintiffs' Opposition to Google's Motion for Judgment Notwithstanding the Verdict or New Trial in *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated August 27, 2025.

11.    Attached as **Exhibit 10** is a true and correct copy of an email string between W. Somvichian and T. Duarte re *Csupo v. Google LLC*, No. 19CV352557 (Cal. Super. Ct.), dated between August 5–6, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2025                Respectfully submitted,

                          */s/ Chad E. Bell*
                          Chad E. Bell