| | |
|---|---|
| ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile:   (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com | MARC A. WALLENSTEIN (*pro hac vice*)<br>GEORGE A. ZELCS (*pro hac vice*)<br>CHAD E. BELL (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*)<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile:   (312) 641-9751 |
| GLEN E. SUMMERS (176402)<br>KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*)<br>JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | CAROL L. O'KEEFE (*pro hac vice*)<br>MICHAEL E. KLENOV (277028)<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile:   (314) 241-3525 |

*Attorneys for Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Virginia K. DeMarchi |

1

PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (CASE NO. 5:20-CV-07956)

Pursuant to Civil Local Rule 79-5(f), Plaintiffs submit this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with respect to Plaintiffs' Motion for Stay and supporting materials. The documents and/or portions of documents that have been designated by Defendant Google LLC as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on August 6, 2024 (ECF 107) in this matter, and which Plaintiffs seek to provisionally file under seal, are listed below:

| Document | Portions to be Sealed |
|---|---|
| Ex. 5 to Declaration of Chad E. Bell in Support of Plaintiffs' Motion for Stay, *Csupo v. Google* Decert & Recert Order | Document in its entirety |
| Ex. 6 to Declaration of Chad E. Bell in Support of Plaintiffs' Motion for Stay, *Csupo v. Google* Expert Exclusion Order | Document in its entirety |
| Ex. 9 to Declaration of Chad E. Bell in Support of Plaintiffs' Motion for Stay, *Csupo v. Google* Plaintiffs' Opp to JNOV | Document in its entirety |

Pursuant to Civil Local Rule 79-5(d), Plaintiffs provisionally file under seal unredacted copies of these materials. Plaintiffs provide notice to Google that these materials will be placed in the public court file unless Google timely files its statement and/or declaration in support of sealing. *See* Civil Local Rules 79-5(f)(3); 79-5(c)(1). Plaintiffs reserve the right to oppose any submission Google makes under Civil Local Rule 79-5(f)(3). *See* Civil Local Rule 79-5(f)(4).

| | | |
|---|---|---|
| 1 | Dated: August 29, 2025 | Respectfully submitted, |
| 2 | | KOREIN TILLERY LLC |
| 3 | | /s/ Chad E. Bell |

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Chad E. Bell (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile:  (408) 279-3244

*Attorneys for Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson*