| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>ANUPAM DHILLON (324746)<br>(adhillon@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>EMILY J. BORN (360427)<br>(eborn@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>COOLEY LLP<br>ARIANA E. BUSTOS (345918)<br>(ABustos@cooley.com)<br>355 South Grand Avenue, Suite 900<br>Los Angeles, California 90071<br>Telephone:   (213) 561-3250<br>Facsimile:    (213) 561-3244<br><br>Attorneys for Defendant<br>GOOGLE LLC | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**L.R. 6-2 Joint Stipulated Request to Extend Case Deadlines and Continue Trial Date; and [Proposed] Order**<br><br>Judge:   Hon. Virginia K. DeMarchi |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Joint Stipulation to Extend Case
Deadlines and [Proposed] Order
Case No. 5:20-cv-07956-VKD

| | |
|---|---|
| GLEN E. SUMMERS (176402)<br>KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*)<br>JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | MARC A. WALLENSTEIN (*pro hac vice*)<br>GEORGE A. ZELCS (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*)<br>CHAD E. BELL (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*)<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751 |
| | CAROL L. O'KEEFE (*pro hac vice*)<br>MICHAEL E. KLENOV (277028)<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION TO EXTEND CASE
DEADLINES AND [PROPOSED] ORDER
CASE NO. 5:20-CV-07956-VKD

Pursuant to this Court's Case Management Order (ECF No. 99) and Civil L.R. 6-2, Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**WHEREAS**, counsel for the Parties are also litigating the *Csupo et al. v. Google LLC* matter ("*Csupo*") in the Superior Court of Santa Clara County (Complex Division) before Judge Charles F. Adams, which raises materially the same claims as those at issue here;

**WHEREAS**, on January 27, 2025, the Court largely approved the Parties' joint request to modify the case schedule in its Order re: Stipulation to Modify Case Schedule (ECF No. 164), adjusting deadlines associated with class certification, summary judgment, and expert challenges, and setting the Final Pretrial Conference on March 4, 2026 and trial for April 1-14, 2026;

**WHEREAS**, on July 18, 2025, the Parties stipulated to the following modified dates and deadlines, which were approved in the Court's July 21, 2025 scheduling order (ECF No. 207): (i) Class Certification and Expert Challenge Replies due July 29, 2025; (ii) Class Certification and Expert Challenges Hearing on August 19, 2025; (iii) Motions for Summary Judgment due October 3, 2025; (iv) Motions for Summary Judgment Oppositions due October 31, 2025; (v) Motions for Summary Judgment Replies due November 21, 2025; and (vi) Motion for Summary Judgment Hearing on December 16, 2025;

**WHEREAS**, at the August 19, 2025 Class Certification and Expert Challenges Hearing, Plaintiffs informed the Court and Google of their intent to seek a stay of this case in light of Google's appeal of the jury verdict in *Csupo*;

**WHEREAS**, on August 29, 2025, Plaintiffs filed the above-referenced Motion for a Stay and noticed a hearing on said motion for October 7, 2025;

**WHEREAS**, on August 29, 2025, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with respect to the Motion for a Stay, and Google's deadline to file a statement and/or declaration in support of sealing is, under the Civil Local Rules, September 5, 2025;

**WHEREAS**, under the Civil Local Rules, Google's opposition to the Motion for a Stay is

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION TO EXTEND CASE
DEADLINES AND [PROPOSED] ORDER
CASE NO. 5:20-CV-07956-VKD

1  due September 12, 2025, Plaintiffs' reply in support of the Motion for a Stay is due September 19, 2025, and the hearing is set for October 7, 2025—four days *after* the current October 3, 2025 deadline for Summary Judgment Motions;

**WHEREAS**, at the August 19, 2025 Class Certification and Expert Challenges Hearing, the Parties informed the Court that they would confer regarding potential case schedule adjustments, in light of the Court's concern regarding the short timeframe to resolve pending motions in advance of the Parties' Summary Judgment deadlines in October 2025;

**WHEREAS**, the Parties have been conferring regarding case schedule adjustments in *Taylor* to accommodate the Parties' briefing on the Motion for a Stay and extensive post-trial briefing in *Csupo*, and to allow for greater time for the Court to rule on the Motion for a Stay and, as applicable, the Class Certification Motion and Expert Challenge Motions, in advance of the Parties' Summary Judgment deadlines;

**WHEREAS**, the Parties agree that good cause exists to grant the requested extensions and adjustments to the case schedule so that the Court has sufficient time to consider various submissions, and so that the Parties can prepare and present the most helpful briefing to this Court on their pending and forthcoming motions, and prepare adequately for trial, should the case proceed to trial;

**NOW, THEREFORE**, the Parties, by and through their respective counsel, stipulate and request that the following revisions be made to the case schedule:

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Statement/Declaration re: Sealing re: Motion to Stay | September 5, 2025 | September 19, 2025 |
| Response to Statement/Declaration re: Sealing re: Motion to Stay | September 9, 2025 | September 23, 2025 |
| Motion to Stay Opposition | September 12, 2025 | September 16, 2025 |
| Motion to Stay Reply | September 19, 2025 | September 23, 2025 |

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Hearing on Motion to Stay | October 7, 2025 | No change |
| Motions for Summary Judgment | October 3, 2025 | January 9, 2026 |
| Motions for Summary Judgment Oppositions | October 31, 2025 | February 20, 2026 |
| Motions for Summary Judgment Replies | November 21, 2025 | March 20, 2026 |
| Motion for Summary Judgment Hearing | December 16, 2025 | April 14, 2026 or thereafter (subject to the Court's availability) |
| Final Pre-Trial Conference | March 4, 2026 | June 15, 2026 |
| Trial | April 1, 2026 | July 13, 2026 or thereafter (subject to the Court's availability) |

**IT IS SO STIPULATED.**

Dated: September 5, 2025

Respectfully submitted,

COOLEY LLP

By: /s/ Whitty Somvichian
Whitty Somvichian

Attorney for Defendant
GOOGLE LLC

| | | |
|---|---|---|
| 1 | Dated: September 5, 2025 | KOREIN TILLERY LLC |

By: */s/ Marc Wallenstein*
　　Marc Wallenstein

Attorney for Plaintiffs

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: September 5, 2025                COOLEY LLP


                                        /s/ Whitty Somvichian
                                        Whitty Somvichian

                                        Attorneys for Defendant
                                        GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

JOINT STIPULATION TO EXTEND CASE
DEADLINES AND [PROPOSED] ORDER
CASE NO. 5:20-CV-07956-VKD

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


DATED: _____     _____
                                     The Honorable Virginia K. DeMarchi
                                     United States District Judge

323921326

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

JOINT STIPULATION TO EXTEND CASE
DEADLINES AND [PROPOSED] ORDER
CASE NO. 5:20-CV-07956-VKD