| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>ANUPAM DHILLON (324746)<br>(adhillon@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>EMILY J. BORN (360427)<br>(eborn@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222<br><br>COOLEY LLP<br>ARIANA E. BUSTOS (345918)<br>(ABustos@cooley.com)<br>355 South Grand Avenue, Suite 900<br>Los Angeles, California 90071<br>Telephone:    (213) 561-3250<br>Facsimile:    (213) 561-3244<br><br>Attorneys for Defendant<br>GOOGLE LLC | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**DECLARATION OF WHITTY SOMVICHIAN IN SUPPORT OF JOINT STIPULATED REQUEST TO EXTEND CASE DEADLINES AND CONTINUE TRIAL DATE**<br><br>Judge:    Hon. Virginia K. DeMarchi |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SOMVICHIAN DECL. ISO JOINT STIPULATION
TO EXTEND CASE DEADLINES
CASE NO. 5:20-CV-07956-VKD

| | | |
|---|---|---|
| 1 | GLEN E. SUMMERS (176402) | MARC A. WALLENSTEIN (*pro hac vice*) |
| 2 | KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*) | GEORGE A. ZELCS (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*) |
| 3 | JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP | CHAD E. BELL (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*) |
| 4 | 1801 Wewatta Street, Suite 1200<br>Denver, CO 80202 | KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950 |
| 5 | Telephone: (303) 592-3100 | Chicago, IL 60601<br>Telephone: (312) 641-9750 |
| 6 | | Facsimile: (312) 641-9751 |
| 7 | | CAROL L. O'KEEFE (*pro hac vice*) |
| 8 | | MICHAEL E. KLENOV (277028)<br>KOREIN TILLERY LLC |
| 9 | | 505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101 |
| 10 | | Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SOMVICHIAN DECL. ISO JOINT STIPULATION
TO EXTEND CASE DEADLINES
CASE NO. 5:20-CV-07956-VKD

I, Whitty Somvichian, declare and state as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at Cooley LLP. I am counsel for Defendant Google LLC ("Google") in this matter. I make this declaration pursuant to Civil Local Rule 6-2(a). It is based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. Counsel for Plaintiffs and Google (collectively, the "Parties") in this matter are concurrently handling the *Csupo et al. v. Google LLC* matter in the Superior Court of Santa Clara County (Complex Division) before Judge Charles F. Adams, which raises materially the same claims as those at issue here.

3. Over the course of this case, the Parties have had to negotiate extensions to the schedule to ensure that it interlocks fairly and efficiently with relevant deadlines in *Csupo*, so that neither side is prejudiced by deadlines in the other case, and both cases could proceed efficiently.

4. The Parties have endeavored to act with diligence and to keep existing deadlines in this case.

5. At the August 19, 2025 Class Certification and Expert Challenges Hearing, the Parties informed the Court that they would confer regarding potential case schedule adjustments, in light of the Court's concern regarding the short timeframe to resolve pending motions in advance of the Parties' Summary Judgment deadlines in October 2025. At that hearing, Plaintiffs also informed the Court and Google of their intent to seek a stay of the above-captioned matter in light of Google's appeal of the jury verdict in *Csupo*.

6. On August 29, 2025, Plaintiffs filed the above-referenced Motion for a Stay and noticed a hearing on said motion for October 7, 2025—four days *after* the current October 3, 2025 deadline for Summary Judgment Motions. Plaintiffs also filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with respect to the Motion for a Stay.

7. The Parties have been conferring regarding case schedule adjustments in *Taylor* to accommodate the Parties' briefing on the Motion for a Stay and extensive post-trial briefing in

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

SOMVICHIAN DECL. ISO JOINT STIPULATION
TO EXTEND CASE DEADLINES
CASE NO. 5:20-CV-07956-VKD

*Csupo*,[1] and to allow for greater time for the Court to rule on the Motion for a Stay and, as applicable, the Class Certification Motion and Expert Challenge Motions, in advance of the Parties' Summary Judgment deadlines.

8. The Parties jointly agree that good cause exists to grant the requested extensions and adjustments to the case schedule so that the Court has sufficient time to consider various submissions, and so that the Parties can prepare and present the most helpful briefing to this Court on their pending and forthcoming motions, and prepare adequately for trial, should the case proceed to trial.

