UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al., <br>     Plaintiffs, <br> v. <br> GOOGLE LLC, <br>     Defendant. | Case No. 20-cv-07956-VKD <br><br> **ORDER GRANTING AS MODIFIED JOINT REQUEST TO EXTEND DEADLINES AND CONTINUE TRIAL** <br><br> Re: Dkt. No. 236 |

The Court grants the parties' joint request to extend case deadlines and continue the jury trial as set forth below. The jury trial in the present action is tentatively re-set for August 5-18, 2026, on overlapping dates with two other matters.[1] The parties are advised that the Court's 2026 trial calendar is full; the Court currently does not have alternate trial dates available until March 2027. Case deadlines and the jury trial are re-set as follows:

| | |
|---|---|
| Statement/Declaration re Sealing re Motion to Stay | September 19, 2025 |
| Response to Statement/Declaration re Sealing re Motion to Stay | September 23, 2025 |
| Opposition re Motion to Stay | September 16, 2025 |
| Reply re Motion to Stay | September 23, 2025 |
| Hearing re Motion to Stay | October 7, 2025 (no change) |

---

[1] Case No. 5:25-cv-00740-VKD *Cape v. San Jose Police Dep't, et al.* and Case No. 5:25-cv-02499-VKD *Dominguez v. Jones Lang Lasalle Americas, Inc*.

| | |
|---|---|
| Motions for Summary Judgment | January 9, 2026 |
| Oppositions re Motions for Summary Judgment | February 20, 2026 |
| Replies re Motions for Summary Judgment | March 20, 2026 |
| Hearing re Motions for Summary Judgment | April 14, 2026, 10:00 a.m. |
| Final Pretrial Conference | July 8, 2026, 9:30 a.m. |
| Jury Trial (10 days) | August 5-18, 2026, 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: September 8, 2025

Virginia K. DeMarchi
United States Magistrate Judge

2