COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)
EMILY J. BORN (360427)
(eborn@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ARIANA E. BUSTOS (345918)
(ABustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:  (213) 561-3250
Facsimile:  (213) 561-3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**DECLARATION OF MAX A. BERNSTEIN IN SUPPORT OF GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO STAY**<br><br>Date: October 7, 2025<br>Time: 10:00 a.m.<br>Dept: Courtroom 2 – 5th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF M. BERNSTEIN ISO
GOOGLE'S OPPOSITION TO PS' MTS
CASE NO. 5:20-CV-07956-VKD

I, Max A. Bernstein, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am a partner at Cooley LLP. I am counsel for Defendant Google LLC ("Google") in this matter and submit this declaration in support of Google's Opposition to Plaintiffs' Motion to Stay ("Motion"). I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. Plaintiffs filed this action ("*Taylor*") just weeks after the Santa Clara Superior Court overruled Google's demurrer in *Csupo v. Google*, Santa Clara Superior Court Case No. 19-cv-352557 ("*Csupo*"). The plaintiffs in *Taylor* and *Csupo* are represented by the same attorneys. However, *Csupo* is limited to a class of California Android users, whereas *Taylor*'s putative class includes all other U.S. Android users.

3. Since the Ninth Circuit allowed Plaintiffs' claims to advance beyond the pleadings in *Taylor*, Plaintiffs have pressed for an expedited case schedule, resisting any significant delay of the trial date in this Court. For example, after the trial in *Csupo*, Plaintiffs moved ahead with their pending motion for class certification and the parties' related expert challenges ("Pending Motions") in *Taylor*.

4. Immediately after the three-hour class certification hearing on August 19, 2025, Plaintiffs insisted that a stay motion, which they had never mentioned before the August 19 hearing, must now be heard as soon as possible. In fact, Plaintiffs requested that Google agree to an expedited briefing schedule for the Motion so that a hearing could be set at an earlier date than the default rules would otherwise allow.

5. If *Taylor* were stayed pending resolution of the appeal in *Csupo*, Google would face mounting exposure as the *Taylor* class period continues to run, potentially adding hundreds of millions or even billions of dollars in additional claimed damages and interest. In *Csupo*, for example, Plaintiffs' counsel contend—in a recently filed motion for equitable relief—that Google should pay $107,744.56 per day until Google complies with the Superior Court's potential injunctive relief or otherwise ceases the challenged practices. (*See Csupo* plaintiffs' Motion for Equitable Relief at 19.)

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF M. BERNSTEIN ISO
GOOGLE'S OPPOSITION TO PS' MTS
CASE NO. 5:20-CV-07956-VKD

6.      Google's motion for judgment notwithstanding the verdict or a new trial in *Csupo* will only be heard by the Superior Court on October 7, 2025. The *Csupo* plaintiffs' motion for equitable relief will only be heard on October 24, 2025.

7.      Attached hereto as **Exhibit A** is a true and correct copy of the initial complaint in *Csupo*, dated August 9, 2019.

8.      Attached hereto as **Exhibit B** is a true and correct copy of a Joint Stipulation to Stay Execution of Judgment Pending Appeal and Order filed in *Csupo*, dated July 11, 2025.

9.      Attached hereto as **Exhibit C** are true and correct copies of excerpts of the transcript from the August 19, 2025 hearing on Plaintiffs' motion for class certification and the parties' respective expert challenges in *Taylor*.

10.     Attached hereto as **Exhibit D** is a true and correct copy of the *Csupo* plaintiffs' Motion for Equitable Relief in *Csupo*, dated August 11, 2025.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on September 16, 2025 in San Francisco, California.

_____
Max A. Bernstein

324500142

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF M. BERNSTEIN ISO
GOOGLE'S OPPOSITION TO PS' MTS
CASE NO. 5:20-CV-07956-VKD