# Exhibit B

on 7/10/2025 8:40 PM
Reviewed By: M. Offhaus
Case #19CV352557
Envelope: 20052977

M. Offhaus

```
COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
KATHLEEN HARTNETT (314267)
(khartnett@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
ANUPAM DHILLON (324746)
(adhillon@cooley.com)                          COOLEY LLP
EMILY J. BORN (360427)                         MICHAEL A. ATTANASIO (151529)
(eborn@cooley.com)                             (mattanasio@cooley.com)
CAROLINE A. LEBEL (340067)                     MICHAEL G. TETREAULT (346298)
(clebel@cooley.com)                            (mtetreault@cooley.com)
3 Embarcadero Center, 20th Floor               10265 Science Center Dr
San Francisco, California 94111-4004           San Diego, CA 92121-1117
Telephone:    (415) 693 2000                   Telephone:    (858) 550-6000
Facsimile:    (415) 693 2222                   Facsimile:    (858) 550-6420

COOLEY LLP                                     COOLEY LLP
ARIANA E. BUSTOS (345918)                      MATT K. NGUYEN (329151)
(abustos@cooley.com)                           (mnguyen@cooley.com)
355 South Grand Avenue, Suite 900              1299 Pennsylvania Avenue, NW, Suite 700
Los Angeles, California 90071                  Washington, DC 20004-2400
Telephone:    (213) 561-3250                   Telephone:    (202) 842 7800
Facsimile:    (213) 561-3244                   Facsimile:    (202) 842 7899

Attorneys for Defendant
GOOGLE LLC
```

*Additional Counsel on the Next Page*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

UNLIMITED JURISDICTION – COMPLEX CIVIL LITIGATION

| | |
|---|---|
| ATTILA CSUPO, ANDREW BURKE, and KERRY HECHT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 19CV352557<br><br>Assigned for all purposes to Dept. 7<br>Hon. Charles F. Adams<br><br>**JOINT STIPULATION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND [PROPOSED] ORDER**<br><br>Complaint filed: 08/09/2019<br>Fourth Am. Compl. filed: 02/01/2022<br>Trial Date: 06/02/2025 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO STAY EXECUTION OF JUDGMENT PENDING APPEAL AND [PROPOSED] ORDER; CASE NO. 19CV352557

Marc A. Wallenstein (*pro hac vice*)
(mwallenstein@koreintillery.com)
George A. Zelcs (*pro hac vice*)
(gzelcs@koreintillery.com)
Chad E. Bell (*pro hac vice*)
(cbell@koreintillery.com)
Ryan Z. Cortazar (*pro hac vice*)
(rcortazar@koreintillery.com)
Pamela I. Yaacoub (*pro hac vice*)
(pyaacoub@koreintillery.com)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
(cokeefe@koreintillery.com)
Michael E. Klenov (277028)
(mklenov@koreintillery.com)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Attorneys for Plaintiffs

Glen E. Summers (176402)
(glen.summers@bartlitbeck.com)
Karma M. Giulianelli (184175)
(karma.giulianelli@bartlitbeck.com)
Lindley J. Brenza (*pro hac vice*)
(lindley.brenza@bartlitbeck.com)
Jonathan Jacob Marsh (*pro hac vice*)
(jacob.marsh@bartlitbeck.com)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Hamilton H. Hill (*pro hac vice*)
(hamilton.hill@bartlitbeck.com)
Benjamin R. Montague (*pro hac vice*)
(benjamin.montague@bartlitbeck.com)
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400

William W. Faulkner (83385)
Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
Mcmanis Faulkner
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
wfaulkner@mcmanislaw.com
epipkin@mcmanislaw.com

Attorneys for Plaintiffs

# STIPULATION

Plaintiffs Attila Csupo, Kerry Hecht, and Andrew Burke ("Plaintiffs") and Defendant Google LLC ("Google," and with Plaintiffs, the "Parties"), hereby stipulate and request as follows:

WHEREAS, on July 11, 2025, this Court will enter a money judgment against Google in accordance with the jury's $314,626,932 verdict. Once this Court enters judgment, the damages award will be enforceable. (Cal. Code Civ. Proc. § 683.010.)

WHEREAS, this Court has authority to stay enforcement of the judgment pending appeal to the California Court of Appeal without a bond or other undertaking with the written consent of the parties. (*See* Cal. Code Civ. Proc. §§ 918(b); 995.230.)

WHEREAS, Plaintiffs agree that they will waive the posting of an appellate bond or undertaking in this case and have agreed to stay execution of the monetary judgment pending Google's appeal to the California Court of Appeal.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between counsel for Plaintiffs and Google, that Plaintiffs will not seek to enforce the aforementioned money judgment pending Google's appeal to the California Court of Appeal. Such agreement will terminate 30 days after the issuance of any opinion or other order by the California Court of Appeal disposing of Google's appeal.[1]

**IT IS SO STIPULATED.**

DATE: July 10, 2025                         COOLEY LLP

                                            By: */s/ Whitty Somvichian*
                                            Whitty Somvichian

                                            *Attorneys for Google LLC*

DATE: July 10, 2025                         By: */s/ Pamela I. Yaacoub*
                                            Pamela I. Yaacoub

                                            *Attorney for Plaintiffs*

---

[1] Google reserves the right to seek a further stay pending appeal or to post an appeal bond to extend the stay.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/11/2025 1:18:49 PM

_Charles F. Adams_ (signature)

Hon. Charles F. Adams
Superior Court of Santa Clara County