UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 20-cv-07956-VKD<br><br>**ORDER FOR CHAMBERS COPIES RE DEFENDANT'S SEPTEMBER 16, 2025 OPPOSITION PAPERS**<br><br>Re: Dkt. No. 238 |

Defendant is again reminded that the Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings "no later than the close of the next court day following the day that the paper was electronically filed." Additionally, "[c]hambers copies must be double-sided and 3-hole punched along the left margin of the paper," "marked with the notation 'Chambers Copy' and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words 'Magistrate Judge DeMarchi Chambers Copies.'"

The Court has not yet received chambers copies of defendant's September 16, 2025 opposition papers re plaintiffs' motion for a stay. Dkt. No. 238. By **September 19, 2025, 4:00 p.m.**, defendant shall deliver chambers copies of those filings in accordance with this Court's Standing Order Re Civil Cases.

The Court has had to remind both parties on multiple occasions throughout this case to provide the chambers copies that are required. The Court is disappointed that sophisticated counsel and their respective teams have not been able to consistently comply with this directive, and urges both sides to review the Standing Order to ensure that these problems do not continue.

**IT IS SO ORDERED.**

Dated: September 18, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge