1   ELIZABETH M. PIPKIN (243611)          MARC A. WALLENSTEIN (*pro hac vice*)
    ANN M. RAVEL (62139)                  GEORGE A. ZELCS (*pro hac vice*)
2   McMANIS FAULKNER                      RYAN Z. CORTAZAR (*pro hac vice*)
    50 West San Fernando Street, 10th Floor   CHAD E. BELL (*pro hac vice*)
3   San Jose, CA 95113                    PAMELA YAACOUB (*pro hac vice*)
    Telephone: (408) 279-8700             KOREIN TILLERY LLC
4   Facsimile: (408) 279-3244             205 North Michigan Avenue, Suite 1950
    epipkin@mcmanislaw.com                Chicago, IL 60601
5   aravel@mcmanislaw.com                 Telephone: (312) 641-9750
                                          Facsimile: (312) 641-9751
6
    GLEN E. SUMMERS (176402)
7   KARMA M. GIULIANELLI (184175)         CAROL L. O'KEEFE (*pro hac vice*)
    LINDLEY J. BRENZA (*pro hac vice*)    MICHAEL E. KLENOV (277028)
8   JONATHAN JACOB MARSH (*pro hac vice*) KOREIN TILLERY LLC
    BARTLIT BECK LLP                      505 North Seventh Street, Suite 3600
9   1801 Wewatta Street, Suite 1200       St. Louis, MO 63101
    Denver, CO 80202                      Telephone: (314) 241-4844
10  Telephone: (303) 592-3100             Facsimile: (314) 241-3525

11  *Attorneys for Plaintiffs Joseph Taylor,*
    *Mick Cleary, and Jennifer Nelson*
12
13  COOLEY LLP
    WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
14  MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
    CAROLINE A. LEBEL (340067) (clebel@cooley.com)
15  3 Embarcadero Center, 20th floor
    San Francisco, CA 94111-4004
16  Telephone:    +1 415 693 2000
    Facsimile:    +1 415 693 2222
17
18  *Attorneys for Defendant GOOGLE LLC*

19              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
20                   **SAN JOSE DIVISION**

21  JOSEPH TAYLOR, MICK CLEARY, and      Case No. 5:20-CV-07956-VKD
    JENNIFER NELSON, individually and on
22  behalf of all others similarly situated,   **JOINT STATUS REPORT**

23              Plaintiffs,

24       v.
                                          Judge: Hon. Virginia K. DeMarchi
25  GOOGLE LLC,

26              Defendant.

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to this Court's Order on October 7, 2025 (Dkt. 241), Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson ("Plaintiffs") and Defendant Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel, provide the following status report:

The Parties have encountered difficult issues with respect to certain material non-monetary terms of the contemplated settlement. At this point, it is unclear whether the Parties will be able to reach agreement.

The Parties respectfully request one week to continue their negotiations, and the opportunity to provide the Court with another status report on October 28, 2025.

Dated: October 21, 2025                              Respectfully submitted,

BARTLIT BECK LLP


By: _Karma M. Giulianelli_____
       Karma M. Giulianelli

Attorney for Plaintiffs


Dated: October 21, 2025                              BARTLIT BECK LLP


By: _Whitty Somvichian_____
       Whitty Somvichian

Attorney for Defendant
Google LLC

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated:  October 21, 2025

Respectfully submitted,

BARTLIT BECK LLP

*/s/ Karma M. Giulianelli*

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
Chad E. Bell (*pro hac vice*)
Pamela Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*