| | |
|---|---|
| ELIZABETH M. PIPKIN (243611) | MARC A. WALLENSTEIN (*pro hac vice*) |
| ANN M. RAVEL (62139) | GEORGE A. ZELCS (*pro hac vice*) |
| McMANIS FAULKNER | RYAN Z. CORTAZAR (*pro hac vice*) |
| 50 West San Fernando Street, 10th Floor | CHAD E. BELL (*pro hac vice*) |
| San Jose, CA 95113 | PAMELA YAACOUB (*pro hac vice*) |
| Telephone: (408) 279-8700 | KOREIN TILLERY LLC |
| Facsimile: (408) 279-3244 | 205 North Michigan Avenue, Suite 1950 |
| epipkin@mcmanislaw.com | Chicago, IL 60601 |
| aravel@mcmanislaw.com | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| GLEN E. SUMMERS (176402) | |
| KARMA M. GIULIANELLI (184175) | CAROL L. O'KEEFE (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | MICHAEL E. KLENOV (277028) |
| JONATHAN JACOB MARSH (*pro hac vice*) | KOREIN TILLERY LLC |
| BARTLIT BECK LLP | 505 North Seventh Street, Suite 3600 |
| 1801 Wewatta Street, Suite 1200 | St. Louis, MO 63101 |
| Denver, CO 80202 | Telephone: (314) 241-4844 |
| Telephone: (303) 592-3100 | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

COOLEY LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
CAROLINE A. LEBEL (340067) (clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

*Attorneys for Defendant GOOGLE LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, | Case No. 5:20-CV-07956-VKD |
| | **JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| GOOGLE LLC, | Judge: Hon. Virginia K. DeMarchi |
| Defendant. | |

JOINT STATUS REPORT (CASE NO. 5:20-CV-07956)

Pursuant to Dkt. No. 244, Plaintiffs and Google LLC (the "Parties") provide the following status report: The Parties remain at an impasse on material terms and have therefore been unable to reach a settlement despite the initial progress previously reported to the Court. Accordingly, the Parties believe that it will be necessary for the Court to proceed with ruling on Plaintiffs' pending Motion for Stay and, to the extent that motion is denied, the other motions pending before this Court. With respect to Plaintiffs' Motion for Stay, Plaintiffs request that the Court reset the hearing on that motion at its convenience, but respectfully inform the Court that they have scheduling conflicts on November 3-7, 14, 25, and December 2. Google respectfully requests that the Court resolve the Motion for Stay without a hearing. To the extent the Court sets a hearing, Google respectfully informs the Court its counsel has scheduling conflicts November 18-21.

Dated: October 28, 2025               Respectfully submitted,

                                      BARTLIT BECK LLP


                                      By: *Glen E. Summers*
                                          Glen E. Summers

                                      Attorney for Plaintiffs


Dated: October 28, 2025               BARTLIT BECK LLP


                                      By: *Whitty Somvichian*
                                          Whitty Somvichian

                                      Attorney for Defendant
                                      Google LLC

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: October 28, 2025

Respectfully submitted,

BARTLIT BECK LLP

*Glen E. Summers*
Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
Chad E. Bell (*pro hac vice*)
Pamela Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*