ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

COOLEY LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722) (mbernstein@cooley.com)
CAROLINE A. LEBEL (340067) (clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

*Attorneys for Defendant GOOGLE LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE 11/12/2025 HEARING ON PLAINTIFFS' STAY MOTION**<br><br>Judge: Hon. Virginia K. DeMarchi |

Plaintiffs and Google LLC (the "Parties") provide the following status report: The Parties have made progress in their settlement negotiations allowing them to overcome the impasse previously reported to the Court and resume substantive negotiations.

Accordingly, the Parties jointly request that the Court continue the hearing on Plaintiffs' pending Motion for Stay (currently scheduled for November 12, 2025) by approximately two weeks and that the Court require the parties to submit a further joint status report in one week.

Dated: November 10, 2025                    Respectfully submitted,

                                            BARTLIT BECK LLP


                                            By: *Karma M. Giulianelli*
                                                Karma M. Giulianelli

                                            Attorney for Plaintiffs


Dated: November 10, 2025                    BARTLIT BECK LLP


                                            By: *Whitty Somvichian*
                                                Whitty Somvichian

                                            Attorney for Defendant
                                            Google LLC

1
**JOINT STATUS REPORT (CASE NO. 5:20-CV-07956)**

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: November 10, 2025

Respectfully submitted,

BARTLIT BECK LLP

*Karma M. Giulianelli*
Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
Chad E. Bell (*pro hac vice)*
Pamela Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*