UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 20-cv-07956-VKD<br><br>**ORDER VACATING NOVEMBER 12, 2025 MOTION HEARING AND REQUIRING STATUS REPORT**<br><br>Re: Dkt. No. 247 |

On November 10, 2025, the parties filed a joint status report requesting that the November 12, 2025 hearing on plaintiffs' pending motion to stay be continued while the parties discuss settlement. Dkt. No. 247. Rather than continue the hearing, the Court vacates the November 12, 2025 hearing and will decide plaintiffs' motion to stay (Dkt. No. 234) on the papers, without oral argument. *See* Civil L.R. 7-1(b).

By **November 17, 2025**, the parties shall file a joint status report regarding the status of their efforts to resolve this case. The parties' status report shall not disclose the substance of any settlement discussions.

**IT IS SO ORDERED.**

Dated: November 10, 2025

Virginia K. DeMarchi
United States Magistrate Judge