| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:    +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

*Attorneys for Defendant*
GOOGLE LLC

*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, and EUGENE ALVIS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GOOGLE LLC,<br><br>　　　　　Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**JOINT STATUS REPORT**<br><br>Judge:　　Hon. Virginia K. DeMarchi |

| | |
|---|---|
| GLEN E. SUMMERS (176402) | MARC A. WALLENSTEIN (*pro hac vice*) |
| KARMA M. GIULIANELLI (184175) | GEORGE A. ZELCS (*pro hac vice*) |
| LINDLEY J. BRENZA (*pro hac vice*) | RYAN Z. CORTAZAR (*pro hac vice*) |
| JONATHAN JACOB MARSH (*pro hac vice*) | CHAD E. BELL (*pro hac vice*) |
| BARTLIT BECK LLP | PAMELA I. YAACOUB (*pro hac vice*) |
| 1801 Wewatta Street, Suite 1200 | KOREIN TILLERY LLC |
| Denver, CO 80202 | 205 North Michigan Avenue, Suite 1950 |
| Telephone: (303) 592-3100 | Chicago, IL 60601 |
| | Telephone: (312) 641-9750 |
| | Facsimile: (312) 641-9751 |
| | |
| | CAROL L. O'KEEFE (*pro hac vice*) |
| | MICHAEL E. KLENOV (277028) |
| | KOREIN TILLERY LLC |
| | 505 North Seventh Street, Suite 3600 |
| | St. Louis, MO 63101 |
| | Telephone: (314) 241-4844 |
| | Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

Pursuant to Dkt. No. 248, Plaintiffs and Google LLC ("Google") (collectively, the "Parties") provide the following status report: The Parties have agreed in principle on the key issues that previously prevented a settlement. The Parties have exchanged drafts of a settlement term sheet and expect to have one finalized and signed by the end of the week.

The Parties request that the Court refrain from ruling on any pending motions until the Parties submit an updated status report by this Friday, November 21, 2025. The Parties expect that on Friday, or before, they will be able to inform the Court that there is a signed term sheet.

Dated: November 17, 2025        Respectfully submitted,

COOLEY LLP


By: */s/ Whitty Somvichian*
    Whitty Somvichian

Attorney for Defendant
GOOGLE LLC


Dated: November 17, 2025        BARTLIT BECK LLP


By: */s/ Glen E. Summers*
    Glen E. Summers

Attorney for Plaintiffs

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: November 17, 2025

COOLEY LLP

*/s/ Whitty Somvichian*
Whitty Somvichian

Attorneys for Defendant
GOOGLE LLC