| | |
|---|---|
| COOLEY LLP<br>WHITTY SOMVICHIAN (194463)<br>(wsomvichian@cooley.com)<br>MAX A. BERNSTEIN (305722)<br>(mbernstein@cooley.com)<br>CAROLINE A. LEBEL (340067)<br>(clebel@cooley.com)<br>3 Embarcadero Center, 20th floor<br>San Francisco, CA 94111-4004<br>Telephone:   +1 415 693 2000<br>Facsimile:    +1 415 693 2222 | ELIZABETH M. PIPKIN (243611)<br>ANN M. RAVEL (62139)<br>McMANIS FAULKNER<br>50 West San Fernando Street, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 279-8700<br>Facsimile: (408) 279-3244<br>epipkin@mcmanislaw.com<br>aravel@mcmanislaw.com<br><br>*Attorneys for Plaintiffs* |

*Attorneys for Defendant*
GOOGLE LLC

*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, and EUGENE ALVIS, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

GOOGLE LLC,

    Defendant.

Case No. 5:20-cv-07956-VKD

**JOINT STATUS REPORT**

Judge:   Hon. Virginia K. DeMarchi

| | |
|---|---|
| GLEN E. SUMMERS (176402)<br>KARMA M. GIULIANELLI (184175)<br>LINDLEY J. BRENZA (*pro hac vice*)<br>JONATHAN JACOB MARSH (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100 | MARC A. WALLENSTEIN (*pro hac vice*)<br>GEORGE A. ZELCS (*pro hac vice*)<br>RYAN Z. CORTAZAR (*pro hac vice*)<br>CHAD E. BELL (*pro hac vice*)<br>PAMELA I. YAACOUB (*pro hac vice*)<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Telephone: (312) 641-9750<br>Facsimile: (312) 641-9751<br><br>CAROL L. O'KEEFE (*pro hac vice*)<br>MICHAEL E. KLENOV (277028)<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Telephone: (314) 241-4844<br>Facsimile: (314) 241-3525 |

*Attorneys for Plaintiffs*

Plaintiffs and Google LLC (the "Parties") provide the following status report:

Today, the Parties executed a detailed Term Sheet setting forth the terms of a proposed settlement of this litigation.

In view of this development, the Parties respectfully request that the Court schedule a status conference at the Court's earliest convenience at which the Parties will be prepared to discuss and seek the Court's approval of the necessary settlement approval process, including a plan of class notice and the scheduling of preliminary and final approval hearings.

The Parties further respectfully request that the Court hold all substantive motions and matters in abeyance while they work to conclude the settlement contemplated by the Term Sheet executed today.

Dated: November 26, 2025                    Respectfully submitted,

                                            COOLEY LLP


                                            By: */s/ Whitty Somvichian*
                                                Whitty Somvichian

                                            Attorney for Defendant
                                            GOOGLE LLC


Dated: November 26, 2025                    BARTLIT BECK LLP


                                            By: */s/ Glen E. Summers*
                                                Glen E. Summers

                                            Attorney for Plaintiffs

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated: November 26, 2025　　　　　　　COOLEY LLP

　　　　　　　　　　　　　　　　　　　*/s/ Whitty Somvichian*
　　　　　　　　　　　　　　　　　　　Whitty Somvichian

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　GOOGLE LLC