UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No.  20-cv-07956-VKD<br><br>**ORDER FOLLOWING DECEMBER 9, 2025 STATUS CONFERENCE** |

Based on the discussion held at the December 9, 2025 status conference, the Court orders as follows:

The motion for preliminary approval of the parties' settlement shall be filed no later than **January 27, 2026**. The parties confirmed that they do not anticipate the filing of any responsive or reply papers. The Court will hold a preliminary approval hearing on **February 17, 2026, 10:00 a.m.** in Courtroom 2, Fifth Floor in San Jose, California.

All previously scheduled deadlines and appearances are vacated, including the deadlines for summary judgment briefing and hearing, the July 8, 2026 final pretrial conference, and the August 5-18, 2026 jury trial.

As discussed at the conference, plaintiffs' motion for the withdrawal of named plaintiffs Edward Mlakar and Eugene Alvis from this action is granted as unopposed. Dkt. No. 211.

The Court administratively terminates the parties' various pending motions to seal filed between March 11, 2025 and July 29, 2025 (Dkt. Nos. 174, 175, 194, 195, 209, 211, and 212), which appear to be subsumed within Google's August 13, 2025 omnibus motion to seal (Dkt. No. 225).

1   The Court administratively terminates the parties' respective *Daubert* motions (Dkt. Nos.
2   171, 172, 180), plaintiffs' class certification motion (Dkt. No. 181), and Google's administrative
3   motion for leave to file a supplemental brief (Dkt. No. 218).  The administrative termination of
4   these motions is without prejudice to plaintiffs or Google to request that any of these motions be
5   re-opened and that the Court proceed with a decision on any such matters.  The Court also
6   terminates without prejudice Google's associated omnibus motion to seal (Dkt. No. 225).  All
7   matters that have been provisionally filed under seal shall remain sealed.

**IT IS SO ORDERED.**

Dated: December 9, 2025

Virginia K. DeMarchi
United States Magistrate Judge