ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT**<br><br>Date:   February 17, 2026<br>Time:   10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

Pursuant to Civil Local Rules 7-11 and 7-12, Plaintiffs by stipulation with Defendant Google LLC respectfully seek leave to file excess pages beyond the 25-page limit set forth by Civil Local Rule 7-2(b) in connection with Plaintiffs' concurrently filed Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authority in Support ("Preliminary Approval Motion").

During the December 9, 2025 status conference, the Court indicated it would be amenable to granting additional pages for the Preliminary Approval Motion beyond the typical 25-page limit of Rule 7-2(b) should they be necessary. That necessity has come to pass. In order to fully address the applicable criteria required for preliminary approval of a class action settlement under the Court's instructions, Fed. R. Civ. P. 23(e), and the N.D. Cal. Procedural Guidance for Class Action Settlements, Plaintiff's Preliminary Approval Motion requires 32 pages of text.

Plaintiffs have discussed the need for additional pages with Google. Google has agreed pursuant to Local Rule 7-12 to stipulate to Plaintiffs' administration motion requesting leave for excess pages in connection with the Preliminary Approval Motion.

Pursuant to Local Rule 5-1(i)(3), the filer of this document attests that Google's counsel concurs in the filing of this stipulated administrative motion and proposed order.

**CONCLUSION**

Pursuant to stipulation, this administrative motion for leave to file excess pages should be granted.

Dated:  January 27, 2026

Respectfully submitted,

BARTLIT BECK LLP

*/s/ Glen E. Summers*

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  (303) 592-3100

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
Chad E. Bell (*pro hac vice*)
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*
*Joseph Taylor, Mick Cleary, and Jennifer Nelson*

Dated:  January 27, 2026

COOLEY LLP

*/s/ Max A. Bernstein*
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Google LLC*

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES
(Case No. 5:20-CV-07956-VKD)

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, the undersigned hereby attests that concurrence in the filing of this document has been obtained.

Dated:  January 27, 2026                    Respectfully submitted,


                                            */s/ Glen E. Summers*
                                            Glen E. Summers (176402)
                                            BARTLIT BECK LLP
                                            1801 Wewatta Street, Suite 1200
                                            Denver, CO 80202
                                            Telephone:  (303) 592-3100

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES
(Case No. 5:20-CV-07956-VKD)