# Exhibit 1

# BartlitBeck LLP

## EXPERIENCED & DEDICATED TEAMS



*The firm "assembles top-notch teams of brilliant, experienced professionals and collaborates with us to develop smart and creative litigation strategies."*
- CHAMBERS USA CLIENT QUOTE

Our track record of success is due to our experienced and dedicated teams.

Our lawyers average 16 years of experience, and over 80% are partners. In every year of the last decade, about 80% of our lawyers have taken or defended depositions, two-thirds have argued substantive motions, and over half have gone to trial.

At Bartlit Beck, over one-third of our lawyers has first-chair trial experience in significant commercial litigation. In contrast, many firms have a star or two surrounded by supporting players and much of their trial experience is not in high-stakes commercial matters but instead was gained doing criminal/government work.

Our lawyers intensely focus on only a small number of cases at a time, allowing each team member to have command of the entire case. We believe our approach ensures better quality and results for our clients because each team member has a thorough understanding of the client's goals and the path to success. This is a stark difference from those firms that spread senior lawyers across a large number of matters, leaving important execution to less experienced, siloed colleagues.

www.bartlit-beck.com                    CHICAGO  312.494.4400   DENVER  303.592.3152

# BartlitBeck LLP

—

## OUR APPROACH



*"They know how to take a case to trial and win. From the very first moment they take the case their focus is on how best to present the case to the judge and jury, the stuff that really matters when you're going to trial."*

- STERLING MILLER, FORMER EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL, SABRE HOLDINGS

We make complex things simple.

We focus on what matters and what makes a difference. We focus on the ultimate outcome. All the time.

We immediately identify key themes and focus on the "mountaintops," refining those themes as necessary when we learn more. We don't litigate for the sake of litigating. Our eye is toward trial, but without losing sight of summary judgement and settlement.

We approach discovery as a tool to help us understand the facts and make a convincing case at trial, not as an end to itself.

We win by showing the jury/judge the evidence, rather than telling them why they should come out our way. We help them reach the right decision on their own.

We use technology to find, filter, and present the key evidence. We use demonstratives and graphics to boil down the key concepts to a few memorable images, which become the anchors of our theory of the case.

We partner with our clients and any co-counsel as a unified team.

We establish ourselves with the judge and jury as the teacher, the reliable source of information. Our credibility is everything.

# BartlitBeck LLP

## SUPERIOR TALENT



*"A roster of litigation stars"*
- THE NATIONAL LAW JOURNAL

We hire immensely talented lawyers and retain them. We invest heavily in training our lawyers with the intention that they will spend their careers here (our annual attrition rate of ~1-2% stands in stark contrast to reported competitor rates as high as 25%), and we promote from within rather than hiring lateral partners. This provides consistency to our clients and frees our lawyers to collaborate without sharp elbows, focusing on obtaining the best possible results.

Our firm is in a class by itself:

- The lion's share of our lawyers served as federal judicial clerks, and approximately 25% of the lawyers who joined the firm in the last 15 years served as clerks for Justices of the United States Supreme Court.
- Nearly all graduated close to the top of their law school class.
- More than half served as Law Review editors.
- Our ranks include lawyers who have been awarded Rhodes and Marshall Scholarships, Justice Department Honors Program participants, MBAs, and law school professors/lecturers.