# Exhibit 3



# US AWARDS 2025
## WINNERS

Thursday, March 6

583 Park Avenue
New York

# US AWARDS 2025
## WINNERS

**BENCHMARK LITIGATION**

# STATE AWARDS

### ALABAMA
Barze Taylor Noles Lowther
Bradley
**Lightfoot Franklin & White**
Maynard Nexsen
Starnes Davis Florie

### ALASKA
Ashburn & Mason
**Schwabe Williamson & Wyatt**
Stoel Rives

### ARIZONA
Womble Bond Dickinson
Osborn Maledon
**Papetti Samuels Weiss McKirgan**
Polsinelli

### ARKANSAS
Friday Eldredge & Clark
**Quattlebaum Grooms & Tull**
Wright Lindsey Jennings

### CALIFORNIA
Bird Marella Rhow Lincenberg Drooks
  & Nessim
Hueston Hennigan
**Latham & Watkins**
Willenken

### COLORADO
**Bartlit Beck**
Davis Graham
Holland & Hart
Wheeler Trigg O'Donnell

### CONNECTICUT
Carmody Torrance Sandak & Hennessey
Robinson & Cole
**Wiggin and Dana**

### DELAWARE
**Abrams & Bayliss**
Bernstein Litowitz Berger & Grossmann
Morris Nichols Arsht & Tunnell
Richards Layton & Finger
Ross Aronstam & Moritz

### DISTRICT OF COLUMBIA
Covington & Burling
Gibson Dunn & Crutcher
Kirkland & Ellis
Sidley Austin
Wilkinson Stekloff
**Williams & Connolly**

### FLORIDA
Akerman
Bilzin Sumberg Baena Price & Axelrod
Greenberg Traurig
Greenspoon Marder
**Hunton Andrews Kurth**

### GEORGIA
**Greenberg Traurig**
King & Spalding
Smith Gambrell & Russell
Troutman Pepper Locke

### HAWAII
Cades Schutte
Carlsmith Ball
Cox Fricke
Goodsill Anderson Quinn & Stifel
**Starn O'Toole Marcus & Fisher**

### IDAHO
**Gjording Fouser Hall**
Holland & Hart
Stoel Rives

**US AWARDS 2025**
**WINNERS**

# STATE AWARDS

## ILLINOIS

Barack Ferrazzano Kirschbaum & Nagelberg

**Bartlit Beck**

Goldman Ismail Tomaselli Brennan & Baum

Kirkland & Ellis

Riley Safer Holmes & Cancila

## INDIANA

Barnes & Thornburg

**Faegre Drinker Biddle & Reath**

Taft Law

## IOWA

Ahlers & Cooney

Dorsey & Whitney

**Nyemaster Goode**

## KANSAS

Foulston Siefkin

**Rouse Frets White Goss Gentile Rhodes**

Stinson

## KENTUCKY

Dentons

Frost Brown Todd

**Stites & Harbison**

Stoll Keenon Ogden

Wyatt Tarrant & Combs

## LOUISIANA

**Barrasso Usdin Kupperman Freeman & Sarver**

Fishman Haygood

Jones Walker

Phelps Dunbar

Pipes Miles Beckman

## MAINE

Berman & Simmons

**Preti Flaherty Beliveau & Pachios**

Verrill Dana

## MARYLAND

DLA Piper

Kramon & Graham

Nelson Mullins Riley & Scarborough

**Saul Ewing**

## MASSACHUSETTS

Choate Hall & Stewart

Goodwin

Nixon Peabody

Saul Ewing

**WilmerHale**

## MICHIGAN

Bodman

**Bush Seyferth**

Dickinson Wright

Smith Haughey Rice & Roegge

## MINNESOTA

Bowman and Brooke

**Norton Rose Fulbright**

Robins Kaplan

Stinson

Winthrop & Weinstine

## MISSISSIPPI

Bradley

**Brunini Grantham Grower & Hewes**

Butler Snow

Watkins & Eager

## MISSOURI

Armstrong Teasdale

Husch Blackwell

Polsinelli

Stinson

**UB Greensfelder**

## MONTANA

Boone Karlberg

**Crowley Fleck**

Goetz Baldwin & Geddes

## NEBRASKA

Baird Holm

**Husch Blackwell**

Kutak Rock

# US AWARDS 2025
## WINNERS

# STATE AWARDS

### NEVADA
**Bailey Kennedy**
Campbell & Williams
Womble Bond Dickinson

### NEW HAMPSHIRE
Downs Rachlin Martin
Jackson Lewis
**McLane Middleton**
Nixon Peabody
Sheehan Phinney Bass & Green

### NEW JERSEY
Gibbons
Greenberg Traurig
**Sills Cummis & Gross**
Tanenbaum Keale

### NEW MEXICO
**Modrall Sperling**
Rodey Law

### NEW YORK
Cravath Swaine & Moore
**Holwell Shuster & Goldberg**
Patterson Belknap Webb & Tyler
Wachtell Lipton Rosen & Katz

