# Exhibit 4

# THE AMERICAN LAWYER



The American Lawyer Industry Awards at Cipriani's in New York City, Nov. 10, 2022. Photo: Rob Tannenbaum

NEWS

# The American Lawyer Names Attorney of the Year, Law Firm of the Year and More

Case 5:20-cv-07956-VKD    Document 260-5    Filed 01/27/26    Page 3 of 12

Law Firm of the Year went to Ropes & Gray while Latham & Watkins won Law Firm Corporate Practice of the Year. Other honors included lifetime achievers, young lawyers of the year and a suite of industry awards aimed at honoring the evolution of the profession.

November 11, 2022 at 04:23 PM

🕐 10 minute read

Legal Services

By ALM Staff

---

The American Lawyer gave out top industry honors Thursday, Nov. 10, at its annual awards gala in New York.



Dr. Clarence B. Jones accepting a lifetime achievement award at The American Lawyer Industry Awards at Cipriani's in New York City, Nov. 10, 2022. Photo: Rob Tannenbaum

The evening started with inspirational storytelling from civil rights icon Dr. Clarence B. Jones who told of his time spent with Martin Luther King Jr., Robert F. Kennedy and others as he drew from his nine decades of life in law, speechwriting and advocacy.

"Rabbi Yaakov Peretz said to me that the thing that stood out to him most as a rabbi in Nazi Germany was the silence of the good people. Those of you who are lawyers and who are blessed with the skill and knowledge of how the legal system works, you hold on to your knowledge, because it is so precious."

His talked touched on a theme that soon became apparent throughout the evening, with many honorees

coalescing around the critical work that lawyers must do to protect the rule of law.

The Attorney of the Year went to U.S. Rep Jamie Raskin for his work over the past year and half on rule of law and mental health. Within one week, Raskin suffered the loss of his son Tommy—a Harvard Law School student who died by suicide on New Year's Eve 2021—then witnessed the attack on capitol on Jan. 6.



U.S. Rep. Jamie Raskin was named Attorney of the Year at The American Lawyer Industry Awards at Cipriani's in New York City, Nov. 10, 2022

For Raskin, the two topics are intertwined beyond just his experiences in that dark week. "Today, I see mental and emotional health as really central to the democratic way of life. In an authoritarian or dictatorial society, the mental and physical health of the people is basically irrelevant," Raskin has said. "If anything they can become a threat to the survival of a dictator or a tyrant," he explains. "We need everybody to be operating at their best in order to be participating in a democratic society and in order to make decisions about their own lives."

Case 5:20-cv-07956-VKD    Document 260-5    Filed 01/27/26    Page 5 of 12

In his acceptance speech Thursday night, Raskin spoke passionately about the need to protect and defend our Democracy and the rule of law around the world. He's been fighting that battle on both fronts, not just for the country, but personally as well. In September, a book he authored was banned in Texas, while around the same time President Putin banned him for life from Russia for Raskin's support of Ukraine.



Ambassador Charlene Barshefsky of Wilmer Cutler Pickering Hale and Dorr

Lifetime achievement honoree Ambassador Charlene Barshefsky of WilmerHale also noted how critical defending the rule of law is to our democracy, calling on the lawyers in the audience to put their law license and ethical obligations to good use. She said those who would want to attack democracy do so by first creating chaos. She, like other speakers, encouraged those in the room not to sit silently by.



Harriet Miers of Locke Lord.

Just as Jones noted, Harriet Miers of Locke Lord touched on how dear a law license is. She recounted a quote she was once told: a law license is almost too precious to be touched by human hands. She encouraged the audience, and particularly the young lawyers, to consider just how precious their license is and to live up to the power it bestows by doing good for others. After years of public service, leading a litigation practice and running a law firm, Miers spends a lot of her time on pro bono matters.

It is the pro bono work that storied Supreme Court appellate advocate Carter Phillips of Sidley Austin holds so dear. In accepting his lifetime



**Carter Phillips of Sidley**

achievement award, Phillips expressed gratitude for his firm to support the work he did outside of paying matters. After all, it is the tears of joy and smiles on his pro bono clients' faces that have left the most lasting impact.



Gordon Davidson of Fenwick & West

Gordon "Gordy" Davidson of Fenwick & West won the Law Firm Distinguished Leader award for his time running a firm he helped turn into a tech industry powerhouse. He spent much of his time sharing with the audience what truly makes a leader. A title only makes someone a manager, he said. Leadership is listening to your team. He noted how any success is due the team one has around them.



James Sandman of the University of Pennsylvania Carey School of Law

Jim Sandman, who left Big Law as the leader of Arnold & Porter to start the second part of his career as a public interest lawyer, said he only regretted that he dedicated all his time to such important work so late in his life. Despite doing pro bono work for his 30 years in private practice, Sandman said it wasn't until he led the Legal Services Corporation that he realized how the legal system, "designed by lawyers for those who have lawyers," is not a reality for so many. He laid out the plight of access to justice in the United States and encouraged those in attendance to do their part to open up the system to more Americans.

