# Exhibit 7

# BartlitBeck LLP



## ALISON G. WHEELER
### PARTNER

—

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3186
alison.wheeler@bartlitbeck.com

Alison Wheeler has experience litigating a diverse array of high-stakes matters in federal and state courts across the country, including products liability, breach of contract, professional negligence, class action, and intellectual property disputes.

Before joining the firm in 1999, Alison clerked for Judge Harry L. Hupp of the Central District of California and Judge Cynthia H. Hall of the Ninth Circuit Court of Appeals. She also spent two years as a Skadden Fellow representing children in foster care. Alison graduated magna cum laude from Harvard Law School after graduating magna cum laude from Brown University.

### EDUCATION & HONORS

Harvard Law School, 1995, J.D., *magna cum laude*

Executive Editor, *Harvard Civil Rights-Civil Liberties Law Review*

Brown University, 1991, A.B., History, *magna cum laude*

*Phi Beta Kappa*

### CLERKSHIPS

Honorable Cynthia H. Hall, United States Court of Appeals for the Ninth Circuit, 1996-1997

Honorable Harry L. Hupp, United States District Court, California, 1995-1996

### AWARDS & RECOGNITION

Recognized as one of Lawdragon's 500 Leading Litigators in America (2024-2025)

### ADMISSIONS

Colorado

California

# BartlitBeck LLP

ALISON G. WHEELER

## REPRESENTATIVE MATTERS

***Attila Csupo et al. v. Google, LLC*** (Cal. Sup. Ct.)
Trial counsel representing class of California residents who used mobile devices with the Android operating system in their claim for conversion against Google for Google's undisclosed and wrongful consumption of Plaintiffs' cellular data. Case pending.

***Taylor v. Google, LLC*** (N.D. Cal.)
Trial counsel representing residents in 49 states who used mobile devices with the Android operating system in their claim for conversion against Google for Google's undisclosed and wrongful consumption of their cellular data. Case pending.

***Reed v. Scientific Games Corp***. (N.D. Cal.)
Trial counsel for Scientific Games Corp. in putative class action challenging social games as illegal gambling. Case pending.

***CF Entertainment, Inc. v. The Nielsen Company (US) LLC*** (N.D. Ill.)
Trial counsel for Nielsen in contract dispute brought by CF Entertainment, a collection of cable networks that is part of comedian and entrepreneur Byron Allen's Allen Media Group. Case pending.

***Hsieh v. Seakeeper*** (C.D. Cal.)
Trial counsel for Seakeeper in product liability action challenging the performance of its gyroscopic stabilizers that virtually eliminate boat roll. Case resolved.

***Confidential Financial Firm Matters***
Represented financial firm and its senior executive in domestic, contract, and other confidential disputes.

***Confidential Legal Malpractice Representation*** (Chicago, Illinois)
Counsel for family seeking resolution of malpractice claims against national law firm in connection with negligent drafting of estate planning and related documents resulting in millions of dollars in losses. Providing representation and advice during settlement negotiations. Case resolved.

***In re: Whirlpool Corp. Front-Loading Washer Products Liability Litigation*** (N.D. Ohio)
Represented Whirlpool in bellwether consumer class action alleging claims of design defect and breach of implied warranty. Jury verdict for Whirlpool.

***ContentGuard, Inc. v. Amazon.com, Inc***. (E.D. Tex.)
Represented defendant Amazon.com in patent infringement action involving nine patents relating to Digital Rights Management technology. Case resolved.

***Frank McCourt v. Bingham McCutchen LLP*** (Mass. Sup. Ct.)
Represented Frank McCourt, the former owner of the Los Angeles Dodgers, in connection with his legal malpractice claims arising from the negligent preparation of Mr. McCourt's postnuptial agreement, allowing his former wife to claim ownership of 50% of the Dodgers franchise, which sold for $2.15 billion. Case resolved.

# BartlitBeck LLP

ALISON G. WHEELER

***State Compensation Insurance Fund v. Khan et. al.*** (C.D. Cal.)
Represented a group of medical service providers in RICO action brought by State Compensation Insurance Fund. Plaintiff alleged that defendants submitted fraudulent medical bills, and sought over $100 million in damages. After all claims dismissed on summary judgment, secured over $5 million award in attorneys' fees.

***Holte v. Tristar Products, Inc***. (D. Colo.)
Lead trial counsel for plaintiff Debra Holte in patent infringement action. Case resolved after *Markman* hearing.

***GEA v. Bechtel Power*** (D. Colo.)
Represented Bechtel in dispute with subcontractor over subcontractor's performance during construction of power plant. Case resolved.

***Smith v. Arthur Andersen, et al.*** (Federal District Court, Arizona)
Defended Andersen in lawsuit by bankruptcy plan trustee for Boston Chicken, Inc., alleging professional malpractice, negligence, breach of contract, negligent misrepresentation, and aiding and abetting breach of fiduciary duty and seeking more than $1 billion in damages. Case resolved.

***Confidential Arbitration*** (JAMS Arbitration, Chicago, IL)
Co-lead trial counsel for a major cable company in the confidential arbitration of a contract dispute with an Internet technology vendor. Case resolved.

## ACKNOWLEDGEMENTS, PRESENTATIONS, AND PUBLICATIONS

*Recent Development, Separatist Religious Groups and the Establishment Clause – Board of Education of Kiryas Joel Village School District v. Grumet* (1995)

## NEWS

Bartlit Beck Announces Elevation of Six New Partners
01.03.2023