# Exhibit 8

# BartlitBeck LLP



## LINDLEY J. BRENZA

### PARTNER

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3130
lindley.brenza@bartlitbeck.com

Lindley Brenza has practiced with the firm since its inception in 1993. He focuses his practice on litigation strategy and high-stakes jury trials for both plaintiffs and defendants primarily in complex science based cases involving intellectual property, products liability, and contracts. Mr. Brenza was a clerk for Chief Justice William H. Rehnquist of the United States Supreme Court and the Honorable Frank H. Easterbrook of the Seventh Circuit Court of Appeals. He prosecuted as a Special Assistant U.S. Attorney in the Eastern District of Virginia (the "Rocket Docket") before returning to Kirkland & Ellis and then forming Bartlit Beck. He has tried and otherwise disposed of many cases involving patents and other intellectual property in diverse areas of technology, and prides himself on simplifying and clarifying explanations of complex technology to make them approachable to a judge and jury.

## EDUCATION & HONORS

University of Chicago Law School, 1987, J.D., *cum laude*

> Comment Editor, *University of Chicago Law Review*

Dartmouth College, 1984, A.B., *magna cum laude*

> Major in Computer Science/Mathematics

IBM Research Center Programmer (total of one year on off-terms)

> Created one of the first local area computer networks to monitor, record, and analyze data generated by on-site waste water treatment operations

## CLERKSHIPS

Honorable William H. Rehnquist, Chief Justice, United States Supreme Court, 1988-1989

Honorable Frank H. Easterbrook, United States Court of Appeals for the Seventh Circuit, 1987-1988

# BartlitBeck LLP

## GOVERNMENT SERVICE

Special Assistant, United States Attorney, 1992-1993, Eastern District of Virginia

Associate Deputy Attorney General of the United States, 1991-1992, United States Department of Justice

Intern, Office of the Solicitor General, summer 1987, United States Department of Justice

## AWARDS & RECOGNITION

Named one of the "Best Lawyers in America" by peer review, 2020-2024

Lawdragon 500 Leading Litigators in America, 2023-2026

Lawdragon 500 Leading Global IP Lawyers, 2025

## ADMISSIONS

Illinois

Colorado

## CASES TRIED OR OTHERWISE TAKEN TO JUDGMENT

## INTELLECTUAL PROPERTY

***Sprint v. Cequel et al.*** (D. Del.)
Lead trial counsel for defendant Cequel (Altice) in patent lawsuit brought by Sprint alleging that Cequel's video-on-demand services infringed two Sprint patents. Obtained final judgment of non-infringement as to all of Sprint's claims on both of its asserted patents, ending Sprint's video-on-demand patent lawsuit against Cequel entirely. Case won.

***Agrigenetics v. Pioneer Hi-Bred International***
Lead trial lawyer for Pioneer Hi-Bred International in a dispute with Agrigenetics and its parent Dow AgroSciences concerning the marketing of Pioneer seed genetics through particular distribution channels and using particular trademarks and seed-bag graphics. The dispute involved tracing the parties conduct and intent under an extensive joint research and development program that had produced and given the parties rights in patented transgenic traits for corn. The traits combat common insect corn pests. Case settled after Pioneer won two motions against plaintiffs' damages theory under *Daubert* and jurisdictional standing, and after openings and cross-examination of plaintiffs' first witness.

***Kaiser Aluminum & Chemical Corp. v. Phosphate Engineering and Construction Co.***
Trial counsel representing PECO in a dispute over patent licensing rights and ownership of technology relating to novel chemical processes for manufacturing hydrofluoric acid. Won jury trial and appeal, including $100,000 on counterclaim.

BartlitBeck LLP

***PPC v. Arris International*** (W.D. Wis.)
***Arris International v. PPC*** (D. Colo.)
Lead trial lawyer for Arris International in patent litigation regarding coaxial cable connectors. Jury trial in Madison, Wisconsin. Cases settled following jury verdict for PPC on some issues and grant of new trial to Arris on others.

***United Technologies Corporation v. Precision Technologies, Inc.***
***United Technologies Corporation v. Chromalloy Gas Turbine Corp.***
***In re Excel Industries, Inc.***
Trial counsel to Pratt & Whitney in a series of suits, including the ones listed above, to stop, prevent, and recover for the infringement of Pratt & Whitney patents, and the misappropriation of Pratt & Whitney's trade secrets relating to aircraft engine parts and services. Cases won.

