# Exhibit 9

# BartlitBeck LLP



## JACOB MARSH

### ASSOCIATE

1801 Wewatta St, Suite 1200, Denver, CO 80202
303.592.3132
jacob.marsh@bartlitbeck.com

## EDUCATION & HONORS

University of Pennsylvania Law School, J.D., 2021, Summa Cum Laude

Order of the Coif

The Barenkopf Award (highest GPA in class through 2L year)

The Dean's Prize (highest GPA in class through 1L year)

Articles Editor, *University of Pennsylvania Law Review*

Executive Editor, *Harvard Journal of Law and Public Policy*

P. Pemberton Morris Prize (highest grades in evidence, pleading & practice)

University of Idaho, B.S., 2017

Senate President Pro-Tempore, Associated Students University of Idaho

President, University of Idaho Mock Trial

## CLERKSHIPS

Honorable Diarmuid F. O'Scannlain, United States Court of Appeals for the Ninth Circuit, 2021-2022

Honorable Allison H. Eid, United States Court of Appeals for the Tenth Circuit, 2023-2024

## GOVERNMENT SERVICE

Law Clerk, United States Attorney's Office, District of Delaware, 2019

## ADMISSIONS

Colorado

# Bartlit Beck LLP

## REPRESENTATIVE MATTERS

### *Attila Csupo et al. v. Google, LLC (Sup. Ct. Ca.)*
Trial counsel for a class of 14 million California Android users in their claim for conversion against Google for Google's undisclosed and wrongful consumption of Plaintiffs' cellular data. In a groundbreaking verdict, the California state court jury awarded the Plaintiffs $314,626,932 in damages.

Google hit with $314 million US verdict in cellular data class action (Reuters)

Google Hit With $314M Verdict In Android Data Use Suit (Law360)

Google takes a gamble in class action jury trial over cell phone data use (Reuters)

Google Going to Trial After Doing Something Super Sketchy to Android Users (Futurism)

Google Must Defend Revived Claim Over Use of Android Phone Data (Bloomberg Law)

Circuit revives class action against Google for cellular data misuse (Daily Journal)

### *Taylor v. Google, LLC* (N.D. Cal.)
Trial counsel representing a putative class in 49 states who used mobile devices with the Android operating system in their claim for conversion against Google for Google's undisclosed and wrongful consumption of their cellular data. Case pending.

## NEWS

Karma Giulianelli and Glen Summers named "Litigators of the Week" by *The American Lawyer* After Class Action Win Against Google
07.09.2025

Bartlit Beck Secures $314 Million Verdict in Landmark Class Action Against Google
07.02.2025