**PUBLIC VERSION
REDACTED IN ITS ENTIRETY**

# Exhibit 11

to the Declaration of Glen E. Summers
in Support of Plaintiffs' Motion for Preliminary
Approval of Class Action Settlement