ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  February 17, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

1

I, Marc A. Wallenstein, declare as follows:

1. I am a partner at Korein Tillery LLC and I represent Plaintiffs in this action. I am licensed to practice law in New York, Washington DC, Hawaii, Texas, and Connecticut, and I am admitted *pro hac vice* to practice before this Court.

2. I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

3. I have personal, first-hand knowledge of the facts set forth in this declaration having worked on this case since June 2021. If called as a witness, I could and would competently testify to these facts under oath.

4. I believe this settlement is fair, reasonable, and adequate based on the reasons cited in this declaration and in the Declaration of Glen E. Summers.

5. The term "Class Counsel" in this Declaration refers to me and my firm Korein Tillery as well as Glen E. Summers and his firm Bartlit Beck.

## PROCEDURAL HISTORY OF THIS LITIGATION

6. Class Counsel took extensive discovery of the facts underlying Plaintiffs' claims. Both fact and expert discovery have closed in this case.

7. During discovery in this case, Class Counsel obtained tens of thousands of pages of internal Google documents. Plaintiffs' experts analyzed billions of pages of data logs from Android users and performed nearly 50 days of in-person review of Google's proprietary source code at defense counsel's offices.

8. The Parties took and defended more than 40 depositions, including depositions of 17 Google employees and 12 experts.

9. The Parties exchanged voluminous expert reports and took depositions from experts in computer science, the telecommunication industry, and economics.

10. Class Counsel independently developed this evidence without relying on any prior government investigation or private litigation.

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)

11.     Having undertaken this extensive fact and expert discovery, the Parties' counsel have obtained a complete picture of the strength and weaknesses of the case. For example, Google has raised the argument that it did not substantially interfere with Plaintiffs' use of their cellular data plans or harm any user by consuming small amounts of cellular data. Google has also asserted a variety of consent defenses, express or implied.

**COMPETITIVE BIDDING TO SELECT SETTLEMENT ADMINISTRATOR**

12.     Class Counsel solicited bids in this case from eight (8) reputable settlement administration firms.

13.     Four of the firms never responded. A fifth firm responded but, after some back-and-forth, opted not to place a bid due to the difficulty of providing automatic payments through PayPal, Venmo, and Zelle.

14.     Three firms ultimately placed bids. Angeion Group LLC bid $9.3 million. This bid was 60-70% lower than the other two firms. Angeion's estimated administrative costs are 6.8% of the $135 million settlement fund.

15.     Angeion was able to provide a much lower bid than the other firms because it was able to negotiate a lower per-payment charge for the automatic payments that will be sent via PayPal Venmo, and Zelle. Weisbrot Decl. ¶ 62. Those per-payment transaction fees comprise most of the administrative costs in this case, due to the large size of the class—more than 100 million people. Angeion was able to leverage its experience from the *Csupo* case, where it has served as class notice administrator since 2023.[1] The transaction fees negotiated by Angeion are the lowest that Class Counsel is aware of, in any prior case.

16.     Angeion has longstanding experience administering settlements similar to this one. *Id.* ¶¶ 9-12, 21. Angeion's experience includes cases involving automatic payments, which are complex to administer and require specialized expertise. *Id.* ¶ 63.

---

[1] Angeion was retained in the *Csupo* case with court approval following class certification in late 2023. Angeion disseminated notice of class certification in March 2025, disseminated notice of the jury verdict in September 2025, and disseminated notice of the final settlement approval hearing in December 2025.

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)

17.    Class Counsel have assessed Angeion's work in the *Csupo* matter, and Class Counsel's respective law firms have worked with Angeion on three other matters in total. *Id.* ¶ 68.

18.    Class Counsel believes that Angeion has the skill, work ethic, and responsiveness to successfully administer the Settlement, and respectfully requests that the Court appoint Angeion as the Settlement Administrator in this case.

## THE KOREIN TILLERY TEAM

19.    Korein Tillery is one of the country's most successful plaintiffs' complex-litigation firms, representing a broad array of clients in high-stakes lawsuits and delivering over $18 billion in verdicts and settlements over the last 14 years. Most of Korein Tillery's attorneys have represented both plaintiffs and defendants at some point in their careers, and, combined, the firm has handled cases covering virtually every conceivable substantive area of the law. Korein Tillery has litigated cases for clients ranging from individuals and certified classes to governmental entities and billion-dollar, multi-national corporations. Collectively, the firm's lawyers have tried hundreds of cases to verdict, with several verdicts exceeding 10 figures. Korein Tillery's attorneys have been nominated for numerous regional and national trial lawyer awards and have won many landmark decisions in state and federal appellate courts, including the Supreme Court of the United States. Attached hereto as Exhibit 1 is a true and correct copy of Korein Tillery's firm resume.

