# Exhibit 2

**CHART OF COMPARABLE CASES**

| Case Name | *In re Facebook Biometric Information Privacy Litig.*, No. 3:15-cv-03747 (N.D. Cal.) | *In re Facebook Internet Tracking Litig.*, No. 5:12-MD-02314-EJD (N.D. Cal.) | *Katz-Lacabe v. Oracle America, Inc.*, No. 3:22-cv-04792-RS (N.D. Cal.) | *In re Plaid Inc. Privacy Litig.*, No. 4:20-cv-03056 (N.D. Cal.) | *Perkins v. LinkedIn Corp.*, No. 13-cv-04303 (N.D. Cal.) | *In re Google LLC Street View Electronic Communications Litig.*, No. 3:10-md-02184 (N.D. Cal.) | *In re Google Buzz Privacy Litig.*, No. 5:10-cv-00672 (N.D. Cal.) | *In re Google Location History Litig.*, No. 5:18-cv-05062-EJD (N.D. Cal.) | *In re Google Referrer Header Privacy Litig.*, No. 10-cv-04809-EJD (N.D. Cal.) | *Hubbard v. Google LLC*, No. 5:19-cv-07016 (N.D. Cal) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claims Released** | Illinois Biometric Information Privacy Act claims | Website browsing data privacy claims | Privacy claims from tracking online and offline activity for advertising | Privacy claims from breach of bank log-in information and banking data | Privacy claim from LinkedIn's "Add Connections" feature | Privacy claims from gathering Wi-Fi network data | Privacy claims from social network divulging email contacts | Privacy claims from tracking and storing of location data | Privacy claims from referrer headers from search results | Privacy claims from collecting minors' personal information on YouTube |
| **Number of Class Members** | 6.9 million to 9.4 million | 114 million | 220 million | 98 million | 20.9 million | 60 million | Several million | 247.7 million | 193 million | 35 to 45 million |
| **Exposure if Plaintiffs Had Prevailed** | $6.9 billion to $47 billion | $900 million, minimum | $1 billion, minimum | $500 billion | $1.56 billion | $600 billion | Multiple billions | As much as $600 billion | Multiple billions | $34.88 million to $51.72 million |
| **Total Settlement Fund** | $650 million (1.3% to 9.4%) | $90 million (10%) | $115 million (11.5%) | $58 million (0.0116%) | $13 million (0.83%) | $13 million (0.002167%) | $8.5 million (0.85% at most) | $62 million (.01% at most) | $23 million (1.15% at most) | $30 million (58% to 86%) |
| **Reversionary?** | No | No | No | No | No | No | No | No | No | No |
| **Number of Class Members to whom notice reached or was sent** | 100% | 80.41% | 83.30% | 62.17% | 94.88% | 70% | 100% | 80% | 83% | 71.10% |
| **Methods of notice** | Direct Facebook messages, online ads, website | Email, media campaign, online ads, website | Email, media campaign, website | Email, postcards, media campaign, website | Email, website | Media campaign, online ads, press release, website | Email, media campaign, website | Media campaign, inbox ads, social media ads, website | Media campaign, online ads, website | Media campaign and online ads, Facebook page, website, sponsored search listings |
| **Payment rate** | 22% | 1.37% | 1.47% | 1.22% | 2.11% | N/A (*Cy pres* only) | N/A (*Cy pres* only) | N/A (*Cy pres* only) | 1.33% | Between 9.03% and 11.6% |
| **Average recovery per claimant** | $397 minimum | $40.67 | $25 | $35.97 | $20.00 | N/A (*Cy pres* only) | N/A (*Cy pres* only) | N/A (*Cy pres* only) | $7.16 | Between $30 and $60 |
| **Amount distributed to *cy pres* recipient** | $1.8 million | TBD | Unknown | $1.5 million | Unknown | $13 million minus fees/costs | $8.5 million minus fees/costs | $62 million minus fees/costs | Unknown | Unknown |
| **Administrative costs** | $1.8 million approved (0.28%) $6.35 million expected (0.98%) | $2.6 million (2.89%) | $4.8 million (4.17%) | $3.9 million (6.79%) | at least $716,750.59 (5.51%) | up to $500,000 approved (3.85%) | $122,777.44 (1.44%) | $589,211 (0.95%) | $1.7 million (7.39%) | $583,589.89 as of 12/15/25 but approved up to $1.25 million (4.16%) |
| **Attorney's fees** | $97.5 million (15%) | $26.1 million (29%) | $28.75 million (25%) | $11 million (19%) | $3.25 million (25%) | $3.03 million (25%) | $2.125 million (25%) | $18.6 million (25%) | $5.75 million (25%) | $9 million (30%) |
| **Costs (excluding administrative fees)** | $915,454.37 | $393,048.87 | $211,350.52 | $115,920.21 | $57,589.91 (included in fee) | $750,000 | $47,236.33 | $151,756.23 | $43,634.69 | $163,895.42 |
| **Injunctive relief** | Delete data, turn off facial recognition | Delete data | Audit program, cease conduct | Delete data, allow data management, add way to consent | Change disclosures | Delete data, notice and consent for future data collection, educational websites | Changes to Google Buzz, publications re: privacy features | Changes to data collections practices | Websites disclosing practices | None |