# Exhibit B

Email From Name: Federal Cellular Class Action Settlement Administrator
From Email: noreply@FederalCellularClassAction.com
Email Subject Line: Class Action Notice of Settlement – Taylor v. Google LLC, Case No. 5:20-CV-07956-VKD (N.D. Cal.)

---

**Notice ID: «Notice ID»**
**Confirmation Code: «Confirmation Code»**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No. 5:20-CV-07956-VKD<br><br><br>Judge: Hon. Virginia K. DeMarchi |

# OFFICIAL COURT NOTICE OF SETTLEMENT

## PLEASE READ THIS NOTICE CAREFULLY

## IT CONTAINS IMPORTANT INFORMATION ABOUT YOUR RIGHTS AS A CLASS MEMBER.

> **If You Used an Android Mobile Device to Access the Internet Through a Cellular Network at Any Time from November 12, 2017 to the Present, and Are Not a Class Member in the Case *Csupo v. Google LLC*, You Could Get Money from a $135 Million Settlement.**

*The United States District Court for the Northern District of California authorized this Notice. This is not a solicitation from a lawyer.*

*Taylor v. Google LLC*, **Case No. 5:20-cv-07956-VKD**

There has been a Settlement in a class action lawsuit called *Taylor v. Google LLC*, Case No. 5:20-cv-07956-VKD (N.D. Cal.), and you may be a class member. The Court authorized this Notice because you have a right to know about the Settlement, before the Court decides whether to approve it.

Your rights may be affected. Please read this Notice carefully.

## What is the lawsuit about?

The Plaintiffs allege that Google's Android operating system causes Android mobile devices to transfer a variety of information to Google without users' permission, consuming users' cellular data from their cellular data plans. Plaintiffs allege that certain transfers occur in the background, without any notice to the user, including when the devices are in a completely idle state, meaning they are not in use or being touched, with all apps closed. Plaintiffs allege that even though Google could make it so that these transfers happen only when the devices are connected to Wi-Fi, Google instead causes these transfers to sometimes take place over a cellular network. Plaintiffs allege that Google's unauthorized use of their cellular data violates the law and requires Google to compensate Plaintiffs for the value of the cellular data that Google used for its own benefit without their permission.

Google denies the claims in this lawsuit and that it did anything wrong. The Court has not made a determination regarding Plaintiffs' allegations.

## Who is included?

The Settlement Class includes all natural persons in the United States, who have used mobile devices running the Android operating system to access the internet through cellular data networks operated by mobile carriers, at any time from November 12, 2017 through the date this settlement receives final approval, excluding persons who are class members in *Csupo v. Google LLC*, Santa Clara County Superior Court, No. 19CV352557, a similar lawsuit involving residents of California.

The Settlement Class does not include:

- Google and Google's subsidiaries and affiliates, officers, and directors;
- The judge(s) to whom these cases are or have been assigned and any member of the judge's or judges' immediate family;
- Settlement Class Counsel;
- Anyone that excludes themselves from the Settlement Class; and
- Class Members in the lawsuit *Csupo v. Google LLC*, Santa Clara County Superior Court, No. 19CV352557.

## What does the Settlement provide?

The Settlement has the following key terms:
- Google will pay $135 million.

- Google will be required to update the Google Play Terms of Service, a page in Google's Help Center website, and the setup screens that are shown to Android users during device setup. These updates will disclose the conduct at issue in the Lawsuit to Android users and ask them to consent to it. Google will also disable a related setting on Android devices.

- The Plaintiffs and Class will release all claims against Google that were asserted or could have been asserted in this Lawsuit, as specified in the Settlement Agreement.

If the Settlement is approved by the Court, the Settlement Fund will be used to pay money to eligible Settlement Class Members (*i.e.,* Settlement Class Members who do not opt out of the Settlement); notice and administration costs; attorneys' fees, costs, and expenses; service awards to the Class Representatives; and any taxes incurred by the Settlement Fund.

The full text of the Settlement Agreement, as well as the proposed updates to the Google Play Terms of Service, Help Center website, and Android setup screens are available on the Lawsuit's website, **www.FederalCellularClassAction.com**.

