# Exhibit E

*(ONLINE PAYMENT ELECTION FORM)*

## Taylor v. Google LLC
Case No. 5:20-cv-07956-VKD
United States District Court for the Northern District of California

## PAYMENT ELECTION FORM

Settlement Class Members may complete and submit this form to provide the Settlement Administrator with their preferred method of payment.

### CONTACT INFORMATION

Please provide your contact information in case the Settlement Administrator needs to contact you about your Settlement payment.

**First Name:** _____   **Last Name:** _____

**Street Address:** _____

**City:** _____   **State:** _____   **Zip Code:** _____

**Email Address:** _____   **Phone Number:** _____

### PLEASE SELECT ONE OF THE FOLLOWING PAYMENT OPTIONS:

☐ Zelle  ☐ PayPal  ☐ Venmo  ☐ Virtual Prepaid Card  ☐ ACH

«Upon making a selection, the user will be prompted to enter the account information required for the payment method selected and then submit the form.»