# Exhibit F

**NOTICE PLAN AND PLAN OF ALLOCATION**
*Taylor v. Google LLC*, **Case No. 5:20-cv-07956-VKD (N.D. Cal.)**

**Disposition of the Settlement Fund.** The settlement fund shall be applied as follows:

A. To pay all Notice and Administration Costs.
B. To pay any Attorneys' Fee Award, Costs and Expenses, and Service Awards.
C. To distribute the Net Settlement Fund to Class Members in accord with the Final Order and Judgment or any subsequent order of the Court.

**No Reversion.** No portion of the Settlement Fund or interest thereon shall revert to the Defendant. However, pursuant to the terms of the Settlement Agreement, the Settlement Fund will be returned to the Defendant in the event the Settlement is terminated or the Escrow Release Date is not reached.

**Settlement Payments to Class Members.** After the Effective Date, Settlement Payments shall be made from the Net Settlement Fund to Class Members in accordance with the Plan of Allocation.

**Plan of Allocation.** The Net Settlement Fund shall be distributed to all Class Members who do not opt out of the Settlement on a *pro rata* basis.

**Method of Payment.** The Payment Form shall provide Class Members the option to select an electronic payment method, which may include options such as Zelle, PayPal, Venmo, ACH transfer, or Virtual Mastercard.

A. Settlement Payments shall first be issued to Class Members in accordance with the payment method selected, if the Payment Form is received by the Payment Form Deadline.

B. For those Class Members whose selected payment method failed and for those Class Members who did not select a payment method by the Payment Form Deadline, the Settlement Administrator shall attempt to send the Settlement Payment via one of the available payment processors (e.g., Zelle, PayPal, or Venmo), based on data provided by Google, to the extent reasonably available.[1]

C. The Settlement Administrator shall then attempt to send Settlement Payments via one or more other available payment processors, to the extent reasonably feasible.

---

[1] As part of the settlement, Google will provide Angeion with data concerning Class Members, (specifically names, emails, and phone numbers, to the extent reasonably available) that will assist in this process.  However, the Parties recognize that Google cannot warrant that this data is accurate or will result in payment to the intended Class Member in every instance.

The Settlement Administrator may decide the order in which payments are attempted through each of the payment processers, in consultation with Class Counsel, to minimize transaction costs.

D. The Settlement Administrator may send up to two (2) additional Payment Election Emails to Class Members who have not selected a payment method and/or whose Settlement Payment could not be issued in accordance with this Plan of Allocation.

E. The funds remaining from Class Members who cannot be issued a Settlement Payment via this Plan of Allocation shall be considered residual funds.

F. Funds remaining from unclaimed digital payments issued shall be considered residual funds.

**Disposition of Residual Amounts.** If it is economically feasible, any residual amount that remains after an initial distribution, less administrative costs to perform a second distribution, shall be distributed on a *pro rata* basis to those Class Members whose initial payments were cashed/successfully delivered in a second distribution via the same payment method used to issue the initial payment and up to the $100 per-Class Member cap. Funds remaining after a second distribution, or if a second distribution is not economically feasible, shall be issued to an approved *cy pres* recipient(s).