ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

**UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-CV-07956-VKD <br><br> **DECLARATION OF GRAEME W. BUSH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:  February 17, 2026 <br> Time:  10:00 a.m. <br> Judge: Hon. Virginia K. DeMarchi |

DECLARATION OF GRAEME W. BUSH IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956)

I, Graeme W. Bush, declare as follows:

1.      I am a partner at the law firm of Zuckerman Spaeder LLP, and served as the firm's Chairman for 15 years. I am licensed to practice law in New York, Washington D.C., Maryland, and Colorado. I am a member of the American College of Trial Lawyers, and have extensive experience handling complex litigation including class actions. A copy of my professional biography is attached as Exhibit A.

2.      I make this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3.      In early November 2025, I was engaged in connection with this matter to serve as Special Settlement Counsel, and in that capacity to represent exclusively the interests of the putative class in this matter (and not the separate class in the related case of *Csupo v. Google* pending in California Superior Court).

4.      As part of my work, I carefully reviewed important pleadings, motions, briefs and hearing transcripts, and orders from this case, including: (a) the First Amended Complaint; (b) Google's Answer to the First Amended Complaint; (c) the parties' briefing on Plaintiffs' motion for class certification; (d) the parties' briefing on Google's *Daubert* motions; (e) the parties' briefing on Plaintiffs' *Daubert* motion; (f) the parties' briefing on Plaintiffs' motion to stay; (g) the Ninth Circuit's decision; (h) the transcript of the Court's August 19, 2025 hearing on class certification and *Daubert* motions; and (i) the Court's November 24, 2025 Order denying Plaintiffs' stay motion.

5.      I also reviewed select materials from the related *Csupo v. Google* matter, including: (a) the operative complaint and answer; (b) the Court's two class certification orders; (c) the Judgment and Verdict; (d) the parties' post-trial briefing on Google's motion for judgment notwithstanding the verdict or for new trial (which included portions of the trial transcript); (e) the parties' briefing on Plaintiffs' motion for prejudgment interest; and (f) the parties' briefing on Google's motion to tax costs.

2

DECLARATION OF GRAEME W. BUSH IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956)

6.      In my professional judgment, the proposed Settlement is fair, reasonable and adequate to the proposed Settlement Class. The proposed injunctive relief is robust and appears to fully address the conduct at issue in the case. In addition, the monetary consideration of $135 million is quite significant, and appears to reasonably reflect the value of Plaintiffs' damages claims given the many risks to success on liability and to the amount of any potential recovery.

7.      While the monetary relief represents a significant discount to the damages claim Plaintiffs hoped to present and recover at trial, Plaintiffs faced significant hurdles to any recovery and there was a significant risk that Plaintiffs would obtain a monetary recovery significantly less than what was claimed or no monetary recovery at all if they continued to litigate the case.

8.      In my professional judgment, the risks that the Court would deny class certification (at least of a Rule 23(b)(3) damages class) were not trivial. In addition, it is my professional judgment that there was a significant risk that the Court would grant, in whole or in part, Google's pending *Daubert* motions, thereby significantly reducing Plaintiffs' potential damages claims.

9.      Further, regardless of the District Court's rulings on the class certification and *Daubert* motions, Plaintiffs continued to face significant risk of a loss at trial, and/or on appeal. Even if Plaintiffs overcame these risks, any recovery would be years in the future if the case were litigated to conclusion. Trial was, at the time of settlement, tentatively set for August 2026 with a potential likelihood of being further delayed. And given the legal issues and amounts in dispute, Google would almost certainly appeal any judgment in favor of Plaintiffs, delaying finality for several years.

10.      Given these many risks and other considerations, in my professional judgment the proposed Settlement is fair, reasonable, adequate, and in the best interests of the proposed Settlement Class.

DECLARATION OF GRAEME W. BUSH IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 26, 2026.

/s/ _____

Graeme W. Bush

4

# Exhibit
# A

# Graeme W. Bush

 zuckerman.com/people/graeme-w-bush

Described by clients as a "brilliant strategist" in *Chambers USA: America's Leading Lawyers for Business*, Graeme W. Bush advises senior executives and professionals and litigates on their behalf in complex disputes.

With more than 40 years' experience as a litigator and 15 years as Zuckerman Spaeder's chairman, Graeme brings a rich perspective in important business and professional disputes through litigation, settlement, and trial.

Graeme maintains a broad litigation practice that focuses on complex commercial and regulatory matters. From advising law firms and lawyers in major civil and investigatory litigation and disciplinary actions to representing companies and executives in securities fraud and SEC enforcement actions, Graeme is consistently ranked among the top litigators in Washington, DC, for commercial litigation.

Graeme represents companies, law firms and professional services firms, charities, and creditors' committees. He also represents individual clients, including senior executives, lawyers and professional services providers, and brokers and portfolio managers.

