ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>[PROPOSED] ORDER GRANTING THE STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE EXCESS PAGES IN CONNECTION WITH PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT<br><br>Date:   February 17, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi<br><br>Re:  Dkt. No. 259 |

The Stipulated Administrative Motion for Leave to File Excess Pages in Connection with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authority in Support is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  January 28, 2026

_____
Hon. Virginia K. DeMarchi
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING STIPULATED ADMIN MOTION FOR LEAVE TO FILE EXCESS PAGES
(Case No. 5:20-CV-07956-VKD)