ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs*

**UNITED STATE DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-CV-07956-VKD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Judge: Hon. Virginia K. DeMarchi |

1

Upon consideration of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, the Memorandum of Points and Authorities, declarations, and exhibits filed in support thereof, the complete records and files of this action, and the oral argument presented at the hearing of this matter, the Court hereby GRANTS Plaintiffs' Motion for the reasons stated therein. Accordingly, the Court hereby grants preliminary approval of the proposed Settlement, certifies the proposed Settlement Class, appoints Joseph Taylor, Mick Cleary, and Jennifer Nelson as Settlement Class Representatives, appoints Glen E. Summers of Bartlit Beck LLP and Marc A. Wallenstein of Korein Tillery LLC as Settlement Class Counsel, appoints Angeion Group LLC as Settlement Administrator, and approves Plaintiffs' proposed form and manner of notice to Settlement Class members. In addition, the Court sets the following briefing schedule and hearing date for final approval of the proposed Settlement:

| Event | [Proposed] Deadline |
| --- | --- |
| Objection & Opt-Out Deadline | [84 days after the date of this order] |
| Motion for Attorney's Fees, Costs, and Service Awards | [49 days after the date of this order / 35 days before the Objection & Opt-Out Deadline] |
| Motion for Final Approval | [98 days after the date of this order / 14 days after the Objection & Opt-Out Deadline] |
| Final Approval Hearing | [First week of June 2026] |

**IT IS SO ORDERED.**

DATED: _____

_____
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge