COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
EMILY J. BORN (360427)
(eborn@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

COOLEY LLP
ARIANA E. BUSTOS (345918)
(ABustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone:     (213) 561-3250
Facsimile:      (213) 561-3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**GOOGLE LLC'S STATEMENT IN RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:     February 17, 2026<br>Time:    10:00 a.m.<br>Judge:   Hon. Virginia K. DeMarchi<br>Trial:     April 1, 2026 |

Google LLC ("Google") submits this Statement in response to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Motion") (ECF No. 260). Google agrees that the proposed settlement should be preliminarily approved. Under the circumstances, including the significant challenges and risks that Plaintiffs would face from ongoing litigation of the class certification, *Daubert*, merits, and other issues in this case—not only before this Court but also potentially on appeal—Google believes the overall package of relief that would be made available under the proposed settlement is "fair, reasonable, and adequate" under Federal Rule of Civil Procedure 23(e), and the Preliminary Approval Motion merits this Court's approval.

Dated: February 12, 2026                    COOLEY LLP


                                            By: */s/ Whitty Somvichian*
                                                Whitty Somvichian

                                            Attorneys for Defendant
                                            GOOGLE LLC

331775550