**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-07956-VKD |
| Plaintiffs, | **SUPPLEMENTAL DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC** |
| v. | Judge:    Hon. Virginia K. DeMarchi |
| GOOGLE LLC, | |
| Defendant. | |

1

Supplemental Declaration of Steven Weisbrot of Angeion Group, LLC

I, Steven Weisbrot, hereby declare as follows:

1.      I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I have personal knowledge of the matters stated herein. I provide this declaration to address certain issues raised by the Court during the February 17, 2026 hearing on Plaintiffs' Motion for Preliminary Settlement Approval (Dkt. No. 260).

2.      In pushing payments to class members who did not timely submit a payment selection form selecting a payment method, Angeion will not use Virtual Mastercards. Such transfers will be made only using Zelle, PayPal or Venmo. Virtual pre-paid cards will be issued only to Class Members who affirmatively elect them as a payment option

3.      As discussed in my prior declaration (Dkt. No. 260-18), Angeion anticipates that 1% to 5% of class members will affirmatively elect a payment method. Based on Angeion's experience in other cases, we further anticipate that approximately 20% of that group will choose to receive a Virtual Mastercard, meaning that 1% or fewer class members will receive a Virtual Mastercard.

4.      As previously disclosed in other matters, prior to its engagement as Settlement Administrator in this case, Angeion entered into an arm's-length, enterprise-level master services agreement with Blackhawk[1], a third-party digital payment vendor utilized in various matters to facilitate the issuance of prepaid digital payment cards. Under the terms of that agreement and in certain circumstances, Blackhawk may provide compensation to Angeion in connection with matters in which Blackhawk acts as Angeion's subcontractor. This agreement was negotiated independently of, and is not specific to, this case. The compensation to Angeion does not increase the cost to the Settlement Fund and does not reduce the funds available for distribution to Settlement Class Members.

---

[1] Blackhawk is a leading based distributor of third-party branded payment cards, gift cards, and other payment solutions. Its website reports that Blackhawk processes transactions in excess of $28 billion annually. https://blackhawknetwork.com/company (last visited February 18, 2026).

Supplemental Declaration of Steven Weisbrot of Angeion Group, LLC

5.      Angeion does not receive compensation from unused funds remaining on pre-paid digital payment cards, including Virtual Mastercards, or from any inactivity fees associated with the non-use of pre-paid digital payment cards including Virtual Mastercards.

6.      Angeion will not sell any customer data it receives from Google. Customer data received from Google pursuant to the December 23, 2025 Settlement Agreement will be used only in performance of duties assigned to the Settlement Administrator in the Settlement Agreement.

7.      I have been provided with the Protective Order in this case and have executed the undertaking on behalf of Angeion. All Protected Material (as defined by the protective order) received by Angeion will be destroyed following the performance of our duties in accordance with the terms of the Protective Order.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: February 20, 2026

_____
STEVEN WEISBROT

Supplemental Declaration of Steven Weisbrot of Angeion Group, LLC