UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH TAYLOR, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No.  20-cv-07956-VKD

**ORDER RE PLAINTIFFS' MOTION TO SEAL**

Re: Dkt. No. 261

Plaintiffs move to seal Exhibit 11 to the declaration of Glen E. Summers in support of plaintiffs' motion for preliminary approval of the parties' settlement.  Dkt. No. 261.  The exhibit in question specifies the threshold number of opt-outs from the settlement that would trigger a right to terminate the settlement.  Parties seeking to seal judicial records that are "more than tangentially related to the underlying cause of action," *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016), bear the burden of overcoming the presumption of access with "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure," *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (quotations and citations omitted).

The Court finds compelling reasons to seal the exhibit in question.  *See In re Anthem, Inc. Data Breach Litig.*, No. 15-md-02617-LHK, 2017 WL 9614789, at *2 (N.D. Cal. Aug. 25, 2017) (finding compelling reasons to seal "the number of opt-outs from the settlement that would trigger [defendant]'s right to terminate the Settlement Agreement . . . 'in order to prevent third parties from utilizing [this provision] for the improper purpose of obstructing the settlement and obtaining higher payouts.'") (quoting *Thomas v. Magnachip Semiconductor Corp.*, No. 14-cv-01160-JST,

2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016)); *see also In re Online DVD-Rental Antitrust Litig,*, 779 F.3d 934, 948 (9th Cir. 2015) (observing that the "exact threshold" of settlement opt-outs "for practical reasons was kept confidential.").

However, plaintiffs also provisionally sealed their motion to seal itself (Dkt. No. 261) and Mr. Bell's declaration (Dkt. No. 261-1) filed in support of the sealing motion. The Court finds neither good cause nor compelling reasons to seal those filings. Absent objection received by **March 12, 2026**, the Court will direct the Clerk of Court to unseal the plaintiffs' sealing motion and Mr. Bell's supporting declaration.

**IT IS SO ORDERED.**

Dated: March 5, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2