Richard Aumaitre
659 Taft St.
Riverside, CA 92503
909-529-0840
carreraumaitre@gmail.com

FILED

APR 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JOSEPH TAYLOR, ET AL.

PLAINTIFFS

V.

GOOGLE LLC

DEFENDANT

Case No.: 20-CV-07956-VKD

OBJECTION TO THE COURT APPROVING THE SETTLEMENT AGREEMENT AT THIS TIME UNTIL THE SETTLEMENT ADMINISTRATOR ANGEION GROUP FOLLOWS THE COURT'S ORDERS AND THE SETTLEMENT AGREEMENT AS STATED BELOW

**TO THE HONORABLE VIRGINIA K DEMARCHI, CLASS COUNSEL, DEFENSE COUNSEL, CLAIMS ADMINISTRATOR, AND ANY ATTORNEYS OF RECORD**

Richard Aumaitre (Mr. Aumaitre) objects to the settlement being approved at this time until either 1) Class Counsel replaces Claims Administrator Angeion Group with another Claims Administrator. Or 2) Claims Administrator follows the Court's Orders and follows the Settlement agreement as stated below.

Angeion Group, located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, was appointed as the Claims Administrator in the above-entitled case. Angeion is a well-established Claims Administrator in Class Action cases around the country. However, as of late, they have demonstrated a lack of commitment to class members and a failure to follow the SETTLEMENT AGREEMENT ("SA")

In support of this request, Mr. Aumaitre will point out that Angeion group has already begun not to follow the SA, causing a burden on class members in filing their claims. As time progresses, I have found that when Angeion is appointed as the claims administrator, the claims-filing process only worsens and, in many cases, breaks down altogether. They will block class members from filing their claims online, alleging an inconsistency on their claim form without any justification for what that means, and or what inconsistency their claim may have. The class member ultimately cannot file their claim.  From my personal experience, this is exactly what happened to me. I've decided to drop it because it was too burdensome to continue trying. Please see attached for reference.

1.    **LACK OF FOLLOWING THE SETTLEMENT AGREEMENT ("SA")**

Page 11, part 4: Optional payment form Submission Process

> 4.3 (C) The Payment Form will be made available on the Settlement Website and linked in the Payment Election Email, and may be completed and submitted online.

The settlement does not provide any option for class members to file a claim without a payment election email being sent to them. The settlement website does not provide a payment form for class members to submit their claim online. The settlement website does not provide a option to print out a payment form and send it via postal mail. Section 4.3(B) does not allow class members to complete their own payment forms for submission.

> "Payment Forms must be submitted personally by the Class Member. No Payment Forms will be accepted from third parties". § 4.3 (B)

What does this mean? A class member cannot create their own payment form and submit it. That is what this says.  Who determines if it belongs to a third party or not when, in fact, it belongs to a class member? This gives claims administration the right to deny any form that is submitted by a class member. They have not provided any universal form on the claims website for class members to file.

2.    **SETTLEMENT ADMINISTRATION**

Add Page

10.1 Duties of the Settlement Administrator: page 16-17

> Duties of Settlement Administrator. The Settlement Administrator, in conjunction with the Escrow Agent, shall perform the functions specified in this Agreement, including, but not limited to, overseeing administration of the Settlement Fund; coordinating Notice to Class Members; operating the Settlement Website and a toll-free number; administering the Payment Form and payments processes; and distributing Settlement Payments according to the processes and criteria set forth herein. In addition to other responsibilities that are described in this Agreement, the duties of the Settlement Administrator include:

(B) Establishing and maintaining the Settlement Website that, among other things, allows (but does not require) Class Members to submit Payment Forms electronically;

The website does not allow class members to file a claim without a unique ID sent to them by email. In many cases, class members no longer have the same email address, and calling the claims administration to request this information is a burden, usually involving speaking to someone who seems routinely disturbed by your call and being on hold for longer than 5 minutes. (Although the defendant may have provided an email address to the settlement administrator, they are the defendant in this case and have an incentive not to provide all/or accurate information to the administrator. Their obligation is to themselves and not to the class.)

(G)Distributing the Payment Election Email to the email addresses referenced in Paragraph 7.3, with the process to be completed by the Payment Election Email Date;

**Payment election email sent to spam folder with only 30 days to respond.** As documented, Claims Administrator is a well-established and recognized claims administrator in the class action space. They know the ins and outs of notice and how to negotiate with internet providers in organizing a notice plan. In this case, since there are over 100 million class members, many millions of class members likely had notices go directly to their spam folders, because it went through a mysterious website that was not white listed by Google, and or was not negotiated with google in advance to ensure that the notice would not end up in a spam folder where nobody would see it. This settlement administrator has worked with Google before in other class cases (Google Buzz Settlement). That settlement notice went through Google and reached people's Gmail accounts, and Google knew not to send it to the spam folder. That did not happen here. I

3

have spoken with many, many class members who had no idea about this settlement. And if people didn't know to look in their spam folders, they would never have seen the notice. 30 days was all they had.

