**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, et al., | Case No. 5:20-cv-07956-VKD |
| Plaintiffs, | **DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF
NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

I, STEVEN WEISBROT, hereby declare the following:

1. I am the Founder and Executive Chairman of the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am over 21 years of age and am not a party to this action.

2. I have personal knowledge of the facts set forth herein, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion. In forming my opinions regarding the notice in this action, I have drawn from my extensive class action experience.[1]

3. Angeion was approved to serve as the Settlement Administrator pursuant to the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order"). Dkt. No. 270, at 35.

4. The purpose of this declaration is to provide the Parties and the Court with a summary of the work performed by Angeion to effectuate Notice in the above-captioned litigation pursuant to the Settlement Agreement and Release ("Settlement Agreement") and in accordance with the Preliminary Approval Order.

5. As discussed in greater detail below, Angeion successfully executed the plan of notice approved by the Court. The email notice campaign resulted in an exceptional 98.9% deliverability to email addresses provided by Google associated with class members' Android accounts, which exceed most notice deliverability results achieved in settlements Angeion has administered. Further, this declaration provides additional information regarding what will be, to the best of my knowledge, the distribution to the largest number of individuals in class action history.

6. It remains my professional opinion that the notice provided pursuant to the plan of notice approved by the Court provided proper and timely notice to Settlement Class Members well before the claims, opt-out, and objection deadlines, and was the best notice practicable under the circumstances, fully comporting with due process and Fed. R. Civ. P. 23.

---

[1] *See* Declaration of Steven Weisbrot Regarding Qualifications of Angeion Group, LLC and Proposed Notice Plan ¶¶ 3–8, Dkt. No. 260-18 ("Notice Plan Declaration").

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF
NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

**NOTICE PURSUANT TO 28 U.S.C. § 1715(b)**

7.    On February 6, 2026, Angeion caused notice of the Settlement ("CAFA Notice") to be sent to the Attorneys General of all states and territories except California, as well as the Attorney General of the United States. A true and accurate copy of the CAFA Notice is attached hereto as **Exhibit A**. No objections or other responses to the CAFA Notice were received.

**DIRECT NOTICE**

**Class Data**

8.    On March 10, 2026, Angeion was provided by Google with 500 data files that contained approximately 150,611,815 email address records associated with Android accounts during the class period. Angeion combined the records from the data files and analyzed the aggregated data to: (a) identify duplicative records; (b) exclude records associated with class members in the litigation captioned *Csupo et al v. Google LLC*, Santa Clara Superior Court Case No. 19CV352557; and (c) identify records with invalid email addresses. The results of Angeion's analyses are summarized in the table below:

| Description | Count |
|---|---|
| Records Received | 150,611,815 |
| Duplicative Email Records | -94,808 |
| Csupo Class Members | -20,935 |
| **Unique Non-Csupo Records** | **150,496,072** |
| Records with Invalid Email Addresses | 16,215,495 |
| **Records with Valid Email Addresses** | **134,280,577** |

9.    The 134,280,577 unique records with valid email addresses comprised the Settlement Class List that was used to effectuate notice via email ("Email Notice").[2]

**Email Notice**

10.    To optimize deliverability, Angeion strategically staggered the release of the Email Notices, starting with a smaller number of emails and gradually increasing the volume of emails

---

[2] The 134,280,577 unique records with valid email addresses represents approximately 89.23% of all unique non-Csupo records, exceeding the approximate 77.4% that was anticipated to be received based on Angeion's experience handling the Csupo matter. *See* Notice Plan Declaration, ¶ 23.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

sent to a given domain. It has been our experience that this form of "priming" or "warming up" serves to minimize the probability of ISPs blocking email notices.

11.    Angeion initially received reports of email notices sent to Gmail accounts being blocked by Google's spam filters. Angeion promptly worked diligently with Google to rectify the situation, and then re-sent email notices to the email addresses that were initially blocked.

