# Exhibit A



**1650 Arch Street • Suite 2210 • Philadelphia PA 19103**
**www.angeiongroup.com**

February 6, 2026

VIA USPS PRIORITY MAIL

United States Attorney General & Appropriate Officials


**Re: Notice of Proposed Class Action Settlement**

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Taylor, et al. v. Google LLC*
> **Case No.:** 5:20-cv-07956
> **Jurisdiction:** United States District Court, Northern District of California, San Jose Division
> **Date Settlement Filed with Court:** January 27, 2026

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://cafa.angeiongroup.com/taylor-et-al-v-google-llc/:

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The *Class Action Complaint* was filed with the Court on November 12, 2020. The *First Amended Class Action Complaint* was filed with the Court on December 13, 2021.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** A hearing has been scheduled for February 17, 2026, at 10:00 a.m.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Email Notice, Long Form Notice, Exclusion Form, Payment Election Form,* and *Declaration of Steven Weisbrot Re: Qualifications of Angeion Group, LLC & Proposed Notice Plan* were filed with the Court on January 27, 2026.

Notice of Proposed Class Action Settlement

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Settlement Agreement and Release, Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support, Declaration of Glen E. Summers in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Declaration of Graeme W. Bush in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement,* and *Declaration of Jeffery A. Stec in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* were filed with the Court on January 27, 2026. All documents are also available at https://cafa.angeiongroup.com/taylor-et-al-v-google-llc/.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the Settlement Agreement, there are no other settlements or agreements made between class counsel and counsel for the defendant.

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** As of the date of this Notice, no Final Judgment or notice of dismissal has been entered in this case.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** As of the date of this Notice, and as reflected in Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support, there are an estimated 105,000,000 persons potentially in the Settlement Class. Attachment A to this Notice shows an estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement, based on U.S. Census data and the 105,000,000 estimated total Settlement Class. Google may supplement these estimates in the future if further relevant data becomes available. Class member awards will be distributed on a pro rata basis to class members (up to a $100 per class member limit) who do not opt out of the Settlement.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion concerning the proposed settlement at this time. The [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is available at https://cafa.angeiongroup.com/taylor-et-al-v-google-llc/.

If you have any questions regarding the details of this notice, please contact Defendant Google LLC's counsel at:

Cooley LLP

Notice of Proposed Class Action Settlement

Attn: Whitty Somvichian
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
wsomvichian@cooley.com

If you need assistance accessing the CAFA website, please contact Angeion Group at:

**Angeion Group**
1650 Arch Street, Suite 2210
Philadelphia PA 19103
www.angeiongroup.com
CAFA@angeiongroup.com

Notice of Proposed Class Action Settlement

# Attachment A

Notice of Proposed Class Action Settlement

**CAFA Notice – Attachment A**

The Settlement Class size range is estimated to be approximately 105 million individuals. *See* Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authority in Support, ECF No. 260 at 23, *Taylor v. Google LLC*, Case No. 5:20-cv-07956-VKD (N.D. Cal. Jan. 27, 2026) (estimating the class size to be 105 million people). The below chart reflects each state's proportional share of the estimated Settlement Class size (based on the estimated total Settlement Class size of 105 million people and U.S. Census data[1]).

| State | Estimated Percentage of Settlement Class Size | Estimated Number of Settlement Class Members |
|---|---|---|
| Alabama | 1.72% | 1,802,979 |
| Alaska | 0.24% | 255,972 |
| Arizona | 2.52% | 2,646,900 |
| Arkansas | 1.03% | 1,081,419 |
| Colorado | 1.99% | 2,087,491 |
| Connecticut | 1.22% | 1,280,603 |
| Delaware | 0.35% | 368,003 |
| District of Columbia | 0.23% | 240,825 |
| Florida | 7.76% | 8,145,912 |
| Georgia | 3.74% | 3,924,182 |
| Hawaii | 0.47% | 497,458 |
| Idaho | 0.67% | 704,700 |
| Illinois | 4.21% | 4,415,937 |
| Indiana | 2.31% | 2,421,060 |
| Iowa | 1.07% | 1,124,330 |
| Kansas | 0.98% | 1,033,656 |
| Kentucky | 1.52% | 1,599,449 |
| Louisiana | 1.53% | 1,603,381 |
| Maine | 0.47% | 491,228 |
| Maryland | 2.07% | 2,175,255 |
| Massachusetts | 2.37% | 2,483,814 |
| Michigan | 3.35% | 3,516,283 |
| Minnesota | 1.93% | 2,024,248 |
| Mississippi | 0.98% | 1,025,650 |
| Missouri | 2.07% | 2,177,058 |
| Montana | 0.38% | 397,424 |
| Nebraska | 0.67% | 700,628 |
| Nevada | 1.09% | 1,139,537 |
| New Hampshire | 0.47% | 491,390 |
| New Jersey | 3.16% | 3,315,029 |

[1] U.S. Census data comes from *Estimates of the Total Resident Population and Resident Population Age 18 Years and Older for the United States, Regions, States, District of Columbia, and Puerto Rico: July 1, 2025* at https://www2.census.gov/programs-surveys/popest/tables/2020-2025/state/detail/SCPRC-EST2025-18+POP.xlsx

Notice of Proposed Class Action Settlement

| | | |
|---|---|---|
| New Mexico | 0.70% | 737,948 |
| New York | 6.61% | 6,944,609 |
| North Carolina | 3.70% | 3,887,803 |
| North Dakota | 0.26% | 277,528 |
| Ohio | 3.93% | 4,131,718 |
| Oklahoma | 1.36% | 1,431,557 |
| Oregon | 1.41% | 1,483,739 |
| Pennsylvania | 4.32% | 4,534,082 |
| Rhode Island | 0.37% | 386,949 |
| South Carolina | 1.84% | 1,933,934 |
| South Dakota | 0.31% | 324,654 |
| Tennessee | 2.42% | 2,539,709 |
| Texas | 10.49% | 11,009,279 |
| Utah | 1.17% | 1,228,666 |
| Vermont | 0.21% | 223,819 |
| Virginia | 2.94% | 3,083,069 |
| Washington | 2.65% | 2,777,861 |
| West Virginia | 0.58% | 613,186 |
| Wisconsin | 1.97% | 2,073,682 |
| Wyoming | 0.19% | 204,408 |