# Exhibit D

**Programmatic Ads**



**Facebook Ads**









**Instagram Ads**









**Threads Ads**

 angeion_group Ad
Federal Cellular Class Action: If you used an Android device while living in the U.S. outside California anytime since November 2017, you may be eligible.

If you used an Android device while living in the U.S. outside California anytime since November 2017, you may be eligible.

LEARN MORE

federalcellularclassaction.com
Taylor v. Google LLC

 angeion_group Ad
Federal Cellular Class Action: If you used an Android device while living in the U.S. outside California anytime since November 2017, you may be eligible.



federalcellularclassaction.com
Taylor v. Google LLC

 angeion_group Ad
Federal Cellular Class Action: If you used an Android device while living in the U.S. outside California anytime since November 2017, you may be eligible.



federalcellularclassaction.com
Taylor v. Google LLC

 angeion_group Ad
Federal Cellular Class Action: If you used an Android device while living in the U.S. outside California anytime since November 2017, you may be eligible.

If you used an Android device while living in the U.S. outside California anytime since November 2017, you may be eligible

LEARN MORE

federalcellularclassaction.com
Taylor v. Google LLC