# Exhibit E



# Google Taylor Media Monitoring



## Overview



**Total Mentions**
Apr 1, 2026 - Jun 11, 2026 |Mentions

**2.24K** ↑ 67.6%
Previous period **1.34K**



**Total Reach**
Apr 1, 2026 - Jun 11, 2026 |Reach

**7.27B** ↑ 119%
Previous period **3.32B**



**Total Social Echo**
Apr 1, 2026 - Jun 11, 2026 |Social Echo

**654** ↓ 43.2%
Previous period **1.15K**

## Media Mentions & Potential Reach



**Total Mentions by Source Type**
Apr 1, 2026 - Jun 11, 2026 |Mentions

| | | | | | |
|---|---|---|---|---|---|
| 1 | News - Online | 906 | ↑ 17.7% | | 40.4% |
| 2 | X | 376 | ↑ 121% | | 16.8% |
| 3 | Reddit | 318 | ↑ 122% | | 14.2% |
| 4 | Broadcast - TV | 307 | ↑ 116% | | 13.7% |
| 5 | Bluesky | 149 | ↑ 148% | | 6.64% |
| 6 | Broadcast - Radio | 104 | ↑ 700% | | 4.63% |
| 7 | YouTube | 37 | ↑ 131% | | 1.65% |



**Total Mentions Trend by Source Type**
Apr 1, 2026 - Jun 11, 2026 |Mentions

● News - Online  ● X  ● Reddit  ● Broadcast - TV  ● Bluesky  ● Broadcast - Radio  ● YouTube  ● Blogs  +4 ▾

**Total Estimated Views**
Apr 1, 2026 - Jun 11, 2026 |Estimated Views



**2.5M**  ↑ 80.3%
Previous period **1.39M**

**Top Keyword Sentiment**
Apr 1, 2026 - Jun 11, 2026 | Mentions

● Positive   ● Negative



**Share of Total Engagement**
Apr 1, 2026 - Jun 11, 2026 |Total Engagement



**22,813**
total engagements

Reactions 47.5%
Likes 41.5%
Replies 9.8%
Shares 0.6%
Reposts 0.6%
Quotes 0.1%

**Mentions and Estimated views trend**
Apr 1, 2026 - Jun 11, 2026 |Mentions, Estimated Views

● Mentions   ● Estimated Views

## Sentiment Overview

### Sentiment Trend
Apr 1, 2026 - Jun 11, 2026 |Mentions



### Sentiment Breakdown
Apr 1, 2026 - Jun 11, 2026 |Mentions



| | | |
|---|---|---|
| Neutral | 1.94K | 86.2% |
| Positive | 198 | 8.82% |
| Negative | 110 | 4.9% |
| Not Rated | 1 | 0.04% |

### Sentiment by Source Type
Apr 1, 2026 - Jun 11, 2026 |Mentions

Neutral   Positive   Negative   Not Rated



| | | |
|---|---|---|
| 1 | News - Online | 110 / 759 |
| 2 | X | 321 |
| 3 | Reddit | 249 |
| 4 | Bluesky | 125 |
| 5 | News - Print | |
| 6 | LinkedIn | |
| 7 | YouTube | |
| 8 | Blogs | |
| 9 | Broadcast - Radio | 104 |
| 10 | Broadcast - TV | 306 |

< 1-10 of 12 >

### Top Keywords by Sentiment
Apr 1, 2026 - Jun 11, 2026 |Mentions

Neutral   Positive   Negative



| | | |
|---|---|---|
| 1 | settlement | 126 / 701 |
| 2 | android users | 102 / 475 |
| 3 | payment | 90 / 373 |
| 4 | lawsuit | 554 |
| 5 | cellular data | 520 |
| 6 | users | 452 |
| 7 | android operating s... | 296 |
| 8 | final approval hearing | 320 |
| 9 | mobile device | 303 |
| 10 | class member | 265 |

## Featured Mentions

Apr 1, 2026 - Jun 11, 2026 |Sort by reach



**MSN.com** • Melanie Love Salazar
News | US | May 22, 5:01 AM

**Had an Android after 2017? You may qualify for part of a $135M settlement.**
Northern District of California. Plaintiffs allege "Google's Android operating system causes Android mobile devices to transfer a variety of

86.86M Reach  0 Social Echo



**MSN.com** • Cristela Jones
News | US | May 31, 10:02 PM

**Report: Evolving Texas city nears No. 1 as best in US to launch a small...**
demands return of no-phones rule Last day for Android users to act on $135M Google settlement Spurs Western Conference Finals Game 7: Dick

86.86M Reach  0 Social Echo



**MSN.com** • Anna Gragert
News | US | May 11, 9:16 PM

**Android owners: You could get part of Google's $135 million data settlement**
a new settlement could mean payouts for another 100 million people. A class action lawsuit alleging "Google caused Android mobile devices

86.86M Reach  0 Social Echo



**MSN.com** • Dan Mitchell
News | US | May 18, 2:00 PM

**Google to pay $135 million in Android legal settlement**
Google to pay $135 million in Android legal settlement

86.86M Reach  0 Social Echo



**MSN.com** • Connor Greene
News | US | May 27, 6:09 PM

**100 million people could qualify for a piece of Google's $135 million...**
for the settlement? You may be eligible for payment under Google's settlement if you are a U.S. resident and used an Android device with a

86.86M Reach  0 Social Echo



**MSN.com** • Marty Spargo
News | US | May 28, 10:00 AM

**Google's $135 million Android settlement puts user privacy back i...**
settlement draws attention Android settlement draws attention ©wolterke/Depositphotos Google's proposed $135 million Android...

86.86M Reach  0 Social Echo



**MSN.com** • Liz Hardaway
News | US | May 28, 4:06 PM

**State police, DEEP respond to Chester marina for report of body in...**
no confidence in system's leadership Deadline to object to Google's $135 million settlement over Android users' data is Friday Sign up for

86.86M Reach  0 Social Echo



**MSN.com** • Jayden Nguyen
News | US | May 28, 1:23 PM

**Deadline to object to Google's $135 million settlement over Android user...**
The deadline for eligible Android users to object to Google's $135 million settlement is Friday. The class-action lawsuit against Google

86.86M Reach  0 Social Echo



**MSN.com** • Sanuj Bhatia
News | US | Apr 8, 4:00 PM

**Google's $135M Android data settlement is getting closer, and you...**
payment method for their settlement payouts as Google comes close to settling the $135 million Android data case. Google has been facing a

84.15M Reach  0 Social Echo



**MSN.com** • Michael Kan
News | US | Apr 8, 2:13 PM

**Google owes you money from a $135M cellular data settlement. Ho...**
If you're an Android phone user in the US, Google could owe you some money as part of a $135 million class-action settlement. Google agreed

84.15M Reach  0 Social Echo