# Exhibit F

<table>
<tr><td>

**Your Request for Exclusion must be <u>Postmarked by</u>:**

**<u>May 29, 2026</u>**

</td><td>

*Taylor v. Google LLC,*
Case No. 5:20-CV-07956-VKD
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**FEDERAL CELLULAR CLASS ACTION
REQUEST FOR EXCLUSION**

</td><td>

**EXCLUSION**

</td></tr>
</table>

**Instructions:**

Mail your completed, signed and dated Exclusion Form postmarked on or before **May 29, 2026** to:

Federal Cellular Class Action
ATTN: OPT OUTS
P.O. Box 58220
Philadelphia, PA 19102

## I.  SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name, mailing address, telephone, email address, and Notice ID (if known).

**First Name**                    **Last Name**

**Street Address**

**City**                    **State**                    **Zip Code**

**Email Address**

**Telephone Number**                    **Notice ID**

## II.  SIGNATURE

By signing below in ink and submitting this Request for Exclusion form, I swear under penalty of perjury that I am a natural person who, while residing in the United States outside the state of California, has used a mobile device running the Android operating system to access the internet through cellular data networks operated by mobile carriers, at any time from November 12, 2017, to the present and wish to exclude myself from the Class and do not wish to participate in this Class Action (*Taylor v. Google LLC,* Case No. 5:20-cv-07956-VKD (N.D. Cal.)). I understand that by submitting this Request for Exclusion, I will not receive a Settlement payment.

| Signature | Printed Name | Date |
|---|---|---|

**QUESTIONS? VISIT  www.FederalCellularClassAction.com OR CALL TOLL-FREE 1-844-655-4255**