# Exhibit G

# Joseph Taylor, et al., v. Google LLC.

Case No. 5:20-cv-07956-VKD (N.D. Cal.)

United States District Court, Northern District of California, San Jose Division

**Home**    **Payment Election**    **Important Documents**    **FAQs**    **Contact**

You have indicated that you believe you are a class member, but did not receive a Notice containing credentials to elect a payment method. Please provide all the information requested below. Providing this information does not guarantee you are a class member or that you will receive a payment from this settlement, but it will allow us to investigate further. If you do not provide all the requested information, you will not be eligible for a payment.

Please add the email, *Confirmation@federalcellularclassaction.com*, to your contact list to ensure that future correspondence is delivered to your inbox.

## CONTACT INFORMATION

Please provide your contact information in case the Settlement Administrator needs to contact you about your Settlement payment.

**\* Required Fields**

First Name*

Last Name*

Street Address 1*

Street Address 2

City*

State*

Zip Code*

Country*

United States

Email Address*

Confirm Email Address*

Phone Number*

## GOOGLE PLAY ACCOUNT

Please state whether you have a Google Play account.*

--SELECT--

## ADDITIONAL EMAIL ADDRESS(ES)

Please provide any additional email addresses associated with your Android mobile device, including emails used to set up the device or to access Google Play. It is very important that you provide this information, even if you no longer have access to the email accounts, because we may be able to use those other email addresses to identify you as a class member.

| Email Address(es) |
| --- |

Email Address

Email Address

Email Address

⊕ Additional Email Addresses    ⊖ Delete Row

## ADDITIONAL PHONE NUMBERS

Please list any additional phone numbers that may have been associated with your Android device.

| Phone Number(s) |
| --- |

Phone Number

Phone Number

Phone Number

⊕ Additional Phone Numbers    ⊖ Delete Row

## SUPPORTING DOCUMENTATION

Please provide supporting documentation that shows the email address and phone number associated with your Android device.

Acceptable documentation includes screen shots from your Android phone showing:
   a. the "Home Screen" and "Account Profile" page of the Google Play Store, with your email address; and
   b. the "About Phone" page in your Android phone's settings, with your phone number.

If you need help locating these screens, please follow **these instructions**↗, which include examples of acceptable documentation.

**Accepted file types are:** PDF, TIF, JPG, GIF, PNG. *Other file types will be rejected.*

1. After taking the screen shots, click on "Choose File" below.

2. Then select the first screen shot you took, and write "Account Profile" or "About Phone" under "File Description".

3. Next, click "Add File".

4. You will now see this screen shot appear under the "File List" below.

5. Repeat the above process for each screen shot that you took, one after the next.

6. After you are done, double-check that all the screen shots you took have been successfully uploaded by checking for them on the "File List."

Select File for Upload:

| Choose File | No file chosen |
|---|---|

File Description:

| | Add File |
|---|---|

**File List:** No Files Selected

## PLEASE SELECT ONE OF THE FOLLOWING PAYMENT OPTIONS



VERIFICATION AND ATTESTATION UNDER OATH

By signing below and submitting this Payment Election Form, I hereby swear under penalty of perjury under the laws of the United States of America that:

- I am a natural person in the United States, who has used a mobile device running the Android operating system to access the internet through cellular data networks operated by mobile carriers at any time from November 12, 2017, to the date this Settlement receives final approval, excluding persons who are class members in Csupo v. Google LLC, Case 5:20-cv-07956-VKD, Santa Clara Superior Court Case, No. 19CV352557, a similar lawsuit involving residents of California.
- I did not receive a Notice or other confirmation I was a Class Member, but I truly believe I am a class member meeting the above definition and entitled to this Settlement.
- All the information provided on this Form, including any accompanying supporting documentation, is true and correct.
- Nobody including myself has submitted another claim in connection with this Settlement on my behalf.
- I understand the Claims Administrator may contact me requesting further information to validate my submission.
- I understand submitting this form does not guarantee I am a Class Member or that I will receive any payment in this Settlement.

 **Electronic Signature Notice**

By typing your name below and submitting this form, you agree that this constitutes your electronic signature.

| TYPE YOUR FULL NAME | | Submit |
| --- | --- | --- |
| Signature* | Date | |

© 2026 | Privacy Policy | Version 3.10.3