# Exhibit H

# Joseph Taylor, et al., v. Google LLC.

Case No. 5:20-cv-07956-VKD (N.D. Cal.)

United States District Court, Northern District of California, San Jose Division

Home | **Payment Election** | Important Documents | FAQs | Contact

> Please add the email, *Confirmation@federalcellularclassaction.com*, to your contact list to ensure that future correspondence is delivered to your inbox.

## CONTACT INFORMATION

Please provide your contact information in case the Settlement Administrator needs to contact you about your Settlement payment.

**\* Required Fields**

First Name*

Last Name*

Street Address 1*

Street Address 2

City*

State*

Zip Code*

Country*

United States

Email Address*

Confirm Email Address*

Phone Number*

## PLEASE SELECT ONE OF THE FOLLOWING PAYMENT OPTIONS

**Payment Options**



No bank account required ⓘ

No bank account required ⓘ

Direct to your bank account ⓘ

USE PAYPAL | USE VENMO | USE DIRECT DEPOSIT

Direct to your bank account ⓘ

Most widely accepted virtual prepaid card ⓘ
Use with Apple Pay, Google Pay, Samsung Pay

USE ZELLE | GET A PREPAID MASTERCARD

Case 5:20-cv-07956-VKD    Documentati3 030s-e1p0h TayFoirleeladl.0,6L/L1C2./26  Page 3 of 3

# VERIFICATION AND ATTESTATION UNDER OATH

By signing below and submitting this form, I hereby swear under penalty of perjury that I am the person identified above and the information provided in this form is true and correct.

> **ⓘ Electronic Signature Notice**
> By typing your name below and submitting this form, you agree that this constitutes your electronic signature.

| TYPE YOUR FULL NAME | | Submit |
|---|---|---|
| Signature* | Date | |

© 2026 | Privacy Policy | Version 3.10.3