# Exhibit J

| COUNT | FIRST NAME | LAST NAME | COURT DOC NO |
|---|---|---|---|
| | OBJECTION LIST | | |
| 1 | RICHARD | AUMAITRE | 282 |
| 2 | MELANIE | KRAUSE | 283 |
| 3 | JOSEPH | STOLTZFUS | 284 |
| 4 | DARREN SCOTT | MAYNARD | 285 |
| 5 | JUSTIN DARREN | MAYNARD | 286 |
| 6 | NATHAN | BYARS | 288 |
| 7 | ANDRE | HAWKINS JR. | 289 |
| 8 | DESMOND AYESAN | OMABEGHO | 290 |
| 9 | BRIAN | LAWSON | 274 |
| 10 | BRIAN | LAWSON | 287 |
| 11 | CARMEN | LONG | 276 |
| 12 | CHRISTOPHER LEE | BROWN | 280 |
| 13 | ELIZABETH | RITTER | N/A |
| 14 | GEORGE CHRISTOPHER | WARRINGTON | 277 |
| 15 | JOSEPH | VARGA | 273 |
| 16 | RYAN | MESSENGER | N/A |
| 17 | TAYLOR ROSS | JACOBS | 279 |
| 18 | VELLUM | WALKER | 275 |
| 19 | BRANDON TYLER | WALKER | 291 |
| 20 | IKEEM | FLOURNOY | 293 |
| 21 | DAVID E | MAWE | 294 |
| 22 | ARIEL | AMMON | 296 |
| 23 | ANDREW ROBERT | HAMILTON | 297 |
| 24 | JOSEPH R | RENFORT, JR. | 301 |
| 25 | CHRISTOPHER LEE | ANDREWS | 302 |
| 26 | MATTHEW | PERALEZ | 303 |
| 27 | JOSHUA KEITH | KIRKLEY | 304 |
| 28 | TROY | SCHEFFLER | N/A |
| 29 | STEPHANIE | BEKENDAM | N/A |
| 30 | NAILA | CASTORINA | N/A |
| 31 | ALEX | PLOTKIN | 305 |
| 32 | JIMMY RAY | DAVIS JR. | 306 |
| 33 | CRYSTAL LEIGH | QUATE | 307 |
| 34 | SETH RICHARD | CARPENTER | 308 |
| 35 | DAVID E | MAWE | 310 |
| 36 | JIMMIE A. | MCCORVEY | 312 |
| 37 | CHRISTOPHER NICOLAS | PRICE | 313 |
| 38 | WILLIAM H. | CISSON | 314 |
| 39 | JOANNE | FABER | 316 |
| 40 | A.M. | LAUDERDALE | 315 |
| 41 | GEORGE | DILLMAN | 317 |
| 42 | ROSE | DAVIDSON | 318 |

| 43 | CHAD | TEPFER | 319 |
| 44 | JOANNE | FABER | 320 |
| 45 | STALINA | FORD | 321 |
| 46 | MARY LOUISE | COAK | 323 |
| 47 | DARRIN | MCCORVEY | 324 |
| 48 | MIKE | SUSSMAN | 325 |
| 49 | TYEISHA | BLAKE | N/A |
| 50 | MICHAEL | FOCIA | 327 |
| 51 | TROY | SCHEFFLER | 328 |