# Exhibit K

**Initial Distribution**

| Payment Success Rate | Successful Distributions (First Round) | Amount of Initial Distribution per Payee | Total Distributed (First Round) | Balance Remaining |
|---|---|---|---|---|
| 80% | $ 103,869,439.00 | $ 0.64 | $ 66,476,441.00 | $ 15,094,835.00 |
| 75% | $ 97,377,599.00 | $ 0.64 | $ 62,321,663.00 | $ 20,022,765.00 |
| 70% | $ 90,885,759.00 | $ 0.64 | $ 58,166,886.00 | $ 24,950,696.00 |
| 67.5% | $ 88,289,023.00 | $ 0.64 | $ 56,089,497.00 | $ 27,414,660.33 |
| 65% | $ 84,393,919.00 | $ 0.64 | $ 54,012,108.00 | $ 29,878,625.00 |
| 60% | $ 77,902,079.00 | $ 0.64 | $ 49,857,331.00 | $ 34,806,556.00 |
| 55% | $ 71,410,239.00 | $ 0.64 | $ 45,702,553.00 | $ 39,734,485.00 |

**Potential Second Distribution**

| Payment Success Rate | Successful Distributions (Second Round) | Amount of Second Distribution Per Payee | Total Distributed (Second Round) | Total Individual Payment |
|---|---|---|---|---|
| 80% | $ 103,869,439.00 | N/A | 0.00 | $ 0.64 |
| 75% | $ 97,377,599.00 | N/A | 0.00 | $ 0.64 |
| 70% | $ 90,885,759.00 | N/A | 0.00 | $ 0.64 |
| 67.5% | $ 88,289,023.00 | $ 0.18 | 15,892,024.00 | $ 0.82 |
| 65% | $ 84,393,919.00 | $ 0.22 | 18,566,662.00 | $ 0.86 |
| 60% | $ 77,902,079.00 | $ 0.31 | 24,149,644.00 | $ 0.95 |
| 55% | $ 71,410,239.00 | $ 0.42 | 29,992,300.00 | $ 1.06 |

**Cost of Administration**

| Payment Success Rate | Estimated Costs (First Round) | Estimated Costs (Second Round) | Total Estimated Costs | Estimated Total Costs % of fund |
|---|---|---|---|---|
| 80% | $ 14,475,190.00 | N/A | $ 14,475,190.00 | 10.72% |
| 75% | $ 13,702,038.00 | N/A | $ 13,702,038.00 | 10.15% |
| 70% | $ 12,928,885.00 | N/A | $ 12,542,309.00 | 9.29% |
| 67.5% | $ 12,542,309.00 | $ 11,288,078.00 | $ 23,830,387.00 | 17.65% |
| 65% | $ 12,155,733.00 | $ 10,940,160.00 | $ 23,095,893.00 | 17.11% |
| 60% | $ 11,382,580.00 | $ 10,244,322.00 | $ 21,626,902.00 | 16.02% |
| 55% | $ 10,609,428.00 | $ 9,548,485.00 | $ 20,157,913.00 | 14.93% |

Success rates are estimated and indicative.

The net settlement fund available for distribution was calculated based on the request for attorneys' fees plus reimbursement of expenses and incentive award(s) as described in the Motion for Fees, Costs, and Incentive Awards (Dkt. 281).

The estimated cost of administration was created based on certain specifications such as the number of eligible payees, the proportion of each distribution method, economic feasibility of a redistribution and corresponding assumptions made including all domestic payments. Actual cost will be determined by payment success rate achieved and may vary based on deviations from these assumptions.