**PUBLIC VERSION**
**REDACTED IN ITS ENTIRETY**

# Exhibit 1

to the Declaration of Derek Burrows of Angeion Group, LLC re Fraud Detection & Prevention