ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com


GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751


CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Virginia K. DeMarchi |

1

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)**

Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson1 move for final approval of their class action settlement. ECF No. ___. Defendant Google LLC ("Google") does not oppose the motion. ECF No. 329.

Also before the Court is Class Counsel's Motion for Attorneys' Fees, Costs, and Incentive Awards. ECF No. 281. Defendant Google filed a response to Class Counsel's motion for attorneys' fees. ECF No. 292.

Upon consideration of Plaintiffs' Motion for Final Approval of Class Action Settlement and Response to Objections, the Memorandum of Points and Authorities, declarations, and exhibits filed in support thereof, all objections filed with the Court, the complete records and files of this action, and the oral argument presented at the hearing of this matter, the Court hereby GRANTS Plaintiffs' Motion for the reasons stated therein.

In addition, upon consideration of Class Counsel's Motion for Attorneys' Fees, Costs, and Incentive Awards, the Memorandum of Points and Authorities, declarations, and exhibits filed in support thereof, all objections filed with the Court, the complete records and files of this action, and the oral argument presented at the hearing of this matter, the Court hereby GRANTS Plaintiffs' Motion for the reasons stated therein.

*        *        *

**CONCLUSION**

Based on the foregoing, Plaintiffs' motion for final approval of their class action settlement is GRANTED as follows:

1. The Court finds, for purposes of this settlement only, that the requirements of Rule 23 of the Federal Rules of Civil Procedure and other laws and rules applicable to final settlement approval of class actions have been satisfied.

2. The Court finally approves the settlement of this action as memorialized in the parties' December 23, 2025 settlement agreement, including the plan of distribution for the $135 million settlement fund.

3. The Court certifies, for purposes of implementing the settlement, the following settlement class: All natural persons in the United States, who have used mobile devices running

the Android operating system to access the internet through cellular data networks operated by mobile carriers from November 12, 2017 to the date of the Final Order, excluding persons who are class members in *Csupo et al. v. Google LLC*, Santa Clara Superior Court Case No. 19CV352557.

4.      The Court approves immediate payment from the settlement fund to Angeion, as Settlement Administrator, of $583,623.09 for costs of notice.

5.      The Court hereby authorizes Class Counsel, following distribution of individual settlement awards, to approve payment from the settlement fund to Angeion of administrative costs consistent with those set forth in Exhibit K to the Weisbrot Declaration. In the event Angeion requests payment of administrative costs materially in excess of those set forth in Exhibit K, Class Counsel shall present the matter to the Court for resolution.

In addition, Class Counsel's Motion for Attorneys' Fees, Costs, and Incentive Awards, ECF 281, is also GRANTED as follows:

1.      Class Counsel are awarded $39,825,000 in attorneys' fees, representing 29.5% of the common fund created by their efforts in this litigation on behalf of the class, to be paid from the settlement fund;

2.      Class Counsel are awarded $698,533.50 in out-of-pocket litigation costs and expenses incurred in prosecuting this action, to be paid from the settlement fund.

3.      Class Representatives Joseph Taylor, Mick Cleary, and Jennifer Nelson are granted incentive awards of $10,000 each, totaling $30,000, to be paid from the settlement fund. The above awards are to be distributed to by the Escrow Agent following the Escrow Release Date (as defined in the Settlement Agreement).

**IT IS SO ORDERED.**

DATED: _____        _____

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Case No. 5:20-CV-07956-VKD)**