ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Virginia K. DeMarchi |

1

## I.    Introduction

Pursuant to Civil Local Rule 7-11 and 79-5(c), Plaintiffs submit this Administrative Motion to Seal with respect to (1) Exhibit 1 of the Declaration of Derek Burrows of Angeion Group, LLC re: Fraud Detection & Prevention, and (2) Exhibit C to the Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion for Final Approval, filed in connection with Plaintiffs' Motion for Final Approval of Class Action Settlement and Response to Objections. Both exhibit contains confidential, non-public personally identifiable information.

## II.    Legal Standard

"Parties seeking to seal judicial records relating to motions that are 'more than tangentially related to the underlying cause of action,' . . . bear the burden of overcoming the presumption [of public access] with 'compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure.'" *Am. Auto. Assn of N. California, Nevada & Utah v. Gen. Motors LLC*, No. 17-cv-03874, 2019 WL 1206748, at *1 (N.D. Cal. Mar. 14, 2019) (quoting *Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016), and *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006)) (internal citations omitted). "In general, compelling reasons sufficient to outweigh the public interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Stiner v. Brookdale Senior Living, Inc.*, No. 17-cv-03962, 2022 WL 1180216, at *1 (N.D. Cal. Mar. 30, 2022) (quoting *Kamakana*, 447 F.3d at 1179).

Courts in this Circuit routinely hold that compelling reasons exist to seal personally identifiable information of third parties, especially when such information has "minimal relevance to the underlying causes of action." *Stiner*, 2022 WL 1180216, at *2 (collecting cases); *see also, e.g.*, *Am. Auto. Ass'n of N. California, Nevada & Utah v. Gen. Motors LLC*, No. 17-cv-03874, 2019 WL 1206748, at *2 (N.D. Cal. Mar. 14, 2019) (finding compelling reasons to seal "personally identifiable information of third-party individuals, including names, addresses, phone numbers,

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**(Case No. 5:20-CV-07956-VKD)**

and email addresses"); *Nursing Home Pension Fund v. Oracle Corp.*, No. 01-cv-00988 MJJ, 2007 WL 3232267, at *2 (N.D. Cal. Nov. 1, 2007) ("The Ninth Circuit has found that compelling reasons exist to keep personal information confidential to protect an individual's privacy interest and to prevent exposure to harm or identity theft.").

### III.    Compelling Reasons Exist to Seal In This Case

Plaintiffs ask this Court to seal (1) Exhibit 1 of the Declaration of Derek Burrows of Angeion Group, LLC re: Fraud Detection & Prevention, and (2) Exhibit C to the Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion for Final Approval in their entirety, as both documents consist entirely or almost entirely of sensitive and personally identifiable information.

Under the "compelling reasons" standard, Plaintiffs' sealing request should be granted. Exhibit 1 of the Declaration of Derek Burrows of Angeion Group, LLC re: Fraud Detection & Prevention primarily contains personally identifiable information, including an email address and two phone numbers. *See, e.g.*, *Nia v. Bank of Am., N.A.*, No. 21-cv-1799, 2024 WL 171659, at *6 (S.D. Cal. Jan. 12, 2024) (sealing exhibit in its entirety where it contained "personal financial information and other sensitive personal information"); *Bohannon v. Facebook, Inc.*, No. 12-cv-01894, 2014 WL 5598222, at *3 (N.D. Cal. Nov. 3, 2014) (granting request to seal documents in their entirety where documents consisted "'entirely or almost entirely' of sensitive information," "such that attempts to redact the documents would leave very little public information unredacted"). It is also a confidential record of a claims administration process that, if made public, could aid bad actors in undermining the integrity of the claims administration process in this case and others with similar claims administration procedures.

Exhibit C to the Declaration of Marc A. Wallenstein is a public records report from Lexis-Nexis relating to a class member that purports to contain his criminal history, partial social security number, residential addresses, phone numbers, and other highly personal and sensitive information. *See, e.g.*, *Nia*, 2024 WL 171659, at *6; *Bohannon*, 2014 WL 5598222, at *3. Although Class Counsel believes his criminal history is a matter of public record, the underlying court records were not available after reasonable inquiry.

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**(Case No. 5:20-CV-07956-VKD)**

Failing to seal these exhibits risks harming the privacy interests of third parties, including by exposing them to identify theft and other harms. Given that aforementioned exhibits are tangential to the merits of the Plaintiffs' Motion for Final Approval, the presumption for public access is comparatively weaker. *See, e.g.*, *Stiner*, 2022 WL 1180216, at *2. Because these exhibits consist entirely or almost entirely of confidential and sensitive personally identifiable information, a less restrictive alternative to sealing is insufficient. *See, e.g.*, *Bohannon*, 2014 WL 5598222, at *3.

## IV.   Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court seal (1) Exhibit 1 of the Declaration of Derek Burrows of Angeion Group, LLC re: Fraud Detection & Prevention, and (2) Exhibit C to the Declaration of Marc A. Wallenstein in Support of Plaintiffs' Motion for Final Approval, filed in connection with Plaintiffs' Motion for Final Approval of Class Action Settlement and Response to Objections.

Dated:  June 12, 2026

Respectfully submitted,

BARTLIT BECK LLP

*/s/ Glen E. Summers*

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

4

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice*)
Chad E. Bell (*pro hac vice*)
Pamela Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**(Case No. 5:20-CV-07956-VKD)**