ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com


GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751


CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Virginia K. DeMarchi |

**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Case No. 5:20-CV-07956-VKD)**

I, Marc A. Wallenstein, declare as follows:

1.      I am an attorney duly admitted to practice law in New York, Washington DC, Hawaii, Texas, Connecticut, and Oregon, and am admitted *pro hac vice* to this Court. I am a partner at the law firm Korein Tillery LLC. I am Co-Lead Counsel to the Plaintiff Class in this action, including Class Representatives Joseph Taylor, Mick Cleary, and Jennifer Nelson.

2.      I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Material Should be Sealed. The contents of this declaration are based on my personal knowledge and business records associated with this matter. If called as a witness, I could and would competently testify to the facts in this declaration.

3.      Exhibit 1 to the Declaration of Derek Burrows of Angeion Group, LLC re: Fraud Detection & Prevention, filed in connection with Plaintiffs' Motion for Final Approval of Class Action Settlement and Response to Objections, contains confidential, non-public personally identifiable information.

4.      Exhibit C to the Declaration of Marc. A. Wallenstein in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Response to Objections, contains confidential, non-public personally identifiable information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2026.

/s/ Marc A. Wallenstein
Marc A. Wallenstein

2

**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Case No. 5:20-CV-07956-VKD)**