,ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-CV-07956-VKD <br><br> **STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING CERTAIN OBJECTORS** <br><br> Date:  June 23, 2026 <br> Time:  10:00 a.m. <br> Judge: Hon. Virginia K. DeMarchi |

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL
AUTHORITY REGARDING CERTAIN OBJECTORS; Case No. 5:20-CV-07956-VKD

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully seek leave to file the attached Notice of Supplemental Authority Regarding Certain Objectors in connection with Plaintiffs' Response to Objections, ECF 330 at 17–33.

Plaintiffs received several objections close to the June 12 deadline for their responses to objections: Christopher Andrews, ECF 302 (May 18, 2026); Michael Sussman, ECF 325 (June 1, 2026); Michael Albert Focia, ECF 327 (June 8, 2026); and Troy Schleffer, ECF 328 (June 9, 2026). In total, 51 sets of objections from 48 objectors were received before June 12

On June 12, 2026, Plaintiffs' filed their Motion for Final Approval of Class Action Settlement, Memorandum of Points and Authorities In Support, and Response to Objections, ECF 330 ("Response to Objections"). Plaintiffs acted with diligence in preparing their Response to Objections. However, since then Plaintiffs have discovered additional important information. The additional information obtained by Plaintiffs indicates that the handful of objectors discussed in the attached are professional or serial objectors whose past objections and conduct has been found to be vexatious, multiplicious, frivolous, and/or made in bad faith to extort compensation. Sanctions have been imposed in some cases.

This additional information could not have been identified by June 12 in the exercise of reasonable diligence. It is more difficult to locate objections from specific individuals in prior cases than it is to conduct typical legal research. Objections are not readily searchable on conventional legal research databases, and Final Approval orders are often unpublished.

Pursuant to Civil Local Rule 7-11(a), this Motion is accompanied by a proposed order and stipulation pursuant to Civil Local Rule 7-12. Google—the only other party in this case—has agreed to stipulate to Plaintiffs' administration motion. *See* Wallenstein Decl. ¶ 5. The *pro se* objectors discussed in Plaintiffs' Notice of Supplemental Authority are not parties to this litigation, because they have not successfully moved to intervene. *See In re Homestore.com Inc. Sec. Litig.*, 225 F.R.D. 252, 254 (C.D. Cal. 2004) ("Objectors are not even considered parties to the litigation unless and until they have successfully moved to intervene in the lawsuit."). In the alternative, Plaintiffs have explained "why a stipulation could not be obtained" from the *pro se* objectors. Civil

L.R. 7-11(a). Based on their conduct in past cases, and the arguments raised in their objections, requesting a stipulation would be futile. *See* Wallenstein Decl. ¶ 4.

## CONCLUSION

Plaintiffs respectfully submit that their administrative motion for leave to file Plaintiffs' Notice of Supplemental Authority Regarding Certain Objectors should be granted.

Dated:  June 18, 2026                                  Respectfully submitted,

KOREIN TILLERY LLC

*/s/ Marc A. Wallenstein*

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice)*
Chad E. Bell (*pro hac vice)*
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  (303) 592-3100

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING CERTAIN OBJECTORS; Case No. 5:20-CV-07956-VKD

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*
*Joseph Taylor, Mick Cleary, and Jennifer Nelson*

COOLEY LLP

*/s/ Whitty Somvichian*
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

*Attorneys for Defendant Google LLC*

STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL
AUTHORITY REGARDING CERTAIN OBJECTORS; Case No. 5:20-CV-07956-VKD