ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING CERTAIN OBJECTORS**<br><br>Date:   June 23, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

1

I, Marc A. Wallenstein, declare as follows:

1.    I am an attorney duly admitted to practice law in New York, Washington DC, Hawaii, Texas, Connecticut, and Oregon, and am admitted *pro hac vice* to this Court. I am a partner at the law firm Korein Tillery LLC. I am Co-Lead Counsel to the Plaintiff Class in this action, including Class Representatives Joseph Taylor, Mick Cleary, and Jennifer Nelson.

2.    I submit this declaration in support of Class Counsel's Stipulated Administrative Motion for Leave to File Notice of Supplemental Authority Regarding Certain Objectors. The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify to the facts in this declaration.

3.    The information contained in the Notice of Supplemental Authority could not, in the exercise of reasonable diligence, have been identified and filed by June 12, 2026. It is more difficult to locate objections from specific individuals in prior cases than it is to conduct typical legal research. Objections are not readily searchable on conventional legal research databases, and Final Approval orders are often unpublished.

4.    Based on their conduct in past cases, and the arguments raised in their objections, requesting a stipulation from the *pro se* objectors described in the attached Notice of Supplemental Authorities would have been futile.

5.    Google has agreed to stipulate to Plaintiffs' Administrative Motion for Leave to File Notice of Supplemental Authority Regarding Certain Objectors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 18, 2026

                                        */s/ Marc A. Wallenstein*
                                        Marc A. Wallenstein

2

DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF STIPULATED ADMIN MOT FOR LEAVE TO FILE NOTICE OF SUPPL AUTHORITY RE CERTAIN OBJECTORS (Case No. 5:20-CV-07956-VKD)