*PRESS FIRMLY TO SEAL*

*PRESS FIRMLY TO SEAL*

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14W © U.S. Postal Service; October 2023; All rights reserved.

FSC
MIX
FSC® C116916



PS00001036014

EP14W October 2023
OD: 12.5 x 9.5



how2recycle.info

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT



# UNITED STATES POSTAL SERVICE ®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP



RECEIVED
JUN 14 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# TRACKED ■ INSURED



PS0000103601 4

EP14W October 2023
OD: 12.5 x 9.5

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For international shipments, the maximum weight is 4 lbs.