ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com


GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751


CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**STIPULATED ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS OF GLEN E. SUMMERS AND GRAEME W. BUSH**<br><br>Date:   June 23, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

STIPULATED ADMIN MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS
OF SUMMERS & BUSH; Case No. 5:20-CV-07956-VKD

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully seek leave to file the attached short supplemental declarations of Glen E. Summers and Graeme W. Bush in connection with Plaintiffs' Response to Objections, ECF 330 at 17–33.

On June 12, 2026, Plaintiffs' filed their Motion for Final Approval of Class Action Settlement, Memorandum of Points and Authorities In Support, and Response to Objections, ECF 330 ("Response to Objections"). Plaintiffs acted with diligence in preparing their Response to Objections.

Since then, Objector Nathan Byars has sought leave to file a lengthy Sur-Reply in support of his objections. ECF 334. The proposed Sur-Reply raises several new arguments and factual assertions. Plaintiffs could not, in the exercise of reasonable diligence, have anticipated the new arguments and factual assertions made in Mr. Byars' Sur-Reply.

In addition, some of the other objections were not received until early June, just shortly before the June 12 deadline for Plaintiffs' Response to Objections. While focused on arguments and factual assertions made in Mr. Byars' Sur-Reply, the supplemental declarations also provide additional support for arguments made in Plaintiffs' June 12, 2026 Response to Objections.

The filing of Plaintiffs' supplemental declarations will not prejudice any party or objector. The supplemental declarations are short, focused, and are being served 4 days prior to the June 23 hearing.

Pursuant to Civil Local Rule 7-11(a), this Motion is accompanied by a proposed order and stipulation pursuant to Civil Local Rule 7-12. Google, the only other party in this case, has agreed to stipulate to Plaintiffs' administration motion.[1]

**CONCLUSION**

Plaintiffs respectfully submit that their administrative motion for leave to file the Supplemental Declarations of Glen E. Summers and Graeme W. Bush should be granted.

---

[1] Objectors are not parties unless and until they have intervened. *See In re Homestore.com Inc. Sec. Litig.*, 225 F.R.D. 252, 254 (C.D. Cal. 2004).

Dated:  June 19, 2026

Respectfully submitted,

BARTLIT BECK LLP

*/s/ Glen E. Summers*

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice)*
Chad E. Bell (*pro hac vice)*
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*
*Joseph Taylor, Mick Cleary, and Jennifer*
*Nelson*

STIPULATED ADMIN MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS
OF SUMMERS & BUSH; Case No. 5:20-CV-07956-VKD

COOLEY LLP

*/s/ Whitty Somvichian*
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:     +1 415 693 2222

*Attorneys for Defendant Google LLC*

STIPULATED ADMIN MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS
OF SUMMERS & BUSH; Case No. 5:20-CV-07956-VKD