ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

*Attorneys for Plaintiffs Joseph Taylor,
Mick Cleary, and Jennifer Nelson*

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**SUPPLEMENTAL DECLARATION OF GRAEME W. BUSH**<br><br><br>Date:   June 23, 2026<br>Time:   10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

**SUPPLEMENTAL DECLARATION OF GRAEME W. BUSH (Case No. 5:20-CV-07956)**

I, Graeme W. Bush, declare as follows:

1.    I am a partner at the law firm of Zuckerman Spaeder LLP, and served as the firm's Chairman for 15 years. I am licensed to practice law in New York, Washington D.C., Maryland, and Colorado. I am a member of the American College of Trial Lawyers, and have extensive experience handling complex litigation including class actions.

2.    I have personal, first-hand knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

3.    I previously submitted a Declaration in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, ECF 260-25. I provide this declaration to address certain additional facts that I understand to be relevant to one or more objections to the proposed settlement.

4.    As Special Settlement Counsel for the *Taylor* class, my role was not limited to reviewing and approving the settlement term sheet or final settlement agreement. I, along with Mr. Korologos (who acted as Special Settlement Counsel representing the interests of the *Csupo* class), were specifically tasked with independently evaluating the merits of the respective cases and negotiating a fair and appropriate allocation of the aggregate settlement amount between *Taylor* and *Csupo*.

5.    In addition, during the negotiations that led to the settlement term sheets and final settlement agreements, Mr. Korologos and I were consulted on, and provided direction with regard to, other material terms demanded by Google, including the settlement contingencies. It was my professional opinion at the time, and remains my professional opinion, that accepting these terms was preferable to continued litigation in view of the significant risks of an adverse decision on the class certification and *Daubert* motions that were pending, and the additional risks on summary judgment and at trial. In reaching these opinions (and in addressing the allocation of settlement consideration between the two cases), I was aware of and took into account Plaintiffs' potential arguments for issue preclusion based on the *Csupo* verdict. My professional opinion was (and is) that there were very significant impediments to actually achieving issue preclusion, which made it extremely unlikely that the *Taylor* Plaintiffs would ever be able to obtain and benefit from issue

**SUPPLEMENTAL DECLARATION OF GRAEME W. BUSH (Case No. 5:20-CV-07956)**

preclusion. That remote chance did not in my judgment outweigh the benefits to the *Taylor* Class that would be achieved by the settlement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 19, 2026.

_____
Graeme W. Bush

3
**SUPPLEMENTAL DECLARATION OF GRAEME W. BUSH (Case No. 5:20-CV-07956)**