ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,*
*Mick Cleary, and Jennifer Nelson*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-CV-07956-VKD

**PLAINTIFFS' OPPOSITION TO OBJECTOR BYARS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**

Date:   June 23, 2026
Time:  10 a.m.
Judge: Hon. Virginia K. DeMarchi

1

This Court set a firm schedule for class members to submit their objections. That schedule mandated that the "deadline for settlement class members to submit opt-out requests or objections to the settlement is **May 29, 2026**." ECF 270 at 36 (emphasis in original). The Court further ordered that any objector or objector's counsel that wished to be heard further could appear at the hearing and "must provide advanced notice to Judge DeMarchi's courtroom deputy at vkdcrd@cand.uscourts.gov no later than **June 22, 2026, 2:00 p.m. (Pacific)**." ECF 326 at 1 (emphasis in original).

Mr. Byars' proposed sur-reply, which wasn't filed until June 17, is therefore untimely and improper. *See* Byars' Mot. at ECF 334; Byars' Proposed Sur-reply at ECF 334-1. Courts in this District have repeatedly rejected as "untimely" efforts by objectors to file sur-replies in similar circumstances. Order at 1, *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 07-cv-5944 (N.D. Cal. Mar. 11, 2016), ECF 4481; Order at 1, *Edwards v. Nat'l Milk Producers Fed'n*, No. 11-cv-4766 (N.D. Cal. June 26, 2017), ECF 485; Order at 20 n.4, *In re Netflix Priv. Litig.*, No. 11-cv-379 (N.D. Cal. Mar. 18, 2013), ECF 256.

Courts view motions for leave to file a sur-reply "with disfavor." *Chang v. Citibank*, No. 25-cv-04162, 2025 WL 3162341, at *1 (N.D. Cal. Nov. 12, 2025) (quoting *Garcia v. Biter*, 195 F. Supp. 3d 1131, 1133–34 (E.D. Cal. 2016)). To be sure, a party can overcome the presumption against sur-replies, but to do so they must establish that "new and previously unavailable evidence" has become "available . . . subsequent to the filing of a brief." *Tounget v. Valley-Wide Recreation & Park Dist.*, No. 16-cv-88, 2020 WL 8410456, at *2 (C.D. Cal. Feb. 20, 2020). Nothing in Mr. Byars' motion overcomes this presumption.

Byars tries to justify his sur-reply as responding to "new evidence" that the mobile background data toggle works in extremely limited circumstances, ECF 334 at 2, but there is no new evidence; this precise issue was litigated on the public docket last August, *see* ECF 220 at 4–5 (Aug. 11, 2025).[1] Plaintiffs explained that Google was "merely repeat[ing] the same arguments

---

[1] The issue was also extensively litigated at the *Csupo* trial in June 2025, including testimony from Mr. Sancheti. *See* Wallenstein Decl. in Supp. of Mot. for Final Approval, ECF 331 at ¶ 117 & Exh. N.

PLAINTIFFS' OPPOSITION TO OBJECTOR BYARS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE SUR-REPLY; Case No. 5:20-CV-07956-VKD

it has already made [concerning] whether toggles work." ECF 220 at 4. Plaintiffs explained that the toggle generally did nothing because GMS Core is generally treated as a "foreground" service (and thus does not impact "background" transfers). *Id.* at 5. The dispute between the Parties as to whether it is fair to characterize the toggle as one that "works" is not new evidence.

Even less convincing is Mr. Byars's argument (ECF 334 at 2) that Mr. Summers' declaration "advances a new theory" about preclusion. Plaintiffs' response to Mr. Byars' objection is their first opportunity to make legal argument in response to Byars' objection. There is no "new theory" in Plaintiffs' Response to Objections (ECF 330), only a proper response to his objections.[2]

**CONCLUSION**

Plaintiffs respectfully submit that the Court should deny Mr. Byars' motion for leave to file his sur-reply.

---

[2] The *facts* underlying that legal argument (that the denial of the Motion for Stay made it practically impossible to obtain preclusion) are not new and have been known since the Court's decision on that issue on November 24, 2025. Those facts are not "new and previously unavailable evidence" as would be required to justify the filing of a sur-reply. *Tounget*, 2020 WL 8410456, at *2.

Dated:  June 19, 2026

Respectfully submitted,

BARTLIT BECK LLP

*/s/ Glen E. Summers*

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone:  (303) 592-3100

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice)*
Chad E. Bell (*pro hac vice)*
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile:  (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile:  (314) 241-3525

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile:  (408) 279-3244

*Attorneys for Plaintiffs*
*Joseph Taylor, Mick Cleary, and Jennifer Nelson*

PLAINTIFFS' OPPOSITION TO OBJECTOR BYARS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE SUR-REPLY; Case No. 5:20-CV-07956-VKD