**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No. 5:20-cv-07956-VKD<br><br>**DECLARATION OF JONATHAN P. SHAFFER OF ANGEION GROUP, LLC RE: REQUESTS FOR EXCLUSION & OBJECTIONS** |

I, Jonathan P. Shaffer, hereby declare the following:

1.      I am an Associate Project Director at the class action notice and claims administration firm, Angeion Group, LLC ("Angeion"). I am over 21 years of age and am not a party to this action. I am fully familiar with the facts contained herein based upon my personal knowledge, as well as information that has been provided to me by my colleagues in the ordinary course of business at Angeion.

2.      Angeion was approved to serve as the Settlement Administrator pursuant to the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Dkt. No. 270, at 35.

3.      The purpose of this declaration is to provide the Parties and the Court with an update regarding exclusion requests received and objections to the Settlement.

## REQUESTS FOR EXCLUSION

4.      The deadline for Settlement Class Members to request exclusion from the Settlement was May 29, 2026. Angeion previously reported that it has received and processed 119 timely requests for exclusion from the Settlement.[1]

5.      As of June 22, 2026, the updated total number of timely requests for exclusion is 125, Angeion has also received 12 late requests for exclusion. An updated list containing the names of the 125 individuals who timely requested exclusion from the Settlement is attached hero to as **Exhibit A**. A list containing the names of the 12 individuals whose exclusion requests did not meet the deadline, is attached hereto as **Exhibit B**.

## OBJECTIONS TO THE SETTLEMENT

6.      The deadline for Settlement Class Members to object to the Settlement was May 29, 2026. Angeion previously reported that it had received or been made aware of 51 objections.[2]

---

[1] *See* Declaration of Steven Weisbrot of Angeion Group, LLC regarding Implementation of Notice Plan and Settlement Administration, Dkt. No. 330-2 ¶ 29.
[2] *See* Dkt. No. 330-2 ¶ 32.

DECLARATION OF JONATHAN P. SHAFFER OF ANGEION GROUP, LLC RE: REQUESTS FOR
EXCLUSION & OBJECTIONS (Case No. 5:20-CV-07956-VKD)

7.    Angeion has since identified that objector Joshua Kirkley (*See* Dkt. No. 304) subsequently requested exclusion from the Settlement. Kirkley's objection was filed with the Court on May 19, 2026. Kirkley's exclusion request was signed with a date of May 27, 2026, and the envelope containing Kirkley's exclusion request was stamped with a postmark date of May 28, 2026.

8.    It has come to our attention that three (3) individuals who filed objections expressed a desire in their objections to be excluded from the settlement. Those three individuals have now been included on the exclusion list. They are:

- Christopher Lee Brown, ECF 280
- Rose Mary Davidson, ECF 318
- Stalina Diane Ford, ECF 321

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 22, 2026

_____
JONATHAN P. SHAFFER

DECLARATION OF JONATHAN P. SHAFFER OF ANGEION GROUP, LLC RE: REQUESTS FOR
EXCLUSION & OBJECTIONS (Case No. 5:20-CV-07956-VKD)