# Exhibit A

| EXCLUSION REQUESTS -TIMELY | | |
|---|---|---|
| COUNT | FIRST NAME | LAST NAME |
| 1 | NICHOLAS | ADE |
| 2 | ANTHONY A. | ALBANO |
| 3 | JORDI A | ALBORNOZ MULLIGAN |
| 4 | CASEY | ALLEN WHITE |
| 5 | WILLIAM | ARMSTRONG III |
| 6 | ANTWON | AUSTIN |
| 7 | BRIAN LEE | BAGENSTOSE |
| 8 | STEVE | BAK |
| 9 | ELIZABETH | BAKER |
| 10 | BRYONTE | BALDWIN |
| 11 | KEVIN | BARR |
| 12 | TRISHA | BARR |
| 13 | DUSTEN JERRY | BAUDER |
| 14 | DESMOND LEE | BROWN |
| 15 | CAITLIN | BUHR |
| 16 | KAREN | CASTIGLRENE |
| 17 | JACQUELINE | COHEN-BAITY |
| 18 | TERILYN | COLLINS |
| 19 | RHYS | COX |
| 20 | STANETTE | CROWE |
| 21 | MICHAEL | CULWELL |
| 22 | WILLIE | DARDEN |
| 23 | MARY | DELANO |
| 24 | KUNAL | DESAI |
| 25 | BRIDGET | DEZINNO |
| 26 | MAIA | DIXON |
| 27 | LANU | DUFFY |
| 28 | ROBERT | EARL |
| 29 | ERIC EILLIOT NOAH | EDENS |
| 30 | CALLOYD J | EDMONDSON |
| 31 | ALEXANDER CLARENCE | ESCHE |
| 32 | ZACHARIAH | FEDOR |
| 33 | MARK | FIELD |
| 34 | KRIS | FRAK |
| 35 | LAKESHA | FULLER |
| 36 | JAIME | GRAHAM |
| 37 | GABRIELLE | GREEN |
| 38 | LESLIE | GREEN |
| 39 | ANGEL | HALL |
| 40 | KRYSTAL | HARRIS |
| 41 | TASIA | HARRIS |

| 42 | TREMAYNE | HARRIS |
| 43 | THEODORE | HAUGLAND |
| 44 | PRISCILLA | HAWKINS |
| 45 | DUSTIN | HEIMAN |
| 46 | EVELYN T | HENDERSON |
| 47 | SARAH | HILBY |
| 48 | ZACHARY M | HILL |
| 49 | GAVIN | HITCHINS |
| 50 | ANDREW | HOLM |
| 51 | CINDY | HOY |
| 52 | EMILY | ISAACSON |
| 53 | JEFFREY | IZANT |
| 54 | DAVID | JOHNSON |
| 55 | TREVOR | JOHNSON |
| 56 | DEBORAH KAY | JONES |
| 57 | TOSHA | JONES |
| 58 | JASON | KAPINOS |
| 59 | ARYEH | KATZ |
| 60 | JUDITH A | KHAN |
| 61 | LLAQUAT I | KHAN |
| 62 | ERMYN FRANCE | KING |
| 63 | JOSHUA | KIRKLEY |
| 64 | JENACIE | KLINGER |
| 65 | NARMIN N. | KOENIG |
| 66 | KRISTINE | KORPI |
| 67 | PATRICK | KOZYRA |
| 68 | JENNA | KRAWCZYK |
| 69 | BRITTANY L | MANSER |
| 70 | MICHAEL | MEAKENS JR |
| 71 | CODY | MELEZA |
| 72 | IGOR | MILEWSKI |
| 73 | ROMOND | NARD |
| 74 | NHO | NGUYEN |
| 75 | JEFFREY | NOEL-NOSBAUM |
| 76 | HEATHER E. | NUDD |
| 77 | OYEBISOLA | OLANIPEKUN |
| 78 | KRYSTAL | PATE |
| 79 | RANDAL | PAYNE |
| 80 | SARAH | PETERS KERNAN |
| 81 | CHARLES | PITTS |
| 82 | ROBERT | POTTER |
| 83 | JOSEPH | POWERS |
| 84 | MYESHA | PRATHER |
| 85 | CHRISTOPHER | RAGAN |

| 86 | DAKOTA | RAWA |
|---|---|---|
| 87 | EVA LUANN | REED-SIEGEL |
| 88 | JACOB | RICH |
| 89 | TEREZ GWEN | ROBINSON |
| 90 | HECTOR | RUBIO-GARCIA |
| 91 | PAUL | SAMPELS |
| 92 | JULIE | SARACINO |
| 93 | WHITNEY | SCHROCK |
| 94 | DAYLE | SHAN |
| 95 | JONATHAN | SHOUR |
| 96 | BRUCE WILLIAM | SMITH |
| 97 | MARIE | SMITH |
| 98 | ANDREA | SOLIS |
| 99 | MANUEL JAVIER | SOLIS |
| 100 | PETER | SPERLING |
| 101 | SAMANTHA | STITMAN |
| 102 | VANCE | SUMMERFIELD |
| 103 | SARAH | SZYCH |
| 104 | PAMELA LYNNE | TAYLOR |
| 105 | VALERIE | TAYLOR |
| 106 | WILLIAM | TOOLEY |
| 107 | KEVIN | UNG |
| 108 | BIANCA | VARLESI |
| 109 | ORLANDO | WILLIAMS |
| 110 | TERRY | WOELFEL |
| 111 | BENJAMIN | WOLFF |
| 112 | ROSALIE | WOOD |
| 113 | SHERMAN | WOOD |
| 114 | JUSTIN | WORKMAN |
| 115 | KIMBERLY | WUENSCH |
| 116 | ANDREW | ZAMMIT |
| 117 | DEANNA | ZASO |
| 118 | ADAM | ZIER |
| 119 | JASON | BISHOP * |
| 120 | CHRISTOPHER LEE | BROWN * |
| 121 | ROSE MARY | DAVIDSON * |
| 122 | JEFFREY ROBERT | EWING * |
| 123 | STALINA DIANE | FORD * |
| 124 | MATTHEW | GRAHAM * |
| 125 | DANIEL | ROPSKI * |

* Designates a new individual