# Exhibit B

| EXCLUSION REQUESTS -LATE | | |
|---|---|---|
| COUNT | FIRST NAME | LAST NAME |
| 1 | ALEX | PLOTKIN |
| 2 | BRYAN JAMES | BELCHER |
| 3 | SHAWN DARYL | ISENBERG |
| 4 | STAN | BISHOP |
| 5 | CHRIS | BRIDGHAM |
| 6 | CRYSTAL | BAKER |
| 7 | DAVID | LEMLER |
| 8 | JANE | BISHOP |
| 9 | SHERRY | SCOTT |
| 10 | STEVEN | BELCHER |
| 11 | TRISTAN | BONILLA |
| 12 | TODD JEFFREY | ITES JR |