United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al., | Case No.  20-cv-07956-VKD |
| Plaintiffs, | |
| v. | **ORDER FOLLOWING JUNE 23, 2026 HEARING** |
| GOOGLE LLC, | |
| Defendant. | |

As discussed during the June 23, 2026 hearing, by **July 6, 2026**, the parties shall file a supplemental submission(s) addressing (1) issues raised regarding the class definition and the scope of the release and (2) an estimate and/or deadline for completion of the work required to confirm membership in the class and for any other outstanding administrative tasks by the settlement administrator.  The parties may, if they wish, also file an amended proposed order by **July 6, 2026**.

**IT IS SO ORDERED.**

Dated: June 23, 2026

Virginia K. DeMarchi
United States Magistrate Judge