

FILED

JUN 22 2026

Richard Aumaitre
659 Taft St.
Riverside, CA 92503

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20-cv-07956-VKD

Case 5:20-cv-07956-VKD    Document 326    Filed 06/05/26    Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al., | Case No. 20-cv-07956-VKD |
| Plaintiffs, | |
| v. | **ORDER RE (1) RESPONSE TO OBJECTIONS TO SETTLEMENT; (2) NOTICE OF HYBRID PROCEEDINGS** |
| GOOGLE LLC, | |
| Defendant. | |

Following the preliminary approval of the proposed class action settlement (Dkt. No. 270), the Court received a number of written objections to the proposed settlement. *See* Dkt. Nos. 273-277, 279-280, 282-291, 293-297, 300-308, 310-325. The parties are directed to file a joint response or separate responses addressing those objections by **June 12, 2026**.

The June 23, 2026 final approval hearing will be held in person in Courtroom 2 of the San Jose courthouse, 280 South First Street, San Jose, California, and will also be accessible to the public via Zoom webinar. Several objectors have expressed an intent to appear at the June 23, 2026 final approval hearing. Any objectors who wish to make an appearance and speak at the hearing must provide advanced notice to Judge DeMarchi's courtroom deputy at vkdcrd@cand.uscourts.gov no later than **June 22, 2026, 2:00 p.m. (Pacific)**. Any such objector shall indicate whether they will appear in person or by remote means via Zoom. Objectors who will appear via Zoom must provide their names and email (or if connecting to Zoom via telephone, their phone number) to the courtroom deputy, so that they may be identified for purposes of participating in the June 23, 2026 hearing.

Information regarding Zoom guidance and setup is available at

https://cand.uscourts.gov/zoom. Information regarding webinar access is available at https://www.cand.uscourts.gov/vkd. Pursuant to Civil Local Rule 77-3(d), persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.

The Clerk of the Court shall provide notice of this order to those who have filed written objections at the email and mailing addresses noted in their written objections.

**IT IS SO ORDERED.**

Dated: June 5, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California

2