ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-CV-07956-VKD<br><br>**DECLARATION OF MARC A. WALLENSTEIN RE THREE OBJECTORS**<br><br>Date:   June 24, 2026<br>Time:  10:00 a.m.<br>Judge: Hon. Virginia K. DeMarchi |

I, Marc A. Wallenstein, declare as follows:

1.      I am an attorney duly admitted to practice law in New York, Washington DC, Hawaii, Texas, Connecticut, and Oregon, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

1.      Attached as **Exhibit A** is a true and correct copy of an email message from objector **Taylor Ross Jacobs** expressing his intent to withdraw his objection.

2.      Class Counsel previously believed that objector **Michael Focia**, ECF 327, had not established class membership. *See* ECF 331, Wallenstein Decl. ¶¶ 86-87. Focia has submitted such evidence and is a member of the class. *See* ECF 327 at 11-12.

3.      Class Counsel previously believed that objector **Christopher Andrews**, ECF 302, had not established class membership. *See* ECF 331, Wallenstein Decl. ¶¶ 53-54. Andrews has submitted such evidence and is a member of the class. *See* ECF 302 at 59-62.

Executed on June 24, 2026.

*/s/ Marc A. Wallenstein*
Marc A. Wallenstein

DECLARATION OF MARC A. WALLENSTEIN RE THREE OBJECTORS, Case No. 5:20-CV-07956-VKD