# EXHIBIT A

**Dietz, Randall**

| | |
|---|---|
| **From:** | Taylor Jacobs ████████████████ |
| **Sent:** | Saturday, June 20, 2026 9:25 AM |
| **To:** | Wallenstein, Marc |
| **Subject:** | Objection Withdrawl |

Hey Marc,

I apologize for taking so long to get back to you after our conversation. I'm working those long shifts, and not being in my twenties anymore, long shifts are very enervating.

I did want to let you know that I do intend to draft a motion to withdraw my objection based on our phone conversation. You clarified several issues that I stated in my objection, and I am now comfortable moving forward with the settlement agreement as it now stands. In no point in our conversation did I feel as though you were trying to intimidate me into this; it was quite the opposite actually. I feel as though you made a point to hear me out and then clearly and very respectfully explain to me where I probably erred in my arguments.

Behind the subject matter of the objection, I learned quite a bit from our conversation. You are an excellent teacher, and superb attorney, for whatever my opinion is worth. I appreciate you talking to me like a person. You treated me with dignity and respect, and, perhaps it seemed insignificant to you, but to me it was profound. I am deeply and sincerely grateful for that.

I will have the motion to withdraw my objection filed and mailed by Monday. I will email you a copy as well.

Thank you again.

- Taylor