Harsha Dalal
16 Trudy Drive
Lodi, NJ 07644



June 17, 2026

**F I L E D**

**VIA U.S. MAIL**
Hon. Virginia K. DeMarchi, U.S.M.J.
United States District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

JUN 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

> RE:   **Request for Leave to File Late Opt-Out/Exclusion Request**
> **Taylor v. Google LLC**
> **Civ. No.: 20-cv-07956-VKD**

Dear Judge DeMarchi,

I am requesting the Court's leave to file a late opt-out/exclusion request beyond the May 29, 2026 date set in the Court's Order approving the class action settlement in this case. The reason for the delay in my submission of an opt-out request is that I only learned of this class action settlement after reading an article about it online yesterday. I did not receive any notice either through email, the mail, or any other method.

In determining whether a class member may seek a late opt-out, courts undertake an equitable analysis, looking to such factors as: (1) the degree of compliance with notice procedures; (2) when notice was actually received; (3) the cause and responsibility for delay; (4) how quickly the belated opt-out request was made; (5) how many class members want to opt out; and (6) whether allowing a belated opt-out would affect the finality of judgment. In re Volkswagen, 895 F.3d 597, 618 (9th Cir. 2018).

Regarding the first factor, I do not have sufficient knowledge of the class administrators' compliance with notice procedures. I can only state that I did not receive any notice until I read an article published online concerning the class action settlement. I then conducted further research and found the notice of class action settlement which contained additional information.

Concerning the second factor, I received notice when I read an article online on June 16, 2026 about the class action settlement. As stated previously, no notice was received from the class administrator. As to the third factor, the cause and responsibility for the delay was a result of the failure of the class administrator to provide any notice. The fourth factor further favors allowing of a late opt-out request because this motion to file a late opt-out was prepared within a day of receiving actual notice and less than a month after the May 29, 2026 deadline for opt-out requests. With regard to the fifth

factor, I have no knowledge of how many class members have opted out. Finally, with regard to the sixth factor, allowing my belated opt-out would not affect the finality of judgment.

For the foregoing reasons, my request for leave to file a late opt-out request should be granted.

Respectfully submitted:

H. A. Dalal .

Harsha Dalal

2

Harsha Dalal
16 Trudy Drive
Lodi, NJ 07644

June 17, 2026

**VIA U.S. MAIL**
Clerk of the Court
United States District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

> **RE:** **Filing of Request for Leave to File Late Opt-Out**
> **Taylor v. Google LLC,**
> **Docket No.: 20-cv-07956-VKD**

Dear Clerk:

Please find enclosed for filing the following document in the above referenced matter:

1. Request for Leave to File Late Opt-Out

I am a member of the class in the above referenced class action lawsuit and seek to file an opt-out request beyond the May 29, 2026 date.

Thank you for your attention to this matter.

Respectfully submitted:

H. A. Dalal.

Harsha Dalal

Enc.

HARSHA DALAL
16 TRUDY DRIVE
LODI, NJ 07644

22 JUN 2026  PM 8  L

FREEDOM
FOREVER/USA

**RECEIVED**

JUN 29 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

94102-348999