FILED

JUN 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Michael N. Anhar
3183 Kendra Ct.
Turlock, CA, 95382-1335
Tel: (209) 669-3909
michael.anhar@gmail.com
*Absent Class Member, Pro Se*

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>                Plaintiffs;<br><br>v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case №: **5:20-cv-07956-VKD**<br><br>**NOTICE by Absent Class Member Michael N. Anhar of Administrative Obstruction by Settlement Administrator and Class Counsel**<br>(ECF 342) |

TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN, by Absent Class Member Michael N. Anhar, that the Settlement Administrator has failed to execute its written commitment to issue personalized credentials (Notice ID, Confirmation Code) required for submitting a Payment Election Form, and that Class Attorneys have been notified of this, have provided written assurance the credentials would be issued, but have failed to execute that

1

written commitment. Further, the Administrator and Class Counsel have now become completely unresponsive to follow-up communications.

This Notice is given in light of the Court's 6/23/26 Order requiring the parties to address the timeline for outstanding administrative tasks. (ECF 342.) It's meant to ensure the docket accurately reflects the posture of the case in anticipation of any representations the Administrator or Class Counsel may make in their pending 7/6 supplemental submissions regarding administrative compliance and completion.

This Notice is based on the matters contained herein and attached hereto, including Michael N. Anhar's Declaration in Support of the Notice and Exhibit 1 attached thereto, which is Anhar's email exchange with the Administrator and Class Counsel; all the papers, files, and records of this case; any further evidence that may be presented at any hearing in this matter or at any time permitted thereafter; and on any further matters the court deems appropriate.

Dated: 6/25/26

MICHAEL N. ANHAR
*Absent Class Member, Pro Se*

Taylor v. Google (5:20-cv-07956-VKD)                    NTC OF ADMIN OBSTRUCTION

Case 5:20-cv-07956-VKD    Document 354    Filed 06/29/26    Page 3 of 4

CERTIFIED MAIL

MICHAEL N ANHAR
3183 KENDRA C
TURLOCK CA 9!

9589 0710 5270 2870 3628

Retail

RDC 99




95113

U.S. POSTAGE PAID
FCM LG ENV
TURLOCK, CA 95380
JUN 25, 2026

**$7.47**

S2324D500914-06

OFFICE OF THE CLERK
U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S 1ST ST RM 2112
SAN JOSE CA  95113-3008



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE