**FILED**

JUN 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Michael N. Anhar
3183 Kendra Ct.
Turlock, CA, 95382-1335
Tel: (209) 669-3909
michael.anhar@gmail.com
*Absent Class Member, Pro Se*

# UNITED STATES DISTRICT COURT

## Northern District of California

## San Jose Division

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br><br>                    Plaintiffs;<br><br>    v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case №: **5:20-cv-07956-VKD**<br><br>**DECLARATION by Absent Class Member Michael N. Anhar in Support of His Notice of Administrative Obstruction by Settlement Administrator and Class Counsel** |

I, Michael N. Anhar, declare as follows:

1.    I'm an absent class member in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2.    On 5/28, I used the Settlement Administrator's contact form to give notice that despite being an eligible Class Member, I hadn't received a Claim Notice or the credentials (Notice ID; Confirmation Code) required for submitting a Payment Election Form. (Exh. 1 at Bates MNA-2.)

1

3. On 6/1, the Administrator replied acknowledging that this was a known issue: "This settlement has a known closed class list" and said if I believe my exclusion was an error, I "may submit [my 'full name and any email addresses'] for research." (*Id.*)

4. On the same day (6/1), I replied providing my information. (*Id.*)

5. On 6/2, the Administrator replied, "[A] process has been established" for those in my situation and promised, "In approximately 5-7 business days, you will receive personalized credentials to submit your documentation and a Payment Election Form to initiate this review process." (Exh. 1 at Bates MNA-3.)

6. On 6/13, after eight business days had passed without those credentials being provided, I again emailed the Administrator to make further inquiries. (Exh. 1 at Bates MNA-3, -4.)

7. On 6/15, the Administrator replied contradicting its prior "approximately 5-7 business days" promise by now-refusing to provide a timeline for the credentials. (Exh. 1 at Bates MNA-4.) The Administrator further contradicted itself by now-insisting, "[W]e are still researching the information related to your request" (*id.*)—this despite not yet having issued the very credentials the Administrator had previously said were needed "*to initiate* this review process."

8. Later that day (6/15), I replied to the Administrator objecting to its newfound obstructionism and included Class Counsel as recipients on that email. (Exh. 1 at Bates MNA-4, -5.) Class Counsel Glen E. Summers

2

didn't respond. Class Counsel Marc A. Wallenstein replied the same day: "We will make sure you receive the credentials." (Exh. 1 at Bates MNA-5.)

9. But by 6/21, despite Mr. Wallenstein's assurance, I'd received nothing further from the Administrator or Class Counsel, so I replied to notify all of them that if they didn't execute their written commitments to deliver the credentials, I'd notify the Court and defense counsel. (Exh. 1 at Bates MNA-6.)

10. As of this Declaration, I've received nothing further from the Administrator or Class Counsel and thus continue to be locked out of a claims process I should've never been excluded from in the first place.

11. Attached as Exhibit 1 is a true and correct copy of the email exchange between and among the Administrator, Class Counsel, and me.

I certify under penalty of perjury that the foregoing is true and correct.[1]

Executed: 6/25/26
in Turlock, California, U.S.A.

MICHAEL N. ANHAR
*Absent Class Member, Pro Se*
3183 Kendra Ct.
Turlock, CA, 95382-1335
Tel: (209) 669-3909
michael.anhar@gmail.com

---

[1] 28 U.S.C. § 1746.

Taylor v. Google (5:20-cv-07956-VKD)          DECL OF ANHAR RE OBSTRUCTION

# Exhibit 1

**Email Exchange:
Anhar, Administrator, Class Counsel**

 **Gmail**

Another Planet's Hell <michael.anhar@gmail.com>

## Re: Claim Form - [www.federalcellularclassaction.com]
9 messages

**Federal Cellular Class Action** <info@federalcellularclassaction.com>    Mon, Jun 1, 2026 at 12:03 PM
Reply-To: Federal Cellular Class Action <info@federalcellularclassaction.com>
To: "Michael N. Anhar" <michael.anhar@gmail.com>

Thank you for contacting the Taylor v. Google Settlement Administrator.

This settlement has a known closed class list. If you **did not** receive a Notice containing credentials to select a preferred payment method, you may not be eligible as a Class Member to receive benefits from this settlement.

If you believe this to be an error and that you qualify as a Settlement Class Member, you may submit your information for research. Please provide your full name and any email addresses utilized during the Class Period (November 17, 2017-Present).

**Providing your information does not guarantee you are a class member or that you will receive a payment from this settlement.**

Thank You,
Taylor v. Google Settlement Administrator
www.FederalCellularClassAction.com


On May 28, 2026 at 2:36:18 AM UTC, michael.anhar@gmail.com wrote:

> Despite qualifying, I never received a Claim Notice and thus have no Notice ID or Confirmation Code with which to complete the Payment Election form.
>
> Phone Number: 2096693909
> Contact Form: www.federalcellularclassaction.com


**Michael N. Anhar** <michael.anhar@gmail.com>    Mon, Jun 1, 2026 at 12:04 PM
To: Federal Cellular Class Action <info@federalcellularclassaction.com>


I believe it's an error.


Name: Michael N. Anhar
Email: michael.anhar@gmail.com


Please confirm.


[Quoted text hidden]

**MNA-2**

---

**Federal Cellular Class Action** <info@federalcellularclassaction.com>          Tue, Jun 2, 2026 at 7:50 AM
Reply-To: Federal Cellular Class Action <info@federalcellularclassaction.com>
To: "Michael N. Anhar" <michael.anhar@gmail.com>

Thank you for contacting the Taylor v. Google Settlement Administrator.

