ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor,*
*Mick Cleary, and Jennifer Nelson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:20-CV-07956-VKD <br><br> **DECLARATION OF MARC A. WALLENSTEIN RE MICHAEL ANHAR** <br><br> Date:   June 24, 2026 <br> Time:  10:00 a.m. <br> Judge: Hon. Virginia K. DeMarchi |

I, Marc A. Wallenstein, declare as follows:

1.      I am an attorney duly admitted to practice law in New York, Washington DC, Hawaii, Texas, Connecticut, and Oregon, and am admitted *pro hac vice* to this Court. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify to these facts under oath.

1.      On June 29, 2026, Michael N. Anhar filed a *pro se* Notice and Declaration, ECF 354, in which he explained that he had contacted the Settlement Administrator and Class Counsel seeking to participate in the Settlement. He explained that "despite being an eligible class member, I hadn't received a Claim Notice or the credentials (Notice ID; Confirmation Code) required for submitting a Payment Election Form." ECF 354-1 at 1.

2.      On July 2, 2026, the Settlement Administrator sent Anhar the credentials necessary to submit proof of class membership and elect a payment method, along with a link to the web form allowing him to do so, copying Class Counsel.

3.      Mr. Anhar did not file objections in this case, and his request to receive credentials has now been accommodated.

Executed on July 6, 2026.

/s/ Marc A. Wallenstein
Marc A. Wallenstein

DECLARATION OF MARC A. WALLENSTEIN RE MICHAEL ANHAR, Case No. 5:20-CV-07956-VKD