United States District Court

Northern District of California

San Jose Division

**F I L E D**

JUL 06 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk

United States District Court Northern District of California

280 South 1st Street, Room 2112

San Jose, CA 95113

Judge Hon. Virginia DeMarchi

**All Evidence of Proof Of Class Membership Has Been Submitted**

**In re–** Taylor v. Google LLC, Case No. 5:20-cv-07956-VKD (N.D. Cal.)

Christopher Andrews, Pro se
PO Box 223
Lakeland, MI 48143
caaloa@gmail.com
517-294-6401
Objector, non attorney
Christopher Andrews

**Page 1 of 2**

Attached is a copy of the confirmation of the claims submission form. The requested screenshot showing my email and Google Play was successfully uploaded, here is a copy. No more alleging that I am not a class member.

Respectfully Submitted,

Christopher Andrews

Two attachments

 **Gmail**

caaloa <caaloa@gmail.com>

## Submission
4 messages

**caaloa** <caaloa@gmail.com>    Wed, Jul 1, 2026 at 9:23 AM
To: info@federalcellularclassaction.com

NAME AND CONTACT INFORMATION
First Name: **Christopher**
Last Name: **Andrews**
Street Address 1: **PO Box 223**
City: **Lakeland**
State: **MI**
Zip Code: **48143-0223**
Country: **USA**
Email Address: caaloa@gmail.com
Phone 1: **517-294-6401**

ADDITIONAL FIELDS
Please state whether you have a Google Play account.: **yes**

Signature: **Christopher Andrews**
Date: **7/1/2026 8:49:55**

I also submitted a paper claim a while back, this is a duplicate one on the website just in case. Count this one as the sole claim but you can use what was submitted previously for additional evidence of my class membership.
Christopher Andrews

**Federal Cellular Class Action** <info@federalcellularclassaction.com>    Wed, Jul 1, 2026 at 9:23 AM
Reply-To: Federal Cellular Class Action <info@federalcellularclassaction.com>
To: caaloa <caaloa@gmail.com>

Thank you for contacting the Taylor v. Google Settlement Administrator.

Your email (2930586) has been received and is being reviewed by our support staff. Please allow 3-5 business days for a response.

If you are looking for your Notice ID and Confirmation Code, please be sure to check your email (junk/spam inboxes as well). If you are unable to locate your Notice ID and Confirmation Code, please reach out to us with your full name and any email addresses utilized during the Class Period (November 17, 2017-Present) so we may check our records.

Thank You,
Taylor v. Google Settlement Administrator
www.FederalCellularClassAction.com
To add additional comments, reply to this email.

[R2GN90-6DX2V]

---

**caaloa** <caaloa@gmail.com>                                 Wed, Jul 1, 2026 at 9:55 AM
To: Federal Cellular Class Action <info@federalcellularclassaction.com>

Submitted Payment ID: **GGTU10003834**
Confirmation Code: **3BTHR6LQX6JT**
[Quoted text hidden]

---

**Federal Cellular Class Action** <info@federalcellularclassaction.com>     Wed, Jul 1, 2026 at 10:29 AM
Reply-To: Federal Cellular Class Action <info@federalcellularclassaction.com>
To: caaloa <caaloa@gmail.com>

Thank you for contacting the Taylor v. Google Settlement Administrator.

Settlement Class Members who are eligible will receive their payments after the Court grants final approval to the Settlement and any appeals are resolved. If there are appeals, resolving them can take time.

The Court held a Final Approval Hearing on June 23, 2026. Payment election forms are currently being processed. Please continue to check **www.FederalCellularClassAction.com** for updates. We ask for your continued patience during this process.

Thank You,
Taylor v. Google Settlement Administrator
www.FederalCellularClassAction.com

On July 1, 2026 at 1:55:59 PM UTC, caaloa@gmail.com wrote:

Submitted Payment ID: **GGTU10003834**
Confirmation Code: **3BTHR6LQX6JT**

On Wed, Jul 1, 2026 at 9:23 AM Federal Cellular Class Action <info@federalcellularclassaction.com> wrote:
[Quoted text hidden]
[R2GN90-6DX2V]

# Hi, caaloa!

**Manage your Google Account**

Switch account ⌄

More from Google Play

 **Make fast, secure purchases**
Add a payment method now for seamless checkout later

**Continue**

⊞ Manage apps & device

🔔 Notifications & offers                    2