**F I L E D**

JUL 0 6 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 29, 2026

To: Office of the Clerk

Taylor v. Google LLC Case # 5:20 cv-07956-VKD
(N.D. Cal.)

From: Dewey Darold - 1620 26TH ST
Florence, OR 97439
503-213-0483

I object on how Google LLC transferred my Android operating system data without permission, consuming my cellular data.

I do not intend to be present at the final hearing

Sincerely,

Dewey Darold