UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH TAYLOR, et al., | Case No. 20-cv-07956-VKD |
| Plaintiffs, | |
| v. | **ORDER RE PENDING MOTIONS** |
| GOOGLE LLC, | Re: Dkt. No. 381 |
| Defendant. | |

The following motions are deemed suitable for determination without oral argument: Dkt. Nos. 334-337, 352, 353, 364, 366-368, 371, 372, 377, 381, 386.  Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: August 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge