**FILED**

**AUG - 3 2026**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JOSEPH TAYLOR, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-07956-VKD

**NOTICE OF APPEAL**

Notice is hereby given that Objector Jimmie A. McCorvey, appearing pro se, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Final Approval of Class Action Settlement, entered on June 23, 2026 and from all related orders adverse to Objector, including any order overruling, denying, or rejecting Objector McCorvey's objection to the proposed class action settlement.

Objector further appeals from any order granting attorneys' fees, costs, service awards, incentive awards, or settlement-administration relief to the extent such orders are part of, dependent upon, or related to the approval of the settlement.

Objector preserves all issues raised in his written objection and all issues arising from the settlement approval proceedings, including but not limited to the lack of receipt or service of the parties' response to objections after the Court ordered responses to objections, and the resulting lack of a meaningful opportunity to address or rebut the parties' response before final approval.

Respectfully submitted,

Date: July 18, 2026
Jimmie A. McCorvey
Objector, Pro Se
341 E Ensley Street
Pensacola Florida 32514
Jamccorvey46@gmail.com

1

## CERTIFICATE OF SERVICE

I certify that on July 18, 2026, I caused a true and correct copy of the foregoing Notice of Appeal to be filed with the Clerk of the Court for the United States District Court for the Northern District of California.

I further certify that I will serve a copy by U.S. Mail and/or email at their address of record.

Date:  July 18, 2026
Jimmie A. McCorvey
Objector, Pro Se