United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH TAYLOR, et al.,
Plaintiffs,
v.
GOOGLE LLC,
Defendant.

Case No. 20-cv-07956-VKD

**JUDGMENT**

The Court having granted final approval of the parties' settlement in this case, the action is hereby dismissed with prejudice, with each party to bear his/its own costs, except as set forth in the settlement approved by the Court and the Court's August 21, 2026 Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Granting in Part Plaintiff's Motion for Fees, Costs, and Incentive Awards (Dkt. No. 397), with the Court retaining exclusive jurisdiction to enforce the settlement agreement, including over disbursement of the settlement funds.

This is a final judgment. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

Dated: August 21, 2026

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge