David Mawe request for Appeal in reference to fairness trial case No. 5:20-cv-07956-VKD Taylor vs Google.

FILED
SEP 01 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

To whom it may concern David Mawe is writing this letter to officially attempt to appeal the order to approve settlement agreement offered to David Mawe during the case Taylor vs Google.

During the time of the fairness hearing held on June 23, 2026 David offered an objection stating that the offer made was beneath the minimum standard of a major claim court hearing. Since that objection was heard David is under the impression that he was filed to the court as a minimum claim classmember incorrectly and that per his involvement in the case Taylor vs Google where Google began to offer settlement over "Theft of Property". David should be only seen as a class member in a major claim court hearing and disagrees with the filing ordered by the judge resulting in him being seen as anything less than a class member in a "Major claim" hearing.

During this appeal David hopes to reverse this filing and correct it to the point of recieving the proper settlement to his class member ship. Taylor vs Google was held in major claim court and Davids classmember should remain within major claim standards.

David Mawe
843 Adams Ave
C

Second to this letter requesting appeal is a motion to bear witness any other law that motions with "Theft of Property" on Googles behalf.

To my understanding David Mawe's classmembership was filed under a certain witness to law that could not be ignored in order to properly carry out the preceedings of the court. Meaning evidence proved David was a victim to theft of property and that evidence could not be ignored turning David Mawe into a classmember in Taylor vs Google. Seeing how that certain law could not be ignored I would assume all other law pertaining to theft of property can't be ignored as well including trademark infringement (which is another law that was broken during the time, as the evidence provided on David's behalf proves) had this law been heard during the filing of the evidence by either lawyer or judge surely it wouldve been filed.

David E Mawe
843 Adams Ave
Chillicothe Ohio
45601