Mark L. Javitch (CA SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo, CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Objector-Appellant*
Nathan Byars

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 5:20-cv-07956-VKD<br><br>**Notice of Appeal** |

Notice is hereby given that Nathan Byars, a member of the certified Settlement Class in this action and an objector to the class settlement, hereby appeals to the United States Court of Appeals for the Ninth Circuit from: (1) the Order Granting Motion for Final Approval of Class Action Settlement and Granting in Part Motion for Attorneys' Fees, Costs, and Service Awards (ECF No. 397), entered on August 21, 2026; and (2) the Judgment (ECF No. 399), entered on August 21, 2026, together with all orders, rulings, and decisions that merged into or are antecedent to that Judgment.

Mr. Byars filed a timely objection to the settlement (ECF No. 288) and did not request exclusion from the Settlement Class.

Dated: September 21, 2026

By: /s/ Mark L. Javitch

Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Tel: (650) 781-8000
Fax: (650) 300-0343
mark@javitchlawoffice.com

Attorney for Objector-Appellant
*Nathan Byars*