**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTHERN CALIFORNIA**

| | |
|---|---|
| JOSEPH TAYLOR, et al.,<br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC.<br><br>Defendant. | DOCKET NO.: 20-cv-07956-VKD |

**NOTICE OF APPEAL**

Pursuant to *Federal Rules of Appellate Procedure* notice is hereby given that Objector, JOANNE K. FABER, appeals to the United States Court of Appeals for the Ninth Circuit from the Order by the United States District Court for the District of California, entered on August 21, 2026, *Order Granting Plaintiff's Final Approval of Class Settlement and Granting in Part Plaintiff's Motion for Fees, Costs, and Incentive Awards* (ECF 397), *Order RE Motions to Intervene and Other Filings*, (ECF 398), and *Judgment* (ECF 399); attached herein as Exhibit A, Exhibit B, Exhibit C, respectively. This Appeal is filed within time.

Respectfully Submitted,

/s/ Joanne K. Faber
Joanne K. Faber, Sui Juris
97 Flag Point Road
Toms River, NJ 08753
Phone: (732) 244-2036
Email: jkfaber2023@gmail.com
*Appellant – Objector Defendant.*
Dated: September 21, 2026

**CERTIFICATION OF SERVICE**

I, Joanne K. Faber, hereby Certify that on September 21, 2026, I caused the foregoing Notice of Appeal to the United States Court of Appeals for the Ninth Circuit to be filed electronically by way of Electronic Court Filing (ECF), on the California Northern District Court and the Appellees.

Respectfully Submitted,

/s/ Joanne K. Faber
Joanne K. Faber, Sui Juris
97 Flag Point Road
Toms River, NJ 08753
Phone: (732) 244-2036
Email: jkfaber2023@gmail.com
*Objector Defendant – Appellant - Sui Juris.*

Dated: September 21, 2026