Mike Sussman
1686 S Federal Hwy. #151
Delray Beach, FL 33483
mike.sussman@pm.me

Michael Albert Focia
℅ 1043 Stableway Road
Pike Road, AL 36064
(404) 666-9332
chiefmichael@pm.me

Christopher Andrews
PO Box 223
Lakeland, MI 48143-0223
(517) 294-6401
caaloa@gmail.com

OBJECTOR-APPELLANTS

FILED
SEP 16 2026
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH TAYLOR, EDWARD MLAKAR, MICK CLEARY, EUGENE ALVIS, and JENNIFER NELSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 20-cv-07956-VKD<br><br>**NOTICE OF APPEAL** |

AND NOW COME the Objectors, Mike Sussman, Michael Albert Focia, and Christopher Andrews, who notify the Court and the parties that they intend to, and hereby do, appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered on August 21, 2026 (ECF 399) and all Orders including the Order denying intervention (ECF 398), the Order granting final approval of the settlement and granting, in part, the motion for fees, costs, and incentive awards (ECF 397), all orders sealing documents, and all other Orders.

Respectfully submitted,

Dated: 9/14/26

Mike Sussman
1686 S Federal Hwy. #151
Delray Beach, FL 33483
mike.sussman@pm.me

Dated: ____________

Michael Albert Focia
% 1043 Stableway Road
Pike Road, AL 36064
(404) 666-9332
chiefmichael@pm.me

Dated: ____________

Christopher Andrews
PO Box 223
Lakeland, MI 48143-0223
(517) 294-6401
caaloa@gmail.com

OBJECTOR-APPELLANTS

Respectfully submitted,

Dated: ______________

______________________________
Mike Sussman
1686 S Federal Hwy. #151
Delray Beach, FL 33483
mike.sussman@pm.me

Dated: ______________

______________________________
Michael Albert Focia
℅ 1043 Stableway Road
Pike Road, AL 36064
(404) 666-9332
chiefmichael@pm.me

Dated: 9/8/2026

______________________________
Christopher Andrews
PO Box 223
Lakeland, MI 48143-0223
(517) 294-6401
caaloa@gmail.com

OBJECTOR-APPELLANTS

Respectfully submitted,

Dated: ____________

Mike Sussman
1686 S Federal Hwy. #151
Delray Beach, FL 33483
mike.sussman@pm.me

Dated: 9/8/2026

Michael Albert Focia
% 1043 Stableway Road
Pike Road, AL 36064
(404) 666-9332
chiefmichael@pm.me

Dated: ____________

Christopher Andrews
PO Box 223
Lakeland, MI 48143-0223
(517) 294-6401
caaloa@gmail.com

OBJECTOR-APPELLANTS