# U.S. District Court

## California Northern - San Francisco

Receipt Date: Sep 16, 2026 1:15PM

MIKE SUSSMAN

Rcpt. No: 311177824 Trans. Date: Sep 16, 2026 1:15PM Cashier ID: #MB (3759)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #55336012130 | 09/8/2026 | $605.00 |
| | | | Total Due Prior to Payment: | $605.00 |
| | | | Total Tendered: | $605.00 |
| | | | Total Cash Received: | $0.00 |

**Comments:** 20-CV-07956 VKD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.