191-5546
SP-PD:100-Y
ETP 1
4941 WED 09/16 05:08
450 GOLDEN GATE AVE
SAN FRANCISCO,CA
94102-3432-95

ORIGIN ID:BCTA (800) 282-0911
M S

1686 S FEDERAL HWY
STE 151
DELRAY BEACH, FL 33483
UNITED STATES US

SHIP DATE: 14SEP26
ACTWGT: 1.00 LB
CAD: 101282512/INET4535

BILL SENDER

TO CLERK OF COURT
UNITED STATES DISTIRCT COURT
450 GOLDEN GATE AVENUE
ROOM 16-1120
SAN FRANCISCO CA 94102
(412) 522-2000 REF:
INV:
PO: DEPT:

58KJ6/0166/484B

FedEx Express

E

J261026012001uv

WED - 16 SEP 5:00P
** 2DAY **

TRK# 0201 8771 0683 6691

SA APCA

94102
CA-US SFO

PEEL HERE

Align bottom of peel-and-stick airbill or pouch here.