# Exhibit 20

# COURT REPORTER TRANSCRIPT COSTS

| Docket Entry | Hearing Type | Hearing Date | Court Reporter | Court Reporting Agency | Invoice Number | Amount Paid |
|---|---|---|---|---|---|---|
| **ECF 46/47** | Motion Hearing (MTD) & Initial CMC | 4/20/2021 | Summer Fisher | Summer Fisher (Independent Reporter) | 20202900 | $267.75 |
| **ECF 70** | Motion Hearing (MTD) | 3/29/2022 | Tara Jauregui | Echo Reporting, Inc. | 33649 | $53.10 |
| **ECF 94** | Further CMC | 6/25/2024 | Tara Jauregui | Echo Reporting, Inc. | 35746 | $40.80 |
| **ECF 140** | Discovery Hearing | 11/19/2024 | Stephen W. Franklin | Franklin Court Reporting, Inc. | 112124 | $616.00 |
| **ECF 228** | Motion Hearing | 8/19/2025 | Tara Jauregui | Echo Reporting, Inc. | 36881 | $198.65 |
| **ECF 242** | Motion Hearing (Mot. to Stay) | 10/7/2025 | No Reporter (Recording Only) | N/A | N/A | N/A |
| **ECF 255** | Status Conference | 12/9/2025 | No Reporter (Recording Only) | N/A | N/A | N/A |
| **ECF 266** | Motion Hearing (Settlement) | 2/17/2026 | Tara Jauregui | Echo Reporting, Inc. | 37536 | $275.90 |
| **ECF 340** | Motion Hearing (Settlement, Fairness, Atty Fees) | 6/23/2026 | Tara Jauregui | Echo Reporting, Inc. | 37987 | $96.05 |
| | | | | | **Total Paid:** | **$1,548.25** |