ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-CV-07956-VKD

**CERTIFICATE OF SERVICE**

Judge: Hon. Virginia K. DeMarchi

I hereby certify that on October 2, 2026, I served the following materials:

- NOTICE OF MOTION, MOTION FOR BOND FOR APPEAL OF OBJECTOR-APPELLANTS CHRISTOPHER ANDREWS, MICHAEL SUSSMAN, AND MICHAEL FOCIA, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (ECF 407);
- DECLARATION OF MARC A. WALLENSTEIN IN SUPPORT OF MOTION FOR BOND FOR APPEAL OF OBJECTOR-APPELLANTS CHRISTOPHER ANDREWS, MICHAEL SUSSMAN, AND MICHAEL FOCIA (ECF 407-1), AND EXHIBITS THERETO; and
- [PROPOSED] ORDER GRANTING MOTION FOR BOND FOR APPEAL OF OBJECTOR-APPELLANTS CHRISTOPHER ANDREWS, MICHAEL SUSSMAN, AND MICHAEL FOCIA

via U.S. mail upon the below individuals at the below-listed addresses:

Christopher Andrews
PO Box 223
Lakeland, MI 48143-0223

Michael Sussman
1686 S Federal Hwy. #151
Delray Beach, FL 33483

Michael Albert Focia
1043 Stableway Road
Pike Road, AL 36064

*Pro Se Objector-Appellants*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2026

*/s/ Glen E. Summers*
Glen E. Summers (176402)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100