COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
MAX A. BERNSTEIN (305722)
(mbernstein@cooley.com)
EMILY J. BORN (360427)
(eborn@cooley.com)
CAROLINE A. LEBEL (340067)
(clebel@cooley.com)
3 Embarcadero Center, 20th floor
San Francisco, CA 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

COOLEY LLP
ARIANA E. BUSTOS (345918)
(ABustos@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-cv-07956-VKD

**DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFFS' MOTIONS FOR AN APPEAL BOND**

Date: November 10, 2026
Time: 10:00 a.m.
Judge: Hon. Virginia K. DeMarchi

Defendant Google LLC ("Google") hereby joins in the requests for relief made in Plaintiffs' Motions for an Appeal Bond ("Motions") (ECF Nos. 406 and 407). Google does not oppose Plaintiffs' Motions and generally agrees that appeal bonds in a reasonable amount should be required in connection with the objector-appellants' appeals.[1]

Dated: October 15, 2026

COOLEY LLP

By: */s/ Whitty Somvichian*
Whitty Somvichian

Attorneys for Defendant
GOOGLE LLC

342312832

[1] *See* ECF No. 401 (Nathan Byars); ECF No. 403 (Christopher Andrews, Mike Sussman, Michael Focia).