ELIZABETH M. PIPKIN (243611)
ANN M. RAVEL (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
epipkin@mcmanislaw.com
aravel@mcmanislaw.com

GLEN E. SUMMERS (176402)
KARMA M. GIULIANELLI (184175)
LINDLEY J. BRENZA (*pro hac vice*)
JONATHAN JACOB MARSH (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

MARC A. WALLENSTEIN (*pro hac vice*)
GEORGE A. ZELCS (*pro hac vice*)
RYAN Z. CORTAZAR (*pro hac vice*)
CHAD E. BELL (*pro hac vice*)
PAMELA I. YAACOUB (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

CAROL L. O'KEEFE (*pro hac vice*)
MICHAEL E. KLENOV (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

*Attorneys for Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JOSEPH TAYLOR, MICK CLEARY, and JENNIFER NELSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:20-CV-07956-VKD

**NOTICE OF DEPOSITION OF *PRO SE* OBJECTOR-APPELLANT MIKE SUSSMAN**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Joseph Taylor, Mick Cleary, and Jennifer Nelson, by and through their attorneys, will take the deposition upon oral examination of Mike Sussman. Based on his filings in this Court, Mr. Sussman's address is 23200 Camino Del Mar, Apartment 502, Boca Raton, FL 33433. *See* ECF 420 at 10 (image of Social Security Administration Benefit Verification Letter addressed to Michael Stephen Sussman).

Mr. Sussman's deposition will be held at 10:00 a.m. on November 3, 2026 at 980 North Federal Highway, Suite 110, Boca Raton, FL 33432, or at such other location as the parties may agree.

The deposition shall be taken upon oral examination before a certified shorthand reporter, shall be recorded by stenographic and audiovisual means, and shall be broadcast to Plaintiffs' counsel through an instant visual display of testimony such as a live transcript. The deposition shall be limited to four hours on the record.

Counsel for Plaintiffs will appear for and conduct the deposition in person at the above-mentioned address.

**DOCUMENTS TO BE PRODUCED**

Pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, Plaintiffs request that Mr. Sussman produce the following records, documents, and other things no later than the date of the deposition:

1. All your federal and state tax returns for the past three years.
2. All bank statements from the past three years for any bank account you own or control (directly or indirectly), including trust accounts and business accounts held in the name of a business entity.
3. All W-2s, K-1s, and 1099s issued to you in the last three years.
4. Current statements for any investment account you own or control, including any retirement or brokerage account.
5. Documents sufficient to show your monthly rent or mortgage obligation, if any.

Dated: October 19, 2026

Respectfully submitted,

BARTLIT BECK LLP

*/s/ J. Jacob Marsh*

Glen E. Summers (176402)
Karma M. Giulianelli (184175)
Lindley J. Brenza (*pro hac vice*)
Jonathan Jacob Marsh (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100

Marc A. Wallenstein (*pro hac vice*)
George A. Zelcs (*pro hac vice*)
Ryan Z. Cortazar (*pro hac vice)*
Chad E. Bell (*pro hac vice)*
Pamela I. Yaacoub (*pro hac vice*)
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: (312) 641-9750
Facsimile: (312) 641-9751

Carol L. O'Keefe (*pro hac vice*)
Michael E. Klenov (277028)
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
Facsimile: (314) 241-3525

Elizabeth M. Pipkin (243611)
Ann M. Ravel (62139)
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244

*Attorneys for Plaintiffs*
*Joseph Taylor, Mick Cleary, and*
*Jennifer Nelson*