9. The Parties stipulate and agree that the following revisions should be made to the case schedule:

| Event | Current Deadline | Stipulated Deadline |
| --- | --- | --- |
| Statement/Declaration re: Sealing re: Motion to Stay | September 5, 2025 | September 19, 2025 |
| Response to Statement/Declaration re: Sealing re: Motion to Stay | September 9, 2025 | September 23, 2025 |
| Motion to Stay Opposition | September 12, 2025 | September 16, 2025 |
| Motion to Stay Reply | September 19, 2025 | September 23, 2025 |
| Hearing on Motion to Stay | October 7, 2025 | No change |
| Motions for Summary Judgment | October 3, 2025 | January 9, 2026 |
| Motions for Summary Judgment Oppositions | October 31, 2025 | February 20, 2026 |
| Motions for Summary Judgment | November 21, 2025 | March 20, 2026 |

---

[1] Such briefing includes Google's Motion for Judgment Notwithstanding the Verdict and/or to Vacate or Set Aside Judgment or a New Trial, Plaintiffs' Motion for Equitable Relief, Plaintiffs' Motion for Prejudgment and Post-Judgment Interest, and Google's Motion to Tax Costs.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

SOMVICHIAN DECL. ISO JOINT STIPULATION
TO EXTEND CASE DEADLINES
CASE NO. 5:20-CV-07956-VKD

| Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Replies | | |
| Motion for Summary Judgment Hearing | December 16, 2025 | April 14, 2026 or thereafter (subject to the Court's availability) |
| Final Pre-Trial Conference | March 4, 2026 | June 15, 2026 |
| Trial | April 1, 2026 | July 13, 2026 or thereafter (subject to the Court's availability) |

10. The Parties in this dispute have requested the following time modifications in this case: on May 14, 2024 and June 13, 2024, the Parties stipulated to continue a case management conference due to scheduling conflicts of lead counsel, which the Court granted (ECF Nos. 85, 86, 90, 91); on June 11, 2024, the Parties stipulated to extend the deadline to submit the Joint Case Management Statement, which the Court granted (ECF Nos. 87, 88); on July 30, 2024, the Parties stipulated to extend the deadline to submit an ESI and Protective Order, which the Court granted (ECF Nos. 100, 101); on October 1, 2024, the Parties stipulated to extend the mediation deadline, which the Court granted (ECF Nos. 108, 109); on November 1, 2024, the Parties stipulated to a new hearing date for the October 23, 2024 dispute letter due to a scheduling conflict, which the Court granted (ECF Nos. 125, 126); on November 5, 2024, the parties submitted a stipulation requesting an extension of the deadline to submit discovery disputes that was denied without prejudice (ECF Nos. 128, 130); on November 12, 2024, the parties submitted a request for an order changing the time to file a discovery dispute letter-brief concerning the Boyer Experiment, which the Court granted (ECF Nos. 132, 134); on January 10, 2025, the parties submitted a stipulation requesting an extension of the deadline to exchange rebuttal expert reports and to conduct expert depositions, which the Court granted (ECF Nos. 161, 162); on January 24, 2025, the parties submitted a request for an extension of the case schedule and trial, which the Court granted (ECF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

SOMVICHIAN DECL. ISO JOINT STIPULATION
TO EXTEND CASE DEADLINES
CASE NO. 5:20-CV-07956-VKD

Nos. 163, 164); on March 7, 2025 the parties submitted a stipulation setting a briefing scheduling for sealing motion, which the Court granted (ECF No. 165, 166); on March 28, 2025, the parties submitted a request to extend the deadline for expert discovery, which the Court granted (ECF Nos. 186, 187); on April 9, 2025, the parties submitted a request to extend case deadlines, which the Court granted (ECF Nos. 188, 189); on May 19, 2025, the parties submitted a request to extend sealing deadlines, which the Court granted (ECF 199, 200); on July 1, 2025 the parties submitted a request to extend deadlines associated with expert reply briefing, which the Court granted (ECF 202, 203); and on August 1, 2025, the parties submitted a request to extend sealing deadlines, which the Court granted (ECF 215, 216).

11. The requested time modifications will affect the schedule in this case for the deadlines and dates referenced in Paragraph 9. *See* Civ. L.R. 6-2(a)(3). All other deadlines remain the same.

I declare under penalty of perjury that foregoing is true and correct.

Executed on September 5, 2025 in San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

323921932

Cooley LLP
Attorneys at Law
San Francisco

6

Somvichian Decl. ISO Joint Stipulation
to Extend Case Deadlines
Case No. 5:20-cv-07956-VKD