### NORTH CAROLINA
Brooks Pierce
Ellis & Winters
Williams Mullen
Robinson Bradshaw & Hinson
**Smith Anderson**

### NORTH DAKOTA
**Crowley Fleck**
Maring Williams Law Office
Redstone Law Firm
Vogel Law Firm

### OHIO
Calfee Halter & Griswold
Faruki
Taft Law
Thompson Hine
**UB Greensfelder**
Zeiger Tigges & Little

### OKLAHOMA
**Crowe & Dunlevy**
GableGotwals
Hall Estill
McAfee & Taft

### OREGON
Davis Wright Tremaine
Miller Nash
Perkins Coie
Stoel Rives
**Stoll Berne**

### PENNSYLVANIA
Ballard Spahr
Dechert
Hangley Aronchick Segal Pudlin & Schiller
Morgan Lewis & Bockius
Reed Smith
**Saul Ewing**

### RHODE ISLAND
**Adler Pollock & Sheehan**
Nixon Peabody
Partridge Snow & Hahn

### SOUTH CAROLINA
Gallivan White & Boyd
Maynard Nexsen
Motley Rice
**Nelson Mullins Riley & Scarborough**
Turner Padget Graham & Laney

### SOUTH DAKOTA
Davenport Evans Hurwitz & Smith
Heidepriem Purtell Siegel
**Johnson Janklow & Abdallah**

### TENNESSEE
Bass Berry & Sims
**Bradley**
Butler Snow

# US AWARDS 2025
## WINNERS

**BENCHMARK LITIGATION**

# STATE AWARDS

### TEXAS
Gibbs & Bruns
Gibson Dunn & Crutcher
Norton Rose Fulbright
Reynolds Frizzell
Susman Godfrey
Tillotson Johnson & Patton

### UTAH
Fabian VanCott
Holland & Hart
Magleby Cataxinos & Greenwood
Parr Brown Gee & Loveless
Parsons Behle & Latimer

### VERMONT
Gravel & Shea
Paul Frank + Collins
Sheehey Furlong & Behm

### VIRGINIA
Hunton Andrews Kurth
McGuireWoods
Williams Mullen
Troutman Pepper Locke

### WASHINGTON
Corr Cronin
Ballard Spahr
Perkins Coie
Summit Law Group

### WEST VIRGINIA
Bailey & Glasser
Bowles Rice
Dinsmore & Shohl
Nelson Mullins Riley & Scarborough
Jackson Kelly

### WISCONSIN
Gass Turek
Godfrey & Kahn
Husch Blackwell
Reinhart Boerner Van Deuren

### WYOMING
Davis & Cannon
Hirst Applegate
Holland & Hart

# IMPACT CASE AWARDS

*AbbVie v. Takeda*
Willenken and Abrams & Bayliss

*Match Group v. Google*
Hueston Hennigan

*U.S. v. Mike Lynch et al.*
Bird Marella Rhow Lincenberg Drooks & Nessim

*Philipp v. Federal Republic of Germany*
Wiggin and Dana

*In re Capacitors Antitrust Litigation*
Saveri Law

*In re Broiler Chicken Antitrust Litigation*
Proskauer

*London Luxury LLC v. Walmart Inc.*
Holwell Shuster & Goldberg

*In re Alphabet, Inc. Securities Litigation*
Robbins Geller Rudman & Dowd

*New York v. Donald Trump*
Morvillo Abramowitz

*Epic Games, Inc. v. Google*
Cravath Swaine & Moore

*Richard Tornetta v. Elon Musk et. al and Tesla, Inc.*
Bernstein Litowitz Berger & Grossmann