The fifth annual American Lawyer Industry Awards honored clients, law firms, their leaders and lawyers around the world that put their stamp on the legal industry, the profession and our society in the past year as we witnessed another intense period in our country's history. The winners and finalists, many of which will be profiled in upcoming articles on The American Lawyer are:

## ATTORNEY OF THE YEAR

**Winner**: Rep. Jamie Raskin, U.S. House of Representatives

**Finalists**: Jeffrey Kessler, Winston & Strawn; Sigrid McCawley, Boies Schiller Flexner; Debra Wong Yang, of Gibson, Dunn & Crutcher and Tai Park of Quinn Emanuel Urquhart & Sullivan

## LIFETIME ACHIEVEMENT

**Winners**: Ambassador Charlene Barshefsky of Wilmer Cutler Pickering Hale and Dorr; Dr. Clarence B. Jones of the USF Institute for Nonviolence and Social Justice; Jim Sandman of the University of Pennsylvania Carey School of Law Future of the Profession Initiative; Harriet Miers, Locke Lord; Carter Phillips, Sidley Austin

## LAW FIRM OF THE YEAR

**Winner**: Ropes & Gray

**Finalists**: Cleary Gottlieb Steen & Hamilton; Davis, Polk & Wardwell; McDermott, Will & Emery; Paul Hastings; Quinn Emanuel Urquhart & Sullivan; Sidley Austin

## BEST BUSINESS TEAM

**Winner**: Ballard Spahr

**Finalists**: Greenberg Traurig; McGuireWoods; Reed Smith; Troutman Pepper Hamilton Sanders

## BEST CLIENT-LAW FIRM TEAM

**Winner**: Davis Wright Tremaine and Flynn Restaurant Group

**Finalists**: McDermott Will & Emery and Meta; Morgan Lewis & Bockius and 23andMe; Ropes & Gray and Audax Group; Steptoe & Johnson and DISH Networks; Williams & Connolly and CVS Health Corp.

## BEST DIVERSITY INITIATIVE

**Winner**: Orrick, Herrington & Sutcliffe

**Finalists**: Cadwalader, Wickersham & Taft; McDermott Will & Emery; Shook Hardy & Bacon; Sidley Austin; Wilmer Cutler Pickering Hale and Dorr

## BEST MENTOR: IN-HOUSE

**Winner**: Dorothy Capers, Xylem

**Finalist**: Shelley Webb, PagerDuty

## BEST MENTOR: LAW FIRM

**Winner**: Dionysia Johnson-Massie, Littler Mendelson

**Finalists**: Daniel Bookin, O'Melveny & Myers; David Farhat, Skadden, Arps, Slate, Meagher & Flom; Coral Negron, Jenner & Block; Ellen Dwyer, Crowell & Moring; Scott Ellis, Foley & Lardner; Joseph Centeno, Buchanan Ingersoll & Rooney

## BEST PROVIDER COLLABORATION

**Winner**: Kaplan Hecker & Fink; Paul, Weiss Rifkind, Wharton & Garrison; and Cooley

**Finalists**: Akin, Gump, Strauss, Hauer & Feld and CASA; McGuireWoods, VCU Health and Dominion Energy

## BEST USE OF TECHNOLOGY

**Winner**: Goodwin Procter

**Finalists**: Ballard Spahr; McDermott Will & Emery; Fox Rothschild; Berry Appleman & Leiden; DLA Piper

## CORPORATE ATTORNEY OF THE YEAR

**Winner**: Atif Azher of Simpson Thacher & Bartlett

**Finalists**: Michael Aiello of Weil, Gothsal & Manges; Scott Barshay of Paul, Weiss, Rifkind, Wharton & Garrison; Cheryl Chan of Davis Polk & Wardwell; Tad Freese of Latham & Watkins; Ken Lefkowitz of Hughes Hubbard & Reed; Rezwan Pavri of Wilson Sonsini Goodrich & Rosati; Tessa Schwartz of Morrison & Foerster

## CORPORATE PRACTICES – GENERAL

**Winner**: Latham & Watkins

**Finalists**: Cravath, Swaine & Moore; Davis Polk & Wardwell; Kirkland & Ellis; Simpson Thacher & Bartlett; Skadden, Arps, Slate, Meagher & Flom; Weil, Gotshal & Manges

## CORPORATE PRACTICES—SPECIALTY: ENERGY

**Winner**: Vinson & Elkins

**Finalists**: Bracewell; Latham & Watkins

## CORPORATE PRACTICES—SPECIALTY: MIDMARKET

**Winner**: McDermott Will & Emery

**Finalists**: Akerman; Cozen O'Connor; King & Spalding; Nelson Mullins Riley & Scarborough; Reed Smith; Ropes & Gray

## CORPORATE PRACTICES—SPECIALTY: PHARMA/HEALTH CARE

**Winner**: Ropes & Gray

**Finalists**: Goodwin Procter; McDermott, Will & Emery; Morgan, Lewis & Bockius; Paul, Weiss, Rifkind, Wharton & Garrison; Sheppard, Mullin, Richter & Hampton