***Pioneer Hi-Bred International v. DeKalb Genetics Corp.***
***Pioneer Hi-Bred International v. Asgrow Seed Company***
***Pioneer Hi-Bred International v. Holden's Foundation Seeds, Inc.***
***Pioneer Hi-Bred International v. Syngenta Seeds, Inc.***
***Pioneer Hi-Bred International v. Advanta USA***
Represented Pioneer Hi-Bred in a series of lawsuits to protect Pioneer proprietary rights in its seed genetics. First three cases settled as part of global settlement between Monsanto and DuPont. Fourth case settled as part of a global settlement of intellectual property disputes between the companies. Case against Advanta settled favorably during trial just before closing arguments. As a result of this campaign, Pioneer has obtained agreement from all major U.S. seed producers to use Pioneer seed corn genetics only on terms prescribed by Pioneer.

## PRODUCTS LIABILITY

***Roundup® Litigation*** (Nationwide, 2019-present)
Trial counsel for Monsanto and Bayer defending the Roundup® products liability litigation. Plaintiffs allege personal injuries, including non-Hodgkin's lymphoma, caused by Roundup® herbicide. The MDL is pending in the Northern District of California, with state-court proceedings pending in Missouri, California, and other states. Cases taken to trial include:

- *Gordon v. Monsanto*(St. Louis County, 2023) — Plaintiff asserted claims for strict liability design defect, strict liability failure to warn, and negligence claiming that Roundup caused her to contract non-Hodgkin lymphoma. After a six-week trial, the jury found in favor of Monsanto on all claims — a complete defense verdict.

- *Evans v. Monsanto* (City of St. Louis, 2022) — Plaintiff asserted claims for strict liability design defect, strict liability failure to warn, and negligence. Case settled mid-trial after three days of testimony.

# BartlitBeck LLP

### *YAZ/Yasmin Product Liability Litigation*
Counsel for Bayer in nationwide product liability litigation alleging personal injuries caused by the oral contraceptives YAZ and Yasmin. Prepared numerous opt-out cases for trial, obtaining contested dismissals, numerous favorable settlements, and no adverse judgments. Co-lead trial counsel for last opt-out case, which settled favorably in advance of trial.

### *Alpha Therapeutic Corporation Blood Factor Concentrate Litigation*
Defended Alpha in a nationwide series of lawsuits involving claims of AIDS transmission to hemophiliacs through blood factor concentrate marketed by Alpha and other fractionators and used by hemophiliacs to control bleeding. Successfully defended Alpha in a four-month trial by the family of a deceased hemophiliac.

### *In re Synthroid Marketing Litigation*
Lead trial lawyer representing a class of third-party payers (including self-funded health insurance plans) as intervenors in a class action among consumers of the drug "Synthroid" and defendant manufacturers and marketers. Synthroid is a thyroid replacement therapy. Plaintiffs contended it was bioequivalent to generic drugs and that defendants suppressed that information. Briefed, argued, and otherwise led our client's effort to intervene in the class action preventing it from settling without recognizing third-party payers' interests; obtained class certification for our client as class representative; resulted in a $48 million settlement for our class; briefed, argued, and won an appeal in the 7th Circuit U.S. Court of Appeals regarding fees. Case won.

### *Bayer Corporation Blood Factor Concentrate Litigation*
Defended Bayer Corporation in an attempted world-wide class action brought by hemophiliacs residing outside the United States who claimed to have been infected with HIV and HCV from Bayer's and other defendants' blood products. Defeated plaintiffs' motion for class certification. Won repeated motions to dismiss groups of claimants from various countries on *forum non conveniens* grounds. Settled all claims at favorable levels due to defeat of class action pillars of plaintiffs' action. MDL concluded and closed.

## GENERAL COMMERCIAL LITIGATION

### *Attila Csupo et al. v. Google, LLC* (Sup. Ct. Ca.)
Trial counsel for a class of 14 million California Android users in their claim for conversion against Google for Google's undisclosed and wrongful consumption of Plaintiffs' cellular data. In a groundbreaking verdict, the California state court jury awarded the Plaintiffs $314,626,932 in damages.

Google hit with $314 million US verdict in cellular data class action (Reuters)

Google Hit With $314M Verdict In Android Data Use Suit (Law360)

Google takes a gamble in class action jury trial over cell phone data use (Reuters)

Google Going to Trial After Doing Something Super Sketchy to Android Users (Futurism)

# BartlitBeck LLP

LINDLEY J. BRENZA

Google Must Defend Revived Claim Over Use of Android Phone Data (Bloomberg Law)

Circuit revives class action against Google for cellular data misuse (Daily Journal)

### East Palestine Train Derailment Litigation
Trial and coordinating counsel to Trinity Industries Leasing Company in class action and CERCLA litigation arising from the East Palestine, Ohio, Train Derailment of February 2, 2023, pending in federal courts in Ohio and Pennsylvania. Obtained a complete dismissal with prejudice of all class action claims and claims by Norfolk Southern after the close of fact discovery, the only party to be so dismissed.