20.    Korein Tillery has been appointed as class counsel in more than fifty class actions and has successfully negotiated some of the country's largest class action settlements. *See, e.g., Senne v. Kansas City Royals Baseball Corp.*, No. 14-CV-00608 JCS, 2023 WL 2699972 (N.D. Cal. Mar. 29, 2023) ($185 million settlement); *In re Foreign Exch. Benchmark Rates Antitrust Litig.*, No. 13 CIV. 7789 (LGS), 2018 WL 5839691 (S.D.N.Y. Nov. 8, 2018) ($2.3 billion in combined settlements); *In re GSE Bonds Antitrust Litig.*, No. 19-CV-1704 (JSR), 2020 WL 3250593 (S.D.N.Y. June 16, 2020) ($386.5 million in combined settlements); *Parker v. Sears Roebuck & Co.,* Case No. 04-L-716 (Ill. Cir. Ct. Jan. 16, 2008) (settlement valued at $544.5 million); *Cooper v. The IBM Pers. Pension Plan*, 2005 WL 1981501, 35 Employee Benefits Cas. 2488 (S.D. Ill. Aug. 8, 2005) ($325 million settlement); *Sparks v. AT&T Corp.*, 96-LM-983 (Ill.

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)

Cir. Ct. Nov. 4, 2002) ($350 million settlement); *Sullivan v. DB Investments, Inc.*, 04-2819 (D.N.J. May 22, 2008) ($323 million settlement); *Folkerts v. Illinois Bell Tel. Co.*, 95-L-912 (Ill. Cir. Ct. July 7, 1998) ($252 million settlement); *Berger v. Xerox Corp. Ret. Income Guar. Plan*, 2004 WL 287902, 32 Employee Benefits Cas. 1362 (S.D. Ill. Jan. 22, 2004) ($240 million settlement); *Malloy v. Ameritech*, 98-488-GPM (S.D. Ill. July 21, 2000) ($180 million settlement); *City of Greenville v. Syngenta Crop Prot., Inc.*, 3:10-CV-188-JPG-PMF, 2012 WL 1948153 (S.D. Ill. May 30, 2012) ($105 million settlement); *In Re: MCI Non-Subscriber Tel. Rates Litig.*, MDL 1275 (S.D. Ill. Apr. 19, 2001) ($99 million settlement); and *Dunn v. BOC Group Pension Plan*, 01-CV-382-DRH (S.D. Ill. Mar. 12, 2004) ($70 million settlement).

21.    Korein Tillery has worked on behalf of Plaintiffs from the inception of this matter and has taken a leading role in this litigation along with Bartlit Beck.

22.    The attorneys from Korein Tillery who worked on this case were myself, George Zelcs, Carol O'Keefe, Michael Klenov, Chad Bell, Ryan Cortazar, Devin Dippold, and Pamela Yaacoub.

23.    I am a former federal prosecutor and have tried numerous cases to verdict. As an appellate advocate, I am undefeated before the United States Court of Appeals for the Ninth Circuit, having won all ten of the appeals in which I served as lead counsel. I previously served as trial counsel for thousands of minor league baseball players who won the right to be paid minimum wage by Major League Baseball, achieving a landmark $185 million settlement on the eve of trial. *Senne v. Office of the Comm'r of Baseball*, No. 14-cv-608-JCS (N.D. Cal.). Before joining Korein Tillery, I served for six years as Assistant U.S. Attorney in the District of Hawaii. I successfully prosecuted the first terrorism case ever brought against an active duty member of the U.S. military and obtained record fines in numerous environmental cases. Prior to my time at the Department of Justice, I served for three years as a Prosecutor at the Office of the Chief Prosecutor of Military Commissions, U.S. Department of Defense. There I prosecuted violations of the law of war committed by enemy alien belligerents before a military commission in Guantanamo Bay, Cuba. I served as an appellate and pretrial motions attorney on a range of cases, including the prosecution

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)

of Khalid Shaikh Mohammed and four others accused of perpetrating the attacks of September 11, 2001. I am a graduate of Harvard College and Yale Law School, and previously served as a law clerk in the Southern District of New York and the Ninth Circuit Court of Appeals.