## How Can I Get a Payment?

All Settlement Class Members who do not opt out of this Settlement will be eligible to receive a payment from the Settlement. In order to ensure that your payment is sent to the correct digital account, you should select your preferred method of payment online by visiting **www.FederalCellularClassAction.com** or by clicking the button below.

**I WANT TO SELECT MY PAYMENT METHOD**

If you do not select a payment method, the Settlement Administrator will still attempt to send you your payment automatically, but you run the risk of not receiving a payment from this Settlement if those attempts are unsuccessful.

## What are My Other Options?

**DO NOTHING.** If you do nothing, you will be bound by the Court's decisions, and you will give up your right to separately sue Google for the legal claims resolved by the Settlement. You will still be issued a payment from the Settlement, but if you do not select a payment method, you may not receive it. You can select a payment method by clicking on the button below.

**I WANT TO SELECT MY PAYMENT METHOD**

**REQUEST TO BE EXCLUDED FROM THE SETTLEMENT.** If you do not want to be part of the Settlement, you can exclude yourself. This means you will get no benefits from the Settlement and will not be paid. You will not be bound by what the Court decides for the Settlement Class and will keep any right you might have to separately sue Google for claims asserted in this lawsuit.

If you want to exclude yourself, **you must send a personally signed letter asking to be excluded**. Instructions for making this request can be found at **www.FederalCellularClassAction.com**. Personally signed letters must be **postmarked** to the Settlement Administrator **no later than DATE:**

**OBJECT TO THE SETTLEMENT.** If you do not exclude yourself, you have a right to object to or comment on any part of the proposed Settlement and/or the request for attorneys' fees, costs, and expenses and service awards. You, or an attorney retained by you at your own expense, must file your objections with the Court by mail or through the Court's electronic filing system on or before **DATE**. The objections must include specific information described in greater detail on the case website, **www.FederalCellularClassAction.com**.

If you submit a timely objection, the Court will consider your views when deciding if it will approve the Settlement. You cannot ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court does not approve the Settlement, no Settlement payments will be made, and the lawsuit will continue.

Complete details and requirements for requesting exclusion or objecting to the settlement are available at **www.FederalCellularClassAction.com**.

## Do I Have a Lawyer in this Case?

Yes. The Court has appointed lawyers at the firms Korein Tillery LLC and Bartlit Beck LLP to represent you and the other Settlement Class Members. You will not be charged personally for their services. Visit **www.FederalCellularClassAction.com** for more information about them.

Settlement Class Counsel have not been paid anything to date for their work on this case over the past six years. Settlement Class Counsel will ask the Court for attorneys' fees up to 29.5% of the Settlement Fund, plus reimbursement of expenses in an amount up to $_____. Settlement Class Counsel will also ask the Court for service awards for each of the Class Representatives for their work on behalf of the Settlement Class. Any attorneys' fees, expenses, costs, and service awards must be approved by the Court before they are paid, and will be paid out of the Settlement Fund.

## The Court's Final Approval Hearing

The Court will hold a Final Approval Hearing on **MONTH DAY, 2026**, at **TIME**. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check **www.FederalCellularClassAction.com** for updates.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them and may listen to people who have asked to speak at the hearing. The Court may also decide whether to award attorneys' fees, costs, and expenses, and service awards to the Class Representatives. After the hearing, the Court will decide whether to approve the Settlement.

## How Do I Get More Information?

**<u>THIS NOTICE IS ONLY A SUMMARY</u>**. More details are in the Settlement Agreement available at **www.FederalCellularClassAction.com**. If you have questions, you also may contact the Settlement Administrator by writing to Federal Cellular Class Action, 1650 Arch Street, Suite 2210, Philadelphia, PA, 19103, by emailing **Info@FederalCellularClassAction.com**, or by calling the toll-free number **1-844-655-4255** and leaving a message for the Settlement Administrator.

You may also be able to access the Settlement Agreement and other Court documents by (a) accessing the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at **https://ecf.cand.uscourts.gov**, or by (b) visiting the Office of the Clerk, United States District Court, Northern District of California, Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street, Room 2112, San Jose, CA 95113, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

*Unsubscribe*