In addition to his litigation and investigations work, Graeme serves as a mediator with a special focus on professional liability and law firm disputes, securities actions, and business disputes involving investment deals, private equity, and matters involving corporate governance issues. He advises clients as settlement counsel or in connection with mediations. He also advises lawyers and business professionals on structuring business arrangements that satisfy ethical requirements for lawyers and non-lawyers to work together in a common enterprise.

Graeme also has an active pro bono practice where he represents individuals in asylum, Special Immigrant Juvenile Status and other immigration-related matters.

 ▼

## Experience

- Represents the founder and former CEO of a publicly traded renewable energy company in securities fraud class actions, bankruptcy investigation and litigation, and an SEC investigation relating to transactions and operational difficulties that ultimately resulted in the company filing for Chapter 11 protection.
- Represents a global law firm in defending claims arising out of alleged misappropriation of trade secrets.

- Represents lawyers and law firms in connection with disputes with the Delaware Claims Processing Facility and various asbestos claims trusts that have sought to bar or limit the filing of claims on behalf of firm clients
- Represented a major international law firm in defending legal malpractice claims arising out of lease negotiations and subsequent litigation to enforce the lease terms.
- Represents a former executive of Silicon Valley Bank in investigations by the Federal Deposit Insurance Corporation (FDIC) and the creditors committee of the bank holding company.
- Represented a large international law firm in connection with claims by a former associate in one of the firm's Middle Eastern offices.
- Obtained a defense verdict in a lawsuit against Patton Boggs by a former partner seeking hundreds of millions of dollars of damages for alleged breach of contract and fiduciary duty arising out his exclusion from a merger.
- Obtained a favorable settlement of claims of a federal regulatory agency in the bankruptcy of a major originator of mortgage backed securities.
- Serve as special substitute indenture trustee for a series of residential mortgage-backed securities in suits against trustees of securitization trusts.
- Obtained rulings after trial from the Delaware Chancery Court in two separate cases requiring our clients' former employers to advance defense costs incurred in connection with government (SEC & DOJ) prosecution and enforcement proceedings.
- Obtained a jury verdict in favor of client Matthew Lawlor, the founder and former CEO of Online Resources Corporation, that he was entitled to millions of dollars in change in control benefits in connection with his termination by the company.
- Served as special litigation counsel to the Tribune Company's creditors committee to evaluate and prosecute fraudulent conveyance and other claims to set aside and subordinate more than $10 billion in loans that financed Sam Zell's takeover of the Tribune Company.
- Defended and settled an SEC enforcement action against Michael Sassano, a former CIBC broker in charge of mutual fund trading, whom the SEC charged with fraudulent frequent trading in numerous mutual fund families on behalf of CIBC clients.
- Obtained a jury verdict in favor of a former partner and senior executive of a private equity company for breach of contract arising from the failure of the company to provide our client a significant ownership interest in the company.
- Defended a nationally known law firm and their prominent partners in a legal malpractice action arising out of tax advice given in connection with a complicated tax-advantaged transaction and the ensuing tax litigation.
- Represented a private equity fund established to invest in Israeli businesses in connection with an investigation by the New York AG into illegal "pay to play" payments made by its former managing member. We negotiated a settlement of the civil claims by the NYAG against the fund.

- Represented a former portfolio manager in an SEC investigation and enforcement proceeding arising out of the omnibus investigation by the New York AG and SEC of market timing in the mutual fund industry. The SEC filed anti-fraud charges against our client, and the case was tried for nine days before an administrative law judge (ALJ). The judge adopted, in large part, our arguments and declined to impose any bar order or civil money penalties against our client.
- Defended and negotiated a favorable settlement for the chief investment officer of an offshore hedge fund in an SEC enforcement action alleging fraud violations related to market timing and late trading.
- Represented the former CFO of a European telecommunications company in connection with an internal investigation and with FCPA investigations by the DOJ and SEC. The client faced inquiries from law enforcement authorities in multiple countries regarding illegal foreign payments in a Balkan country, which required the firm to apply its experience in representing clients subject to cross-border investigations.
- Represented the CEO of a health care services organization in a grand jury investigation concerning Medicare billings for testing services that allegedly did not qualify for reimbursement because doctors were not present during the procedures as required by Medicare regulations.
- Represented prominent tax lawyers before the IRS in Circular 230 proceedings arising out of a tax opinion.
- Represented a Swiss corporation sued in a class action under the Alien Tort Claims Act for human rights violations allegedly committed as a result of doing business in South Africa during apartheid.
- Represented the post-confirmation committee in a bankruptcy suit to recover funds on behalf of creditors from private equity LBO investor on deepening insolvency and other theories.
- Represented a major national law firm in a federal grand jury investigation and subsequent indictment. The charges were resolved by a deferred prosecution agreement that allowed the firm to continue in business without substantial harm to its innocent partners and employees.
- Represented an African cellphone magnate in the resolution of disputes with his U.S. and Egyptian partners and a disappointed prospective Israeli investor. The firm handled all aspects of international litigation for the client, including working with counsel in foreign jurisdictions.
- Represented the founder of a television network in connection with a dispute over the terms of an investment made by NBC.
- Represented more than 2,500 pension plans in a class action under ERISA to recover fee overcharges, concluding in a settlement of more than $19 million on behalf of the class.
- Represented a major business law firm in connection with the investigation by the Enron examiner of certain tax transactions in which the firm rendered tax opinions.
- Represented the long-time executive director of a prominent Washington, DC-area charity in civil and criminal investigations into allegedly improper financial practices.