**(H)Updating the Settlement Website by posting the Payment Election Email and making available the Payment Form;**

As of today's date, April 21, 2026 their is no payment form available for class members to fill out on the website. There is no payment form to print out on the settlement website and send via postal mail. Without a payment form, class members who were not sent a payment election email cannot file their claim. The settlement states that third-party payment forms will not be allowed. In addition, if the claims administrator makes the payment form available online for submission, they will block class members' submissions by alleging inconsistencies in their claim forms. This is done deliberately, without any justification for the inconsistency. Ultimately, denying class members the ability to file claims online. I know from personal experience. See attached

For the following reasons listed above, I object to the settlement being approved at this time. In the alternative, I request that the court extend the time for class members to file their claims by the same amount of time that claims administration, Angeion Group, has not followed court orders and the settlement agreement. Until they make the payment form available for online submission without any blockers, and for printing and sending via postal mail.

At this time, I do not plan to appear at the final Approval Fairness Hearing, but will like my objection to be submitted.

DATE: 4-21-26

Richard Aumaitre

Add Page

I, Richard Aumaitre, a certify that the following documents have been served in the manner set forth below:

**1. OBJECTION TO THE COURT APPROVING THE SETTLEMENT AGREEMENT AT THIS TIME UNTIL THE SETTLEMENT ADMINISTRATOR ANGEION GROUP FOLLOWS THE COURT'S ORDERS AND THE SETTLEMENT AGREEMENT AS STATED BELOW**

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing documents have been served on the Court and counsel of record, who have appeared in this action, via United States Postal mail with postage fully paid on April 21, 2026

Dated: April 21, 2026.                                    Respectfully submitted,

                                                                         RICHARD AUMAITRE

| | | |
|---|---|---|
| Office of the Clerk<br>United States District Court<br>Northern District of California | 280 South 1st Street,<br>Room 2112<br>San Jose, CA 95113 | Sent via Certified Postal Mail |
| Marc A. Wallenstein<br>KOREIN TILLERY LLC | 205 North Michigan Ave.,<br>Suite 1950<br>Chicago, IL 60601 | Sent via Postal Mail<br>4/21/26 |
| Glen E. Summers<br>BARTLIT BECK LLP | 1801 Wewatta Street,<br>Suite 1200<br>Denver, CO 80202 | Sent via Email to:<br>4/21/26<br>glen.summers@bartlitbeck.com |
| Federal Cellular Class Action<br>c/o Settlement Administrator | 1650 Arch Street,<br>Suite 2210<br>Philadelphia, PA 19103 | Sent via Postal Mail:<br>4/21/26 |

Any communication, responses, or notices please send via email to:

carreraumaitre@gmail



# 2ND REQUEST REGARDING CLAIM WEBSITE NOT ALLOWING ME TO SUBMIT MY REGISTRATION FORM FOR FOR CLASS ACTION CASE

3 messages

CA <carreraumaitre@gmail.com>                                    Sun, Nov 23, 2025 at 7:04 AM
To: info@cellulardataclassaction.com

I have tried 3 times 3 different devices all three times I get the same result. I have checked my information and it is correct.

7:00

cellulardataclassaction.com/in   2   ⋮

## Signature and Attestation

### Error 403   ✕

We have detected inconsistencies with your submission and/or interactions with the website. Please try again or on a different device (and disable any privacy settings). If the problem persists, please contact us by clicking the Contact form (or emailing info@cellulardataclassaction.com) and include this submission ID: b3229909-677c-4d39-8ce7-db5c2696b059.

Close

Privacy - Terms

**Cellular Data Class Action Notice Administrator** <info@cellulardataclassaction.com>    Sun, Nov 23, 2025 at 7:05 AM
Reply-to: Cellular Data Class Action Notice Administrator <info@cellulardataclassaction.com>
To: CA <carreraumaitre@gmail.com>

Your email (2280751) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

To add additional comments, reply to this email.

---

**Cellular Data Class Action Notice Administrator** <info@cellulardataclassaction.com>    Mon, Nov 24, 2025 at 10:21 AM
Reply-to: Cellular Data Class Action Notice Administrator <info@cellulardataclassaction.com>
To: CA <carreraumaitre@gmail.com>

Thank you for contacting the Attila Csupo v. Google Class Action Administrator.

After reviewing your submission attempt, it was determined the system was ==unable to validate the provided mailing address. Please try again and verify that it is true and accurate.== If you continue to have an issue, please contact us again for further assistance.

We take the security of the claim filing process very seriously to ensure that genuine class members get their rightful amounts owed to them.

We apologize for any inconvenience this might have caused.

Thank You,
Attila Csupo et al. v. Google LLC
www.CellularDataClassAction.com

On November 23, 2025 at 3:05:24 PM UTC, carreraumaitre@gmail.com wrote:
I have tried 3 times 3 different devices all three times I get the same result. I have checked my information and it is correct.