12.    Between March 24, 2026, and April 9, 2026, Angeion disseminated Email Notice to the 134,280,577 records with valid email addresses on the Settlement Class List. A true and correct copy of the Email Notice is attached hereto as **Exhibit B**. A true and correct copy of the Long Form Notice available on the case website is attached hereto as **Exhibit C.**

13.    As a result of the above-described efforts, a total of 132,788,260 Email Notices were successfully delivered, representing 98.9% deliverability, while 1,492,317 Email Notices were unable to be delivered, representing only 1.1% of Email Notices sent. The 98.9% deliverability rate achieved in this Settlement is exceptional and exceeds the results typically achieved in comparable settlement notice programs.[3]

**Supplemental Class Data**

14.    On May 13, 2026, Angeion received supplemental data from Google at the request of Class Counsel, which included names and phone numbers associated with Settlement Class Member email addresses previously provided. This supplemental data allowed further deduplication and enabled Angeion to conduct an Email Change of Address ("ECOA")[4] for records associated with undeliverable Email Notices. Angeion's analysis of the Supplemental Data is summarized in the table below:

[3] Through the April 30 invoice, Angeion has invoiced $583,623.09 in costs for the notice campaign that has already occurred, including providing email notice, the media campaign, case website.

[4] Prior to receiving the supplemental data, ECOA was not plausible since the process requires additional data fields such as name and phone number, which are used to verify potential alternative email addresses that are associated with the same individual.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

| Description | Count |
|---|---|
| Records Received | 150,611,815 |
| Duplicative individuals | -3,906,341 |
| Csupo Class Members | -64,135 |
| **Unique Non-Csupo Class Members** | **146,641,339** |
| Unique Class Members with Undeliverable Email Addresses without additional data points | 13,697,448 |
| Unique Class Members with Undeliverable Email Addresses and additional data points for ECOA | 3,778,806 |
| **Unique Class Members with Deliverable[5] Email Addresses** | **129,165,085** |
| Unique Class Members with Valid email addresses after ECOA | 809,063 |
| Additional Duplicative individuals after ECOA | -136,423 |
| **Total Unique Class Members with Valid Email Addresses (After ECOA)** | **129,974,148** |

15.   As illustrated in the chart above, the additional data allowed for 3,906,341 duplicate entries on the Settlement Class List to be removed, and for 64,135 members of the *Csupo* class to be identified and removed from the Settlement Class List, resulting in a total reduction of 3,970,476 entries. The supplemental data received also allowed 3,778,806 records (786,844 from undeliverable emails and 2,991,962 invalid emails) to be subjected to the ECOA process, which identifies alternative valid email addresses associated with an individual using data points provided. Of the 3,778,806 records submitted through the ECOA process, Angeion received 672,640 updated valid email addresses updating the total count of unique Settlement Class Members able to be attempted a Distribution equal to **129,974,148**.

## MEDIA CAMPAIGN

16.   In accordance with the approved plan of notice, on March 24, 2026, Angeion commenced a state-of-the-art digital media campaign that utilized the Meta platforms (Facebook, Instagram, and Threads) to serve advertisements about the Settlement to individuals most likely to be Settlement Class Members. The social media advertisements were

---

[5] Angeion defines "Deliverable" as records with a validated email address that was not returned as undeliverable in the initial Notice.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

complemented by a paid search campaign that directed individuals looking for information about the Settlement to the dedicated Settlement Website. *See* Notice Plan Declaration ¶¶ 26-35.

17.    The media campaign concluded on April 20, 2026, and served approximately 13,404,026 combined impressions. The 13.4 million impressions achieved **exceeded** the approximate 12 million impressions the media campaign was designed to deliver. True and accurate copies of the social media advertisements are attached hereto as **Exhibit D**.

18.    In addition to the notice efforts described herein, this Settlement has garnered significant media through various media outlets, social media and online readership. Members of our media team used advanced software to assess the overall media coverage of this Settlement (*e.g.*, "earned media").  Through that software it was determined that from April 1, 2026 through June 11, 2026, the Settlement has received approximately 2,236 total mentions across online, broadcast, and social sources generating an estimated potential reach of approximately 7.27 billion in online readership, but since not everyone who visits a particular website reviews the specific coverage at issue, it is unknown how many users reviewed the pieces of coverage. Attached hereto as **Exhibit E** is a summary of the earned media garnered, as well as highlights of the earned media.