A process has been established to allow individuals in your situation the opportunity to submit documentation for further research into Class Member eligibility.

In approximately 5-7 business days, you will receive personalized credentials to submit your documentation and a Payment Election Form to initiate this review process. **It is unknown at this time when the documentation review will be completed.** We appreciate your patience in this matter.

Thank You,
Taylor v. Google Settlement Administrator
www.FederalCellularClassAction.com

On June 1, 2026 at 7:05:46 PM UTC, michael.anhar@gmail.com wrote:

I believe it's an error.

Name: Michael N. Anhar
Email: michael.anhar@gmail.com

Please confirm.

On Mon, Jun 1, 2026 at 12:03 PM Federal Cellular Class Action <info@federalcellularclassaction.com> wrote:
[Quoted text hidden]

---

**Michael N. Anhar** <michael.anhar@gmail.com>          Sat, Jun 13, 2026 at 8:51 AM
To: Federal Cellular Class Action <info@federalcellularclassaction.com>

Hello:

In your previous email, you said, "In approximately 5-7 business days, you will receive personalized credentials to submit your documentation and a Payment Election Form to initiate this review process."

It's been eight business days, and I still haven't received the credentials.

MNA-3

Please specify (a) how the credentials will be delivered (via email, USPS, etc.); and (b) when I can expect them.

[Quoted text hidden]

---

**Federal Cellular Class Action** <info@federalcellularclassaction.com>

Mon, Jun 15, 2026 at 8:13 AM

Reply-To: Federal Cellular Class Action <info@federalcellularclassaction.com>
To: "Michael N. Anhar" <michael.anhar@gmail.com>

Thank you for contacting the Taylor v. Google Settlement Administrator.

**At this time, we are still researching the information related to your request. Please be assured that your inquiry is being reviewed, and we will be in communication with you once we have additional information or an update available. We appreciate your patience and understanding during this process.**

Thank You,
Taylor v. Google Settlement Administrator
www.FederalCellularClassAction.com

On June 13, 2026 at 3:52:26 PM UTC, michael.anhar@gmail.com wrote:

Hello:

In your previous email, you said, "In approximately 5-7 business days, you will receive personalized credentials to submit your documentation and a Payment Election Form to initiate this review process."

It's been eight business days, and I still haven't received the credentials.

Please specify (a) how the credentials will be delivered (via email, USPS, etc.); and (b) when I can expect them.

[Quoted text hidden]

---

**Michael N. Anhar** <michael.anhar@gmail.com>

Mon, Jun 15, 2026 at 2:39 PM

To: Federal Cellular Class Action <info@federalcellularclassaction.com>, glen.summers@bartlitbeck.com, mwallenstein@koreintillery.com

*[Given your new-found bad-faith obstructionism, I'm sending this email to the class*

MNA-4

*attorneys as well.]*

Administrator:

In your 6/2 email, you expressly said a process had been established for those in my situation (qualifying Class Members who didn't receive timely credentials) and that I'd receive personalized credentials within 5–7 business days. On 6/13, I informed you I still hadn't received those credentials and asked when and how I'd receive them. Today (6/15), you replied by ignoring those questions, backtracking on your own assurance I'd receive personalized credentials, and insisting you're "still researching the information related to [my] request."

You have my full name and email address. That's all that's necessary to send the credentials you promised, or at least to tell me when and how I'll receive them. Any research you need to do should follow, not precede, receipt of my claim information. Your obstructionism now compounds your underlying failure to timely notify me of this class-action matter in the first place.

[Quoted text hidden]

---

**Wallenstein, Marc** <MWallenstein@koreintillery.com>                    Mon, Jun 15, 2026 at 2:45 PM
To: "Michael N. Anhar" <michael.anhar@gmail.com>, Federal Cellular Class Action <info@federalcellularclassaction.com>, "glen.summers@bartlitbeck.com" <glen.summers@bartlitbeck.com>

Thanks for your message. We will make sure you receive the credentials. Please reply on this chain once you do.

Marc A. Wallenstein
**Korein Tillery**
Direct: 312-899-5065
Mobile: 808-824-2747
www.KoreinTillery.com

--------------------------

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
--------------------------

[Quoted text hidden]

---

**Michael N. Anhar** <michael.anhar@gmail.com>                    Mon, Jun 15, 2026 at 2:47 PM
To: "Wallenstein, Marc" <MWallenstein@koreintillery.com>
Cc: Federal Cellular Class Action <info@federalcellularclassaction.com>, "glen.summers@bartlitbeck.com" <glen.summers@bartlitbeck.com>

MNA-5

Acknolwedged and appreciated.


[Quoted text hidden]

---

**Michael N. Anhar** <michael.anhar@gmail.com>                    Sun, Jun 21, 2026 at 10:12 AM
To: "Wallenstein, Marc" <MWallenstein@koreintillery.com>
Cc: Federal Cellular Class Action <info@federalcellularclassaction.com>, "glen.summers@bartlitbeck.com"
<glen.summers@bartlitbeck.com>


It's been almost three weeks now, and I still don't have my credentials.

In your previous email, you said, "We will make sure you receive the credentials." That
was almost one week ago, and it was on top of the nearly two weeks I'd already been
waiting.

If you continue to refuse to resolve this issue by sending credentials—an issue that no
doubt affects hordes of others—I'll formally notify Google's counsel and Judge
McGowen of the irregularity and refusal.


[Quoted text hidden]

MNA-6