# US AWARDS 2025
## WINNERS

# PRACTICE AREA AWARDS

### ANTITRUST FIRM OF THE YEAR

Cleary Gottlieb Steen & Hamilton

**Cravath Swaine & Moore**

Latham & Watkins

Williams & Connolly

Proskauer

### ANTITRUST LITIGATOR OF THE YEAR

**David Marriott**, Cravath Swaine & Moore

**Michael Shuster**, Holwell Shuster & Goldberg

**Christoper Ondeck, Proskauer**

**Sara Razi**, Simpson Thacher & Bartlett

**Joseph Saveri**, Saveri Law Firm

### APPELLATE FIRM OF THE YEAR

Gibson Dunn & Crutcher

Paul Weiss Rifkind Wharton & Garrison

Williams & Connolly

WilmerHale

**Weil Gotshal & Manges**

### APPELLATE LITIGATOR OF THE YEAR

**Lisa Blatt**, Williams & Connolly

**Thomas Hungar**, Gibson Dunn & Crutcher

**Jeffrey Lamken, MoloLamken**

**Mark Perry**, Weil Gotshal & Manges

**Kannon Shanmugam**, Paul Weiss Rifkind Wharton & Garrison

**Seth Waxman**, WilmerHale

### BANKRUPTCY FIRM OF THE YEAR

Akin Gump Strauss Hauer & Feld

Brown Rudnick

Kirkland & Ellis

Reid Collins & Tsai

Weil Gotshal & Manges

**Sullivan & Cromwell**

### BANKRUPTCY LITIGATOR OF THE YEAR

**Andrew Leblanc**, Milbank

**Elliot Moskowitz**, Davis Polk & Wardwell

**Eric Madden, Reid Collins & Tsai**

**Lisa Schweitzer**, Cleary Gottlieb Steen & Hamilton

**Mike Slade**, Kirkland & Ellis

**David Zensky**, Akin Gump Strauss Hauer & Feld

### BOUTIQUE FIRM OF THE YEAR

**Elsberg Baker & Maruri**

Hecker Fink

Holwell Shuster & Goldberg

Hueston Hennigan

MoloLamken

Wilkinson Stekloff

Willenken

### ENTERTAINMENT FIRM OF THE YEAR

Bird Marella Rhow Lincenberg Drooks & Nessim

Greenberg Traurig

Kendall Brill & Kelly

Kinsella Weitzman Iser Kump & Aldisert

Loeb & Loeb

**Proskauer**

### ENTERTAINMENT LITIGATOR OF THE YEAR

**Scott Edelman**, Gibson Dunn & Crutcher

**Ekwan Rhow**, Bird Marella Rhow Lincenberg Drooks & Nessim

**John Berlinski**, Bird Marella Rhow Lincenberg Drooks & Nessim

**Matthew Rosengart, Greenberg Traurig**

**Alex Weingarten**, Willkie Farr & Gallagher

### ENVIRONMENTAL FIRM OF THE YEAR

Arnold & Porter

Bartlit Beck

**Hunton Andrews Kurth**

Sidley Austin



# US AWARDS 2025
## WINNERS

# PRACTICE AREA AWARDS

### ENVIRONMENTAL LITIGATOR OF THE YEAR

**Erica Harris**, Susman Godfrey

Andrea Smith, Gibson Dunn & Crutcher

**Anna Rotman**, Kirkland & Ellis

**Michael Shebelskie**, Hunton Andrews Kurth

### GENERAL COMMERCIAL FIRM OF THE YEAR

Cravath Swaine & Moore

Gibson Dunn & Crutcher

Holwell Shuster & Goldberg

Hueston Hennigan

Susman Godfrey

Williams & Connolly

### GENERAL COMMERCIAL LITIGATOR OF THE YEAR

**Mike Carlinsky**, Quinn Emanuel Urquhart & Sullivan

John Hueston, Hueston Hennigan

**Hallie Levin**, WilmerHale

**Kevin Orsini**, Cravath Swaine & Moore

**Michael Shuster**, Holwell Shuster & Goldberg

### INSURANCE FIRM OF THE YEAR

Anderson Kill

Blank Rome

Cohen Ziffer Frenchman & McKenna

Covington & Burling

Reed Smith

Simpson Thacher & Bartlett

### INSURANCE LITIGATOR OF THE YEAR

Robin Cohen, Cohen Ziffer Frenchman & McKenna

**Andrew Frankel**, Simpson Thacher & Bartlett

**Robert Horkovich**, Anderson Kill

**Eileen McCabe**, Mendes and Mount

**Omid Safa**, Blank Rome

### INTELLECTUAL PROPERTY FIRM OF THE YEAR

Desmarais

Groombridge Wu Baughman & Stone

Latham & Watkins

WilmerHale

Paul Weiss Rifkind Wharton & Garrison

### INTELLECTUAL PROPERTY LITIGATOR OF THE YEAR

**John Desmarais**, Desmarais

**Christopher Larus**, Robins Kaplan

Joseph Mueller, WilmerHale

**Elizabeth Weiswasser**, Paul Weiss Rifkind Wharton & Garrison

**Matthew Wolf**, Arnold & Porter

### INTERNATIONAL ARBITRATION FIRM OF THE YEAR

Cleary Gottlieb Steen & Hamilton

Debevoise & Plimpton

Freshfields

King & Spalding

White & Case

### INTERNATIONAL ARBITRATION LITIGATOR OF THE YEAR

**Julie Bédard**, Skadden Arps Meagher Slate & Flom

**Ina Popova**, Debevoise & Plimpton

**Carolyn Lamm**, White & Case

**Ari MacKinnon**, Cleary Gottlieb Steen & Hamilton

Greg Williams, Sidley Austin

**BENCHMARK LITIGATION**

# US AWARDS 2025
## WINNERS

# PRACTICE AREA AWARDS

## LABOR & EMPLOYMENT FIRM OF THE YEAR

Gibson Dunn & Crutcher
Harris St. Laurent & Wechsler
Lieff Cabraser Heimann & Bernstein
Proskauer
**Sanford Heisler Sharp McKnight**