Case 5:20-cv-07956-VKD Document 260-5 Filed 01/27/26 Page 10 of 12

## CORPORATE PRACTICES—SPECIALTY: TECH/TELECOM

**Winner**: Cooley

**Highly Commended**: Simpson Thacher & Bartlett

**Finalists**: Davis Polk & Wardwell; Goodwin; Latham & Watkins; Sullivan & Cromwell; Wilson Sonsini Goodrich & Rosati

## CORPORATE PURPOSE AWARD

**Winner**: Akin, Gump, Strauss, Hauer & Feld

**Finalists**: Greenberg Traurig; Latham & Watkins; Morgan, Lewis & Bockius; Ropes & Gray; Willkie Farr & Gallagher

## LAW FIRM DISTINGUISHED LEADER

**Winner**: Gordon "Gordy" Davidson, Fenwick & West

## LEGAL SERVICES INNOVATION

**Winner**: Simpson Thacher & Bartlett

**Finalists**: Honigman; McGuireWoods; Reed Smith; Shulman Rogers; Wilson Sonsini Goodrich & Rosati

## LITIGATOR OF THE YEAR

**Winner**: Allison Brown, Skadden, Arps, Slate, Meagher & Flom

**Finalists**: Daralyn Durie, Durie Tangri; John Hueston, Hueston Hennigan; Richard Jones, Sullivan & Worcester; Enu Mainigi, Williams & Connolly; Josh Rosenkranz, Orrick, Herrington & Sutcliffe; Kannon Shanmugam, Paul, Weiss, Rifkind, Wharton & Garrison

## NATIONAL BOUTIQUE/SPECIALTY LITIGATION DEPT. OF THE YEAR

**Winner**: Bartlit Beck

Case 5:20-cv-07956-VKD   Document 260-5   Filed 01/27/26   Page 11 of 12

**Finalists**: Cohen Ziffer Frenchman & McKenna; Durie Tangri; Kaplan Hecker & Fink; Irell & Manella; Rivero Mestre; Stris Maher

## REGIONAL LITIGATION—CALIFORNIA

**Winner**: Gibson, Dunn & Crutcher

**Finalists**: Cooley; Covington & Burling; Hunton Andrews Kurth; Kirkland & Ellis

## REGIONAL LITIGATION—FLORIDA

**Winner**: Shook, Hardy & Bacon

**Finalists**: Hogan Lovells; McDermott Will & Emery

## REGIONAL LITIGATION—GEORGIA

**Winner**: King & Spalding

**Highly Commended**: Nelson, Mullins, Riley & Scarborough

**Finalist**: Greenberg Traurig

## REGIONAL LITIGATION—NEW JERSEY

**Winner**: Greenberg Traurig

**Finalist**: McCarter & English

## REGIONAL LITIGATION—PENNSYLVANIA

**Winner**: Morgan, Lewis & Bockius

**Finalists**: Cozen O'Connor; Jones Day

## REGIONAL LITIGATION—TEXAS

**Winner**: Jones Day

**Finalists**: Baker Botts; Gibson Dunn & Crutcher; Sidley Austin

## TONY MAURO AWARD

Case 5:20-cv-07956-VKD Document 260-5 Filed 01/27/26 Page 12 of 12

**Winners**: George Freeman and Lee Levine of the Media Law Resource Center; and Ashley Messenger of NPR

## YOUNG LAWYER OF THE YEAR (BEYOND PRACTICE)

**Winner**: Shelisa Thomas, Skadden, Arps, Slate, Meagher & Flom

**Finalists**: Andrew Clark, Latham & Watkins; Devon Galloway, Zuckerman Spaeder; Lauren Champaign, Foley & Lardner; Kimberlynn Davis, Kilpatrick Townsend & Stockton; John Gray, Perkins Coie; Kyle Kimpler, Paul, Weiss, Rifkind, Wharton & Garrison; Mary Olson, Shook, Hardy & Bacon

## YOUNG LAWYER OF THE YEAR (CORPORATE)

**Winner**: John Pitts, Kirkland & Ellis

**Finalists**: C.J. Fisher, Fox Rothschild; Darwin Huang, Kasowitz Benson Torres; Emily Johnson, Wachtell Lipton Rosen & Katz; Dohyun Kim, Skadden, Arps, Slate, Meagher & Flom; Daniel Lynch, Akin Gump Strauss Hauer & Feld; Laura Turano, Paul, Weiss, Rifkind, Wharton & Garrison; Lawrence Lee, Baker McKenzie; Oulu (Lulu) Wang, Finnegan, Henderson, Farabow, Garrett & Dunner

## YOUNG LAWYER OF THE YEAR (LITIGATION)

**Winner**: Lee Popkin, Proskauer

**Finalists**: Eugene Novikov, Durie Tangri; Gary S. Ward, Wiley Rein; Jonathan Tam, Dechert; Joseph Reiter, Hueston Hennigan; Megan Gerking, Morrison & Foerster; Matthew Zorn, Yetter Coleman

---

NOT FOR REPRINT

© 2025 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com. For more information visit Asset & Logo Licensing.

## You Might Like