### Massachusetts Mutual Life Ins. Co. Residential Mortgage-Backed Securities Litigation
Represented MassMutual in its actions under the Massachusetts Uniform Securities Act, against underwriters Credit Suisse and Goldman Sachs, arising from their sales of residential mortgage-backed securities to MassMutual in 2005-2007. Credit Suisse settled after four weeks of trial, taking an additional $79.5 million charge to earnings because of the settlement payment. Goldman Sachs settled shortly thereafter.

### Taylor v. Smith & Nephew
Represented medical device and therapy provider Smith & Nephew in a complex multi-contract dispute over patent infringement and royalty obligations for numerous orthopedic repair and reconstruction devices marketed by Smith & Nephew. The disputed technology included patented products and technology for internally and externally fixating complex bone fractures. Settled favorably.

### AT&T Broadband v. CSG Systems, Inc.
Represented AT&T Broadband in arbitration over disputes relating to performance of CSG under a long-term services contract. Transferred case when AT&T Broadband was acquired by Comcast. Case was eventually won using preparation and theories developed by Bartlit Beck.

### U S WEST, Inc. v. MediaOne Group, Inc.
Represented MediaOne/AT&T Broadband in a contract dispute over responsibility for telephone consumer class action lawsuits brought against U S WEST. The dispute was tried to a three-member arbitration panel. Case won.

### Abbott Labs v. Alpha Therapeutic Corp.
Represented Alpha in multimillion-dollar indemnity dispute arising out of a corporate acquisition agreement with Abbott. Defeated Abbott's claim on summary judgment and appeal that the indemnity dispute had been settled. Case then transferred to another firm.

### Macario v. Pratt & Whitney Canada
Defended Pratt & Whitney Canada in a lawsuit alleging that the absence of a certain filter in an aircraft engine was a defect. Case won.

# Bartlit Beck LLP

## OTHER REPRESENTATIVE CASES

## INTELLECTUAL PROPERTY

### Tessera Semiconductor Patent Litigation
Trial lawyer for Tessera enforcing groundbreaking patents related to semiconductor operation. Settled favorably.

### Pioneer Hi-Bred International v. Mycogen et al.
Represented Pioneer in a dispute over use of genetic materials discovered during a ten-year research program aimed at identifying bacterial genes active against insects for insertion into transgenic crops. Case settled favorably after key deposition severely damaged defendant's case.

### DuPont v. MacDermid Inc. et al.
Represented DuPont in patent suit against MacDermid. The patents related to thermally processed flexographic printing plates. Case transferred to another firm.

### Nike Patent Litigation Counseling
Represented Nike in dispute concerning patents for laser etching of shoes and apparel. The dispute was resolved favorably.

### LSI Corporation v. Broadcom et al.
Defended Broadcom and a group of Broadcom employees against claims by LSI of misappropriation of trade secrets and improper solicitation. The alleged trade secrets concerned analog and mixed signal processing technology and chip design. After presentation of Broadcom's case to a mediator, the case resolved for $0.

### DuPont Company v. Millennium Chemicals, Inc. et al.
Prosecuted patent suit for DuPont against Millennium seeking damage and injunction for infringement of DuPont patents dealing with treatments for titanium dioxide to improve its dispersibility in plastics. Case settled with payment of substantial damages and an ongoing royalty to DuPont.

### NaPro Biotherapeutics, Inc. et al. v. University of Pennsylvania et al.
Represented NaPro and the University of Delaware in a trade secrets dispute with the University of Pennsylvania and several researchers. Case resolved with defendants withdrawing a grant application that NaPro alleged contained its trade secrets and defendants promising not to use NaPro trade secrets in the future.

### Real3D, Inc. v. ATI Technologies, Inc.
Represented ATI Technologies, Inc., a leading maker of graphics accelerator chips and products for personal computers in a dispute with Real3D over patents on algorithms for computer image generation. Case settled.

### Kreamer v. Medtronic, Inc.
Represented physician inventor in patent suit against Medtronic, Inc., a leading manufacturer of medical devices, for infringement of a patent for stent grafts used to repair weakened vessels, including blood vessels in the human body. Case settled.

# BartlitBeck LLP

***Real 3D, Inc. v. 3Dfx Interactive, Inc.***
Represented 3Dfx Interactive, a maker of graphics accelerator products for personal computers, in a dispute with Real3D over patents on algorithms for computer image generation. Case settled.

***Lockheed Martin Corp. v. Silicon Graphics, Inc.***
Defended Silicon Graphics, a leading producer of computer graphics equipment, against claims for hundreds of millions of dollars for patent infringement relating to various methods for computer generation of video images in three dimensional space. Case settled on eve of trial with SGI paying zero damages and zero license fees. The key claims of the key Lockheed patent were later rejected by the PTO based on reexaminations initiated by SGI during the suit.