24.    George A. Zelcs focuses his practice on complex commercial litigation including antitrust, consumer fraud, securities, qui tam/whistleblower, and pharmaceutical litigation in state and federal courts. Mr. Zelcs has conducted bench and jury trials throughout the United States, including *Price, et al vs. Philip Morris USA, Inc.*, No. 001-0112 (Third Judicial Circuit, Illinois), a consumer fraud class action that resulted in a $10.1 billion dollar judgment. He frequently serves as lead counsel in complex, multi-party litigations. He currently serves on the leadership team representing digital publishers in *In re Google Digital Advertising Antitrust Litigation*, and previously represented the National Credit Union Administration in its RMBS litigation. Mr. Zelcs also played an instrumental role in developing and litigating *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, 13-cv-7789 (S.D.N.Y), a case that resulted in $2.3 billion in court-approved settlements. Mr. Zelcs completed his undergraduate degree at Indiana University in 1976 and received his law degree at Chicago-Kent College of Law. He serves on the Chicago-Kent Board of Overseers and as a Trustee for the Chicago-Kent Institute on the Supreme Court of the United States. In addition to serving as co-lead counsel for the publisher class in In re Google Digital Advertising Antitrust Litigation, Mr. Zelcs has been appointed co-lead counsel in *In re Motor Fuel Temperatures Sales Practices Litigation*, No. 07-md-1840 (D. Kan.), and *Axiom Investment Advisors LLC v. Barclay Bank Plc*, No. 15-cv-9323 (S.D.N.Y.).

25.    Carol L. O'Keefe is a partner who focuses on complex litigation, including representing antitrust plaintiffs in foreign exchange, commodity futures, and digital economy class actions. Ms. O'Keefe currently plays a leading role in representing digital publisher plaintiffs in *In re* Google *Digital Advertising Antitrust Litigation*. Ms. O'Keefe works closely with economic and technology experts and taken numerous depositions of software engineers and product managers. Prior to joining Korein Tillery, Ms. O'Keefe was an associate at Harter Secrest & Emery LLP, where she focused on complex litigation, including antitrust, securities, employment

6

discrimination, and civil rights, and worked as an Adjunct Lecturer at the State University of New York at Brockport, where she designed and taught courses in modern constitutional law and education law. Ms. O'Keefe received her B.A. from Yale College *summa cum laude* in 1983 after three years of study, and she received her J.D. from Harvard Law School *cum laude* in 1986. She then served as a law clerk for Judge Michael A. Telesca (W.D.N.Y.).

26.    Michael E. Klenov is a partner at Korein Tillery's St. Louis office. He is licensed to practice law in New York, California, Illinois, Missouri, and the District of Columbia, as well as numerous federal trial and appellate courts. Throughout his career, Mr. Klenov has prosecuted complex, high-stakes lawsuits on behalf of individuals, businesses, and governmental entities in courtrooms across the country. He has helped his clients recover billions of dollars. Mr. Klenov has substantial experience in the areas of Securities, Antitrust, the Commodity Exchange Act ("CEA"), and the Employee Retirement Income Security Act ("ERISA"). Aided by his educational background in economics and financial institutions, Mr. Klenov has handled myriad cases involving financial markets ranging from publicly traded securities and over-the-counter bonds, to foreign currencies and commodity derivatives. He routinely works with economists, econometricians, and market specialists who develop models for estimating market impact and damages using large, complex datasets. Mr. Klenov has also worked closely with experts in many other fields, such as mortgage banking, agriculture, psychology, actuarial science, computer science, environmental science, and various forms of electronic trading and market-making. Mr. Klenov has taken and defended several hundred fact and expert depositions. He is also a prolific writer, having authored well over a hundred briefs filed in federal and state courts, and an effective oral advocate, having argued several dozen motions and first-chaired a federal jury trial to verdict.