- Represented asbestos victims in a $1.5 billion adversary proceeding against a major building materials manufacturer alleging veil-piercing and fraudulent conveyance. The case settled after a two-week trial for $900 million, almost two-thirds of the amount alleged to be due to the asbestos creditors.

▼

## Practice Focus

- [Business Litigation](#)
- [Employment Law and Litigation](#)
- [Investigations](#)
- [Foreign Corrupt Practices Act (FCPA)](#)
- [Legal Profession and Ethics](#)
- [Plaintiffs and Class Actions](#)
- [Pro Bono](#)
- [Securities and Commodities Litigation](#)
- [White Collar Defense](#)

▼

## Education

- University of Maryland School of Law, J.D., 1976
    - Order of the Coif
    - Founder and President, *International Trade Law Journal*
- Wesleyan University, B.A., 1971
    - Graduated from the College of Letters

▼

## Languages

French

▼

## Bar Admissions

- Colorado
- District of Columbia
- Maryland
- New York

▼

## Court Admissions

- U.S. Court of Appeals, District of Columbia Circuit
- U.S. Court of Appeals, Fourth Circuit
- U.S. District Court, District of Columbia
- U.S. District Court, District of Maryland
- U.S. District Court, Southern District of New York

▼

## Clerkships

U.S. District Court, District of Maryland
    Hon. Roszel C. Thomsen

▼

## Professional Leadership

- Fellow, American College of Trial Lawyers
- Member, American Bar Association
- Member, Maryland State Bar Association
- Board of Directors, Legal Aid Society of the District of Columbia

▼

## Community Involvement

- Chairman, Board of Directors, Junior Tennis Champions Program
- Former Member, Board of Directors, DC SCORES

▼

## Recognitions

- The Best Lawyers in America®: Commercial Litigation, Legal Malpractice Law - Defendants, Litigation - Bankruptcy, Litigation - Regulatory Enforcement (SEC, Telecom, Energy), Litigation - Securities
- Super Lawyers (Washington, DC)
- DC Courts, Capital Pro Bono Honor Roll, 2023*
- The Best Lawyers in America®, Lawyer of the Year, Litigation - Regulatory Enforcement (SEC, Telecom, Energy), 2022
- The National Law Journal, Visionary, 2012

▼

## News & InsightZS Blog

- Super Lawyers (Washington, DC)

  May 29, 2025 | Press Release

- Zuckerman Spaeder Attorneys Named to the 2024 Capital Pro Bono Honor Roll

  May 7, 2025 | Press Release

- Best Lawyers® Recognizes 40 Zuckerman Spaeder Attorneys, Including Three "Lawyers of the Year" and Seven "Ones to Watch"

  August 15, 2024 | Press Release

- Over Two Dozen Zuckerman Spaeder Attorneys Named to the 2023 Capital Pro Bono Honor Roll

  May 15, 2024 | Press Release

- Zuckerman Spaeder Elevates Caroline Judge Mehta to Co-Chair Alongside Dwight Bostwick

  December 18, 2023 | Press Release

- 42 Zuckerman Spaeder Attorneys, Including Six "Ones to Watch," Recognized in 2024 Edition of The Best Lawyers in America

  August 17, 2023 | Press Release

- 38 Zuckerman Spaeder Attorneys Recognized in 2023 Edition of The Best Lawyers in America, Including Three "Lawyers of the Year"

  August 19, 2022 | Press Release

- 36 Zuckerman Spaeder Attorneys Recognized in 2022 Edition of The Best Lawyers in America; Two Partners Named "Lawyer of the Year"; Three Associates Recognized as "Ones to Watch"

  August 19, 2021 | Press Release

- 33 Zuckerman Spaeder Attorneys Recognized in 2021 Edition of The Best Lawyers in America; Three Partners Named "Lawyer of the Year"; Two Associates Recognized as "Ones to Watch"

  August 20, 2020 | Press Release

- Chambers USA 2020 Recognizes 16 Zuckerman Spaeder Attorneys and 3 offices; Top-Ranked in DC for White-Collar Crime & Govt Investigations and Maryland for General Commercial Litigation

  April 23, 2020 | Press Release

  Collapse