**SETTLEMENT WEBSITE**

19.    Pursuant to the approved plan of notice, on March 24, 2026, Angeion established the following website devoted to this Settlement, www.federalcellularclassaction.com ("Settlement Website"). The Settlement Website contains information about the Settlement, including (1) the long form Notice, (2) important dates and deadlines including the opt-out and objections deadlines and date of the final approval hearing, (3) important documents, including key case pleadings,[6] the opt-out form,[7] the optional payment election form (in both English and

---

[6] The pleadings provided were the First Amended Class Action Complaint, Defendant's Answer to Plaintiffs' First Amended Complaint, Plaintiffs' Motion for Preliminary Approval, Plaintiffs' Motion for Stay, Order Denying Plaintiffs' Motion for Stay, Order Granting Plaintiffs' Motion for Preliminary Approval, and Plaintiffs' Motion for Fees, Costs, and Incentive Awards.

[7] A true and correct copy of the opt-out form is attached as **Exhibit F**.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

Spanish),[8] and instructions on how to file objections, and (4) answers to frequently asked questions. The Settlement Website also allows Settlement Class Members to electronically submit an optional payment election form via a secure online portal. Additionally, the Settlement Website also includes a "Contact Us" page which Settlement Class Members can use to submit additional questions regarding the Settlement to a dedicated email address: Info@FederalCellularClassAction.com. The Settlement Website also features a customized chatbot to expedite responses to routine questions from Settlement Class Members.

20.    As of June 11, 2026, the Settlement Website had 1,901,607 page views and 804,237 sessions, which represents the number of individual sessions initiated by all users.

**Email Correspondence and Additional Considerations**

21.    As of June 11, 2026, Angeion has received approximately 76,749 emails regarding the Settlement. Angeion has responded promptly to every email received by a Settlement Class Member and will continue to do so.

22.    As of June 11, 2026, the Parties and Angeion received emails from approximately 29,340 individuals who asserted that they were Settlement Class Members, had not received Notice, and wished to participate in the class. These individuals believed they met the criteria for inclusion in the Settlement and sought information regarding their eligibility and ability to participate in the Settlement.

23.    Of those, 14,212 individuals were determined to have email addresses on the Settlement Class List to which the Settlement Administrator had already sent Notice. Those 14,212 individuals were provided with Notice again, including the credentials (specifically a Notice ID and Confirmation Code) necessary to submit an optional payment election form.

24.    The remaining 15,128 individuals were provided a link to an online webform launched on May 13, 2026 that allowed them to submit documentation supporting their claim of class member status, such as screen shots showing their email address and phone number associated with their Android phone. The link also afforded the ability to submit the optional

---

[8] The Spanish-language version of the exclusion form was posted to the website on May 19, 2026 at the request of Class Counsel and in response to a request from objector Christopher Andrews.

payment election form.[9] A true and correct copy of the online webform is attached hereto as **Exhibit G**. Of the 15,128 individuals who were provided the link, 2,724 have submitted documentation, and their submissions are pending review..

## TOLL-FREE NUMBER

25. On March 24, 2026, Angeion established the following toll-free line dedicated to this case: **1-844-655-4255**. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and other essential information regarding the Settlement. The toll-free line is accessible 24 hours a day, 7 days a week.

26. As of June 11, 2026, there have been 39,128 calls to the toll-free number.

## PAYMENT ELECTION SUBMISSIONS

27. As of June 11, 2026, Angeion has received 395,231 completed payment election forms, 392,505 from Settlement Class Members on the list provided by Google, and 2,726 from individuals who manually submitted evidence of class membership. Angeion will continue to keep the parties apprised of the number of completed payment election forms received. These submissions are still subject to final audits, including assessment for completeness, eligibility, and a review for duplicate submissions. A true and correct copy of the online Payment Election Form is attached as **Exhibit H**.

## REQUESTS FOR EXCLUSION

28. The deadline for Settlement Class Members to request exclusion from the Settlement was May 29, 2026 (postmark date).

29. To date, Angeion has received and processed 119 timely requests for exclusion from the Settlement. A list containing the names of these individuals who requested exclusion from the Settlement is attached hereto as **Exhibit I.**

---

[9] Among the persons provided this link are objectors Varga, Walker, Ammon, Hamilton, Andrews, Peralez, Davis, Price, Cisson, Walker, Brown, Davidson, Ford, Bekendam, and Castorina, all of whom stated or suggested that they did not receive notice by email.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF
NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

30. The exclusion rate is only 0.000095 of the Settlement Class, which is an exceptionally low rate, and is among the lowest rates of exclusion about which I am aware for a settlement class of this size.