## LABOR & EMPLOYMENT LITIGATOR OF THE YEAR

**Neil Abramson**, Proskauer
**Kelly Dermody**, Lieff Cabraser Heimann & Bernstein
**Theane Evangelis, Gibson Dunn & Crutcher**
**Shannon Liss-Riordan**, Lichten & Liss Riordan
**Russell Kornblith**, Sanford Heisler Sharp McKnight

## PLAINTIFF FIRM OF THE YEAR

Berman Tabacco
**Bernstein Litowitz Berger & Grossmann**
DiCello Levitt
Lieff Cabraser Heimann & Bernstein
Pomerantz
Reid Collins & Tsai
Robbins Geller Rudman & Dowd
Saveri Law

## PLAINTIFF LITIGATOR OF THE YEAR

**Jason Forge, Robbins Geller Rudman & Dowd**
**Emma Gilmore**, Pomerantz
**Mark Lanier**, The Lanier Law Firm
**William Reid**, Reid Collins & Tsai
**Joseph Saveri**, Saveri Law Firm
**Carol Villegas**, Labaton Keller Sucharow

## PRODUCT LIABILITY FIRM OF THE YEAR

Covington & Burling
Goldman Ismail Tomaselli Brennan & Baum
Kirkland & Ellis
Nelson Mullins Riley & Scarborough
Skadden Arps Meagher Slate & Flom
**Williams & Connolly**

## PRODUCT LIABILITY LITIGATOR OF THE YEAR

**Allison Brown**, Kirkland & Ellis
**Manuel Cachán**, Skadden Arps Meagher Slate & Flom
**Phyllis Jones, Covington & Burling**
**Jennifer Saulino**, Sidley Austin
**Brian Stekloff**, Wilkinson Stekloff
**Bart Williams**, Proskauer

## SECURITIES FIRM OF THE YEAR

Cravath Swaine & Moore
**Freshfields**
Latham & Watkins
Paul Weiss Rifkind Wharton & Garrison
Simpson Thacher & Bartlett

## SECURITIES LITIGATOR OF THE YEAR

**Andrew Ceresney**, Debevoise & Plimpton
**Jason Forge**, Robbins Geller Rudman & Dowd
**Robert Giuffra**, Sullivan & Cromwell
**Adam Hakki**, A&O Shearman
**Michele Johnson, Latham & Watkins**
**Brad Karp**, Paul Weiss Rifkind Wharton & Garrison

## TRIAL FIRM OF THE YEAR

Bartlit Beck
Cravath Swaine & Moore
Hueston Hennigan
Susman Godfrey
**Wilkinson Stekloff**
WilmerHale



# PRACTICE AREA AWARDS

### TRIAL LAWYER OF THE YEAR

**Brian Glasser**, Bailey & Glasser

**John Hueston**, Hueston Hennigan

**David Marriott**, Cravath Swaine & Moore

Jennifer Saulino, Sidley Austin

**Beth Wilkinson**, Wilkinson Stekloff

### WHITE COLLAR CRIME/ INVESTIGATIONS FIRM OF THE YEAR

Cleary Gottlieb Steen & Hamilton

Debevoise & Plimpton

Morvillo Abramowitz Grand Iason & Anello

Paul Weiss Rifkind Wharton & Garrison

Williams & Connolly

Gibson Dunn & Crutcher

### WHITE COLLAR CRIME/ INVESTIGATIONS LITIGATOR OF THE YEAR

**Sean Berkowitz**, Latham & Watkins

**Barry Berke**, Gibson Dunn & Crutcher

Sean Hecker, Hecker Fink

**David Zinn**, Williams & Connolly

**Anjan Sahni**, WilmerHale

**Gary Lincenberg**, Bird Marella Rhow Lincenberg Drooks & Nessim

# HALL OF FAME AWARDS

### HALL OF FAME

Elkan Abramowitz, Morvillo Abramowitz

### HALL OF FAME

Michael Shuster, Holwell Shuster & Goldberg

### HALL OF FAME

Robert Horkovich, Anderson Kill

### HALL OF FAME

Jay Kasner, Skadden

### HALL OF FAME

Michael Carlinsky, Quinn Emanuel Urquhart Sullivan