***Unisys Corporation v. Storage Technologies, Inc.***
Defended Storage Technologies, Inc. in a suit threatening a critical new product alleging that StorageTek's disk controllers infringed Unisys patents. Case settled shortly after Bartlit Beck became involved.

***Dionex Corporation v. Eichrom Industries, Inc.***
Represented Eichrom Industries in opposition to Eichrom's trademark "Diphonix." Case settled favorably.

## PRODUCTS LIABILITY

***South Jersey Gas Co. v. United Technologies Corporation***
***Carey v. United Technologies Corporation***
Represented United Technologies Corporation in two cases, one brought as a class action, involving claims of accidents caused by allegedly defective gas valves used in home heating gas furnaces. Cases settled.

***General Motors Seat Belt Cases***
Defended General Motors in a series of cases involving injuries sustained in automobile accidents allegedly arising from defects in the design and manufacture of seat belts.

***Pantopaque Litigation***
Defended Alcon International and Lafayette Pharmaceutical in a series of cases involving spinal injuries allegedly caused by the injection of an X-ray contrast medium manufactured by defendants.

## GENERAL COMMERCIAL LITIGATION

***Alliant TechSystems v. Spirit AeroSystems***
Lead trial lawyer for Spirit AeroSystems (manufacturer of airframes) in a technical contract dispute with a supplier over specification and manufacturing changes and pricing adjustments for composite aircraft parts for the Airbus A350XWB fuselage. The case settled favorably shortly after the damaging depositions of ATK senior management, ATK's key contact administrator, and ATK's in-house counsel who negotiated the contract.

***Vonage Securities Counseling***
Provide Vonage with advice and counseling on securities litigation issues.

# Bartlit Beck LLP

***American Airlines Information Services v. Marriott Information Services***
Represented Marriott Hotels in its claims against American Airlines in a one billion dollar breach of contract and fraud case involving the development of a state-of-the-art hotel computer reservation system. Case settled with substantial damages paid to client.

***General Motors v. Johnson Matthey Corp.***
Represented General Motors in its multimillion-dollar breach of contract, fraud, and RICO suit charging theft of its precious metals by a contractor during the manufacture of catalytic converters. Case settled with substantial damages paid to client.

***Geary v. Dominick's Finer Foods***
Defended Dominick's Grocery Stores in a multimillion-dollar class action by purchasers of feminine hygiene products who claimed that Dominick's had charged sales tax that was not required by law. Case settled with no cash payment to class.

## CRIMINAL

***United States v. Sturk***
 ***United States v. Akhime***
 ***United States v. Langley***
 ***United States v. McClinton***
Prepared and tried four major felony cases, all resulting in guilty verdicts. Second-chaired numerous other trials. Presented or aided in presenting over ten cases to the Grand Jury, all resulting in indictment.

## PROFESSIONAL ACTIVITIES AND COMMUNITY SERVICE

Instructor on discovery and ethical issues at the University of Colorado Law School in Boulder, Colorado

Former Faculty, National Institute for Trial Advocacy

Former Adjunct Professor of Law, Northwestern University School of Law

## BIG WINS

Bartlit Beck Turns Tide of HIV Claims by Winning Sample Trials

Bartlit Beck Wins Summary Judgment Preserving Client's Indemnity Rights

Jury Hands Bartlit Beck Complete Victory in Dispute Over Key Chemistry Patent and License Rights

## NEWS

Karma Giulianelli and Glen Summers named "Litigators of the Week" by *The American Lawyer* After Class Action Win Against Google
07.09.2025

# BartlitBeck LLP

LINDLEY J. BRENZA

Bartlit Beck Secures $314 Million Verdict in Landmark Class Action Against Google
07.02.2025

Bartlit Beck's Monsanto Win Among CVN's Top 10 Most Impressive Defense Verdicts of 2023
01.25.2024

Bartlit Beck Obtains Complete Defense Verdict for Monsanto in St. Louis Product Liability Case
05.24.2023

In Scandal's Wake, Billable Hour Seems Less Almighty
*Law Week Colorado*, 03.2007

Lawyers Face Challenge in Simplifying the Complex
In patent cases, it's best to educate juries and judges, not lecture them
*Reprinted from: Law.com: Technology & The Law*, 08.2000

Diamonds Are This Firm's Best Friend
*The American Lawyer*, 12.1995

## PUBLICATIONS

*Asbestos in Schools and the Economic Loss Doctrine*
*54 U. Chi. L. Rev. 277*, 1987