27.    Chad E. Bell is a partner in Korein Tillery's Chicago office. Mr. Bell received his B.A. in Economics and Political Science from Northwestern University in 2001 and his J.D. from the University of Virginia School of Law in 2006, where he served on the editorial board of the Virginia Law Review, as a Dillard Fellow teaching assistant for first-year Legal Research and Writing, and participated in the Criminal Defense Legal Clinic. He is currently representing

investors in ethanol futures and options seeking to recover losses related to multi-year manipulation of ethanol markets; odd-lot bond investors alleging that large banks participated in a multi-year anticompetitive group boycott of electronic bond trading platforms that would have provided better pricing and more competition when trading bonds, costing those investors billions of dollars annually; a fund damaged by manipulation in violation of the Commodity Exchange Act during the so-called "Volmaggedon" spike in the Cboe's Volatility Index on February 5-6, 2018; and Florida consumers who allege they were harmed in violation of the Florida Deceptive and Unfair Trade Practices Act in connection with their purchase of pre-need cremation services. Mr. Bell was also part of the team of Korein Tillery lawyers who have successfully recovered over $5.2 billion to-date in losses incurred by the National Credit Union Administration (NCUA), and millions of dollars for other insurance clients, arising from misrepresentations made about residential mortgage-backed securities in violation of the Securities Act of 1933 and state law. Mr. Bell is also experienced in matters of e-discovery, and has authored articles on e-discovery issues for the Uniform Commercial Code Law Journal.

28.     Ryan Z. Cortazar is a lawyer in Korein Tillery's Chicago office. He has led briefing and argued before multiple federal appeals courts and federal district courts. Mr. Cortazar is the Vice Chair of the City of Chicago Board of Ethics, having been appointed to the board by the mayor and city council in 2021. His practice focuses on antitrust, consumer protection, copyright, and securities and derivatives litigation in federal and state courts. He has experience in all stages of litigation, including pretrial investigations, jury trials, and appeals. He also works pro bono in the areas of voting rights, habeas corpus, prisoners' rights, and educational rights. Mr. Cortazar served as a law clerk to the Honorable David F. Hamilton of the U.S. Court of Appeals for the Seventh Circuit. He also worked as a Redstone Fellow at the Chicago Lawyers Committee for Civil Rights where he helped shepherd automatic voter registration through the Illinois legislature; trained and led election protection teams; and testified at state and federal hearings. Mr. Cortazar received his A.B. *cum laude* from Harvard College and his J.D. *cum laude* from Harvard Law School where he was an articles editor of the Harvard Law Review.

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)

29.     Devin N. Dippold is an attorney in Korein Tillery's St. Louis office. Prior to joining Korein Tillery in 2016, Devin served as a law clerk to Justice S. Gene Schwarm at the Illinois Appellate Court, Fifth District and Judge Audrey Fleissig at the United States District Court for the Eastern District of Missouri. Devin received his J.D. from Washington University School of Law, where he graduated *magna cum laude* and served as an executive editor on the Washington University Law Review. Devin received his B.A. from McKendree College and his M.A. from Villanova University.

30.     Pamela I. Yaacoub is an attorney in Korein Tillery's Chicago office, focusing on antitrust, consumer protection, and other complex litigation. Ms. *Yaacoub* is experienced in all aspects of litigation, including investigating claims, developing litigation strategy, drafting pleadings and dispositive motions, managing discovery, and preparing for trial and argument. She currently represents plaintiffs in *Nessel v. Roku*, No. 25-cv-11221 (E.D. Mich.), *Segal v. Amadeus IT Group*, No. 24-cv-1783 (N.D. Ill.), *Fontenot v. NCAA*, No. 23-cv-3076 (D. Colo.), and *Taylor v. Google*, No. 20-cv-7956 (N.D. Cal.). She also has extensive appellate experience, having briefed appeals before the Seventh Circuit, Federal Circuit, and Illinois Appellate Court. Ms. Yaacoub clerked for the Honorable Jane Kelly of the United States Court of Appeals for the Eighth Circuit and the Honorable Edmond E. Chang of the United States District Court for the Northern District of Illinois. She also previously worked as a litigation associate at a litigation boutique and at an international law firm in Chicago. Ms. Yaacoub received her J.D. from Harvard Law School, where she represented clients in divorce, custody, and social security benefits proceedings as a member of the Harvard Legal Aid Bureau.

31.     In addition to prosecuting this case from its inception, the Korein Tillery team above also worked on the related *Csupo* matter from the investigation and preparation of the initial complaint to the present. We were deeply involved in all aspects of the development and prosecution of the case, and I was a leading member of the *Csupo* trial team.

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)

32.    Attached hereto as Exhibit 2 is a true and correct copy of a chart of comparable outcomes prepared by counsel pursuant to N.D. Cal. Procedural Guidance for Class Action Settlements, Preliminary Approval § 11.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 27, 2026                              Respectfully submitted,

                                                      */s/ Marc A. Wallenstein*
                                                      Marc A. Wallenstein

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)