## OBJECTIONS TO THE SETTLEMENT

31. The deadline for Settlement Class Members to object to the Settlement was May 29, 2026 (postmark date).

32. As of June 11, 2026, Angeion has received or been made aware of 51 objections. Any Objection received directly by Angeion was promptly provided to the parties. A list containing the names of these individuals who objected to the Settlement is attached hereto as **Exhibit J**.

33. Objectors who claimed not to have received notice and who were not members of the *Csupo* settlement class or listed on the Settlement Class List have been provided credentials by Angeion to allow them to provide evidence of class membership to participate in the settlement in this case. These objectors include Varga, Stoltzfus, Walker, Ammon, Hamilton, Andrews, Peralez, Cisson, Dillman, Walker, Davidson, Ford and Bekendam. None have provided such evidence to date. Objectors Brown and Davis are not on the Settlement Class List and did not list email addresses, so the Settlement Administrator called each of them on June 9, 2026 and June 12, 2026 and left voicemail messages in an effort to provide them with credentials to upload evidence of class membership. Neither have responded or otherwise provided evidence of class membership to date. In addition, Objector Byars, Sussman, Focia, Ritter, Mawe, Price, Castorina and Blake are not on the Settlement Class List but did not request (and have not been sent) credentials, and have not provided evidence of class membership to date. Messenger whose objections were never filed on the docket-is on the Settlement Class List.

34. The objection rate is only 0.000035% of the Settlement Class, which is an exceptionally low rate, and is among the lowest objection rates about which I am aware for a settlement class of this size.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

**CALCULATION**

35.    Pursuant to § 3.8 of Settlement Agreement and in accordance with the Plan of Allocation, the Settlement Fund, including all accrued interest, shall be applied to pay all Notice and Administration Costs, as approved by the Court, and any Fee Award and Service Awards (with interest accrued thereon, if awarded by the Court). The funds remaining after these payments constitute the Net Settlement Proceeds which shall be used to issue Settlement Payments to Settlement Class Members. Each eligible Settlement Class Member shall be allocated a *pro rata* share of the Net Settlement Proceeds.

**DISTRIBUTION**

36.    Subject to the Court's final approval of the Settlement, Angeion is prepared to execute the plan of allocation proposed at preliminary approval. *See* Ex. F, ECF 260-24 (Plan of Allocation).

37.    The data provided by Google, following de-duplication, plus the additional persons who have submitted documentation in support of a claim of class membership, has produced a Settlement Class List of 129,974,148 individual persons. This number remains subject to refinement including after documentation supported in support of claims of class membership are reviewed.

38.    As explained more fully in my prior declaration and the preliminary approval papers, when individual awards are distributed, payments will simply appear in many Settlement Class Members existing PayPal or Venmo accounts, or their Zelle-connected bank accounts. Settlement Class Members may need to click on an app notification or follow a hyperlink in an email message to accept the pending payments, but the payments will be sent without Settlement Class Members having to take any action.

39.    We continue to estimate that payments will be successfully made to between 55% and 80% of the Settlement Class, or roughly 71.5 million to 104 million Settlement Class Members.

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)

**ADMINISTRATION EXPENSES**

40.    Angeion's estimated administrative fees of $9.27 million at the preliminary approval stage were based on a single round of distributions, a class size of 100 million individuals, and a 68% payment success rate (the midpoint of our estimated range of 55-80% success). As discussed above, there are 129,974,148 Settlement Class Members who preliminarily appear eligible to receive a Settlement Payment, which exceeds the 100 million estimate applied at the preliminary approval stage. Because each successful individual distribution triggers a transaction fee payable to a third-party payment processor, the larger class size will result in higher administrative costs than estimated at the preliminary approval stage. Attached as **Exhibit K** is a table summarizing the estimated individual awards and administrative costs depending on the overall payment success rate. As shown on Exhibit K the estimated administrative costs are now approximately $12.62 million applying the same assumptions (68% payment success and a single round of distributions).

41.    As shown in Exhibit K, Angeion currently anticipates that the initial round of distributions will be a minimum of $0.64 per class member (net of transaction fees). *See* Exhibit K. If a second round of distributions is conducted (which will be cost-effective only if the payment success rate is approximately 65% or less) the total individual distributions could increase to $1.06 per class member or more. *See* Exhibit K.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 12, 2026

_____
STEVEN WEISBROT

DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC RE: IMPLEMENTATION OF NOTICE PLAN & SETTLEMENT ADMINISTRATION (Case No. 5:20-CV-07956-VKD)